```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX001129
Cashier ID: lr
Transaction Date: 05/04/2007
Payer Name: DIANE MACARTHUR BROWN
------------------------------------
CIVIL FILING FEE
 For: DIANE MACARTHUR BROWN
 Amount:       $350.00
------------------------------------
CREDIT CARD
 Amt Tendered: $350.00
------------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00

CIVIL FILING FEE

07-CV-00922 CAPPS v. LEVEL 3


A fee of $45.00 will be assessed on
any returned check.
```