# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA A. CAPPS,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

## UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendant United Air Lines, Inc. ("Defendant"), by and through its attorneys, respectfully requests that the attached Stipulated Protective Order ("Order") be entered by the Court. The parties have dutifully conferred about and stipulated to the contents of the attached Order and Plaintiff's do not object to the filing of this motion.

Respectfully submitted this 5th day of July, 2007.

        BROWNSTEIN HYATT FARBER SCHRECK, P.C.

        By: Meghan W. Martinez
        Meghan W. Martinez
        410 Seventeenth Street, Suite 2200
        Denver, Colorado  80202
        Telephone:  (303) 223-1100
        Facsimile:   (303) 223-1111

        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2007, I electronically filed the foregoing **UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John R. Olsen  (via ECF)
Olsen and Brown, LLC
8362 Greenwood Drive
Niwot, Colorado  80503

BROWNSTEIN HYATT FARBER SCHRECK, P.C.

By: Meghan W. Martinez
 Meghan W. Martinez
 410 Seventeenth Street, Suite 2200
 Denver, Colorado  80202
 Telephone:  (303) 223-1100
 Facsimile:   (303) 223-1111

ATTORNEYS FOR DEFENDANT