**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: July 10, 2007
Courtroom Deputy: J. Chris Smith
ECR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-00922-RPM

REBECCA A. CAPPS,                                               John R. Olsen

     Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC.,                  Meghan W. Martinez
                                                                                Leah VanLandSchoot

     Defendant.

_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**2:30 p.m.    Court in session.**

Counsel submit revised proposed protective order.

**ORDERED:    Stipulated Protective Order approved.**

Court reviews proposed scheduling order with counsel.

Discussion regarding case facts, claims and damages.
Mr. Olsen states plaintiff's position was Outside Plant Manager.
Ms. Martinez states three positions including plaintiff's were eliminated and a new Field Manager position, encompassing duties of eliminated positions, was created.
Mr. Olsen states he will review statistics with respect to desperate impact claim.
Mr. Olsen further states that plaintiff contends that the spinal condition was disclosed to employer.
Counsel state EEOC claim and response was filed and that a right to sue letter was issued.
Mr. Olsen agrees to provide medical releases.

**ORDERED:    Scheduling Order approved.**

**2:47 p.m.    Court in recess.**

Clerk's note:  Ms. VanLandSchoot added as counsel for defendant.

Hearing concluded.  Total time: 17 min.