IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA CAPPS,

        Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC.,

        Defendant.

---

PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO TAKE ONE DEPOSITION

---

        PLAINTIFF REBECCA CAPPS, by and through her attorneys, Olsen & Brown, LLC, moves for an enlargement of time, to and through January 15, 2008, to take one additional deposition, that of Everett McCain, and as grounds therefor states as follows:

        1. This motion is opposed by defendant's attorney, Ms. Martinez.

        2. Plaintiff seeks to take a deposition of no more than three hours with one additional witness, Everett McCain, whose importance to the case was not known until the deposition of a pivotal manager, Kaily Bissani, was completed on December 21, 2007.

        3. Bissani suggested in his deposition that McCain was treated identically to plaintiff at the same time and for the same reasons. The defense argument is that such equal treatment of McCain disproves discrimination in the firing of plaintiff. Thus, taking

1

McCain's deposition suddenly and unexpectedly became important to the case.

4. Moreover, it has recently been learned that McCain was <u>re-hired at the defendant corporation</u>, which suggests favored treatment as compared with plaintiff, who was not re-hired at the defendant corporation.

4. The discovery cutoff is December 31, 2007, and this motion is filed before then.

5. The undersigned has asked defendant's attorney to tentatively clear a date for the deposition of McCain, but she has not done so (but perhaps she will early next week).

6. It is anticipated that about two additional weeks of discovery will be needed solely to schedule the deposition of McCain, if the Court allows it. This will be to coordinate the scheduling with the calendars of both the deponent and defense counsel.

7. Defendant's disinterest in agreeing to this deposition is puzzling, as another deposition (of Diron Benschop) was delayed <u>by the defendant</u> until a date beyond the discovery cutoff, to which the undersigned agreed. Thus, the defense has had no qualms about exceeding the discovery cutoff for its own purposes.

8. The defendant corporation has had a rolling series of layoffs for many years, and it has been difficult to discern who is a proper comparator and who is not in a Title VII discrimination case. Because of Bissani's testimony on December 21, 2007, it is important to find out what happened to McCain and whether his circumstances are as relevant as Bissani seems to think.

9. Because of the Christmas holidays, there was no time to squeeze in this one additional deposition prior to the discovery cutoff.

10. If permitted by the Court, it would be a short deposition or no more than three hours. It can be done by telephone, so that McCain need not leave his own home. Indeed, many of the depositions in this case have been done by telephone.

11. Plaintiff has not reached the number of permitted depositions.

12. Plaintiff herself is aware of, and concurs in, this motion for enlargement of time.

13. Such an enlargement, and the resultant deposition, would serve the truth-seeking function of the judicial process and better expose the facts underpinning this case.

14. The defense cannot claim any unfair prejudice from this deposition, as McCain has been re-hired by the defendant, and the defense attorney can speak with him any time she wishes.

15. If this enlargement is granted, no discovery other than the McCain deposition, will be conducted.

WHEREFORE, plaintiff respectfully moves for an enlargement of time, to and through January 15, 2008, to take one additional deposition, that of Everett McCain.

                    RESPECTFULLY SUBMITTED,
                    OLSEN & BROWN, L.L.C.

                    By: s/ John R. Olsen
                       John R. Olsen
                       Attorneys for Plaintiff
                       8362 Greenwood Drive
                       Niwot, Colorado 80503
                       Telephone: (303) 652-1133

Date:  December 29, 2007

4

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on December 29, 2007, a true and correct copy of the foregoing was electronically served upon:

Meghan Martinez, Esq.
Brownstein Hyatt Farber Schreck, P.C.
410 Seventeenth Street, Suite 2200
Denver, CO 80202

<u>s/ John R. Olsen</u>

4