IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA CAPPS,

        Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC.,

        Defendant.

_____

## PROPOSED ORDER
_____

THIS MATTER COMING ON upon plaintiff's motion for enlargement of time, to and through January 15, 2008, to take one additional deposition, that of Everett McCain, and

SAID MOTION being found meritorious,

IT IS ORDERED that the discovery cutoff is extended to January 15, 2008 solely for the purpose of taking a deposition from Everett McCain, not to exceed three hours.

SO ORDERED this ____ day of _____, 20_____.

                                                                                 _____
                                                                                 DISTRICT COURT JUDGE