IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA A. CAPPS,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

___

**NOTICE OF CHANGE OF FIRM NAME**
___

    PLEASE TAKE NOTICE that, as of January 1, 2008, the firm name for undersigned counsel for Defendant, Level 3 Communications, LLC, has changed to the following:

    Brownstein Hyatt Farber Schreck, LLP
    410 17th Street, Suite 2200
    Denver, Colorado 80202
    Phone: (303) 223-1100
    Fax:    (303) 223-1111

DATED this 2nd day of January, 2008.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

s/ Meghan W. Martinez
Meghan W. Martinez
Leah P. VanLandschoot
410 17th Street, Suite 2200
Denver, Colorado 80202
(303) 223-1100

ATTORNEYS FOR DEFENDANT
LEVEL 3 COMMUNICATIONS, LLC

2

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on this 2nd day of January, 2008, a true and correct copy of the foregoing **NOTICE OF CHANGE OF FIRM NAME** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

olsenbrown@comcast.net

I hereby certify that on this 2nd day of January, 2008, I served a true and correct copy of the attached **NOTICE OF CHANGE OF FIRM NAME** via the United States mail, postage pre-paid, properly addressed to:

Lon Licata
Senior Vice President, Legal
Level 3 Communications, LLC
1025 Eldorado Boulevard
Broomfield, CO  80021

BROWNSTEIN HYATT FARBER SCHRECK, LLP

s/ Meghan W. Martinez
Meghan W. Martinez
Leah P. VanLandschoot
410 17th Street, Suite 2200
Denver, Colorado 80202
(303) 223-1100

ATTORNEYS FOR DEFENDANT
LEVEL 3 COMMUNICATIONS, LLC