# EXHIBIT A

# Kerman, Linda R.

**From:** Martinez, Meghan W.
**Sent:** Monday, November 26, 2007 4:18 PM
**To:** 'Jack Olsen'
**Subject:** RE: Capps

Dear Jack,
I've noted below the dates that each witness is available. To avoid any issues with scheduling conflicts and meeting the discovery deadline (as well as to help these witnesses deal with hectic holiday calendars), please issue a formal notice of deposition selecting your preferred dates as soon as possible.
Meghan W. Martinez
Brownstein | Hyatt | Farber | Schreck, P.C.
410 Seventeenth Street
Suite 2200
Denver, Colorado 80202-4437
mmartinez@bhfs.com
T  303.223.1133
F  303.223.0933

---

From: Jack Olsen [mailto:olsenbrown@comcast.net]
Sent: Monday, November 26, 2007 8:31 AM
To: Martinez, Meghan W.
Subject: Capps

Dear Meghan,

I would like to undertake some depositions in this case, and may I propose the following? If these dates won't work for you, could I trouble you to come back with some alternative suggested dates?  Thank you.  Sincerely, Jack Olsen.

1.      Andy Bahken -- December 7, 2007  - Available December 12 or 14. Andy resides out of state. Therefore, we will need a telephone conference line and any exhibits in advance.

2.      Diron Binshop -- December 10, 2007  - I am waiting to hear from Diron. I will attempt to clear his calendar for a depo December 12, 14 or 27.

3.      Steven Forry -- December 12, 2007  - I am waiting to hear from Steven. I will attempt to clear his calendar for a depo December 12, 14 or 27.

4.      Kaily Biassani -- December 13, 2007  - Available December 20 or 21 (after Noon). Kaily is a former employee who resides out of state. Therefore, we will need a telephone conference line and any exhibits in advance.

5.      Peter Smith-- December 14, 2007  - Available December 19, 20 or 28.

6.      Bob Cooper -- December 17, 2007  - Available December 19 or 20 or 21 (after Noon). Bob resides out of state. Therefore, we will need a telephone conference line and any exhibits in advance.

7.       Justin Aimone -- December 18, 2007  - December 19, 20, 21 (after Noon), 28 or 31. Justin resides out of state. Therefore, we will need a telephone conference line and any exhibits in advance.

8.      Steven Mauzy -- December 19, 2007  - December 28 or 31.

1

p.s.  I am available sooner than December 7, 2008 if that is of any assistance. Thank you.