# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA CAPPS,

       Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC.,

       Defendant.

---

## SECOND AMENDED NOTICE OF DEPOSITIONS

---

      PLEASE TAKE NOTICE that pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, the following depositions by stenographic means will be taken upon oral examination at the times, dates indicated at a conference room Brownstein Hyatt Farber Schreck, P.C., 410 17th St., 22nd Floor, Denver, CO 80202.  If by telephone (indicated by an asterisk *), the telephone call will be placed from the law firm of Olsen & Brown LLC, and defendant's attorney may attend in person or via conference call.  If by telephone, the deposition reporter will be in the offices of Olsen & Brown LLC:

1

| | | |
|---|---|---|
| Peter Smith | December 19, 2007 | 9:30 a.m. to 1 p.m. |
| Steven Forry | December 19, 2007 | 2 p.m. to 7 p.m. |
| Bob Cooper* | December 20, 2007 | 9 a.m. to 1 p.m. |
| Diron Benschop | December 20, 2007 | 2 p.m. to 7 p.m. |
| Kaily Bissani* | December 21, 2007 | 1 p.m. to 8 p.m. |
| Justin Aimone* | December 28, 2007 | 9 a.m. |
| Andy Bahken* | December 28, 2007 | 1 p.m. |
| Steven Mauzy* | December 31, 2007 | 9 a.m. |

RESPECTFULLY SUBMITTED,
OLSEN & BROWN, LLC.

By: s/ John R. Olsen
John R. Olsen
8362 Greenwood Drive
Niwot, CO 80503
(303) 652-1133
ATTORNEYS FOR PLAINTIFF

Date: December 14, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that on December 14, 2007, a true and correct copy of the foregoing was electronically served upon defendant's counsel as follows:

Meghan Martinez, Esq.
Brownstein Hyatt Farber Schreck, P.C.
410 17th St., 22nd Floor
Denver, CO 80202

s/ John R. Olsen

3