# EXHIBIT C

Andrew G. Williams, Supervisory Investigator
October 11, 2006
Page 2



## II.    The May RIF

Kaily Bissani became Charging Party's supervisor on March 31, 2006. Prior to the May RIF, the Level 3 field services organization was divided into two groups – Inside Plant (also known as "Metro") and Outside Plant. Charging Party reported to Mr. Bissani, under the title of Outside Plant Manager, and managed a group of outside plant technicians. Also reporting to Mr. Bissani was Diron Benschop, Metro Manager, the manager of inside plant at the Level 3 Denver Gateway, as well as other individual contributors who worked on inside plant. Mr. Bissani also managed Everett McClain, a WilTel outside plant manager. As a result of Level 3's acquisition of WilTel, Inc. ("WilTel"), Mr. Bissani was required to merge the local WilTel field services organization with his Level 3 field services organization, and to eliminate redundant positions. Mr. Bissani combined the Level 3 inside plant and outside plant management responsibilities together with the WilTel outside plant project coordination, into a combined position titled "Field Manager," thereby eliminating two management positions. A copy of the Job Specifications for the Field Manager position is attached hereto as Exhibit B. Mr. Bissani also eliminated two field services technician positions as part of the May RIF. It should also be noted that Mr. Bissani's position changed from "Vice President" to "Director" in conjunction with the May RIF.

