IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA A. CAPPS,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

## MOTION FOR SUMMARY JUDGMENT

Defendant, Level 3 Communications, LLC, ("Level 3") through its undersigned attorneys, and pursuant to Fed. R. Civ. P. 56, respectfully moves this Court for an order granting summary judgment in its favor and against Plaintiff on all of Plaintiff's claims. In support of its motion, Level 3 incorporates by reference its Memorandum Brief in Support of Motion for Summary Judgment, filed herewith.

Dated this 23rd day of January, 2008.

                    BROWNSTEIN HYATT FARBER SCHRECK, LLP

                    s/Meghan W. Martinez
                    Meghan W. Martinez
                    Leah P. VanLandschoot
                    410 17th St., 22nd Floor
                    Denver, CO 80202
                    (303) 223-1100

                    ATTORNEYS FOR DEFENDANT
                    LEVEL 3 COMMUNICATIONS, LLC

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on this 23rd day of January, 2008, a true and correct copy of the foregoing **MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

olsenbrown@comcast.net

BROWNSTEIN HYATT FARBER SCHRECK, LLP

s/ Meghan W. Martinez
Meghan W. Martinez
Leah P. VanLandschoot
410 17th Street, Suite 2200
Denver, Colorado 80202
(303) 223-1100

ATTORNEYS FOR DEFENDANT
LEVEL 3 COMMUNICATIONS, LLC

2