# EXHIBIT C

00001

1      IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLORADO

2
    Civil Action No. 07-cv-00922-RPM-CBS

3    _____

4  REBECCA CAPPS,

5      Plaintiff,

6  v.

7  LEVEL 3 COMMUNICATIONS, INC.,

8      Defendant.

9    _____

            DEPOSITION OF KAILY BISSANI

10   _____

11          PURSUANT TO NOTICE, the above-entitled

12  deposition was taken on behalf of the Plaintiff at the

13  offices of Olsen & Brown, 8362 Greenwood Drive, Niwot,

14  Colorado, on Friday, December 21, 2007, at 1:37 p.m.,

15  before Teresa Chaplin, Registered Professional Reporter

16  and Notary Public.

17

18

19

20

21

22

23

24

25

**Kaily Bissani Depo.txt**                    **Page 1**

00007

1  you?

2      A.   Yeah, that was -- yes, at one time, yes.

3  And that was, I think, May of 2006.

4      Q.   Okay.  Now, did Mr. Forry report to you?

5      A.   Yes.

6      Q.   Do you recall what his title was?

7      A.   His title was field manager of Denver

8  division.

9      Q.   And did you know what his duties were in

10  that job?

11     A.   Absolutely, yes.

12     Q.   What were they?

13     A.   His job was managing the entire outside

14  plant network for the Denver division and the metro

15  network for Denver.

16     Q.   Okay.

17        MR. OLSEN:  And did he -- it sounds like

18  somebody has a cold along the way here.

19        MS. MARTINEZ:  Sorry, I apologize.

20        MR. OLSEN:  That's all right.

21     Q.   (By Mr. Olsen)  And did he have any help

22  in managing the metro network?

23     A.   Absolutely, yes.

24     Q.   Who helped him?

25     A.   I'm sorry, who helped him?

00011

1 consider laying either one or both of them off?

2    A.   Yes.  Well, I had to make a decision to

3 combine the two jobs.  I needed someone that had both

4 experience, metro and long-haul experience.

5    Q.   Okay.  I didn't quite understand.

6       MR. OLSEN:  Is it possible, Ms. Martinez,

7 that you're getting call waiting there at home?

8       (A discussion was held off the record.)

9    Q.   (By Mr. Olsen)  So you said you had to

10 make the decision as to what?

11    A.   Well, we had to make a decision to

12 combine the two jobs under one leadership.

13    Q.   And who told you you had to make that

14 decision?

15    A.   My seniors.  I don't know where it came

16 from, but the head count, that came from my upstream,

17 came out as one manager for the OSB combined, metro and

18 long-haul.

19    Q.   And do you know who is it who created

20 that head count?

21    A.   I don't remember, to be honest with you,

22 it came from my boss, which is Tim Elbert.

23    Q.   So you were told this had to be done?

24    A.   Yes.

25    Q.   And what other changes did he tell you

**Kaily Bissani Depo.txt**                    **Page 11**

00012

1 had to be done?

2    A.   That the head count, the combination head

3 count between the two organizations went down by three

4 or four individuals.

5    Q.   And who did those individuals end up

6 being?

7    A.   I remember it was McCain, Joe McCain; it

8 was Becky Capps; it was Kathy Bennett; and it was

9 another lady in Wyoming, I don't remember her name,

10 Barbara or -- I don't remember the name.

11    Q.   And who is it who decided that these

12 people would go?

13    A.   It was my decision and their managers'

14 decision.  For example, Kathy Bennett's, it was

15 Becky Capps's decision.

16    Q.   So Ms. Capps made that decision?

17    A.   Absolutely.

18    Q.   And whose decision on the others?

19    A.   It was my decision.

20    Q.   Now, I take it that once you laid these

21 people off, you were not allowed to increase your head

22 count; is that right?

23       MS. MARTINEZ:  Objection to form.

24    A.   Say that again, I'm sorry.

25    Q.   (By Mr. Olsen)  Once your instructions

00013

1 were to reduce your head count, you were not allowed to

2 increase your head count after that, I take it?

3      MS. MARTINEZ: Objection to form.

4   A.  That's not necessarily true, because as

5 we added more network and as we acquired more

6 companies, the head count increased. And that happened

7 exactly probably just four or five months later, when

8 we acquired companies when the head count increased.

9   Q.  (By Mr. Olsen) Well, didn't you hire

10 Steven Forry?

11   A.  Yes, I did.

12   Q.  Well, whose job did he take when he came

13 in?

14      MS. MARTINEZ: Objection to form.

15   A.  The -- it's a new job, it's a new

16 function, it's a new position we call the field

17 manager, which is a totally new combination of metro

18 and long-haul, he didn't take any of the jobs.

19   Q.  (By Mr. Olsen) So Mr. Benschop and

20 Ms. Capps left and Mr. Forry took both their jobs, did

21 he?

22   A.  Well, actually, no, he didn't take their

23 jobs.

24   Q.  Why not?

25   A.  It's a new function, it's a new function,

**Kaily Bissani Depo.txt**          **Page 13**

00014

1 it's a new responsibility that the division didn't have

2 before.

3     Q.   Okay.  Well, you're talking about

4 Mr. Forry's new function?

5     A.   Exactly.

6     Q.   Who created that new function?

7     A.   It's me and my superiors, because we

8 combined two responsibilities under one.

9     Q.   And who is it who first suggested

10 creating the new function?

11     A.   I don't remember.

12     Q.   Was it you?

13     A.   No.

14     Q.   Well, who did you speak with --

15     A.   It's the head count allocation that

16 acquired us -- or required us to combine the two

17 functions under one.

18     Q.   Mr. Bissani, we're going to have to be a

19 little more careful not to talk at the same time.

20 Because this deposition is by phone, it really can't be

21 like a casual conversation.  So if you can allow me to

22 finish a question, then I'll be quiet while I listen to

23 your answer, how does that sound?

24     A.   Okay.  If you can allow me to finish,

25 too, I'll be good with that.

**Kaily Bissani Depo.txt**                    **Page 14**

00022

1    Q.   (By Mr. Olsen)  Well, did you decide what

2  would happen to Rebecca Capps?

3        MS. MARTINEZ:  Objection to form.

4    A.   I made a decision who would be in the

5  job, I think it was HR's position to talk to

6  Becky Capps after the fact.

7    Q.   (By Mr. Olsen)  Did you make a decision

8  to lay off Rebecca Capps, Mr. Bissani?

9    A.   We made a decision based on

10  responsibilities and qualifications.

11    Q.   Yeah, did you make the decision to lay

12  off Rebecca Capps, Mr. Bissani?

13    A.   Yes.

14    Q.   Who else participated in that decision?

15    A.   I don't remember.

16    Q.   Did you speak with anybody else about

17  that decision?

18    A.   Of course.

19    Q.   Who?

20    A.   It was HR and it was my boss, Tim Elbert.

21    Q.   And did you speak with Mr. Elbert more

22  than once about that?

23    A.   Yes.

24    Q.   And who in HR did you speak with about

25  that?

**Kaily Bissani Depo.txt**                    **Page 22**

00027

1      A.   Yes.

2      Q.   And did Ms. Capps' function go to

3  Mr. Forry?

4      A.   Yes.

5      Q.   So why wasn't Mr. Benschop then

6  terminated like Ms. Capps was?

7      A.   Because there was a position open for a

8  technician and he took a demotion.

9      Q.   And who decided he would take that

10  demotion?

11      A.   He decided, himself.  If he didn't take

12  the demotion, he would have gotten laid off.

13      Q.   And who decided that if he didn't take

14  that demotion, he would be laid off?

15      A.   He applied for the job like everybody

16  else.

17      Q.   I hear that.  I want to know who made the

18  decision to -- well, let's put it this way:  Did you

19  discuss with him taking the demotion to technician?

20      A.   Did I discuss with him?  I don't remember

21  that, no.

22      Q.   Well, who is it who decided that he had

23  that option?

24      A.   It would have been his new boss.

25      Q.   Mr. Forry decided that?

**Kaily Bissani Depo.txt**                    **Page 27**

00028

1    A.   Yes.

2    Q.   And so Mr. Forry would have been the one

3 to decide if Ms. Capps had the same option; is that

4 right?

5        MS. MARTINEZ:  Objection to form.

6    A.   No, the problem is, Ms. Capps was in --

7 she lived in Wyoming, and we needed a technician in the

8 Denver area.

9    Q.   (By Mr. Olsen)  Well, if she had been

10 willing to move to Denver, would she have received the

11 same option of being demoted to technician that

12 Mr. Benschop had?

13    A.   Mrs. Capps had never had interest in

14 moving to Denver.

15    Q.   But if she had expressed that interest to

16 you, would she have been offered the same option of

17 being demoted to technician that Mr. Benschop was

18 offered?

19        MS. MARTINEZ:  Objection to form.

20    A.   She didn't have the metro experience.

21    Q.   (By Mr. Olsen)  Well, what is your answer

22 to my question?

23    A.   What question is that, sir?

24    Q.   The one I just asked you.

25    A.   Say that again.

00040

1     Q.   And Mr. Benschop and Ms. Capps' jobs got

2 absorbed into it; is that correct?

3     A.   Yes.

4     Q.   And Mr. Forry took that job; is that

5 right?

6     A.   Yes.

7     Q.   Now, you mentioned, I think I heard you

8 say somebody else applied for it, for Mr. Forry's job,

9 the one he got, was that Sean English?

10     A.   Yeah, Sean English applied for it.

11     Q.   Who else?

12     A.   Everett McCain applied for it.

13     Q.   Everett McCain?

14     A.   Yes.

15     Q.   And anyone else?

16     MS. MARTINEZ:  Objection to form.

17     A.   I don't remember, those are the ones I

18 remember.

19     Q.   (By Mr. Olsen)  And where did

20 Sean English work at the time when he applied for it?

21     A.   He worked internally in Washington, DC.

22     Q.   Was he in your unit?

23     A.   No.

24     Q.   And Mr. McCain, where did he work?

25     A.   He worked in Denver.

**Kaily Bissani Depo.txt**          **Page 40**

00041

1    Q.   And what unit was he in?

2       MS. MARTINEZ:  Objection to form.

3    A.   Field service.

4    Q.   (By Mr. Olsen)  Was he one of your

5 subordinates?

6    A.   Yeah, he became one of my subordinates

7 when we combined WilTel and Level 3.

8    Q.   Okay.  Just to make sure I heard that

9 right, did you say, yes, he was one of your

10 subordinates?

11    A.   Yes, he was.

12    Q.   And he didn't get the job?

13    A.   No, he didn't.

14    Q.   And what job title did he have at the

15 time he applied for that job that Mr. Forry got?

16    A.   I think he was a manager of some sort, I

17 don't remember, but he did long-haul for Wiltel.

18    Q.   Now, after Mr. Forry came in, what

19 happened to Mr. McCain?

20       MS. MARTINEZ:  Objection to form.

21    A.   I'm sorry, say that again.

22    Q.   (By Mr. Olsen)  What happened to

23 Mr. McCain then?

24    A.   McCain was also laid off because he was

25 not qualified for the position that was created.  Let

**Kaily Bissani Depo.txt**               **Page 41**

00042

1  me explain that Everett McCain did the same job as

2  Becky Capps in the long-haul for WilTel.

3      Q.   Did you say long-haul for WilTel?

4      A.   Correct.

5          MR. OLSEN:  Now, Mr. Bissani, what I'd

6  like to do is take a break.

7          (A discussion was held off the record.)

8          (A short break was taken.)

9      Q.   (By Mr. Olsen)  Mr. Bissani, I can wrap

10  up probably pretty quickly here.

11          What was the name of the job that

12  Mr. Benschop took after Mr. Forry -- or upon

13  Mr. Forry's arrival?

14     A.   I think he was a technician, technician

15  job.  I don't remember exactly.  Just a regular

16  technician.

17     Q.   Well, did that job opening exist before

18  Mr. Forry arrived?

19     A.   No.

20     Q.   Was it created for Mr. Benschop?

21     A.   No.

22     Q.   Well, who was in it before Mr. Benschop

23  took that job?

24          MS. MARTINEZ:  Objection to form.

25     A.   No, nobody was in it.  It was created

**Kaily Bissani Depo.txt**                    **Page 42**

00045

1     A.   I don't remember.

2     Q.   Well, it had to be either you or

3  Mr. Forry; is that what you're saying?

4     A.   Yes, or both of us.

5     Q.   Or both, okay.

6          Well, what duties did Mr. Benschop have

7  in that newly created position of technician?

8     A.   What duty he had.  Well, he did a lot of

9  installation and coordination of work in the metro

10 environment.

11    Q.   Well --

12    A.   Metro stuff.

13    Q.   Well, did he used to do that?

14         MS. MARTINEZ:  Objection to form.

15    A.   He -- no, it's totally different.  He did

16 some of it, but not all of the jobs.  The coordination

17 with vendors and upstream organization was his job

18 before that, he didn't do any more, and it was Steve's

19 job then.  He basically took more on hands-on

20 technician job.

21    Q.   (By Mr. Olsen)  What organization did you

22 just refer to?

23    A.   MNS.

24    Q.   Is that "M" as in "Mary"?  Go ahead.

25    A.   Metro Network Services.

**Kaily Bissani Depo.txt**                    **Page 45**

00054

1      Q.    Okay.  Mr. Bissani, when you --

2      A.    Sorry about that.  Go ahead.

3      Q.    When Ms. Capps was in your chain of

4  command beneath you, what was the name of your unit?

5      A.    There was no unit, I never called it a

6  unit, it's a division, it's the field services

7  division, Denver area.

8      Q.    Okay.  And where did you work before you

9  were at the field services division?

10     A.    I was running the West Coast region.

11     Q.    What was your job title?

12     A.    I was the vice president of operations.

13     Q.    Were you demoted to the field service

14  division?

15     A.    I applied for open positions.

16     Q.    Was it a demotion that you got?

17     A.    It was a different -- totally different

18  job, totally different position.

19     Q.    Was it a demotion or not?

20     A.    You can call it whatever you want to call

21  it.

22     Q.    Well, did it pay more or less?

23     A.    Actually, I got paid more.

24     Q.    So when you became -- when you moved to

25  the field service division, your salary went up, is

**Kaily Bissani Depo.txt**                          **Page 54**

00057

1      A.    Yes, she was going for the same job as

2  anybody else.

3      Q.    (By Mr. Olsen)  Okay.  Well, my question

4  was, did you ever speak with her about it?

5          MS. MARTINEZ:  Objection to form.

6      A.    I don't remember that.

7      Q.    (By Mr. Olsen)  You don't remember

8  anything --

9      A.    I don't remember, I really don't.

10      Q.    Do you remember anything you said to her

11  or anything she said to you about the job that

12  Mr. Forry filled?

13      A.    I don't remember that.

14      Q.    Okay.  Do you remember any discussions

15  with Rebecca Capps about moving to Denver?

16      A.    Yes.

17      Q.    How often did you discuss that with her?

18      A.    Probably, I don't know, 10 times.

19      Q.    And why is it that you discussed that

20  with her?

21      A.    To make sure that she understands that

22  the new job is the field manager job that required

23  people to be in Denver.

24      Q.    And you talked with her about that up to

25  10 times?

00058

1      A.   At least.

2      Q.   Well, why did it keep coming up?

3      A.   Why did it keep coming up?

4      Q.   Yes.

5      A.   Because she never showed up.  She showed

6 up maybe once or twice.

7      Q.   She never showed up where?

8      A.   To Denver.

9      Q.   Well, did you have a meeting scheduled

10 with her in Denver that she didn't show up for?

11      A.   I don't remember meetings, but she -- the

12 job required activities in Denver and needed management

13 in Denver, and she didn't show -- if she wanted that

14 job that bad, she would have been in Denver.

15      Q.   So why did you feel the need to speak

16 with her about it 10 times?

17          MS. MARTINEZ:  Objection to form.

18      A.   Why did I do that?

19      Q.   (By Mr. Olsen)  Yes.

20      A.   To explain what the job is.

21      Q.   Well, were you asking her any questions?

22      A.   I don't remember if I asked her any

23 questions.

24      Q.   Well --

25      A.   I've talked to her like any other

**Kaily Bissani Depo.txt**                    **Page 58**

00059
1  employees I have.

2        Q.   Well, why did you go back to her to talk

3  about the same topics over and over, as many as

4  10 times?

5            MS. MARTINEZ:  Objection to form.

6        A.   Because she was asking the questions and

7  I was answering.

8        Q.   (By Mr. Olsen)  And what was she asking

9  you?

10       A.   Would this job require for me to move to

11 Denver, I said yes.

12       Q.   Well, were you trying to encourage her to

13 apply for it?

14       A.   Absolutely.

15       Q.   Why?

16       A.   Because I encouraged everybody to apply

17 for the job.

18       Q.   10 times?

19       A.   When I -- I didn't encourage her 10

20 times, but I encouraged her many times.

21       Q.   Well, didn't you think when you were

22 encouraging her that she was qualified for the job?

23           MS. MARTINEZ:  Objection to form.

24       A.   I encouraged everybody to apply for the

25 job, it doesn't mean that, you know, that they are

**Kaily Bissani Depo.txt**                    **Page 59**

00067

1 decision from her previous manager.

2     Q.   (By Mr. Olsen) Who was that?

3     A.   I don't remember his name, and I don't

4 know. You know, it's a WilTel -- from the WilTel

5 organization.

6     Q.   So who first suggested that Ms. Bennett

7 be laid off in a RIF?

8     A.   That was Becky Capps. And I can quote,

9 she said, she's a liability to Level 3, exactly to me.

10     Q.   And what else did she say about this

11 alleged decision to lay off Ms. Bennett?

12       MS. MARTINEZ: Objection to form.

13     A.   I just said, she was a liability to

14 Level 3 and we need to let her go.

15     Q.   (By Mr. Olsen) And you took notes on

16 this, did you?

17       MS. MARTINEZ: Objection to form.

18     A.   Yes.

19     Q.   (By Mr. Olsen) And where are those notes

20 today?

21     A.   I don't know where the notes are. Any

22 notes from me would have been left at the Level 3

23 sites. I left everything that belongs to Level 3 in

24 the office.

25     Q.   What office?

**Kaily Bissani Depo.txt**　　　　　　　　　　　　　　**Page 67**