# EXHIBIT D

```
00001
 1         IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF COLORADO
 3   Civil Action No. 07-CV-00922-RPM-CBS
 4   REBECCA CAPPS,
 5   Plaintiff,
 6
     vs.
 7
 8   LEVEL 3 COMMUNICATIONS, INC.,
 9   Defendant.
10   _____
11        TELEPHONE DEPOSITION OF STEVEN L. FORRY
12   _____
13
14            PURSUANT TO NOTICE, the
15   above-entitled deposition was taken on behalf of the
16   Plaintiff, telephonically, at 8362 Greenwood Drive,
17   Niwot, Colorado, on December 19, 2007, at 2:15 p.m.,
18   before Dawn E. Eastman (Calderwood), Certified
19   Shorthand Reporter, Registered Professional
20   Reporter, and Notary Public.
21
22
23
24
25
```

00009
1  you in obtaining a job at Level 3?
2      A.    Initially, yes.
3      Q.    What year was that?
4      A.    1998.
5      Q.    Was that the first year you began to
6  work at Level 3?
7      A.    Yes.
8      Q.    And your initial title was project
9  manager?
10     A.    No, my initial title was gateway
11 technician.
12     Q.    In Denver?
13     A.    No, in San Jose, California.
14     Q.    Now, after your initial hire at Level
15 3, was there ever a time when you left the
16 employment of Level 3 temporarily?
17     A.    Yes.
18     Q.    When was that?
19     A.    February 2005.
20     Q.    Why did you leave?
21     A.    I was laid off.
22     Q.    For how long were you off work from
23 Level 3?
24     A.    About two and a half months.
25     Q.    How did it come to pass that you

00010
1  returned?
2  A.  The Denver field manager job was
3  posted, and I applied for that position.
4  Q.  And did you get that position?
5  A.  Yes.
6  Q.  What was the exact name of that job,
7  if you remember?  Was it strictly "Denver field
8  manager"?
9  A.  Field manager, yes.
10  Q.  And was it actually called Denver
11  field manager or just field manager?
12        MS. MARTINEZ:  Objection to form.
13  Q.  (By Mr. Olsen) I'll reask it:  What
14  was the exact name of that job?
15  A.  It was a field manager position in
16  Denver.
17  Q.  And then after that point in time --
18  well, when you obtained that field manager position,
19  did you work in association with Kaily Bissani at
20  any time?
21  A.  Yes.
22  Q.  And what was the nature of that
23  relationship?
24  A.  He was my immediate supervisor.
25  Q.  When you came back to Level 3 -- well,

```
00012
 1    A.   I'm not sure who he heard it from.
 2    Q.   Okay.  Upon your hearing of it, did
 3 you contact Mr. Bissani?
 4    A.   Yes.
 5    Q.   By telephone?
 6    A.   Yes.
 7    Q.   And did you initiate that call
 8 yourself?
 9    A.   Yes.
10    Q.   Was it for the purpose of learning
11 more about the job?
12    A.   Yes.
13    Q.   And can you tell us, to the best of
14 your recollection, approximately when that was that
15 you made that call?
16    A.   Well --
17    Q.   Maybe the first thing to ask you is:
18 What was the date of your return?  Does that help?
19    A.   The date of my return, I believe, was
20 around May the 10th.
21    Q.   Of 2006?
22    A.   Uh-huh.
23    Q.   That's just a record thing here.
24         So approximately when did you speak
25 with Mr. Bissani?
```

```
00013
 1     A.    It would have been somewhere in the
 2  middle of April.
 3     Q.    Did you speak with anybody else about
 4  the job?
 5     A.    No.
 6     Q.    And now to go to that conversation:
 7  Did you have more than one conversation with
 8  Mr. Bissani about that job before it was offered to
 9  you?
10     A.    Yes, I had to interview.
11     Q.    And before the interview began, did
12  you speak with Mr. Bissani again?
13     A.    No.
14     Q.    Where was the interview?  What city?
15     A.    Denver.
16     Q.    What city were you living in at the
17  time?
18     A.    Erie.
19     Q.    Did you ever go to any basketball
20  games at Erie High School?
21     A.    No, I have not.
22     Q.    Have you ever seen me coaching
23  basketball there?
24     A.    No.
25     Q.    I do.
```

00014
1    A.    I lived just down the street from
2 there.
3    Q.    From the old high school?
4    A.    Yeah.
5    Q.    Have you seen the new one?
6    A.    Yes, I have. I was there last week.
7 My daughter had a concert out there.
8    Q.    Some of my basketball players were at
9 that concert and missed practice -- just kidding.
10          So you came and interviewed. That
11 was, I take it, the next step in the process by
12 which you obtained this job; is that right?
13   A.    That's correct.
14   Q.    And who did you interview with?
15   A.    Initially, Kaily.
16   Q.    And anybody else after that?
17   A.    Tim Elbert.
18   Q.    And anyone else?
19   A.    No.
20   Q.    Were you aware if there were other
21 applicants for the job?
22   A.    Yes.
23   Q.    Do you know who else applied?
24   A.    No.
25   Q.    Do you know why that opening existed?

```
00015
 1    A.    Yes.
 2    Q.    Why?
 3    A.    From what I was told, because the
 4  Denver division was only going to allow one OSP
 5  manager; and they were trying to combine the two
 6  positions.
 7    Q.    And who had previously held the job?
 8          MS. MARTINEZ:  Objection to form.
 9          THE DEPONENT:  Becky Capps was the
10  long haul manager, and Diron Benschop was the metro
11  manager.
12    Q.    (By Mr. Olsen)  Well, did anybody ever
13  tell you why one of those two simply wasn't moved
14  into the job?
15    A.    No.
16    Q.    Did you ever obtain or hear any
17  information as to why they weren't?
18    A.    Yes.
19    Q.    And what information was that, that
20  you heard?
21    A.    That Diron Benschop didn't have enough
22  long haul experience, and that Becky Capps wasn't --
23  lived in Cheyenne and didn't live in Denver and also
24  lacked metro experience.
25    Q.    And where did you hear that from?
```

00018
1    A.    Kaily.

2    Q.    How do you know that?

3    A.    Because we had a discussion, after I
4 was hired, of how I was going to set up the team.

5    Q.    But that discussion did not involve
6 Rebecca Capps; did it?

7    A.    It did not.

8    Q.    Did it involve discussing laying off
9 Diron Benschop?

10    A.    Yes.

11    Q.    And who first mentioned the thought of
12 laying him off?

13    A.    Kaily.

14    Q.    And what did he say on that subject?

15    A.    I don't remember specifically.

16    Q.    Did he say that he was going to lay
17 off Mr. Benschop?

18    A.    I don't recall how he put it.

19    Q.    Did you maybe tell -- maybe to help
20 refresh your recollection: Did it unfold that you
21 learned he was going to be laid off and decided to
22 try to keep him?

23    A.    That sounds correct.

24    Q.    And what job did you decide to keep
25 Mr. Benschop in?

00019
1    A.    Outside plant technician.

2    Q.    And whose idea was it to keep him?
3  Was it yours or Mr. Bissani's?

4    A.    It was mine.

5    Q.    And what did Mr. Bissani say about
6  that?

7    A.    He would have preferred to lay him
8  off.

9    Q.    Why is it that you decided, then, to
10 keep him?

11   A.    His metro knowledge.

12   Q.    And did you ask whether Ms. Capps
13 could be kept on in any capacity?

14   A.    No.

15   Q.    The job that Mr. Benschop took, who
16 had held it before?

17         MS. MARTINEZ:  Objection to form.

18   Q.    (By Mr. Olsen)  Remember, you
19 mentioned that you wanted to keep him; right?

20   A.    Correct.

21   Q.    I assume you wanted to keep him in a
22 certain job title.  I think you described it as
23 outside plant technician?

24   A.    Correct.

25   Q.    Who held that job, outside plant

00020
1  technician, before Mr. Benschop?

2   A.   No one.

3   Q.   So was this a newly created job?

4   A.   It was a new headcount, yes.

5   Q.   Who determined that there would be a
6  new headcount?

7   A.   I don't know.

8   Q.   So a new headcount was created so that
9  Mr. Benschop could be kept there and not laid off;
10  is that fair?

11   A.   No.

12   Q.   Why was it created, the new headcount?

13   A.   During the acquisition of the company
14  that we were getting at the time, the numbers came
15  out; and we had an opening for an OSP technician.

16   Q.   The numbers came out?  In other words,
17  there was an opening for an additional position in
18  your organization; is that right?

19   A.   Correct.

20   Q.   And how did you notice that?  Was it
21  on some form that came out?

22   A.   Kaily just informed me of it.  He gave
23  me the numbers of how many people I was allowed to
24  have on my team.

25   Q.   And it turned out you had room for one

00021
1  more and, essentially, a position that was not
2  filled? Is that how that worked?
3      A.   Can you say that again?
4      Q.   When you got those numbers from
5  Mr. Bissani, did you see, then, that you had an
6  opening that was unfilled; is that it?
7      A.   Yes.
8      Q.   Now, did that job already exist?
9      A.   No.
10          MR. OLSEN: Someone's phone is
11 ringing.
12          (Discussion off the record.)
13     Q.   (By Mr. Olsen) Okay. So the job that
14 Mr. Benschop filled did not exist previously in
15 Mr. Bissani's organization; is that fair?
16          I'll withdraw that question because it
17 sounds like it might have confused you a bit.
18          Mr. Benschop did not replace anybody;
19 did he?
20     A.   He did not.
21     Q.   And so he took a job, that if it
22 existed, had no one in it; is that right?
23     A.   Correct.
24     Q.   Did anyone have to create a job
25 description for that job?

00031
1    A.   Yes.
2    Q.   Who?
3    A.   Peter Smith.
4    Q.   And where did he come from; do you
5 know?
6    A.   MNF, the metro network services part
7 of Level 3.
8    Q.   Did you participate in any discussions
9 with Diron Benschop about the job of outside plant
10 technical?
11   A.   Yes.
12   Q.   And what kind of discussions were
13 those?  I mean -- well, let's put it this way:  What
14 did you say to him?
15   A.   I asked him to stay on as a tech.
16   Q.   Was there an alternative to that?
17   A.   Yes.
18   Q.   What was the alternative?
19   A.   Getting laid off.
20   Q.   Had Mr. Benschop already been informed
21 he was going to get laid off?
22   A.   I'm not sure.
23   Q.   Do you think he knew that?
24   A.   Yes.
25   Q.   And did he acknowledge to you that he

00034
1    A.   Right.

2    Q.   Did you consider anybody else for that
3  job?

4    A.   No.

5    Q.   Your desire to retain Mr. Benschop,
6  did it relate to anything that you knew about him
7  already?

8    A.   Yes.

9    Q.   What was it that you knew about him
10 already?

11   A.   He had extensive knowledge of the
12 metro plant in Denver.

13   Q.   How did you learn that?

14   A.   He was the OSP manager for the metro
15 plant in Denver.

16   Q.   Now, do you recall what it was that
17 Ms. Capps had done when she was employed there?

18   A.   She was the long haul OSP manager.

19   Q.   Well, did she have certain duties,
20 when she was there, that now had to be assigned to
21 somebody else?

22   A.   I assumed those duties.

23   Q.   So you became the long haul OSP
24 manager; is that fair?

25   A.   I became the Denver division OSP

00035

1   manager.

2   Q.   So Mr. Benschop, I take it, retained

3   his metro duties in that regard; is that right?

4   A.   No.

5   Q.   Did those duties go to somebody else?

6   A.   Me.

7   Q.   Now, I'd like to go back in time for a

8   minute and ask you where you went to college.

9   A.   I did not.

10   Q.   At the time you first went to work at

11   Level 3, had you ever been to college?

12   A.   I attended one-quarter of college.

13   Q.   So did you ever obtain any kind of a

14   degree?

15   A.   I did not.

16   Q.   Where did you work before Level 3?

17   A.   Pacific Bell.

18   Q.   What did you do there?

19   A.   I was a maintenance manager.

20   Q.   Maintenance of what?

21   A.   High cap maintenance.

22   Q.   High what?

23   A.   High cap.

24   Q.   What does that mean?

25   A.   High capacity lines, data lines.

00059
1     A.     I was a project manager for the
2  Denver -- for an area of the country that involved
3  Denver.
4     Q.     And so did you ever socialize with
5  Diron?
6     A.     At work -- I spoke with him at work,
7  yes.
8     Q.     Did you ever socialize with him
9  outside of work?
10    A.     I don't recall a specific time, no.
11    Q.     Do you recall, whether specific or
12 not, did you ever socialize with him outside of
13 work?
14    A.     No.
15    Q.     Diron reported to you for quite a long
16 while, then; didn't he?
17    A.     No.
18    Q.     I need to ask you a few more follow-up
19 questions about Diron Benschop's role as a
20 technician.
21           You said it was a little bit different
22 than the other OSP's technicians; is that right?
23    A.     Correct.
24    Q.     How was Diron Benschop's job, once you
25 made him outside plant technician, different from

00060
1  when he was in his previous job?  What changed?

2      A.   He no longer had a management role.

3  He was a technician.

4      Q.   So you're saying he had no more

5  responsibility to manage people?

6      A.   Manage projects.

7      Q.   So how did his role change, other than

8  that?

9      A.   He did more of the technical work.

10     Q.    Did he not, then, participate in any

11  management role after that point, after he became a

12  technician?

13     A.   No.

14     Q.   I think the way I asked that, I need

15  to double-check.

16          You're saying he no longer

17  participated in any management function; is that

18  right?

19     A.   Not as part of his daily activities,

20  no.

21     Q.   Well, did he as part of any

22  activities?

23     A.   No.

24     Q.   Well, did he work on the metro

25  projects --

```
00062
 1  plant technician. I need to correct that; I'm
 2  sorry.
 3           So could I trouble you to repeat your
 4  answer?
 5      A.   As a manager, he managed schedules and
 6  budgets.
 7      Q.   Anything else?
 8      A.   Not that I'm aware of, no.
 9      Q.   So the difference for Mr. Benschop,
10  when he became outside plant technician, simply was
11  he lost the scheduling and budgeting part of his
12  job; is that fair?
13      A.   He lost the management part of his
14  job.
15      Q.   And that management part did what,
16  besides scheduling and budget? Anything?
17           MS. MARTINEZ: Objection to form.
18           THE DEPONENT: Anything having to do
19  with project management.
20      Q.   (By Mr. Olsen) Which was what?
21      A.   Schedules and budgets and attending
22  conference calls.
23      Q.   Anything else?
24           MS. MARTINEZ: Objection to form.
25      Q.   (By Mr. Olsen) I'm sorry, go ahead.
```