# EXHIBIT E

00001

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF COLORADO

3   Civil Action No. 07-CV-00922-RPM-CBS

4   REBECCA CAPPS,

5   Plaintiff,

6
    vs.
7

8   LEVEL 3 COMMUNICATIONS, INC.,

9   Defendant.

10   _____

11          DEPOSITION OF PETER F. SMITH

12   _____

13

14             PURSUANT TO NOTICE, the

15   above-entitled deposition was taken on behalf of the

16   Plaintiff at 410 17th Street, 22nd Floor, Denver,

17   Colorado, on December 19, 2007, at 9:40 a.m.,

18   before Dawn E.  Eastman (Calderwood), Certified

19   Shorthand Reporter, Registered Professional

20   Reporter, and Notary Public.

21

22

23

24

25

00008

1     Q.     Did you know a man named Kaily

2 Bissani?

3     A.     Yes.

4     Q.     How did you come to know him?

5     A.     Well, I worked at Level 3 since July

6 of 1998, and Kaily had been in Level 3 during that

7 entire period.

8     Q.     Did you work in the same organization

9 or unit at any time with him?

10     A.     Yes, we were in field operations.

11     Q.     Both of you were in field operations

12 continuously; is that right?

13     A.     I can't speak to Kaily Bissani's

14 entire career path.

15     Q.     Did there come a time when Kaily

16 Bissani assumed any of your duties or

17 responsibilities?

18     A.     Yes, Kaily replaced me.

19     Q.     Do you remember approximately when

20 that was?

21     A.     It was April 2006.

22     Q.     You mean upon your departure?

23     A.     Yes.

24     Q.     Did you learn that he was going to

25 replace you before you left Level 3?

00009

1    A.    Yes.

2    Q.    Did that have something to do with the

3 reason why you left Level 3?

4    A.    No.

5    Q.    Where did you hear, or from whom did

6 you learn that he was going to replace you?

7    A.    That was told to me by the senior vice

8 president of operations.

9    Q.    And who was that?

10    A.    That's a guy name Frank Mambuca.

11    Q.    I know him, too.

12          And did he do that in a phone call or

13 face-to-face or by letter or some other form of

14 communication?

15    A.    It was a phone call.

16    Q.    Was anyone else participating in that

17 phone call besides you two?

18    A.    No.

19    Q.    Did he initiate that call to you?  I

20 realize it's long enough ago that you might not

21 remember that, but I need to ask that anyway.

22    A.    Yes, he did.

23    Q.    Was that the purpose of his call, to

24 tell you that Kaily Bissani was coming in or

25 replacing you?

00039

1     Q.     Did you ever speak with her about the

2   need to have more women become involved in those

3   kinds of jobs?

4          MS. MARTINEZ:  Objection to form.

5          THE DEPONENT:  No.

6     Q.    (By Mr. Olsen)  While you were the

7   director of operations and she was a subordinate of

8   yours, did you develop any reasons, of any kind

9   whatever, to think that she should leave the

10  company?

11         MS. MARTINEZ:  Objection to form.

12         THE DEPONENT:  You'll have to repeat

13  that question.

14         MR. OLSEN:  Could you read that back?

15         (The record was read back by the

16  reporter as requested.)

17         MS. MARTINEZ:  Objection to form.

18         THE DEPONENT:  No.

19    Q.    (By Mr. Olsen)  Were you satisfied

20  with her performance while you were her boss?

21    A.    Yes.

22    Q.    Now, when Mr. Kaily Bissani was tapped

23  to replace you, did you then confer with him?

24         THE DEPONENT:  Do you mind if I have a

25  break?

**Peter Smith Depo.txt**                    **Page 39**

00040

1          (Discussion off the record.)

2          (A recess was taken.)

3          (The question was read back by the

4  reporter as requested.)

5          THE DEPONENT:  Confer with him about

6  what?

7      Q.    (By Mr. Olsen)  About anything.

8      A.    Yes.

9      Q.    Did you meet with him face-to-face?

10      A.    Yes.

11      Q.    How many times, in relation to your

12  departure and him taking over?

13      A.    One time.

14      Q.    And where were you located at that

15  time?

16      A.    Le Peep.

17      Q.    Excuse me?

18      A.    Le Peep.

19      Q.    In what city?

20      A.    Denver.

21      Q.    Was anybody else present?

22      A.    No.

23      Q.    What was the purpose of that meeting,

24  if you recall?

25      A.    To transition my job to Kaily.

**Peter Smith Depo.txt**                    **Page 40**

00041

1      Q.      And in that process, did you provide

2  any paperwork to him?

3      A.      No.

4      Q.      Had you ever prepared any paperwork

5  that went to him about how your team or your group

6  was doing?

7      A.      No.

8      Q.      When you were the director of

9  operations, did you maintain any files on your

10  subordinates?

11      A.      No.

12      Q.      Did you have --

13      A.      Other than the performance workbench

14  reviews that Level 3 maintains, which is a quarterly

15  write-up of each person's performance.

16      Q.      And can you recount for me the

17  discussion that you had with Mr. Bissani at Le Peep?

18      A.      In what regard?

19      Q.      Anything.  Just tell us what you

20  remember was said in that meeting at Le Peep.  You

21  ordered pancakes -- just kidding, go ahead.

22      A.      Waffles.

23      Q.      Sounds good to me right now.  Anyway,

24  go ahead.

25              Did you discuss the members of the

**Peter Smith Depo.txt**                                **Page 41**

00042

1  group with him?

2      A.    Yes.

3      Q.    Did you discuss Rebecca Capps with

4  him?

5      A.    Yes.

6      Q.    And do you remember what you said

7  about Rebecca Capps in that discussion?

8      A.    Yes.

9      Q.    Go ahead and tell me that.

10      A.    I gave him my opinion about Becky and

11  the ability to perform a new role in the

12  organization.

13      Q.    A what role?

14      A.    A new role in the organization.

15      Q.    Okay.  Well, rather than telling me

16  the topic, just tell me what you said.  How's that?

17      A.    I said that I didn't think Becky could

18  do the new role in the organization.

19      Q.    Would you repeat that?  I didn't quite

20  hear the first part.

21      A.    I said I didn't think Becky could

22  perform the new role in the organization.

23      Q.    And what new role were you referring

24  to?

25      A.    The combined long haul/metro

00043
1  operations outside plant role.

2      Q.    I'm going to ask you say that again.

3  Combined long haul. . .

4      A.    Long haul and metro outside plant.

5      Q.    Were there more words to it than that?

6  Combined long haul and metro outside plant what?

7      A.    Role.

8      Q.    Now, who brought up the subject of

9  whether she could do that role in the meeting at

10 Le Peep?

11      A.    The discussion was brought up by me.

12      Q.    Well, when did you first hear about

13 the combined long haul and metro outside plant role?

14      A.    I don't recall the exact time line on

15 that.

16      Q.    Well, what was the combined long haul

17 and metro outside plant role?  Was it a new role

18 being created somewhere, somehow?

19      A.    It was a consolidation of two jobs

20 that were currently being held by one person -- or

21 by two people down to one person.

22      Q.    Who were those two people?

23      A.    That was Becky on the long haul and

24 Diron Benschop on the metro.

25      Q.    And who is it who said that they were

**Peter Smith Depo.txt**                    **Page 43**

00048

1  those two roles?

2          MS. MARTINEZ:  Objection to form.

3          THE DEPONENT:  I don't know if he made

4  that decision or not.

5      Q.    (By Mr. Olsen)  You say you don't know

6  if he made that decision or not?

7      A.    Correct.

8      Q.    Well, who reported the decision to

9  you, that those roles were going to be combined?

10     A.    Tim Elbert.

11     Q.    And when he reported that to you, what

12  did he say?

13     A.    I don't recall the conversation.

14     Q.    Do you recall any words he said on the

15  topic of combining those two positions?

16     A.    No.

17     Q.    But he is the one who decided they

18  would be combined; is that right?

19         MS. MARTINEZ:  Objection to form.

20         THE DEPONENT:  I don't know if he made

21  that decision or not.

22     Q.    (By Mr. Olsen)  Well, did he tell you

23  that it had been decided that those two roles would

24  be combined?

25     A.    It was decided that we were going to

**Peter Smith Depo.txt**                          **Page 48**

00056

1        Do you remember anything at all that

2 was said in that conversation?

3        MS. MARTINEZ:  Objection to form.

4    Q.   (By Mr. Olsen)  And I'm going to turn

5 the floor over to you and ask you to tell us

6 everything that you said and everything that he said

7 while you were sitting there at Le Peep.

8        MS. MARTINEZ:  Objection to form.

9        THE DEPONENT:  Okay.  I believe my

10 conversation with Kaily was -- and I don't know who

11 started the conversation -- but I said:  You have a

12 problem in your OSP area because you have two people

13 who are doing independent jobs.  And I didn't think

14 that either one of them was capable of doing both

15 jobs simultaneously.

16    Q.   (By Mr. Olsen)  Go ahead, I won't

17 interrupt you.

18    A.   That's it.

19    Q.   Well, what else did you say?

20    A.   That is as much as I recall, other

21 than -- that's what I said.

22    Q.   And so did you pay the bill and then

23 leave, and that was all you discussed in that

24 meeting?  If not, I need to know what else you

25 discussed.

**Peter Smith Depo.txt**                         **Page 56**

00058
1 already said?

2      A.    Specifically, no.

3      Q.    Any words or sentences or parts of

4 sentences that you can remember, other than that you

5 didn't think either one was capable?

6      A.    Specifically, no.

7      Q.    Can you recall, generally, anything

8 else you said about Rebecca Capps in that discussion

9 at Le Peep?

10     A.    General discussion would be that Becky

11 was a strong outside plant person who had limited

12 managerial diligence.

13     Q.    Anything else?

14     A.    No.

15     Q.    And with regard to Diron Benschop,

16 what did you say to him about -- what did you say to

17 Kaily Bissani about Diron Benschop?

18     A.    Diron Benschop was a strong paper

19 trail person and had some shortcomings on the

20 outside plant technical skill-set.

21     Q.    Anything else that you said to him?

22     A.    No.

23     Q.    And so those were all of the words you

24 said in the meeting at Le Peep about Rebecca Capps

25 and Diron Benschop; is that fair?

**Peter Smith Depo.txt**                    **Page 58**

00061

1 title of the positions.  I think they were both

2 called outside plant manager.

3      Q.    Well, how long had you been Diron

4 Benschop's supervisor?

5      A.    Since 1999.

6      Q.    Was that the same length of time that

7 you had been Rebecca Capps' supervisor?

8      A.    I think that was longer.  I don't

9 recall when Becky's group came over.  That was 2000

10 or 2001.

11      Q.    Is it you, then, who -- did anybody

12 else make a determination that neither Diron

13 Benschop nor Rebecca Capps were appropriate for the

14 combined job?

15           MS. MARTINEZ:  Objection to form.

16           THE DEPONENT:  I have no way of

17 knowing.

18      Q.    (By Mr. Olsen)  But you felt neither

19 one should have that combined job; is that right?

20      A.    My opinion was that we needed -- that

21 neither one was going to be sufficient to do both

22 jobs.

23      Q.    So did you propose a solution?

24      A.    No.

25      Q.    Did you have a solution in mind?

00062

1    A.    No.

2    Q.    Well, what was the new job going to

3  entail that was different than what they were

4  already doing, each one?

5    A.    Well, the outside plant metro is a

6  different job than the outside plant long haul.

7    Q.    Who had been doing that?

8        MS. MARTINEZ:  Objection to form.

9        THE DEPONENT:  So the outside plant

10  metro and outside plant long haul are two separate

11  jobs in the organization.

12        Becky had been doing long haul.  Diron

13  had been doing metro.  Distinctly different jobs,

14  distinctly different responsibilities.

15    Q.    (By Mr. Olsen)  Were there any

16  responsibilities of the job that Becky was not doing

17  that you felt she couldn't do?

18    A.    Which job?

19    Q.    Well, what job was she doing?  Long

20  haul?

21    A.    Correct.

22    Q.    Were there any of the responsibilities

23  of the metro job that you felt she could not do?

24    A.    I thought Becky's job -- her attention

25  to detail and paperwork was her shortfall.  And in

00063
1 the metro area, where you're awarding a lot of

2 contracts and handling a lot of money, that was

3 going to be a problem.

4       Q.    Okay.  Any other shortfalls for

5 Rebecca Capps that led you to believe that she

6 couldn't do the combined job?

7       A.    My opinion is that Becky was doing her

8 current job, and she was not going to be able to do

9 the combined job, which would increase the workload

10 on her.

11       Q.    So there were no other shortcomings in

12 her performance that suggested to you -- other than

13 her ability to do paperwork -- that suggested to you

14 that she shouldn't do the combined job; is that

15 fair?

16          MS. MARTINEZ:  Objection to form.

17 Mischaracterizes his testimony.

18          THE DEPONENT:  You mean --

19       Q.    (By Mr. Olsen)  I'll withdraw the

20 question.  I need to make clear what I'm driving at,

21 so I understand.

22          I want to know why you wouldn't think

23 she could do the combined job.  And so far, I have

24 heard you give one reason; and that is that her

25 attention to detail and paperwork was her shortfall.

00064

1       Were there any other reasons why you

2 didn't think she could --

3    A.   It was a shortfall.

4    Q.   So my question is:  Were there any

5 other reasons or shortfalls that led you to conclude

6 that she couldn't do the combined job?

7    A.   I think there was going to be an

8 increase in the workload.  And my opinion is that

9 Becky was not going to be able to handle both

10 workloads.

11    Q.   Okay.  Anything else?

12    A.   No.

13    Q.   Now, with regard to Diron Benschop,

14 were there any shortfalls, as you use that word,

15 that led you to believe that he couldn't do the

16 combined roles, the combined job, I mean?

17       MS. MARTINEZ:  Objection to form.

18       THE DEPONENT:  I had used Diron in a

19 managerial capacity in the past, and he did not do a

20 good job for me.

21    Q.   (By Mr. Olsen)  Anything else?

22    A.   Again, an opinion that the combined

23 job would be a larger job than he could handle --

24 similar to Becky -- where the combined job, in

25 theory, would double your workload and would

**Peter Smith Depo.txt**           **Page 64**

00065

1  challenge him.

2     Q.    So what you're saying is you didn't

3  think Diron Benschop could handle the workload, the

4  increased workload, from the combined jobs?

5     A.    Correct.

6     Q.    Now, did you tell Kaily Bissani any of

7  the reasons why you didn't think Rebecca Capps could

8  handle the combined job when you were sitting in

9  Le Peep?

10     A.    I don't recall that exact

11  conversation.  But, again, the gist of that

12  conversation was that we had an outside plant issue

13  because neither person, in my opinion, could do the

14  combined job.

15     Q.    Now, I heard you say that before in

16  your testimony here today.  But I want to know if

17  you then went on to tell him why you felt that way?

18        MS. MARTINEZ:  Objection to form.

19     Q.    (By Mr. Olsen)  And maybe you didn't,

20  but I need to know.

21     A.    I think the conversation was brief, as

22  I recall.  And it consisted of the basic feedback I

23  just gave you, where I felt that each was challenged

24  in their individual role, each -- and this is very

25  generalized statements; obviously, it's not

00066

1 verbatim -- each had what I considered limitations

2 to do the combined role.

3    Q.    And did you describe to Mr. Bissani

4 what those limitations were in that meeting at

5 Le Peep, or did you just leave it at that?

6        MS. MARTINEZ:  Objection to form.

7        THE DEPONENT:  I don't recall how that

8 conversation ended.

9    Q.    (By Mr. Olsen)  So are you saying you

10 don't remember anything else that you said to him on

11 that topic?  That will help me wrap up this segment

12 of the deposition.

13    A.    I do not recall the entire

14 conversation.

15    Q.    Well, did Mr. Bissani say what he was

16 going to do about the situation?

17    A.    No.

18    Q.    Did he tell you that he was going to

19 follow through to combine the roles?

20    A.    No.

21        MR. OLSEN:  Well, what I recommend we

22 do now is take a short break so I can check on

23 something.  And we'll leave.  How's that?

24        MS. MARTINEZ:  That's okay, we can

25 leave.

**Peter Smith Depo.txt**                    **Page 66**

00070

1    Q.    Capable of what?  I'm missing that

2 answer.

3    A.    I think your question was:  Did he

4 have any construction skills for the job?

5    Q.    And you said yes.

6    A.    And I said yes.

7    Q.    Didn't Mr. Benschop and Rebecca Capps

8 have essentially the same kind of duties --

9        MS. MARTINEZ:  Objection to form.

10    Q.    (By Mr. Olsen)  -- in their two

11 different jobs?

12    A.    No, very distinctly different jobs.

13    Q.    How did they differ?

14    A.    Well, Diron worked in a metro

15 environment, which is what you're looking out of the

16 window for, where you do new building adds, you

17 construct building laterals into new buildings, you

18 work in an urban environment doing outside

19 plant-related activities.

20        Becky's job was a long haul route

21 manager, which was maintaining a long haul

22 fiberoptic cable and the maintenance of the

23 regeneration huts that Level 3 has based.

24    Q.    How many direct reports did

25 Mr. Benschop have?

00078
1 company?

2    A.    To my knowledge, Diron never left the

3 company.

4    Q.    Do you know where he is today?

5    A.    Yes.

6    Q.    Where?

7    A.    He works with Level 3 Communications.

8    Q.    Where, within the company?  Tell me

9 all you know about what unit he works in and the

10 location of it.

11    A.    He works in what was the Denver MNS

12 organization.

13    Q.    Well, he didn't get the combined job;

14 did he?

15    A.    No.

16    Q.    Who got it?  Was it Steve Forry?

17    A.    Correct.

18    Q.    And did you participate in that

19 decision?

20    A.    Not at all.

21    Q.    Did you ever discuss Steve Forry in

22 connection with that position with anybody?

23    A.    No.

24    Q.    Well, after Mr. Forry got that

25 position, what happened to Mr. Benschop's job, his

00080

1    Q.    Well, did you ever discuss with anyone

2  the fact that she had been terminated from her job,

3  other than a lawyer?

4      MS. MARTINEZ:  Objection to form.

5      THE DEPONENT:  No.

6    Q.   (By Mr. Olsen)  Have you discussed her

7  lawsuit against the company with any nonlawyer?

8    A.   No.

9    Q.   Now, were you aware of any medical

10  condition that Rebecca Capps had while she was

11  employed?

12    A.   No.

13    Q.   Were you aware of any back problems

14  that she had?

15    A.   No.

16    Q.   And just to make sure that the record

17  is clear:  Did you ever discuss with any person the

18  reasons why she was terminated?

19    A.   That is correct, no, I did not.

20    Q.   At the time that she was terminated,

21  do you know if Kathy Bennett was still employed?

22    A.   No, I do not.

23      MR. OLSEN:  Now, I think I've run out

24  of questions for you.  But if you don't mind, we

25  need to take another short break so I can make sure

**Peter Smith Depo.txt**           **Page 80**