# EXHIBIT F

```
00001
 1         IN THE UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF COLORADO

 3  Civil Action No.: 07-CV-00922-RPM-CBS
    _____
 4
    REBECCA CAPPS,
 5
           Plaintiff,
 6  vs.

 7  LEVEL 3 COMMUNICATIONS, INC.,

 8         Defendant.
    _____
 9

10         DEPOSITION OF DIRON E. BENSCHOP

11  _____

12         PURSUANT TO AGREEMENT, the

13  above-entitled deposition was taken on behalf of

14  the Plaintiff at the offices of Brownstein Hyatt

15  Farber Schreck, 410 17th Street, 23rd Floor, Denver,

16  Colorado, on January 2, 2008, at 12:51 p.m., before

17  Jana Mackelprang, Certified Realtime Reporter,

18  Registered Professional Reporter, and Notary Public.

19

20

21

22

23

24

25
```

00009

1   Q.   Did your title change after that

2  point?

3   A.   Yes, it did.

4   Q.   What did it change to?

5   A.   Senior field technician.

6   Q.   When roughly was that?

7   A.   Right after Steven Forry was hired on.

8   Q.   Who told you your title was changed to

9  senior field technician?

10   A.   Well, Kaily Bissani.

11   Q.   And why, if you know, why was your

12  title changed to senior field technician?

13   A.   My role as outside plant manager was

14  eliminated.

15   Q.   Why was that, if you know?

16   A.   They decided to basically take the

17  position of metro outside plant manager and a

18  separate long-haul outside plant manager and combine

19  those into one job.

20   Q.   And who held the long-haul position?

21   A.   Becky Capps.

22   Q.   Now, how did you learn that they

23  decided to combine those jobs?

24   A.   Just through discussions with Kaily.

25   Q.   With who?

00010
1    A.    With Kaily.

2    Q.    Is that Mr. Bissani?

3    A.    Sorry. Yeah.

4    Q.    Did he discuss this with you before

5 you learned that Mr. Forry was coming in?

6    A.    Yes.

7    Q.    And when did you first discuss this

8 with Mr. Bissani?

9    A.    I don't remember an actual date. I

10 could venture to guess maybe a couple of weeks

11 before he was hired on.

12    Q.    Before Mr. Forry was hired on?

13    A.    Yeah, I think so.

14    Q.    Where were you when you discussed this

15 with Mr. Bissani? Was it his office, your office,

16 by e-mail, or another means of communication?

17    A.    It was in his office.

18    Q.    Where was that located?

19    A.    At the Denver Gateway.

20    Q.    Did he call you in to tell you this

21 news?

22    MS. MARTINEZ: Objection to form.

23    THE DEPONENT: Yes.

24    Q.    (By Mr. John Olsen) Can you recount

25 that conversation as best you can recall today?

00011
1   A.   He called me in and told me that my
2   position as outside plant manager was being
3   eliminated, and kind of went through the process of
4   describing that, as opposed to those two roles being
5   separate, they're now being combined into one
6   position to sit on top of both metro and long haul.
7   Q.   Did he say anything else in that
8   meeting?
9   A.   Yes. He told me if I was interested
10  in the position, that I needed to apply for it.
11  Q.   What position was that?
12  A.   Field manager.
13  Q.   Oh, you mean the position that
14  Mr. Forry came into?
15  A.   Yes, yes.
16  Q.   I see. So he told you that position
17  was open, and if you wanted to apply you could?
18  A.   Yes.
19  Q.   Did you apply?
20  A.   I did.
21  Q.   And did Mr. Bissani say anything else
22  to you in that meeting, for instance, about what
23  would happen to Rebecca Capps' job?
24  A.   No.
25  Q.   What did he say?

00014
1     A.    Not until after Steven Forry was hired
2  on.
3     Q.    Okay.  How did you learn that
4  Mr. Forry was hired on?
5     A.    He told me, Kaily told me.
6     Q.    And did that happen in his office as
7  well?
8     A.    Yes.
9     Q.    What did he say to you on that point?
10    A.    He basically just told me that he made
11 a decision to go with Steven Forry.
12    Q.    Did he say why?
13    A.    No.
14    Q.    I didn't quite hear your answer.
15    A.    No.
16    Q.    Did you ask why?
17    A.    No.
18    Q.    Did he say anything else in that
19 discussion with you?
20    A.    No, he didn't.
21    Q.    At that moment in time, did you wonder
22 whether you would still have a job there?
23    A.    No, because it was at that time that
24 Kaily offered me the senior field -- well, at the
25 time it was titled different, but he offered me the

00015
1  senior field tech position, basically a demotion.
2      Q.   What did he say to you?
3      A.   He told me that, you know, he has this
4  position available, if I want it.
5      Q.   Okay. What did he tell you about the
6  position?
7      A.   Not much. I mean, basically that the
8  position was, for the most part, going to be the
9  same job description as I had been doing.
10     Q.   Okay. Were you ever given a job
11 description for this job?
12     A.   Not specifically, no.
13     Q.   What was the name of the job he told
14 you you would be able to take?
15     A.   Well, at the time, by title, it was
16 called field engineer.
17     Q.   And why did that title change to
18 senior field technician?
19     A.   That changed after the Level 3-ICG
20 merger.
21     Q.   And why did it change, if you know?
22          MS. MARTINEZ:  Objection to form.
23          THE DEPONENT:  That was just a company
24 decision. They were going through and kind of
25 restructuring and retitling everybody.

```
00018
 1    A.    Not specifically, no.
 2    Q.    How did you learn what the duties of
 3  the job would be?
 4    A.    I just continued doing the same job
 5  functions that I had the day before.
 6    Q.    Who told you to continue doing the
 7  same job functions?
 8    A.    Kaily.
 9    Q.    Did it involve a reduction in pay?
10    A.    Yes, it did.
11    Q.    From what to what?
12    A.    At the time, as outside plant manager,
13  I believe I was at 77,000 a year.  After the
14  demotion, it was 72,000 a year, I believe.
15    Q.    Now, who was your superior after you
16  became field engineer?
17          MS. MARTINEZ:  Objection to form.
18          THE DEPONENT:  That would have been
19  Steven Forry.
20    Q.    (By Mr. John Olsen)  So was that a
21  change that occurred when Mr. Forry came in?
22    A.    Yes.
23    Q.    Who was your superior before that
24  time?
25    A.    Kaily Bissani.
```

00034

1  anybody in the long-haul unit after he came in?

2      A.   No, I don't.

3      Q.   Do you know if Mr. Bissani terminated

4  anybody after Mr. Forry came in?

5      A.   No, I don't.

6      Q.   Now, when you learned from Mr. Bissani

7  that the job would be open, the one that Mr. Forry

8  eventually got, did you actually submit a formal

9  application?

10     A.   Yes, I did.

11     Q.   How did you do that?  What was the way

12 to do that?

13     A.   It was online via the Level 3 website.

14     Q.   And do you know of anybody else who

15 applied?

16     A.   No, I don't.

17     Q.   How is it that you -- maybe you've

18 already told me this -- learned that you were not

19 going to get that job?  Was that when Mr. Bissani

20 informed you that Mr. Forry was being hired?

21     A.   Yes.

22     Q.   Can you tell me where you worked

23 before you came to Level 3.

24     A.   MCI.

25     Q.   What did you do there?

00035
1   A.   I was a technician.

2   Q.   Do you know how long?

3   A.   Approximately a year.

4   Q.   Where did you work before that?

5   A.   I don't recall the name of the
6 company. It was out of California.

7   Q.   What did you do for them?

8   A.   The same, was a technician.

9   Q.   Do you have any college degrees?

10   A.   I don't.

11   Q.   Do you have any college training?

12   A.   No, I do not.

13   Q.   Did Mr. Bissani tell you that your
14 application materials were actually evaluated and
15 reviewed?

16      MS. MARTINEZ: Objection to form.

17      THE DEPONENT: No, he didn't.

18   Q.   (By Mr. John Olsen) Do you know if
19 they were?

20      MS. MARTINEZ: Objection to form.

21      THE DEPONENT: I don't.

22   Q.   (By Mr. John Olsen) Did Mr. Bissani
23 -- maybe I've asked this before, also -- give you
24 any idea at all why it was you were not selected for
25 the job that Mr. Forry got?

00036
1    A.    He told me that I didn't have enough

2  experience.

3    Q.    Did he tell you why it was Mr. Forry

4  got the job?

5    A.    No.

6    Q.    Did Mr. Bissani tell you anyone else

7  had applied for the job?

8    A.    No, he didn't.

9    Q.    When Mr. Forry arrived -- I'm sorry,

10  when you were told that he was coming in, had

11  Ms. Capps already been laid off?

12    A.    I don't know.

13    Q.    Had you heard rumors before Mr. Forry

14  came in that there was going to be some sort of a

15  shakeup that might affect your job?

16    A.    Well, from Kaily directly, yes, when

17  he told me that my position was eliminated.

18    Q.    Did he tell you who decided to

19  eliminate your position?

20    A.    No, he didn't.

21    Q.    Do you know what Mr. Forry's salary

22  was when he arrived?

23    A.    I'm sorry, ask that again.

24    Q.    Do you know what Mr. Forry's salary

25  was when he arrived?