# EXHIBIT G

```
00001
 1      IN THE UNITED STATES DISTRICT COURT
 2         FOR THE DISTRICT OF COLORADO
 3 Civil Action No.: 07-CV-00922-RPM-CBS
   _____
 4
   REBECCA CAPPS,
 5
         Plaintiff,
 6 vs.
 7 LEVEL 3 COMMUNICATIONS, INC.,
 8      Defendant.
   _____
 9
10     TELEPHONIC DEPOSITION OF JUSTIN C. AIMONE
11 _____
12         PURSUANT TO NOTICE, the
13 above-entitled deposition was taken on behalf of
14 the Plaintiff at the offices of Olsen & Brown, LLC,
15 8362 Greenwood Drive, Niwot, Colorado, on December
16 28, 2007, at 9:17 a.m., before Jana Mackelprang,
17 Certified Realtime Reporter, Registered Professional
18 Reporter, and Notary Public.
19
20
21
22
23
24
25
```

00034
1 Peter Smith.

2  Q.  Do you know of any other females who

3 performed long-haul duties at Level 3?

4  A.  Yes.

5  Q.  Do you know what Mr. Bissani or any of

6 the other decision-makers in the disputed decisions

7 here were thinking at the time that they decided to

8 lay Ms. Capps off?

9  A.  I did not know what they were

10 thinking.

11  Q.  Were you ever asked by Kaily Bissani

12 for your input on Ms. Capps?

13  A.  No.

14  Q.  Did Mr. Bissani or Mr. Smith ever ask

15 you what your input was on her job capabilities?

16  A.  No.

17  Q.  Do you know whether or not Mr. Bissani

18 ever reviewed Ms. Capps' job performance?

19  A.  I do not know.

20  Q.  Do you know what Mr. Smith's job

21 reviews of Ms. Capps looked like?

22  A.  The only information I would have on

23 that would be information that I would have received

24 from Becky Capps.

25  Q.  Did she admit to you that she had

```
00035
 1 received poor performance reviews from Mr. Smith?
 2    A.   Yes.
 3    Q.   Did you ever personally observe Steve
 4 Forry doing Ms. Capps' job duties?
 5    A.   I did not observe him doing her
 6 duties.
 7         MS. MARTINEZ:  I do not have any more
 8 questions.  Thank you.
 9              FURTHER EXAMINATION
10 BY MR. OLSEN:
11    Q.   Mr. Aimone, I have the opportunity to
12 follow up.
13         Who was Mr. Smith?
14    A.   Peter Smith was Becky's supervisor
15 before he left the company.
16    Q.   And where did he go, if you know?
17    A.   I do not know.  He left a few weeks
18 before Becky was laid off.
19    Q.   Where did he work?
20    A.   I am under the understanding that he
21 works for Level 3 again.
22    Q.   But, I mean, back then, where did he
23 work?  In the Denver metro area?
24    A.   He worked as a supervisor for the
25 Denver division.
```