# EXHIBIT H

REQUISITION PROFILE

**Filled**

Job Title: **Manager**
Business Group: Level 3 US Business Group
Department: 142 - Field Operations Gateway
Company: Level 3 Communications, L.L.C.
Profit Center: Denver (Field Functions)
Hiring Manager: Kaily Bissani
GVP:
Marketing Title: Field Manager

Job Grade: 31
Pay Basis: Exempt
Salary Range:   Min         Mid         Max
             55,300.00  83,000.00  110,700.00
Currency: USD
Bonus Target: 20%
RSU Target:
OSO Target: 1935
EEO Code: Officials and Managers
Career Level:
Require Shift Eligibility: No
Location: CO:Denver:1850 Pearl St.: 1850 Pearl St., Denver, CO
Geo Differential: 1.05

Req Type: New Addition
Posting Available: All Areas    Expired for Internal Posting: 08/23/2006
                   Order clicked 699 times.
Job Family: Operations
Status: Filled  05/09/2006
Job Type: Full Time Regular
Employee Referral: Eligible
Confidential: No
Openings: 0
Req Openings History: Openings From 0 To 1 Updated By: Kerrie Todd on: 04/25/06
Original number of openings: 1
Req Hired History: Forry Steven Hired By WebUser on  05/09/06
Priority: Cold
Primary Recruiter: Kerrie Todd

Here are the candidates that applied:

Level 3 00428

CONFIDENTIAL

| * | Stage ▼ filter | Score | | Name | Last Activity | Date |
|---|---|---|---|---|---|---|
| ☐ | Hired | 100% | E | Forry, Steven | Hired / Accepted | 05/09/2006 |
| ☐ | Sent to Mgr/Disqualified | 100% | E | Kiyota, Keith | Email Sent | 04/25/2006 |
| ☐ | Screened/Disqualified | 100% | | Forry, Lewis | Email Sent | 05/08/2006 |
| ☐ | Screened/Disqualified | 100% | | Farnan, Kevin | Email Sent | 05/08/2006 |
| ☐ | Screened/Disqualified | 100% | | HANCOCK, CHARLES | Email Sent | 05/08/2006 |
| ☐ | Screened/Disqualified | 100% | | O'Daniel, Gary | Email Sent | 05/08/2006 |
| ☐ | Screened/Disqualified | 100% | | Webb, Aubury | Email Sent | 05/08/2006 |
| ☐ | Screened/Disqualified | 100% | | Doyle, Sherry | Email Sent | 05/08/2006 |
| ☐ | Screened/Disqualified | 100% | E | Benschop, Diron | Email Sent | 05/08/2006 |
| ☐ | Screened/Disqualified | 100% | E | English, Sean | Email Sent | 05/08/2006 |
| ☐ | Screened/Disqualified | 100% | | Wallace, Joe | Email Sent | 05/08/2006 |
| ☐ | Screened/Disqualified | 100% | | Smith, Billy | Email Sent | 05/08/2006 |
| ☐ | Screened/Disqualified | 100% | | Gahm III, John | Email Sent | 05/08/2006 |
| ☐ | Screened/Disqualified | 100% | | Plemons, Michael | Email Sent | 05/08/2006 |
| ☐ | Screened/Disqualified | 100% | | CARTER, ROBERT | Email Sent | 05/08/2006 |
| ☐ | Screened/Disqualified | 100% | | McCord, James | Email Sent | 05/08/2006 |
| ☐ | Prequalification | n/a | | Brubaker, Terry | Does Not Meet Basic Requirements | 05/07/2006 |
| ☐ | Prequalification | 100% | | Truselo, Frank | Thank you for Applying/Candidate | 05/08/2006 |
| ☐ | Prequalification | n/a | | Hermann, David | Does Not Meet Basic Requirements | 05/03/2006 |

Level 3 00429

CONFIDENTIAL