# EXHIBIT I

```
00001
 1        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO
 2
    Civil Action No. 07-cv-00922-RPM-CBS
 3  _____

 4  REBECCA CAPPS,

 5     Plaintiff,

 6  v.

 7  LEVEL 3 COMMUNICATIONS, INC.,

 8     Defendant.
    _____
 9
           TELEPHONIC DEPOSITION OF BOB COOPER
10  _____

11         PURSUANT TO NOTICE, the above-entitled

12  telephonic deposition was taken on behalf of the

13  Plaintiff at the offices of Olsen & Brown,

14  8362 Greenwood Drive, Niwot, Colorado, on Thursday,

15  December 20, 2007, at 9:06 a.m., before Teresa Chaplin,

16  Registered Professional Reporter and Notary Public.

17

18

19

20

21

22

23

24

25
```

00006
1       Q.      Okay. Now, did you ever -- how is it
2   that you learned that Ms. Capps was leaving the
3   company?
4       A.      I was told by Kaily Bissani the same
5   morning -- later after -- in that morning that he laid
6   her off.
7       Q.      And what did he say to you, Mr. Bissani?
8       A.      He basically said, I laid Becky off this
9   morning.
10      Q.      And did he say why?
11      A.      No.
12      Q.      Did he tell you he'd laid anybody else
13  off?
14      A.      No, he was there to lay off another
15  employee that day when he told me that.
16      Q.      And who was that other employee?
17      A.      Pattie Weber.
18      Q.      Was that a female?
19      A.      Yes.
20      Q.      What was her job title, if you recall?
21      A.      She was a technician with Level 3.
22      Q.      And was she, indeed, laid off that day?
23      A.      Yes.
24      Q.      Who replaced her?
25      A.      Nobody.

```
00020
 1          MS. MARTINEZ:  Objection to form.
 2     A.   I can't recall that I would -- in our
 3  work unit, none.
 4     Q.   (By Mr. Olsen)  Okay.  Do you remember
 5  someone named Bennett?
 6     A.   Yes.
 7     Q.   What was her first name?
 8     A.   Kathy.
 9     Q.   Was she a technician?
10     A.   For a short while, yes.
11     Q.   Well, before she became a technician,
12  where did she work, if you know?
13     A.   She worked in the Denver gateway.
14     Q.   Okay.  And then she became a technician
15  in your unit, did she?
16     A.   Yes, in the south Colorado Springs area.
17     Q.   Okay.  And what happened to Ms. Bennett?
18  Because I know she doesn't work there anymore.
19     A.   You know, I can't recall.  I think she
20  was laid off, I can't remember.
21     Q.   And if she was laid off, was Mr. Bissani
22  her boss?
23          MS. MARTINEZ:  Objection to form.
24     A.   No, I don't think so.
25     Q.   (By Mr. Olsen)  How did you -- did you
```