IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA CAPPS,

        Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC.,

        Defendant.

---

PLAINTIFF'S <u>UNOPPOSED</u> MOTION FOR ENLARGEMENT OF TIME,
TO AND THROUGH FEBRUARY 19, 2008 TO FILE OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT

---

PLAINTIFF REBECCA CAPPS, by and through her attorneys, Olsen & Brown, LLC, moves <u>without opposition</u> for enlargement of time, to and through February 19, 2008, to file opposition to summary judgment, and as grounds therefor states as follows:

    1.  The office of Defendant's attorney has communicated its non-opposition to this motion.

    2.  No prior motion for this purpose has been made.

    3.  This motion seeks seven additional days, as the opposition brief is presently due on or before February 12, 2008.

4. Plaintiff is aware of, and concurs, with this motion.

5. The primary reason for this motion is that certain witness statements still need to be gathered and a significant chronology of facts incorporated into the responsive brief.  In addition, during the response period, the plaintiff has been out-of-state and unable to meet in the office to review drafts; moreover, the undersigned was involved in pre-trial work in multiple cases and out-of-state travel, including to New York to be placed on a 48-hour trial-ready docket in one of several cases pending there.

6. Again, the defense has kindly voiced its non-opposition to this motion.

7. The courtesy will certainly be returned at any time the defense may request it.

WHEREFORE, plaintiff respectfully moves without opposition for an enlargement of time, to and through February 12, 2008, to file her opposition to summary judgment.

                                        RESPECTFULLY SUBMITTED,
                                        OLSEN & BROWN, LLC

                                        By: s/ John R. Olsen
                                            John R. Olsen
                                            Attorneys for Plaintiff
                                            8362 Greenwood Drive
                                            Niwot, Colorado 80503
                                            Telephone: (303) 652-1133

Date:  February 12, 2008

## CERTIFICATE OF SERVICE

  The undersigned certifies that on February 12, 2008, a true and correct copy of the foregoing was electronically served upon defendant's attorneys:

David D. Powell, Esq.
Brownstein Hyatt Farber Schreck, P.C.
410 Seventeenth Street, Suite 2200
Denver, CO 80202

                    s/ John R. Olsen