IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA CAPPS,

        Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC.,

        Defendant.

---

## PROPOSED ORDER

---

      THIS MATTER coming on upon plaintiff's unopposed motion for enlargement of time to and through February 19, 2008 to respond to motion for summary judgment, and

      SAID MOTION being meritorious,

      IT IS SO ORDERED this _____ day of _____ 2008.


_____
United States District Judge