IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00922-RPM

REBECCA A. CAPPS,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

  Plaintiff's Unopposed Motion for Enlargement of Time, to and Through February 19, 2008 to File Opposition to Motion for Summary Judgment [15] is granted.

Dated: February 13, 2008