IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA CAPPS,

       Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

       Defendant.

_____

PLAINTIFF'S EXHIBITS IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
**Exhibits 1-26**

_____


          RESPECTFULLY SUBMITTED,
          OLSEN AND BROWN, LLC

          <u>s/John R. Olsen</u>
          By:  John R. Olsen
               Attorney for the Plaintiff
               8362 Greenwood Drive
               Niwot, Colorado 80503
               (303) 652-1133

Date: February 22, 2008

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and complete copy of the foregoing, along with Exhibits 1-26, was on February 22, 2008, electronically served upon Defendant's attorney:

Meghan Martinez, Esq.
Brownstein Hyatt Farber Schreck, P.C.
410 Seventeenth Street, Suite 2200
Denver, CO 80202

                                                                              s/ John R. Olsen