# Exhibit 2

# Rebecca A. Capps
### 433 Richeau, Wheatland, WY 82201
### (307) 331-3581

**EMPLOYMENT HISTORY:**

**Price Technical**
**Operations Technician**
**Employed : 2/1996 –8/1996**
**Supervisor: Mike Greg**
        801-363-8205

- Sub-Contractor work for Sprint Communications
- Utah, Wyoming region
- Various activities inside plant and outside plant fiber operations

**Sprint**
**Network Operations Specialist 1**
**840 West SO Temple**
**Salt Lake, UT 84104**
**Employed: 8/1996 – 8/1997**
**Supervisor: Mike Greg**
        801-363-8205

- Technician of Operations
- Nevada, Utah and Wyoming region
- Maintaining and operating Salt Lake City, Utah POP
- All duties required of inside plant and outside plant operations

**QWEST Communications**
**Operations Manager**
**910 15th Street, Suite 220**
**Denver, CO 80202**
**Employed: 8/1997 – 8/1999**
**Supervisor: Steve Sentenio**
        800-879-4357

- Field operations technician
- Colorado Mountain Route
- Manager of Denver, CO region
- Managed 8 direct reports, inside plant and outside plant operations

Level 3 Communications
Operations Manager
1025 Eldorado Blvd.
Broomfield, CO 80021
Employed: 8/1999 – 6/2006
Supervisor: Peter Smith
            303-326-7530

- Field Operations Manager
- Managed 7-8 direct reports, inside plant and outside plant operations
- 12 I.L.A  1, 3R,  4 offsite customer facilities, 1000 optical miles
- WY & CO to include North, South and East out of Denver, CO