# Exhibit 3



Monday, April 24, 2006                                              Period(s): **In Revie**

### Home » Reward Summary

**Employee Information**

| Name: | Capps, Rebecca |
|---|---|
| Supervisor: | Bissani, Kaily |
| Department: | Field Operations Gateway |

**Evaluation Period Information**

| Period: | Q1 - 2006 |
|---|---|
| Status: | IN REVIEW |
| Plan Name: | Level 3 Plan |

Search                                                              View: < Sele

| Annual Salary | Job Title | Band | Bonus Target* | L |
|---|---|---|---|---|
| 89000 USD | OSP Manager | 31 | 2670 USD | 300 |

\* Please note that reward targets are not a guarantee that the employee-owner will receive those rewards. All
under the Company's rewards program are within the sole discretion of the Company.

| Period | Rating | Annual Rating | LTI Award (%) | Bonus Award (%) | Annual Bonus Award (%) | Merit Increase (%) |
|---|---|---|---|---|---|---|
| Q4 - 2005 | At / Above | At / Above | 90% | 90% | 90% | 2% |
| Q3 - 2005 | At / Above | N/A | 85% | 85% | N/A | N/A |
| Q2 - 2005 | At / Above | N/A | 90% | 90% | N/A | N/A |
| Q1 - 2005 | At / Above | N/A | 90% | 90% | N/A | N/A |
| Q4 - 2004 | At / Above | At / Above | 100% | 100% | 100% | N/A |
| Q3 - 2004 | At / Above | N/A | 100% | 100% | N/A | N/A |
| Q2 - 2004 | At / Above | N/A | 100% | 100% | N/A | N/A |
| Q1 - 2004 | At / Above | N/A | 105% | 105% | N/A | N/A |
| Q4 - 2003 | At / Above | At / Above | 105% | 105% | 105% | 3% |
| Q3 - 2003 | At / Above | N/A | 105% | 105% | N/A | N/A |
| Q2 - 2003 | At / Above | N/A | 103% | 103% | N/A | N/A |
| Q1 - 2003 | At / Above | N/A | 105% | 105% | N/A | N/A |
| Q4 - 2002 | At / Above | At / Above | 105% | 105% | 105% | 2.5% |
| Q3 - 2002 | At / Above | N/A | 100% | 100% | N/A | N/A |
| Q2 - 2002 | At / Above | N/A | 105% | 105% | N/A | N/A |
| Q1 - 2002 | At / Above | N/A | 110% | 110% | N/A | N/A |

© 2005 by Level 3 Communications, Inc. All rights reserved.