# Exhibit 6

| # | Denver | # | |
|---|---|---|---|
| 1 | Duffield, Lantz | 6 | Cooper, Bob |
| 2 | Siegfried, Brian | 7 | Mauzy, Steve |
| 3 | Williams, Chris | 8 | McFall, Cody |
| 4 | McCain, Joe | 9 | Ulland, Ian |
| 5 | Weber, Patricia | 10 | Smith, Peter |
|  |  | 11 | Shillington, Alan |
|  |  | 12 | Pierce, Tom |
|  |  | 13 | Bennett, Kathleen |
|  |  | 14 | Benschop, Diron |
|  |  | 15 | Butler, Matthew |
|  |  | 16 | Capps, Rebecca |
|  |  | 17 | Dickey, Raleigh |
|  |  | 18 | Goddard, Dennis |
|  |  | 19 | Snow, Drew |
|  |  | 20 | Bissani, Kaily |