# Exhibit 7

 **Managerial Effectiveness Report**

Close

**Employee-Owner Information**

| Supervisor: | Capps, Rebecca |
|---|---|
| Title: | Ops Manager |
| Department: | Field Operations Gateway |
| Report Type: | Direct Reports for Q4 2001 |

**Questions:**

*The direction I receive from my immediate supervisor is effective and of high quality.*

My immediate supervisor sets clear goals and performance expectations.

My immediate supervisor conducts performance reviews in a timely manner.

My immediate supervisor provides useful coaching and feedback on my performance.

My immediate supervisor provides me with enough quality information and management support to do my job effectively.



42.9%

57.1%

■ Strongly Agree    ▨ Agree

**Survey Results:**

| Strongly Agree | 3 | 43% |
|---|---|---|
| Agree | 4 | 57% |
| Total | 7 | 100% |



## Managerial Effectiveness Report

Close

**Employee-Owner Information**

| Supervisor: | Capps, Rebecca |
| --- | --- |
| Title: | Ops Manager |
| Department: | Field Operations Gateway |
| Report Type: | Direct Reports for Q4 2001 |

**Questions:**

The direction I receive from my immediate supervisor is effective and of high quality.

*My immediate supervisor sets clear goals and performance expectations.*

My immediate supervisor conducts performance reviews in a timely manner.

My immediate supervisor provides useful coaching and feedback on my performance.

My immediate supervisor provides me with enough quality information and management support to do my job effectively.



28.6%

71.4%

■ Strongly Agree    ■ Agree

**Survey Results:**

| | | |
| --- | --- | --- |
| Strongly Agree | 2 | 29% |
| Agree | 5 | 71% |
| Total | 7 | 100% |

 **Managerial Effectiveness Report**

Close

**Employee-Owner Information**

| Supervisor: | Capps, Rebecca |
|---|---|
| Title: | Ops Manager |
| Department: | Field Operations Gateway |
| Report Type: | Direct Reports for Q4 2001 |



■ Strongly Agree    ▇ Agree    ▇ Neither Agree nor Disagree

**Questions:**

The direction I receive from my immediate supervisor is effective and of high quality.

My immediate supervisor sets clear goals and performance expectations.

 My immediate supervisor conducts performance reviews in a timely manner.

My immediate supervisor provides useful coaching and feedback on my performance.

My immediate supervisor provides me with enough quality information and management support to do my job effectively.

**Survey Results:**

| | | |
|---|---|---|
| Strongly Agree | 2 | 29% |
| Agree | 4 | 57% |
| Neither Agree nor Disagree | 1 | 14% |
| Total | 7 | 100% |



## Managerial Effectiveness Report

Close

**Employee-Owner Information**

| | |
|---|---|
| Supervisor: | Capps, Rebecca |
| Title: | Ops Manager |
| Department: | Field Operations Gateway |
| Report Type: | Direct Reports for Q4 2001 |

**Questions:**

The direction I receive from my immediate supervisor is effective and of high quality.

My immediate supervisor sets clear goals and performance expectations.

My immediate supervisor conducts performance reviews in a timely manner.

*My immediate supervisor provides useful coaching and feedback on my performance.*

My immediate supervisor provides me with enough quality information and management support to do my job effectively.



28.6%

71.4%



■ Strongly Agree    ■ Agree

**Survey Results:**

| | | |
|---|---|---|
| Strongly Agree | 2 | 29% |
| Agree | 5 | 71% |
| Total | 7 | 100% |

 **Managerial Effectiveness Summary Report** <span>Close</span>

**Employee-Owner Information**

| Supervisor: | Capps, Rebecca |
|---|---|
| Title: | Ops Manager |
| Department: | Field Operations Gateway |
| Report Type: | Direct Reports for Q4 2001 |



**Managerial Effectiveness Summary HRManager 142**

| | |
|---|---|
| 1 | The direction I receive from my immediate supervisor is effective and of high quality. |
| 2 | My immediate supervisor sets clear goals and performance expectations. |
| 3 | My immediate supervisor conducts performance reviews in a timely manner. |
| 4 | My immediate supervisor provides useful coaching and feedback on my performance. |
| 5 | My immediate supervisor provides me with enough quality information and management support to do my job effectively. |

Note: Managerial Effectiveness scores are NA (Not Applicable) for supervisors with less than 4 survey respondents.

▶ **Expand/Collapse All**

| EO Name | Business Group | # of Direct Reports | # of Direct Reports Responded | % of Direct Reports Responded | Q1 | Q2 | Q3 | Q4 | Q5 | Direct Report Managerial Effectiveness Score |
|---|---|---|---|---|---|---|---|---|---|---|
| Capps, Rebecca | Level 3 US Business Group | 7 | 7 | 100% | 86% | 82% | 79% | 82% | 79% | 82% |
| Organizational Totals | | 7 | 7 | 100% | 86% | 82% | 79% | 82% | 79% | 82% |