# Exhibit 9

1

1        IN THE UNITED STATES DISTRICT COURT

         FOR THE DISTRICT CF COLORADO

2

    Civil Action No. 07-cv-00922-RFM-CBS

3   _____

4   REBECCA CAPPS,

5        Plaintiff,

6   v.

7   LEVEL 3 COMMUNICATIONS, INC.,

8        Defendant.

    _____

9

         TELEPHONIC DEPOSITION OF BOB COOPER

10  _____

11            PURSUANT TO NOTICE, the above-entitled

12  telephonic deposition was taken on behalf of the

13  Plaintiff at the offices of Olsen & Brown,

14  8362 Greenwood Drive, Niwot, Colorado, on Thursday,

15  December 20, 2007, at 9:06 a.m., before Teresa Chaplin,

16  Registered Professional Reporter and Notary Public.

17

18

19

20

21

22

23

24

25

Bob Cooper

6

1    Q.   Okay. Now, did you ever -- how is it
2    that you learned that Ms. Capps was leaving the
3    company?
4    A.   I was told by Kaily Bissani the same
5    morning -- later after -- in that morning that he laid
6    her off.
7    Q.   And what did he say to you, Mr. Bissani?
8    A.   He basically said, I laid Becky off this
9    morning.
10   Q.   And did he say why?
11   A.   No.
12   Q.   Did he tell you he'd laid anybody else
13   off?
14   A.   No, he was there to lay off another
15   employee that day when he told me that.
16   Q.   And who was that other employee?
17   A.   Pattie Weber.
18   Q.   Was that a female?
19   A.   Yes.
20   Q.   What was her job title, if you recall?
21   A.   She was a technician with Level 3.
22   Q.   And was she, indeed, laid off that day?
23   A.   Yes.
24   Q.   Who replaced her?
25   A.   Nobody.

7

1    Q.   So that position was never filled?
2    A.   That's correct.
3    Q.   Did Mr. Bissani say why she was being
4    laid off?
5    A.   A RIF, reduction in force.
6    Q.   Is that what he said was the reason?
7    A.   Yes.
8    Q.   Did he give you any further reason or
9    elaboration on the RIF?
10   A.   No.
11   Q.   Did he give you any reason why Ms. Capps
12   was laid off?
13   A.   No.
14   Q.   He didn't say RIF?
15   A.   No.
16   Q.   But he did say RIF about Pattie Weber,
17   huh?
18   A.   Yes.
19   Q.   Now, that RIF, how did it affect the unit
20   in which you worked? For instance, did it increase or
21   decrease the number of employees or change titles or
22   did it have any impact?
23        MS. MARTINEZ: Objection to form.
24   Q.   (By Mr. Olsen) You may answer.
25   A.   Do I have to answer that question?

8

1    Q.   Yes.
2    A.   Would you please repeat it.
3    Q.   How did that RIF affect the unit you
4    worked in?
5        MS. MARTINEZ: Objection to form.
6    A.   There was a reduction in the number of
7    employees.
8    Q.   (By Mr. Olsen) By how many?
9        MS. MARTINEZ: Objection to form.
10   A.   I can't recall.
11   Q.   (By Mr. Olsen) Well, how long before
12   Ms. Capps was replaced?
13       MS. MARTINEZ: Objection to form.
14   A.   Oh, probably two to three weeks.
15   Q.   (By Mr. Olsen) By the way, was he
16   replaced? I should have asked you that first.
17       MS. MARTINEZ: Objection to form.
18   A.   Yes.
19   Q.   (By Mr. Olsen) Okay. And if you recall,
20   who replaced her?
21       MS. MARTINEZ: Objection to form.
22   A.   Steve Forry.
23   Q.   (By Mr. Olsen) And he didn't arrive for
24   how long?
25   A.   I can't really recall, but it was in the

9

1    neighborhood of two to three weeks, a month.
2    Q.   So you were told Ms. Capps was being laid
3    off three weeks to a month before Mr. Forry came in?
4        MS. MARTINEZ: Objection to form.
5    A.   If I recall correctly. That was a year
6    and a half ago.
7    Q.   (By Mr. Olsen) Right. So question for
8    you, did you know Mr. Forry was going to come in before
9    he actually arrived?
10   A.   Could you clarify that, before he
11   actually arrived on the job?
12   Q.   Well, what I mean by that was, did
13   Mr. Bissani or someone tell you ahead of time that
14   Mr. Forry would be coming in eventually?
15   A.   Yes, after Becky was laid off, yes.
16   Q.   How long after Becky was laid off did
17   Mr. Bissani tell you Mr. Forry would be coming in?
18   A.   Oh, I can't exactly recall, but I would
19   say in the neighborhood of two weeks.
20   Q.   And when he explained that to you, was it
21   an announcement or did he just talk to you on the phone
22   or what?
23   A.   I'm pretty sure it was an E-mail from
24   Mr. Bissani.
25   Q.   Was it just to you or to a lot of people?

3 (Pages 6 to 9)

10

1    A.  I think it was to the Denver division.
2    Q.  Okay.  And do you recall what that E-mail
3    said?
4    A.  No.
5    Q.  Can you recall anything about that, what
6    that E-mail said?
7    A.  Just that it was announcing that
8    Steve Forry would be the new field manager.
9    Q.  The new field manager?
10   A.  Outside -- yeah, outside plant manager,
11   field manager, whatever he was called.
12   Q.  Okay.  Now, did you ever learn that
13   Mr. Benschop was going to be laid off?
14   A.  No.
15   Q.  And indeed, he wasn't laid off, was he?
16       MS. MARTINEZ:  Objection to form.
17   Q.  (By Mr. Olsen)  He's still there, right?
18   A.  As far as I know.  I've lost track, and
19   he works in another division now.
20   Q.  When he left your division, did he get
21   replaced?
22       MS. MARTINEZ:  Objection to form.
23   A.  No, not to my knowledge.
24   Q.  (By Mr. Olsen)  Well, how many
25   technicians work with you now in your unit?

11

1    A.  Seven.
2    Q.  How many worked in your unit when
3    Ms. Capps was there?
4        MS. MARTINEZ:  Objection to form.
5    A.  I really can't recall, because it's been
6    reorganized since then.  I would say approximately
7    seven or eight then, also.
8    Q.  (By Mr. Olsen)  Has your unit gotten
9    bigger or smaller since Ms. Capps was there?
10       MS. MARTINEZ:  Objection to form.
11   A.  It's currently the same size, I think.
12   Q.  (By Mr. Olsen)  Okay.  Now, did you ever
13   notice that Mr. Benschop's job title had changed?
14   A.  No.
15   Q.  Did he continue to work in the same job
16   that he did -- and I guess what I mean to say is, when
17   Mr. Ford came in, did Mr. Benschop continue to work in
18   the same capacity he did before?
19       MS. MARTINEZ:  Objection to form, calls
20   for speculation.
21   Q.  (By Mr. Olsen)  Well, I'll withdraw the
22   question and ask you this:  Did you work with
23   Mr. Benschop?
24   A.  No.
25   Q.  Never?

12

1    A.  Hardly ever.
2    Q.  Well, do you know what his job title was
3    when Ms. Capps worked there?
4    A.  I think he was the metro -- he had
5    something to do with the metro outside plant manager or
6    something like that, I have no idea.
7    Q.  Okay.  And do you know what his job was
8    after Mr. Forry came in?
9    A.  No, I don't.
10   Q.  And do you know where Mr. Bissani is now?
11   A.  I heard, back east.
12   Q.  Do you know if he's left the company?
13   A.  He has left the company.
14   Q.  Do you know why?
15   A.  No.
16   Q.  Did he ever tell you why?
17   A.  No.
18   Q.  Did he tell you he was leaving?
19   A.  No.
20   Q.  When Ms. Capps was employed there, was
21   she your supervisor?
22   A.  That's correct.
23   Q.  And did you have an opportunity to
24   evaluate her?
25   A.  Yes.

13

1    Q.  Evaluate her performance?
2    A.  Yes.
3    Q.  How did you do that, in writing?
4    A.  No, it was a survey sent out after we did
5    our quarterly performance evaluation.
6    Q.  And was that survey in writing?
7    A.  No.
8        MR. OLSEN:  Hold on just a split second.
9    I think Ms. Capps just arrived.
10       (Pause in proceedings.)
11       (Ms. Capps entered the room.)
12       MR. OLSEN:  Just to let you all know,
13   Ms. Capps just joined the deposition as an observer.
14   Q.  (By Mr. Olsen)  Mr. Cooper, who did
15   you -- then I take it that you evaluated Ms. Capps
16   orally; is that correct?
17   A.  No, it was an on-line survey.
18   Q.  Oh, I see.  So it ended up being in a
19   computerized documentary form, I see.  And who did you
20   send that to?
21   A.  I have no idea.  We just complete them
22   and they just close out, and I'm sure they go to a
23   survey company.
24   Q.  How often did you do that, where you
25   evaluated Ms. Capps on-line?

4 (Pages 10 to 13)

Bob Cooper

**14**

1   A.   Sometimes it was on a quarterly basis and
2   sometimes it was semiannually.
3   Q.   Can you remember the last time you
4   evaluated her what you communicated about her?
5   A.   I communicated that she was a good
6   supervisor.
7   Q.   And -- I'm sorry?
8   A.   She was a fair supervisor, she treated
9   employees well and sent work out equally.
10   Q.   And did you rate her performance as being
11   poor, average, good, excellent, what?
12   A.   Pardon? I didn't get that.
13   Q.   How did you rate her performance? If I
14   use the words poor, good, average, excellent, are there
15   any words that you can describe her performance that
16   you communicated to the company?
17   MS. MARTINEZ: Objection to form.
18   A.   Good.
19   Q.   (By Mr. Olsen) Would you repeat that,
20   sir, because we didn't hear it because Ms. Martinez
21   voiced an objection.
22   A.   Good.
23   Q.   And is that what you consistently
24   communicated on all your performance evaluations?
25   A.   Yes.

**15**

1   Q.   Did your fellow technicians do the same,
2   do you know?
3   MS. MARTINEZ: Objection to form, calls
4   for speculation.
5   A.   I have no idea.
6   Q.   (By Mr. Olsen) Okay. Well, did you ever
7   speak with your fellow technicians about what kind of a
8   supervisor Ms. Capps was?
9   A.   No.
10   Q.   Do you remember ever communicating to
11   Mr. Bissani that you felt she was a very good manager?
12   A.   No.
13   Q.   Do you remember ever speaking with
14   Mr. Bissani on that topic?
15   A.   No.
16   Q.   Do you remember ever expressing concern
17   to Mr. Bissani that she was laid off?
18   A.   Yes.
19   Q.   Do you remember saying to him that that's
20   too bad because the company just lost a real good
21   manager?
22   MS. MARTINEZ: Objection to form.
23   Assumes facts not in evidence.
24   A.   Those weren't my exact words.
25   Q.   (By Mr. Olsen) Well, please try to tell

**16**

1   us what they were, then. We have information that you
2   somewhat, let's say, went to bat for her, and in doing
3   so, we just need to know what words you said to
4   Mr. Bissani, to the best of your recollection.
5   MS. MARTINEZ: Objection to form.
6   A.   I had just speculated to Mr. Bissani that
7   I thought she was -- had done a good job and it was sad
8   to see her go, she had taken the company to her best
9   interests.
10   Q.   (By Mr. Olsen) And what did he say in
11   response?
12   A.   I don't think I got any response from
13   him, he just looked at me.
14   Q.   Did he ever -- did you ever hear that
15   he'd given any reason at all for laying off Ms. Capps?
16   MS. MARTINEZ: Objection to form, calls
17   for speculation.
18   A.   No.
19   Q.   (By Mr. Olsen) You never heard that from
20   anybody?
21   MS. MARTINEZ: Objection to form, calls
22   for speculation.
23   A.   No.
24   Q.   (By Mr. Olsen) Well, did you wonder why?
25   A.   Yes.

**17**

1   Q.   And in wondering why, did you ever ask
2   anybody?
3   A.   Yes.
4   Q.   Do you remember who you asked?
5   A.   I spoke with Mrs. Capps about it.
6   Q.   Ms. Capps?
7   A.   Yes.
8   Q.   Okay. And what did she say to you?
9   A.   That there was possibly a change in job
10   description and reporting area.
11   Q.   But she didn't know for sure why it
12   happened, did she?
13   MS. MARTINEZ: Objection to form.
14   A.   You know, if she did, she didn't
15   communicate it to me.
16   Q.   (By Mr. Olsen) Okay. And did you ever
17   ask anybody else why she was laid off?
18   A.   No.
19   Q.   By the way, when she was your supervisor,
20   how many other technicians did she supervise, if you
21   recall?
22   MS. MARTINEZ: Objection to form.
23   A.   I would say approximately six or seven.
24   Q.   (By Mr. Olsen) And how many miles of
25   route did you maintain?

Calderwood-Mackelprang, Inc. 303.477.3500

Bob Cooper

18

1   A.   Did she maintain or did I maintain?
2   Q.   She. Good point.
3        MS. MARTINEZ: Objection to form.
4   A.   I couldn't give you an exact figure, but
5   several hundred.
6   Q.   (By Mr. Olsen) And did it include any
7   metro areas?
8   A.   That's a tough question. Certain areas,
9   her area did go up to the metro end, included part of
10  at the time metro areas, but that's where the
11  designation was drawn, right there.
12  Q.   What metro areas were you just referring
13  to?
14  A.   Colorado Springs and Denver.
15  Q.   And did you ever work in those areas
16  yourself?
17  A.   Yes.
18  Q.   So you, yourself, had experience in the
19  metro areas?
20  A.   Experience, would you please rephrase
21  that?
22  Q.   Did you work in the metro areas yourself
23  as a technician?
24  A.   Yes, I did.
25  Q.   And when you did so, were you supervised

19

1   by Ms. Capps?
2   A.   Yes, I was.
3   Q.   What did you do while you were working in
4   those metro areas?
5   A.   We were splicing the fiber through
6   Colorado Springs.
7   Q.   And also Denver?
8   A.   Did some work in Denver, not much, but
9   there was a little work in Denver we did.
10  Q.   When you began to do that work in
11  Colorado Springs and a bit in Denver, did you get
12  supervised by anybody besides Ms. Capps?
13       MS. MARTINEZ: Objection to form.
14  A.   No.
15  Q.   (By Mr. Olsen) So for instance, they
16  didn't turn your supervision over to Mr. Benschop, for
17  instance?
18  A.   This was just a very first start of when
19  we went to work, when Level 3 was just starting up as a
20  company back in 2000. I can't recall if Diron worked
21  for the company then or not.
22  Q.   But Ms. Capps did?
23  A.   Yes, she hired me.
24  Q.   Now, after Ms. Capps was laid off, do you
25  remember how many females were left in your unit?

20

1        MS. MARTINEZ: Objection to form.
2   A.   I can't recall that I would -- in our
3   work unit, none.
4   Q.   (By Mr. Olsen) Okay. Do you remember
5   someone named Bennett?
6   A.   Yes.
7   C.   What was her first name?
8   A.   Kathy.
9   C.   Was she a technician?
10  A.   For a short while, yes.
11  Q.   Well, before she became a technician,
12  where did she work, if you know?
13  A.   She worked in the Denver gateway.
14  Q.   Okay. And then she became a technician
15  in your unit, did she?
16  A.   Yes, in the south Colorado Springs area.
17  Q.   Okay. And what happened to Ms. Bennett?
18  Because I know she doesn't work there anymore.
19  A.   You know, I can't recall. I think she
20  was laid off, I can't remember.
21  Q.   And if she was laid off, was Mr. Bissani
22  her boss?
23       MS. MARTINEZ: Objection to form.
24  A.   No, I don't think so.
25  Q.   (By Mr. Olsen) How did you -- did you

21

1   ever learn why she left, from anybody?
2   A.   No.
3   Q.   We have heard that you actually went with
4   Mr. Bissani to lay off Pattie Weber; is that fair?
5   A.   What was that again?
6   Q.   Were you present when Mr. Bissani laid
7   off Pattie Weber?
8   A.   Yes, I was, I was there that day.
9   Q.   Why?
10  A.   I was -- I gave her a ride home. She had
11  turned in her company truck and everything, I gave her
12  a ride back to her house.
13  Q.   Was Mr. Bissani with you when you gave
14  her the ride back to her house?
15  A.   No.
16  Q.   Were you in the room when Mr. Bissani
17  informed her that she was being laid off?
18  A.   No, I wasn't.
19  Q.   So you were actually not present when he
20  laid off Pattie Weber, you were merely nearby, I take
21  it?
22  A.   No -- yes, that's correct, I was outside
23  the site.
24  Q.   Did Mr. Bissani ask you to be there?
25  A.   He asked me to be there that day, he

6 (Pages 18 to 21)

Bob Cooper

22

1 didn't ask me to be present during the actual laying
2 off of her.
3      Q.   Was anyone else present when he told her
4 that she was laid off, that you know of, other than him
5 and Pattie Weber?
6      A.   An ex-employee, Ian Ewan (phonetic), was
7 on site, but he was also outside with me, so he was not
8 present at that time.
9      Q.   Why was the ex-employee there, if you
10 know?
11      A.   To drive her pickup back to Denver.
12      Q.   Was that ex-employee later hired at
13 Level 3?
14           MS. MARTINEZ: Objection to form.
15      A.   Go ahead, restate the question, please.
16      Q.   (By Mr. Olsen) Was that ex-employee you
17 just referred to later hired at Level 3 after that
18 point?
19           MS. MARTINEZ: Objection to form.
20      A.   He was currently, at that time, a Level 3
21 employee.
22      Q.   (By Mr. Olsen) I'm sorry, I thought you
23 said an ex-employee, I apologize.
24      A.   He doesn't work for Level 3 now.
25      Q.   I gotcha. And what did Pattie Weber say

23

1 on the way home?
2      A.   She was sorry to leave the company.
3      Q.   Did she say what Mr. Bissani had told
4 her?
5      A.   She was just -- that her insurance would
6 possibly -- she was pregnant, just that her insurance
7 would possibly be carried on, she was fairly happy
8 about that.
9      Q.   Well, did she tell you if Mr. Bissani
10 gave her a reason for her being laid off?
11           MS. MARTINEZ: Objection to form, asked
12 and answered.
13      A.   No, I -- no. I assume she knew that
14 there was a RIF taking place.
15      Q.   (By Mr. Olsen) But she did say she was
16 pregnant?
17      A.   Yes.
18      Q.   Did you work with her?
19      A.   Very little, but yes, I did.
20      Q.   And how did she do in her performance?
21           MS. MARTINEZ: Objection to form.
22      A.   Fair.
23      Q.   (By Mr. Olsen) And you believe her job
24 was never filled?
25           MS. MARTINEZ: Objection to form, asked

24

1 and answered.
2      A.   We had duplicate job titles in the same
3 area, but because of the RIF, one of us was not let go.
4      Q.   (By Mr. Olsen) And who was the other one
5 that was not let go?
6      A.   Me.
7      Q.   Did Mr. Bissani tell you why that
8 happened, that you weren't let go and she was?
9      A   Hopefully, my performance.
10      Q.   Well, what did he tell you was the
11 reason?
12      A.   That I was the better employee, I was
13 staying.
14      Q.   He told you that was why you were staying
15 and Ms. Weber was being laid off?
16      A.   I'm pretty sure, yes.
17      Q.   When you say you're pretty sure, do you
18 remember him saying that?
19      A.   Maybe not those exact words, but that was
20 the intent of his comment.
21      Q.   Who was the next new person hired into
22 the unit after Pattie Weber was laid off?
23           MS. MARTINEZ: Objection to form, assumes
24 facts not in evidence.
25      A.   I don't think anybody's been hired. In

25

1 this area?
2      Q.   (By Mr. Olsen) Well, how many people
3 work in that area now?
4      A.   One.
5      Q.   Well, how many people were hired in to
6 Mr. Bissani's unit after Pattie Weber was laid off?
7           MS. MARTINEZ: Objection to form.
8      A.   I couldn't really tell you that.
9      Q.   (By Mr. Olsen) Does that mean you don't
10 know?
11      A.   That's correct, I'd have -- off the top
12 of my head, I'd have to sit down and try and keep
13 count.
14      Q.   Okay.
15           MR. OLSEN: Mr. Cooper, I'd like to take
16 a short break, maybe 10-minutes, and Ms. Martinez,
17 shall we just keep the line open?
18           MS. MARTINEZ: Yeah, let's do that and
19 let's try to come back on and maybe ...
20           MR. OLSEN: That sounds good.
21           (A short break was taken.)
22      Q.   (By Mr. Olsen) Mr. Cooper, I'm almost
23 ready to wrap up, but I have a number of other areas to
24 touch on, so I'll be jumping around just a bit.
25           Did you know what Mr. Benschop's duties

Calderwood-Mackelprang, Inc. 303.477.3500

26

1  were in Denver or in the metro area?
2      A.  I assume he managed contract locators.
3      Q.  Okay.  And did Ms. Capps do that similar
4  function in your area where you worked?
5      A.  On occasion.
6      Q.  And these were contracts with
7  subcontractors, was it?
8      A.  I don't know if they were subcontractors
9  or not, I think most of them were the company that we
10  had contracted out.
11     Q.  Oh –
12     A.  To do our metro locates.
13     Q.  And so Ms. Capps had interface with those
14  people?
15         MS. MARTINEZ:  Objection to form.
16     A.  Yes.
17     Q.  (By Mr. Olsen)  And what did that entail?
18     A.  I wasn't present, I couldn't tell you.
19     Q.  But she arranged for those contracts, did
20  she?
21         MS. MARTINEZ:  Objection to form.
22     A.  I think she arranged for contractors to
23  cover the locates.
24     Q.  (By Mr. Olsen)  Gotcha.  Is that what
25  Mr. Benschop was doing in the metro?

27

1          MS. MARTINEZ:  Objection to form, calls
2  for speculation.
3      A.  I have no idea.  I don't know how he
4  functioned down there.
5      Q.  (By Mr. Olsen)  Did you ever hear
6  Mr. Bissani or anyone say that the metro function was
7  going to be combined with the long-haul function?
8      A.  No.
9      Q.  Did that happen?
10     A.  Just last week.
11     Q.  Did it happen before that?
12     A.  No.
13     Q.  Why do you say that didn't happen before
14  that, I mean, how would you know?
15     A.  Because we're kept aware of what's going
16  on in the company.
17         MS. MARTINEZ:  Objection to form.
18     Q.  (By Mr. Olsen)  And how did it happen
19  last week?
20     A.  The metro, the long-haul will be combined
21  back again under the Denver division.
22     Q.  And had it been that way before?
23     A.  It has broken apart and been put
24  together, this is the third time now.
25     Q.  I'm sorry, I didn't quite understand

28

1  that.  Would you say that again?
2      A.  I said the metro and the outside plant
3  have been taken apart, pulled apart and put together
4  three different times now.
5      Q.  Okay.  Well, was one of those times when
6  Ms. Capps left the company?
7          MS. MARTINEZ:  Objection to form.
8      A.  I can't recall that.
9      Q.  (By Mr. Olsen)  Well, when she left the
10  company, were they combined together at that point?
11         MS. MARTINEZ:  Objection to form.
12     A.  No.
13     Q.  (By Mr. Olsen)  Were they combined
14  together, like, soon after that?
15     A.  No.
16     Q.  And that didn't happen until last week?
17     A.  That's correct.
18     Q.  Now, Ms. Capps was an OSP manager; right?
19     A.  That's correct.
20     Q.  Mr. Benschop was an OSP manager?
21         MS. MARTINEZ:  Objection to form.
22     A.  I have no idea what his title was.
23     Q.  (By Mr. Olsen)  Well, let me ask you in
24  another way.  I'm trying to find out what you may have
25  observed.

29

1          Was Mr. Benschop's job ever combined into
2  Ms. Capps' job?
3      A.  I can't answer that.  I couldn't tell
4  you.
5      Q.  Well, who took Ms. Capps' job?
6          MS. MARTINEZ:  Objection to form.
7      A.  Steve.
8      Q.  (By Mr. Olsen)  Who?
9      A.  Steven Forry.
10     Q.  And how could you tell that he did that?
11         MS. MARTINEZ:  Objection to form.
12     A.  You need to clarify that question.
13     Q.  (By Mr. Olsen)  Well, how could you tell
14  that he was the one who came in and took Ms. Capps'
15  job?
16         MS. MARTINEZ:  Objection to form.
17     Q.  (By Mr. Olsen)  I shouldn't say took her
18  job, I should say assumed her duties, how's that?
19     A.  Because it was reported to us that he
20  would be the new field manager.
21     Q.  Okay.  And when it was reported to you,
22  was that in writing or orally?
23     A.  I can't recall.  I would say in writing.
24     Q.  Okay.  And do you remember who sent that
25  to you?

8 (Pages 26 to 29)

Bob Cooper

30

1    A.   I think Kaily sent it out to the Denver
2  division.
3    Q.   So he said Mr. Forry would be the new
4  field manager?
5    A.   To that extent. It's been a year and a
6  half, I can't remember the exact wording of it.
7    Q.   To that extent, does that mean yes,
8  that's what he said, or communicated?
9    A.   Yes.
10   Q.   And who had been the field manager before
11 that?
12   A.   Well, Becky Capps was the outside plant
13 manager, and nobody was a field manager, I think it was
14 a new position created. Or he was given a new title,
15 either one, I have no idea, But I think he was
16 officially called the field manager.
17   Q.   Maybe the way to figure this out is how
18 much time did Mr. Forry devote to the duties that
19 Ms. Capps used to have?
20        MS. MARTINEZ: Objection to form, calls
21 for speculation.
22   A.   He worked in Denver and I worked out here
23 in Wyoming, so I have no idea what he did in Denver. I
24 can't give you a percentage on that at all.
25   Q.   (By Mr. Olsen) Well, did he assume

31

1  Ms. Capps' duties?
2        MS. MARTINEZ: Objection to form.
3    A.   That's correct.
4    Q.   (By Mr. Olsen) And how did you know
5  that?
6    A.   Because I report to him.
7    Q.   Okay. And did you observe that he was
8  assuming her duties?
9        MS. MARTINEZ: Objection to form.
10   A.   Yes.
11   Q.   (By Mr. Olsen) Did he assume anyone
12 else's duties, that you know of?
13       MS. MARTINEZ: Objection to form, calls
14 for speculation.
15   A.   No.
16   Q.   (By Mr. Olsen) So you didn't think he
17 absorbed anybody else's duties, would you have known it
18 if he absorbed anyone else's duties?
19       MS. MARTINEZ: Objection to form.
20   A.   Well, he might have been given extra
21 duties to perform while he was working as a field
22 manager, but I'm not privy to any of that information.
23   Q.   (By Mr. Olsen) Well, did you notice if
24 he assumed any of Mr. Benschop's duties?
25   A.   No, I don't.

32

1    Q.   You mean you didn't observe that?
2    A.   No, I didn't, that's correct.
3    Q.   If he had done so, would you have been
4  able to detect that?
5        MS. MARTINEZ: Objection to form, calls
6  for speculation.
7    A.   No.
8    Q.   (By Mr. Olsen) Now, do you know what the
9  metro job consisted of, what the duties were there?
10       MS. MARTINEZ: Objection to form.
11   A.   No.
12   Q.   (By Mr. Olsen) So do you have any idea
13 of whether Ms. Capps was capable of doing the metro job
14 that Mr. Benschop had?
15   A.   Yes.
16   Q.   And was she?
17       MS. MARTINEZ: Objection to form.
18   A.   I feel she would have performed those
19 duties, yes.
20   Q.   (By Mr. Olsen) And what are you basing
21 that on? I know you've been in the business a long
22 time, that's why I'm asking you that.
23   A.   On her past experience –
24       MS. MARTINEZ: Objection to form.
25   Q.   (By Mr. Olsen) I'm sorry, start over.

33

1    A.   On her past experience as an outside
2  plant manager.
3    Q.   And these are experiences you were able
4  to know that she had?
5        MS. MARTINEZ: Objection to form.
6    A.   Yes, because I was part of those.
7    Q.   (By Mr. Olsen) How long did you work
8  with her?
9    A.   Since 2000, January of 2000 till she was
10 laid off. That would be six and a half years.
11   Q.   And that was through your personal
12 observation of her performance of her duties?
13   A.   Yes.
14   Q.   And your knowledge of what generally the
15 metro duties consisted of?
16       MS. MARTINEZ: Objection to form,
17 leading, calls for speculation.
18   A.   I believe she could have done it. I had
19 really no – if it was just managing contractors, I'm
20 sure she could have done it, she managed contractors in
21 the past.
22   Q.   (By Mr. Olsen) And you're saying this is
23 from your own observation of her work?
24   A.   That's correct.
25   Q.   Okay. Now, when did you start working in

9 (Pages 30 to 33)

Bob Cooper

34

1 the telecom industry?
2    A.   1972.
3    Q.   How old were you then?
4    A.   18.
5    Q.   And how long have you worked at Level 3
6 now?
7    A.   Since January of 2000.
8    Q.   And where did you work just before that?
9    A.   I worked for several companies. I worked
10 for Union Telephone; before that, Sprint; before that,
11 PTI Communications.
12    Q.   And when you worked for Union Telephone,
13 what did you do?
14    A.   I was a combination man, so to speak.
15    Q.   What does that mean?
16    A.   Installation and repair. It was an
17 operating phone company like Qwest.
18    Q.   I gotcha.
19        MR. OLSEN: Mr. Cooper, I've run out of
20 questions for you. Hold on just a second here. Bear
21 with me one second here.
22        (Pause in proceedings.)
23        MR. OLSEN: I've run out of questions for
24 you, but because I've asked so many, Ms. Martinez has a
25 right to follow up with any questions of her own, so

35

1 I'll turn the floor over to her with our thanks.
2        Oh, I just realized something.
3 Mr. Martinez and Mr. Cooper, I need to ask that formal
4 question as to whether the company would accept service
5 of the subpoena for Mr. Cooper should we need him some
6 day at a trial.
7        MS. MARTINEZ: That is Mr. Cooper's
8 choice.
9        MR. OLSEN: And if that's okay with you,
10 Mr. Cooper, that saves everyone a lot of trouble, but
11 if not, I have to ask you what your home address is.
12        THE DEPONENT: 460 Cottonwood Street.
13        MR. OLSEN: Okay. And what city?
14        THE DEPONENT: Medicine Bow.
15        MR. OLSEN: What state?
16        THE DEPONENT: Wyoming.
17        MR. OLSEN: What ZIP code?
18        THE DEPONENT: 82329.
19        MR. OLSEN: Would you be willing to let
20 Ms. Martinez accept service of process for you should
21 we ever need you to be subpoenaed for trial?
22        THE DEPONENT: Yes.
23        MR. OLSEN: In that event, I didn't need
24 to ask you your address, I apologize.
25        MS. MARTINEZ: Yeah, Jack, I don't know

36

1 if we have -- we'll have jurisdiction necessarily over
2 Mr. Cooper since he is living out of state.
3        MR. OLSEN: Mr. Cooper, how many miles
4 are you from Denver?
5        THE DEPONENT: Approximately 200.
6        MR. OLSEN: Okay. Well, let's see,
7 again, I've run out of questions, and now I'll turn the
8 floor over to Ms. Martinez. Thank you very much.
9        MS. MARTINEZ: Thank you.
10           EXAMINATION
11 BY MS. MARTINEZ:
12    Q.   Mr. Cooper, was it your understanding
13 that after Rebecca Capps left, that thee was a position
14 created of field manager?
15    A.   Yes, it was.
16    Q.   And is it your understanding that while
17 Ms. Capps was working at Level 3, that there was not a
18 position titled field manager at Level 3 in that unit?
19    A.   That's correct.
20    Q.   And is it your understanding that once
21 Mr. Bissani arrived, there was a decision made to
22 combine the roles of OSP managers in long-haul and
23 metro into a single field manager position?
24    A.   I'm not aware of that.
25    Q.   Well, is it your understanding that

37

1 Steve Forry was hired in approximately May 2006?
2    A.   If that's the time frame, yes.
3    Q.   And is it your understanding that
4 Mr. Forry performed both metro and long-haul duties?
5    A.   I didn't think he performed much metro
6 duties, I'm sorry.
7    Q.   Okay. Did you work with Mr. Forry for a
8 full 40-hour workweek?
9    A.   You need to clarify that.
10    Q.   I'm just trying to figure out whether or
11 not you were working directly under Mr. Forry's
12 supervision and with him for the full 40-hour workweek.
13    A.   No.
14    Q.   So is it fair to say that you don't know
15 exactly what Mr. Forry was doing with his work, with
16 his full workweek while he was a field manager
17 position?
18    A.   That's correct.
19    Q.   You were just reporting to him while you
20 were working in Wyoming; correct?
21    A.   That is correct.
22    Q.   And you mentioned that some time ago, was
23 it back in 2000, that you did some work down in
24 Colorado Springs?
25    A.   Yes.

10 (Pages 34 to 37)

Bob Cooper

42

1 when he came to Colorado or when he came to the unit
2 that you were in, what was that job title?
3    A.   Field manager.
4    Q.   Well, did you notice if that field
5 manager job was ever posted as being open and available
6 for people to apply to?
7    A.   No, I didn't.
8    Q.   If it had been, would you have noticed
9 it?
10        MS. MARTINEZ: Objection to form.
11   A.   No.
12   Q.   (By Mr. Olsen) Well, was there any talk
13 among you and your colleagues that there has been that
14 open job and they wondered who was going to fill it?
15        MS. MARTINEZ: Objection to form.
16   A.   Yes, we were curious who our new boss was
17 going to be, that's human nature.
18   Q.   (By Mr. Olsen) So how did you know you
19 were getting a new boss?
20   A.   An E-mail was sent out that Steve Forry
21 would be our new boss.
22   Q.   How about prior to the point that you
23 were told Steve Forry was going to be your boss, did
24 you know that there was going to be a new boss?
25   A.   Yeah, we assumed there was. Somebody had

43

1 to take over the leadership of the outside plant.
2    Q.   Why did somebody have to take over that
3 leadership?
4    A.   Because there has to be a supervisor.
5    Q.   Well, what had happened to the previous
6 supervisor?
7    A.   She was -- she was laid off.
8    Q.   And who was that?
9    A.   Rebecca Capps.
10   Q.   So there was a time in there when she had
11 been laid off when you did not have a supervisor; is
12 that right?
13   A.   To my knowledge, yes, correct, a two- to
14 three-week span in there, if I remember correctly.
15   Q.   Now, did you want to apply for that job
16 of field manager yourself?
17   A.   No.
18   Q.   Did you know why Ms. Bennett was laid
19 off, do you have any information as to why she was laid
20 off?
21   A.   No, I don't.
22   Q.   Do you have any information as to who
23 made the decision to lay her off?
24   A.   No.
25   Q.   Did Ms. Capps ever tell you that she

44

1 would not move to Denver?
2    A.   No.
3    Q.   So did she tell you that she was worried
4 that she would have to move to Denver?
5        MS. MARTINEZ: Objection to form,
6 leading.
7    A.   That's correct.
8    Q.   (By Mr. Olsen) Okay. Now, you also said
9 in your testimony, when Ms. Martinez was asking you the
10 question about Mr. Forry, you said, I didn't think he
11 performed much metro duties, why is that?
12        MS. MARTINEZ: Objection to form.
13   A.   Because I was under the understanding
14 that Pete Smith and Diron Benschop were handling all
15 the metro.
16   Q.   (By Mr. Olsen) And where did you get
17 that understanding from?
18   A.   That's just common knowledge, they
19 handled that part of the Denver division called the
20 metro.
21   Q.   Is that what happened even after
22 Mr. Forry arrived?
23        MS. MARTINEZ: Objection to form, calls
24 for speculation, lack of foundation.
25   A.   I couldn't tell you that.

45

1    C.   (By Mr. Olsen) Well, could you tell if
2 Mr. Forry was devoting any time at all to metro?
3    A.   No, I couldn't.
4    Q.   Was he devoting most of his time to
5 long-haul?
6        MS. MARTINEZ: Objection to form, calls
7 for speculation, lack of foundation.
8    A.   That, I couldn't tell you, either. I
9 didn't observe Mr. Forry.
10   Q.   (By Mr. Olsen) You didn't what?
11   A.   I didn't observe him on his daily work.
12 I probably talked to him maybe a couple times a week
13 when problems arose.
14   Q.   Well, did you ever talk with Mr. Benschop
15 after Mr. Forry arrived?
16   A.   No.
17        MR. OLSEN: Okay. Now, let's see here.
18 I've run out of questions, but because I've asked more,
19 Ms. Martinez has a right to follow up.
20        MS. MARTINEZ: I don't have any more
21 questions. Thank you very much for your time,
22 Mr. Cooper.
23        (Whereupon, the deposition was concluded
24 at 10:09 a.m.)
25

12 (Pages 42 to 45)