# Exhibit 10

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF COLORADO
 3   Civil Action No.: 07-CV-00922-RPM-CBS


 4
     REBECCA CAPPS,
 5
               Plaintiff,
 6   vs.
 7   LEVEL 3 COMMUNICATIONS, INC.,
 8            Defendant.


 9
10           DEPOSITION OF DIRON E. BENSCHOP
11
12            PURSUANT TO AGREEMENT, the
13   above-entitled deposition was taken on behalf of
14   the Plaintiff at the offices of Brownstein Hyatt
15   Farber Schreck, 410 17th Street, 23rd Floor, Denver,
16   Colorado, on January 2, 2008, at 12:51 p.m., before
17   Jana Mackelprang, Certified Realtime Reporter,
18   Registered Professional Reporter, and Notary Public.
19
20
21
22
23
24
25
```

**Page 2**

```
 1  APPEARANCES:
 2  For the Plaintiff:
        JOHN R. OLSEN, ESQ., and
 3      JAMES W. OLSEN, ESQ.
        Olsen & Brown, LLC
 4      8362 Greenwood Drive
        Niwot, Colorado  80503
 5      (303) 652-1133
        (Present telephonically)
 6
    For the Defendant:
 7      MEGHAN MARTINEZ, ESQ.
        Brownstein Hyatt Farber Schreck, P.C.
 8      410 17th Street, 22nd Floor
        Denver, Colorado  80202
 9      (303) 223-1133
10
11
12
13
14          EXAMINATION INDEX
15  By Mr. John Olsen         Pages 3, 43
16  By Ms. Martinez           Page 42
17
18
19          EXHIBIT INDEX
    FOR IDENTIFICATION           REFERENCE
20
21      (No exhibits were marked.)
22
23
24
25
```

**Page 3**

```
 1            PROCEEDINGS
 2       WHEREUPON, the following proceedings were
 3  taken pursuant to the Federal Rules of Civil
 4  Procedure.
 5            *  *  *  *  *
 6            DIRON E. BENSCHOP,
 7  having been first duly sworn to state the whole
 8  truth, testified as follows:
 9            EXAMINATION
10  BY MR. JOHN OLSEN:
11       Q.  Could the deponent state his full
12  name.
13       A.  Diron Earl Benschop.
14       Q.  Mr. Benschop, my name is Jack Olsen.
15  I'm representing Rebecca Capps in a case against
16  your company.
17            Do you still work at Level 3?
18       A.  I do.
19       Q.  This is our opportunity to ask
20  questions about something that happened quite a long
21  time ago to try to sort through the details and find
22  out the truth of the situation.
23            Because we're doing this deposition by
24  telephone, we should probably be real careful, or as
25  careful as possible, about speaking at the same
```

**Page 4**

```
 1  time.  There may be occasions when we cross over
 2  each other, and I may stop and say, "Will you repeat
 3  that answer," and/or I may repeat my question, just
 4  to make sure that everything is actually written
 5  down on the record.
 6            In addition, Ms. Martinez, for the
 7  company, who's sitting there, she has the right and
 8  the opportunity to voice objections whenever she
 9  wants to.  And when she does so, we should make sure
10  that she has the opportunity to get her objections
11  on the record.
12            Hold on just one second here.
13            I'd like to ask you, to begin with,
14  some background information.  What is your current
15  job title?
16       A.  Senior field technician.
17       Q.  And when did you start with Level 3,
18  what year, do you remember?
19       A.  1998.
20       Q.  I'm sorry?
21       A.  1998.
22       Q.  And at that time what was your job
23  title?
24       A.  Field technician.
25       Q.  Okay.
```

**Page 5**

```
 1            MR. JOHN OLSEN:  Now, here's what we
 2  need to do, because Ms. Martinez called in on a
 3  different line, we're actually going to have to
 4  interrupt the deposition briefly and let me call you
 5  guys on a different line, one that won't be
 6  interrupted.  Is there any particular phone number I
 7  should dial?
 8            MS. MARTINEZ:  You should dial the
 9  main number, Jack, which is (303) 223-1100, and ask
10  the receptionist to patch you up into the 23 main
11  conference room.
12            MR. JOHN OLSEN:  Into 23?
13            MS. MARTINEZ:  23 main.
14            MR. JOHN OLSEN:  Got it.  We'll do
15  that right now.
16            (Discussion off the record.)
17            MR. JOHN OLSEN:  We're now on a line
18  that won't be interrupted by our switchboard.
19       Q.  (By Mr. John Olsen) Mr. Benschop,
20  when were you promoted, I presume, to senior field
21  technician?
22       A.  The first time?
23       Q.  Yes, please.
24       A.  Probably '99.
25       Q.  Now, did something happen after that
```

Page 6

1 point where your title was no longer senior field
2 technician?
3    A.  Yes. Through the course of my
4 employment, I've actually moved up through a couple
5 of different positions.
6    Q.  Okay. After your title was senior
7 field technician the first time, what did it change
8 to?
9    A.  City engineer.
10   Q.  And then it changed back to senior
11 field technician?
12   A.  No. From that point, it went to
13 outside plant manager.
14   Q.  Then to what?
15   A.  And then back to senior field
16 technician.
17   Q.  Okay. Now, do you remember an
18 occasion when Mr. Forry was hired into the company?
19   A.  Do I remember when?
20   Q.  Do you remember that he was hired into
21 the company?
22   A.  Yes.
23   Q.  At that time what was your title?
24       MS. MARTINEZ: Objection to form.
25       THE DEPONENT: At the time it was

Page 7

1 outside plant manager.
2    Q.  (By Mr. John Olsen) And where did you
3 work?
4    A.  Physically?
5    Q.  Yes.
6    A.  1850 Pearl Street, which is called the
7 Denver Gateway.
8    Q.  And how long had you had that title at
9 that point?
10       MS. MARTINEZ: Objection to form.
11       THE DEPONENT: Three years.
12   Q.  (By Mr. John Olsen) How long had you
13 worked at the Denver Gateway consecutively?
14       MS. MARTINEZ: Objection to form.
15       THE DEPONENT: The entire time.
16   Q.  (By Mr. John Olsen) And where did you
17 come from before that?
18   A.  Before Level 3?
19   Q.  No, before you worked for three years
20 at the Denver Gateway.
21   A.  Well, my entire employment with
22 Level 3 has been at the Denver Gateway.
23   Q.  I see. So you began there?
24   A.  Yes.
25   Q.  When you began there, what was your

Page 8

1 job title?
2    A.  Field technician.
3    Q.  Field technician?
4    A.  Yes.
5    Q.  Now, were there any other outside
6 plant managers in Denver?
7        MS. MARTINEZ: Objection to form.
8        THE DEPONENT: When I was hired on?
9    Q.  (By Mr. John Olsen) Excuse me?
10   A.  When I first started?
11   Q   Yes, please.
12   A.  Yes.
13   Q.  How many were there?
14   A.  Two.
15   Q.  Now, how many were there when you no
16 longer had your title of outside plant manager, when
17 your title changed?
18       MS. MARTINEZ: Objection to form.
19       THE DEPONENT: One.
20   Q.  (By Mr. John Olsen) Now, when was it
21 that your title changed from outside plant manager
22 -- in fact, I should make this a little clearer. It
23 sounds like you were outside plant manager when
24 Mr. Forry arrived. Is that fair?
25   A.  That's correct.

Page 9

1    Q.  Did your title change after that
2 point?
3    A.  Yes, it did.
4    Q.  What did it change to?
5    A.  Senior field technician.
6    Q.  When roughly was that?
7    A.  Right after Steven Forry was hired on.
8    Q.  Who told you your title was changed to
9 senior field technician?
10   A.  Well, Kaily Bissani.
11   Q.  And why, if you know, why was your
12 title changed to senior field technician?
13   A.  My role as outside plant manager was
14 eliminated.
15   Q.  Why was that, if you know?
16   A.  They decided to basically take the
17 position of metro outside plant manager and a
18 separate long-haul outside plant manager and combine
19 those into one job.
20   Q.  And who held the long-haul position?
21   A.  Becky Capps.
22   Q.  Now, how did you learn that they
23 decided to combine those jobs?
24   A.  Just through discussions with Kaily.
25   Q.  With who?

3 (Pages 6 to 9)

Calderwood-Mackelprang, Inc. 303.477.3500

**Page 10**

1   A.   With Kaily.
2   Q.   Is that Mr. Bissani?
3   A.   Sorry. Yeah.
4   Q.   Did he discuss this with you before
5   you learned that Mr. Forry was coming in?
6   A.   Yes.
7   Q.   And when did you first discuss this
8   with Mr. Bissani?
9   A.   I don't remember an actual date. I
10  could venture to guess maybe a couple of weeks
11  before he was hired on.
12  Q.   Before Mr. Forry was hired on?
13  A.   Yeah, I think so.
14  Q.   Where were you when you discussed this
15  with Mr. Bissani? Was it his office, your office,
16  by e-mail, or another means of communication?
17  A.   It was in his office.
18  Q.   Where was that located?
19  A.   At the Denver Gateway.
20  Q.   Did he call you in to tell you this
21  news?
22       MS. MARTINEZ: Objection to form.
23       THE DEPONENT: Yes.
24  Q.   (By Mr. John Olsen) Can you recount
25  that conversation as best you can recall today?

**Page 11**

1   A.   He called me in and told me that my
2   position as outside plant manager was being
3   eliminated, and kind of went through the process of
4   describing that, as opposed to those two roles being
5   separate, they're now being combined into one
6   position to sit on top of both metro and long haul.
7   Q.   Did he say anything else in that
8   meeting?
9   A.   Yes. He told me if I was interested
10  in the position, that I needed to apply for it.
11  Q.   What position was that?
12  A.   Field manager.
13  Q.   Oh, you mean the position that
14  Mr. Forry came into?
15  A.   Yes, yes.
16  Q.   I see. So he told you that position
17  was open, and if you wanted to apply you could?
18  A.   Yes.
19  Q.   Did you apply?
20  A.   I did.
21  Q.   And did Mr. Bissani say anything else
22  to you in that meeting, for instance, about what
23  would happen to Rebecca Capps' job?
24  A.   No.
25  Q.   What did he say?

**Page 12**

1   A.   He didn't say anything.
2   Q.   Oh, I'm sorry. Did you say, no, he
3   didn't say anything about --
4   A.   Yes. I'm sorry, I said no.
5   Q.   Did Mr. Bissani tell you anything
6   about the possibility that you would no longer have
7   a job?
8   A.   No, he didn't.
9   Q.   He did not?
10  A.   No, he did not.
11  Q.   Did he tell you what was going to
12  happen when your job was combined and if you didn't
13  get that job?
14  A.   Actually, it never came up in
15  discussion.
16  Q.   Before Mr. Forry arrived, did you
17  learn that your job or that you would still have a
18  job at Level 3?
19       MS. MARTINEZ: Objection to form.
20       THE DEPONENT: No. I guess, did I
21  learn that? No, I guess I just assumed that I
22  would, but there was never a discussion that was had
23  between Kaily Bissani and myself.
24  Q.   (By Mr. John Olsen) Why did you
25  assume that you would?

**Page 13**

1   A.   Because I don't like thinking about
2   not having a job.
3   Q.   I see. Having been told that your job
4   was going to be combined into a new position and
5   having learned that Mr. Forry was going to take that
6   new position and that your old job would no longer
7   exist, didn't you become concerned that you might
8   not have any job?
9   A.   Yes -- well, yeah, sure, I was
10  concerned about not having a job.
11  Q.   Did you speak with Mr. Bissani about
12  that possibility?
13  A.   No.
14  Q.   Did you say no?
15  A.   I did. No.
16  Q.   Did you speak with anybody about that
17  possibility?
18  A.   About not having a job?
19  Q.   Because of these events that I just
20  described.
21       MS. MARTINEZ: Objection to form.
22       THE DEPONENT: No, I didn't.
23  Q.   (By Mr. John Olsen) Did Mr. Bissani
24  at any time say any words to you that gave you
25  confidence that you would not be laid off?

Page 14:

1   A.   Not until after Steven Forry was hired
2   on.
3   Q.   Okay. How did you learn that
4   Mr. Forry was hired on?
5   A.   He told me, Kaily told me.
6   Q.   And did that happen in his office as
7   well?
8   A.   Yes.
9   Q.   What did he say to you on that point?
10   A.   He basically just told me that he made
11   a decision to go with Steven Forry.
12   Q.   Did he say why?
13   A.   No.
14   Q.   I didn't quite hear your answer.
15   A.   No.
16   Q.   Did you ask why?
17   A.   No.
18   Q.   Did he say anything else in that
19   discussion with you?
20   A.   No, he didn't.
21   Q.   At that moment in time, did you wonder
22   whether you would still have a job there?
23   A.   No, because it was at that time that
24   Kaily offered me the senior field -- well, at the
25   time it was titled different, but he offered me the

Page 15:

1   senior field tech position, basically a demotion.
2   Q.   What did he say to you?
3   A.   He told me that, you know, he has this
4   position available, if I want it.
5   Q.   Okay. What did he tell you about the
6   position?
7   A.   Not much. I mean, basically that the
8   position was, for the most part, going to be the
9   same job description as I had been doing.
10   Q.   Okay. Were you ever given a job
11   description for this job?
12   A.   Not specifically, no.
13   Q.   What was the name of the job he told
14   you you would be able to take?
15   A.   Well, at the time, by title, it was
16   called field engineer.
17   Q.   And why did that title change to
18   senior field technician?
19   A.   That changed after the Level 3-ICG
20   merger.
21   Q.   And why did it change, if you know?
22       MS. MARTINEZ: Objection to form.
23       THE DEPONENT: That was just a company
24   decision. They were going through and kind of
25   restructuring and retitling everybody.

Page 16:

1   Q.   (By Mr. John Olsen) I see. So he
2   told you in the same discussion when he told you
3   that Mr. Forry got that new job, the combined job,
4   he told you that he had this job of field engineer
5   available; is that right?
6   A.   Yes, that's correct.
7   Q.   Was that a newly created job?
8       MS. MARTINEZ: Objection to form.
9       THE DEPONENT: I don't know.
10   Q.   (By Mr. John Olsen) Who held it
11   before you?
12       MS. MARTINEZ: Objection to form.
13       THE DEPONENT: By title, nobody that I
14   know of.
15   Q.   (By Mr. John Olsen) Well, if there
16   had been somebody in that job you were taking,
17   wouldn't you have heard that or learned that?
18       MS. MARTINEZ: Objection to form.
19       THE DEPONENT: Yeah, I believe I
20   would, I guess.
21   Q.   (By Mr. John Olsen) And you did not
22   hear that anybody else held that job before you?
23       MS. MARTINEZ: Objection to form.
24       THE DEPONENT: Nobody in the Denver
25   Gateway, no.

Page 17:

1   Q.   (By Mr. John Olsen) Did you have
2   reason to believe that it was a newly created job?
3   A.   No.
4   Q.   Who told you what you would be doing
5   in that job?
6   A.   Kaily Bissani.
7   Q.   Was that job posted?
8   A.   No.
9   Q.   Did Mr. Bissani tell you it was going
10   to or would not be posted?
11   A.   No.
12   Q.   Let me withdraw that question. Did he
13   discuss with you whether that job would be posted or
14   not?
15   A.   No, he did not.
16   Q.   Did you ever learn why it was not
17   posted?
18       MS. MARTINEZ: Objection to form.
19       THE DEPONENT: No, I didn't.
20   Q.   (By Mr. John Olsen) Did you ever
21   wonder why it was not posted?
22       MS. MARTINEZ: Objection to form.
23       THE DEPONENT: No.
24   Q.   (By Mr. John Olsen) Did Mr. Bissani
25   tell you what that duties of the job would be?

**Page 18**

1  A. Not specifically, no.
2  Q. How did you learn what the duties of
3  the job would be?
4  A. I just continued doing the same job
5  functions that I had the day before.
6  Q. Who told you to continue doing the
7  same job functions?
8  A. Kaily.
9  Q. Did it involve a reduction in pay?
10 A. Yes, it did.
11 Q. From what to what?
12 A. At the time, as outside plant manager,
13 I believe I was at 77,000 a year. After the
14 demotion, it was 72,000 a year, I believe.
15 Q. Now, who was your superior after you
16 became field engineer?
17     MS. MARTINEZ: Objection to form.
18     THE DEPONENT: That would have been
19 Steven Forry.
20 Q. (By Mr. John Olsen) So was that a
21 change that occurred when Mr. Forry came in?
22 A. Yes.
23 Q. Who was your superior before that
24 time?
25 A. Kaily Bissani.

**Page 19**

1  Q. Did you have an opportunity to work
2  with Mr. Forry after he arrived?
3  A. Yes.
4  Q. What was his job title?
5  A. Field manager.
6  Q. Excuse me?
7  A. Field manager.
8  Q. Is that the same job you applied for?
9  A. Yes, it is.
10 Q. And did you have an opportunity to
11 recognize or see what he was doing day to day?
12     MS. MARTINEZ: Objection to form.
13     THE DEPONENT: Yes, I did.
14 Q. (By Mr. John Olsen) What did he do
15 day to day?
16 A. He was managing metro and long-haul
17 outside plant.
18 Q. And how did you know he did that?
19 A. Because that's what he was hired to
20 do.
21 Q. Well, what of your former duties
22 before you became field engineer did he take over?
23     MS. MARTINEZ: Objection to form.
24     THE DEPONENT: Specifically none.
25 Q. (By Mr. John Olsen) Okay. Well, were

**Page 20**

1  there new duties for him?
2  A. Yes, there was.
3  Q. And did they have anything to do with
4  long haul?
5  A. Yes, they did.
6  Q. Can you describe the new duties that
7  he -- maybe the best way to do it is to ask: What
8  long-haul duties did he perform?
9  A. He was managing the long-haul
10 technicians.
11 Q. Anything else?
12     MS. MARTINEZ: Objection to form.
13     THE DEPONENT: No.
14 Q. (By Mr. John Olsen) And besides
15 managing long-haul technicians, do you know what
16 else he did in his duties?
17 A. No.
18 Q. Is that because you didn't have a
19 chance to observe him?
20 A. No, it's not.
21 Q. So did you have a chance to observe
22 him in his duties sufficiently to tell what else he
23 was doing?
24 A. Yeah, I guess I did.
25 Q. Did he do anything beside long-haul

**Page 21**

1  duties?
2      MS. MARTINEZ: Objection to form.
3      THE DEPONENT: Yes. Like I said, he
4  was managing both the metro and the long haul at
5  that point. The two jobs, if you will, between
6  metro and long haul are very specifically different.
7  Q. (By Mr. John Olsen) But didn't you
8  used to manage metro?
9  A. I did.
10 Q. I thought you said you were doing the
11 same thing as before.
12 A. My job function, per se, did not
13 change.
14 Q. So a question for you is: What is it
15 that Mr. Forry does now that is different than what
16 you were doing, besides the long-haul stuff?
17     MS. MARTINEZ: Objection to form.
18 Asked and answered.
19     THE DEPONENT: My reporting
20 responsibilities were different at that point.
21 Q. (By Mr. John Olsen) I didn't quite
22 hear you. Did you say your reporting
23 responsibilities were different?
24 A. Yes, because I was now reporting up
25 into him, and he was --

**Page 26**

1  observe him in his duties, then that does the trick
2  and allows us to ask you that question.
3    So do you feel confident you were able
4  to observe him in the performance of his duties
5  sufficiently to estimate how much of his time was
6  devoted to long haul?
7    MS. MARTINEZ: Objection to form.
8    THE DEPONENT: Yes.
9    Q.  (By Mr. John Olsen) Is that the
10 three-quarters figure you just gave us?
11   MS. MARTINEZ: Objection to form.
12   THE DEPONENT: That's correct.
13   Q.  (By Mr. John Olsen) Okay. In doing
14 that, did he have to travel? Did you observe him
15 getting ready to travel or returning from travel?
16   A.  Yes.
17   Q.  Did Mr. Bissani ever explain to you
18 why it was that your job in metro and Ms. Capps' job
19 had to be combined?
20   A.  Why they had to be? No, he didn't.
21   Q.  For instance, did he tell you there
22 was a reduction in force?
23   MS. MARTINEZ: Objection to form.
24   THE DEPONENT: Well, at the time the
25 company was going through a merger with WilTel

**Page 27**

1  Communications. So, yes, that kind of activity was
2  going on all over the company.
3    Q.  (By Mr. John Olsen) Before you became
4  field engineer and Mr. Forry came in, did you have
5  any subordinates?
6    A.  No.
7    MS. MARTINEZ: Objection to form.
8    Q.  (By Mr. John Olsen) And after he came
9  in, did you have any subordinates?
10   A.  No.
11   Q.  When Mr. Forry came in -- well, let me
12 try to understand that. When Ms. Capps was working
13 long haul and you were working metro, you had no
14 subordinates at all?
15   A.  Company subordinates, no. Metro is a
16 little different than long haul, where there are
17 actual Level 3 long-haul technicians, they're
18 actually company employees.
19   Q.  But you had contractors or
20 contractees?
21   A.  That's correct.
22   Q.  Did you ever observe Ms. Capps in the
23 Denver Gateway?
24   A.  Yes.
25   Q.  Did you yourself interact with her at

**Page 28**

1  any time?
2    A   Yes.
3    Q.  Did she have any duties that somehow
4  touched upon metro activities?
5    MS. MARTINEZ: Objection to form.
6    THE DEPONENT: Quite a bit -- well,
7  quite a bit of the long-haul plant and the metro
8  plant run concurrent. So they're basically in the
9  same duct structure.
10   Q.  (By Mr. John Olsen) I'm a little dumb
11 when it comes to what you did for a living there.
12 What do you mean by that, were concurrent?
13   A.  The Level 3 long-haul cable, the
14 physical cable, and the metro cables, there was
15 quite a bit of territory, if you will, where they
16 both ran in the same -- basically, in the same
17 trench; they were next to each other.
18   Q.  So does that mean you had to deal with
19 the same kind of day-to-day activities --
20   MS. MARTINEZ: Objection to form.
21   Q.  (By Mr. John Olsen) -- in maintaining
22 that cable?
23   MS. MARTINEZ: Objection to form.
24   Q.  (By Mr. John Olsen) Let me start
25 over. Does that mean you had to perform the same

**Page 29**

1  kind of duties in having the cable installed?
2    MS. MARTINEZ: Objection to form.
3    THE DEPONENT: Yes.
4    Q.  (By Mr. John Olsen) Then would you
5  have had the same kind of duties in maintaining the
6  cable?
7    MS. MARTINEZ: Objection to form.
8    THE DEPONENT: Yes.
9    Q.  (By Mr. John Olsen) Here's a question
10 for you: Suppose you had a malfunction of some
11 kind, from what I understand from Ms. Capps she had
12 a technician she would then assign or devote to that
13 problem. Would you do that that same way, or would
14 you have a different way of dealing with the
15 problem?
16   A.  No, it would be the same way. The
17 difference being is her subordinates were actual
18 Level 3 employees as opposed --
19   Q.  (By Mr. John Olsen) But you would
20 have a contractor come in to try to deal with the
21 problem?
22   A.  Yes.
23   Q.  I got you. Do you have any idea why
24 the system was different for metro than long haul?
25   A.  No, I don't. That's just how the

Page 30:

1  company structured it.
2      Q.   Now, does that mean that Ms. Capps
3  never dealt with contracts or contractors?
4          MS. MARTINEZ: Objection to form.
5          THE DEPONENT: No, she dealt with
6  contractors as well.
7      Q.   (By Mr. John Olsen) What did she --
8  how do you know that? You were apart from each
9  other, weren't you?
10     A.   For the most part, yeah.
11     Q.   How do you know she dealt with
12 contractors?
13     A.   Because I've had discussions with her
14 about it.
15     Q.   And what was it you discussed with her
16 that told you she dealt with contractors?
17     A.   Specifically I don't recall, outside
18 of there were occasions where she may have asked who
19 I was using and if they did a good job and
20 vice-versa.
21     Q.   So you could tell she was using
22 contractors that way?
23     A.   Yeah.
24     Q.   I got you. In your work, did you ever
25 interact with any other metro areas? And I'm not

Page 31:

1  sure what the metro areas are, but I assume Salt
2  Lake is one.
3          MS. MARTINEZ: Objection to form.
4          THE DEPONENT: No.
5      Q.   (By Mr. John Olsen) You did not have
6  to. Okay.
7          Did you have occasion to, yourself,
8  participate in any decisions to terminate anybody?
9      A.   No.
10     Q.   Now, after Mr. Forry came in, do you
11 know or are you able to go back in time and tell me
12 how many subordinates he then had? And I assume you
13 were one.
14     A.   That's correct.
15     Q.   Then you had no subordinates, so were
16 there any other subordinates that he had in the
17 Denver metro?
18         MS. MARTINEZ: Objection to form.
19         THE DEPONENT: No.
20     Q.   (By Mr. John Olsen) So then Ms. Capps
21 would have been one, at least for a brief time,
22 right?
23         MS. MARTINEZ: Objection to form.
24         THE DEPONENT: Yes, that's correct.
25     Q.   (By Mr. John Olsen) I take it her

Page 32:

1  subordinates would have become Mr. Forry's
2  subordinates?
3      A.   Yes, they did.
4      Q.   Now, apart from the people we just
5  mentioned, what I'm trying to figure out: Are there
6  any other subordinates that Mr. Forry had?
7          MS. MARTINEZ: Objection to form.
8          THE DEPONENT: No.
9      Q.   (By Mr. John Olsen) Then, finally, on
10 that point, I need to learn if the number of
11 subordinates altogether, or the number of people
12 working in metro and in long haul increased or
13 decreased when Mr. Forry came in, or did it remain
14 the same?
15         MS. MARTINEZ: Objection to form.
16     Q.   (By Mr. John Olsen) I guess that was
17 a confusing question. Do you know if Ms. Capps'
18 unit, her long-haul unit was reduced in size or
19 increased in size when Mr. Forry came in, or just
20 simply remained the same?
21         MS. MARTINEZ: Objection to form.
22         THE DEPONENT: I don't know.
23     Q.   (By Mr. John Olsen) And your own unit
24 was you, right?
25         MS. MARTINEZ: Objection to form.

Page 33:

1          THE DEPONENT: That's correct.
2      Q.   (By Mr. John Olsen) So your unit
3  didn't decrease in size or increase in size at all
4  except for the addition of Mr. Forry, right?
5          MS. MARTINEZ: Objection to form.
6          THE DEPONENT: That's correct.
7      Q.   (By Mr. John Olsen) I'm trying to
8  figure out if there was a reduction that occurred in
9  Ms. Capps' area that occurred after she was
10 terminated. Do you know, by chance, if anybody else
11 was laid off then?
12         MS. MARTINEZ: Objection to form.
13         THE DEPONENT: I don't.
14     Q.   (By Mr. John Olsen) As you think
15 about it, was anybody else hired into the metro area
16 or -- let me ask that a different way. Did
17 Mr. Forry hire any subordinates after he came in
18 that you know of?
19         MS. MARTINEZ: Objection to form.
20         THE DEPONENT: Not for the metro area,
21 no.
22     Q.   (By Mr. John Olsen) How about for
23 long haul, do you know of any he hired in there?
24     A.   I don't know.
25     Q.   Do you know if Mr. Forry terminated

Diron Benschop

**Page 38**

1  A. Yes, it did.
2  Q. Prior to that moment in time, had you
3  had any outside plant experience?
4  A. No.
5  Q. Do you remember about when it was you
6  became outside plant manager by year?
7  A. 2003, I think.
8  Q. Okay. And so you maintained and kept
9  that title until Mr. Forry arrived?
10  A. That's correct.
11  Q. During that time when you were outside
12  plant manager, did you have any subordinates?
13      MS. MARTINEZ: Objection to form.
14      THE DEPONENT: Just contractors.
15  Q. (By Mr. John Olsen) Any subordinates
16  who worked for Level 3?
17  A. No.
18  Q. Let me check my notes here and figure
19  that out again.
20      Prior to being -- I presume it was a
21  promotion to outside plant manager, had you been an
22  inside plant technician?
23  A. Yes.
24  Q. For how long?
25  A. Up until that point.

**Page 39**

1  Q. When you acquired that promotion to
2  outside plant manager, was that job posted?
3      MS. MARTINEZ: Objection to form.
4      THE DEPONENT: I don't recall.
5  Q. (By Mr. John Olsen) Who is it who
6  told you or promoted you to outside plant manager,
7  do you remember?
8  A. That was Peter Smith.
9  Q. Do you remember if Mr. Smith told you
10  there were other people who applied for the job?
11      MS. MARTINEZ: Objection to form.
12      THE DEPONENT: I don't remember, no.
13  Q. (By Mr. John Olsen) Did Ms. Capps
14  ever fill in for you as outside plant manager?
15  A. Yes.
16  Q. How did that come to pass or why was
17  -- let me ask you in a different way. First of all,
18  why would she come in to fill in for you?
19  A. Because we basically held the same job
20  description, we did the same job, just --
21  Q. Would there be a time when you -- are
22  we talking about when you were on vacation, for
23  instance?
24  A. Yes.
25  Q. Any other times?

**Page 40**

1  A. Whenever I had an occasion to be out
2  of the office.
3  Q. She would fill in?
4  A. Yes.
5  Q. Did that go on all the time that you
6  were the outside plant manager?
7  A. That went on most of the time, yes.
8  Q. Did that also include occasions, for
9  instance, emergency leaves, for instance, funerals
10  and so forth?
11  A. Yes, that's correct.
12  Q. Let me jump around here. Did
13  Ms. Capps ever train you in any way that you can
14  recall?
15      MS. MARTINEZ: Objection to form.
16      THE DEPONENT: No.
17  Q. (By Mr. John Olsen) I'm thinking of
18  something in particular. Is there a device called
19  an OTDR?
20  A. Yes, there is.
21  Q. Did she assist in training you in that
22  device?
23      MS. MARTINEZ: Objection to form.
24      THE DEPONENT: No, she didn't.
25  Q. (By Mr. John Olsen) Where did you

**Page 41**

1  learn how to operate that device?
2  A. Where did I learn, is that what you're
3  asking me?
4  Q. I did, yes.
5  A. I haven't.
6  Q. You have not?
7  A. No, not -- sorry.
8  Q. I'm confused. As of today, you have
9  not had that training?
10  A. Not formally, no.
11  Q. Did Ms. Capps ever train you
12  informally with that device?
13      MS. MARTINEZ: Objection to form.
14      THE DEPONENT: No, she didn't.
15  Q. (By Mr. John Olsen) Here's a stray
16  one: Do you know who made the decision to terminate
17  Kathy Bennett?
18  A. No, I don't.
19  Q. Did you ever discuss or hear
20  Mr. Bissani say anything about that?
21  A. No.
22  Q. Or Ms. Capps say anything about that?
23  A. No.
24  Q. If you'll bear with me here, let me
25  jump around -- I think I've run out of questions.

Calderwood-Mackelprang, Inc. 303.477.3500