# Exhibit 11

```
                                                              1
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLORADO

 3   Civil Action No. 07-CV-00922-RPM-CBS

 4   REBECCA CAPPS,

 5   Plaintiff,

 6

     vs.

 7

 8   LEVEL 3 COMMUNICATIONS, INC.,

 9   Defendant.

10   _____

11        TELEPHONE DEPOSITION OF STEVEN L. FORRY

12   _____

13

14                      PURSUANT TO NOTICE, the

15   above-entitled deposition was taken on behalf of the

16   Plaintiff, telephonically, at 8362 Greenwood Drive,

17   Niwot, Colorado, on December 19, 2007, at 2:15 p.m.,

18   before Dawn E.  Eastman (Calderwood), Certified

19   Shorthand Reporter, Registered Professional

20   Reporter, and Notary Public.

21

22

23

24

25
```

**Page 6**

1  A.  I currently work in Denver, Colorado.
2  Q.  And who is your employer?
3  A.  Level 3 Communications.
4  Q.  What is your job title?
5  A.  Director of operations, Salt Lake City
6  Division.
7  Q.  How long have you had that title?
8  A.  Four days.
9  Q.  And what was your title before that?
10 A.  Outside plant manager, Denver
11 division.
12 Q.  And when you were the outside plant
13 manager, Denver division, did you work in Denver?
14 A.  Yes.
15 Q.  And what was your title before that?
16 A.  Project manager.
17 Q.  And when you had the title of project
18 manager, where were you located?
19 A.  Broomfield, Colorado.
20 Q.  Now, did you know a man named Kaily
21 Bissani?
22 A.  Yes.
23 Q.  How did you come to know him?
24 A.  Worked indirectly for him years ago
25 when I worked out in California.

**Page 7**

1  Q.  And when you worked out in California,
2  was that with Level 3?
3  A.  Yes.
4  Q.  And at that time, did you work in the
5  same unit as he?
6  A.  Yes.
7  Q.  What was that unit called?
8  A.  The western region.
9  Q.  And do you remember approximately what
10 year or years that was that you ran into Mr. Bissani
11 out in California?
12 A.  Wow. It would have been 1999, but I
13 don't remember the specific months.
14 Q.  And did you have any reporting
15 capacity to him or reporting responsibility to
16 Mr. Bissani?
17 A.  No.
18 Q.  Did he have any to you?
19 A.  No.
20 Q.  Did you socialize together outside of
21 work?
22 A.  Yes.
23 Q.  And in what fashion did you socialize?
24 A.  He would come to town for meetings,
25 and it would be an after work sort of socialization

**Page 8**

1  in a group.
2  Q.  Of the group of Level 3 employees?
3  A.  Yes.
4  Q.  Did you ever do anything with
5  Mr. Bissani, himself, or his family members,
6  themselves, such as play golf or go on a trip,
7  anything like that?
8  A.  No.
9  Q.  Did your father work at Level 3?
10 A.  Yes.
11 Q.  What was his name?
12 A.  Lewis Forry.
13 Q.  Does he still work at Level 3?
14 A.  No.
15 Q.  Why did he leave?
16 A.  He was laid off.
17 Q.  Do you remember what year?
18 A.  2005.
19 Q.  Did he report to Kaily Bissani when he
20 was employed at Level 3?
21 A.  Yes.
22     MR. OLSEN: I'd like to take a
23 15-second break for a moment. I'll be right back.
24     (A recess was taken.)
25 Q.  (By Mr. Olsen) Did your father assist

**Page 9**

1  you in obtaining a job at Level 3?
2  A.  Initially, yes.
3  Q.  What year was that?
4  A.  1998.
5  Q.  Was that the first year you began to
6  work at Level 3?
7  A.  Yes.
8  Q.  And your initial title was project
9  manager?
10 A.  No, my initial title was gateway
11 technician.
12 Q.  In Denver?
13 A.  No, in San Jose, California.
14 Q.  Now, after your initial hire at Level
15 3, was there ever a time when you left the
16 employment of Level 3 temporarily?
17 A.  Yes.
18 Q.  When was that?
19 A.  February 2005.
20 Q.  Why did you leave?
21 A.  I was laid off.
22 Q.  For how long were you off work from
23 Level 3?
24 A.  About two and a half months.
25 Q.  How did it come to pass that you

Page 10

1  returned?
2  A.  The Denver field manager job was
3  posted, and I applied for that position.
4  Q.  And did you get that position?
5  A.  Yes.
6  Q.  What was the exact name of that job,
7  if you remember? Was it strictly "Denver field
8  manager"?
9  A.  Field manager, yes.
10 Q.  And was it actually called Denver
11 field manager or just field manager?
12       MS. MARTINEZ: Objection to form.
13 Q.  (By Mr. Olsen) I'll reask it: What
14 was the exact name of that job?
15 A.  It was a field manager position in
16 Denver.
17 Q.  And then after that point in time –
18 well, when you obtained that field manager position,
19 did you work in association with Kaily Bissani at
20 any time?
21 A.  Yes.
22 Q.  And what was the nature of that
23 relationship?
24 A.  He was my immediate supervisor.
25 Q.  When you came back to Level 3 – well,

Page 11

1  first, when you departed Level 3 and were laid off,
2  did you receive a separation package?
3  A.  Yes.
4  Q.  When you returned to Level 3, did you
5  have to return any of the money involved with that
6  package?
7  A.  Yes.
8  Q.  What percentage of it, if you recall?
9  A.  I don't recall a percentage.
10 Q.  Was it all of it?
11 A.  No.
12 Q.  Okay. So when you learned of the
13 opening for Denver field manager, you applied for
14 that job and you obtained that job; right?
15 A.  Yes.
16 Q.  Who was your supervisor when you
17 returned?
18 A.  Kaily Bissani.
19 Q.  Did Mr. Bissani – let me go back and
20 ask you: How did you learn about the posting for
21 that job?
22 A.  My dad contacted me and heard that the
23 Denver field position had been posted.
24 Q.  Had he spoken with Mr. Bissani about
25 it?

Page 12

1  A.  I'm not sure who he heard it from.
2  Q.  Okay. Upon your hearing of it, did
3  you contact Mr. Bissani?
4  A.  Yes.
5  Q.  By telephone?
6  A.  Yes.
7  Q.  And did you initiate that call
8  yourself?
9  A.  Yes.
10 Q.  Was it for the purpose of learning
11 more about the job?
12 A.  Yes.
13 Q.  And can you tell us, to the best of
14 your recollection, approximately when that was that
15 you made that call?
16 A.  Well –
17 Q.  Maybe the first thing to ask you is:
18 What was the date of your return? Does that help?
19 A.  The date of my return, I believe, was
20 around May the 10th.
21 Q.  Of 2006?
22 A.  Uh-huh.
23 Q.  That's just a record thing here.
24     So approximately when did you speak
25 with Mr. Bissani?

Page 13

1  A.  It would have been somewhere in the
2  middle of April.
3  Q.  Did you speak with anybody else about
4  the job?
5  A.  No.
6  Q.  And now to go to that conversation:
7  Did you have more than one conversation with
8  Mr. Bissani about that job before it was offered to
9  you?
10 A.  Yes, I had to interview.
11 Q.  And before the interview began, did
12 you speak with Mr. Bissani again?
13 A.  No.
14 Q.  Where was the interview? What city?
15 A.  Denver.
16 Q.  What city were you living in at the
17 time?
18 A.  Erie.
19 Q.  Did you ever go to any basketball
20 games at Erie High School?
21 A.  No, I have not.
22 Q.  Have you ever seen me coaching
23 basketball there?
24 A.  No.
25 Q.  I do.

**Page 14**

1  A.  I lived just down the street from
2  there.
3  Q.  From the old high school?
4  A.  Yeah.
5  Q.  Have you seen the new one?
6  A.  Yes, I have. I was there last week.
7  My daughter had a concert out there.
8  Q.  Some of my basketball players were at
9  that concert and missed practice -- just kidding.
10     So you came and interviewed. That
11  was, I take it, the next step in the process by
12  which you obtained this job; is that right?
13  A.  That's correct.
14  Q.  And who did you interview with?
15  A.  Initially, Kaily.
16  Q.  And anybody else after that?
17  A.  Tim Elbert.
18  Q.  And anyone else?
19  A.  No.
20  Q.  Were you aware if there were other
21  applicants for the job?
22  A.  Yes.
23  Q.  Do you know who else applied?
24  A.  No.
25  Q.  Do you know why that opening existed?

**Page 15**

1  A.  Yes.
2  Q.  Why?
3  A.  From what I was told, because the
4  Denver division was only going to allow one OSP
5  manager; and they were trying to combine the two
6  positions.
7  Q.  And who had previously held the job?
8     MS. MARTINEZ: Objection to form.
9     THE DEPONENT: Becky Capps was the
10  long haul manager, and Diron Benschop was the metro
11  manager.
12  Q.  (By Mr. Olsen) Well, did anybody ever
13  tell you why one of those two simply wasn't moved
14  into the job?
15  A.  No.
16  Q.  Did you ever obtain or hear any
17  information as to why they weren't?
18  A.  Yes.
19  Q.  And what information was that, that
20  you heard?
21  A.  That Diron Benschop didn't have enough
22  long haul experience, and that Becky Capps wasn't --
23  lived in Cheyenne and didn't live in Denver and also
24  lacked metro experience.
25  Q.  And where did you hear that from?

**Page 16**

1  A.  I believe I heard it from Kaily.
2  Q.  And with regard to Mr. Benschop, the
3  reasons for him not getting the job, where did you
4  hear those reasons from?
5  A.  Kaily.
6  Q  Okay. And when you arrived -- well,
7  you got the job; right?
8  A.  Yes.
9  Q.  When you interviewed with Mr. Bissani,
10  did you notice that Ms. Capps was not interviewing
11  for that job?
12  A.  I did not.
13  Q.  Was she working at Level 3 at that
14  time?
15     MS. MARTINEZ: Objection to form.
16     THE DEPONENT: At that time, I didn't
17  know the status of her employment.
18  Q.  (By Mr. Olsen) Well, you were
19  eventually offered the job; right?
20  A.  Yes.
21  Q.  And you returned on May 10th, 2006?
22  A.  Somewhere around there, yes.
23  Q.  Do you know if she was there working
24  for Level 3 when you arrived on the job on May 10,
25  2006?

**Page 17**

1  A.  She was not employed at that time.
2  Q.  Did anyone tell you what happened to
3  her?
4  A.  Yes.
5  Q.  Who was that that told you?
6  A.  Kaily.
7  Q.  And what is it he said to you?
8  A.  That she was laid off.
9  Q.  Did he say why?
10  A.  No.
11  Q.  Did you ever hear any information from
12  anyone as to why?
13  A.  No.
14  Q.  When you arrived in Denver on May 10,
15  2006, was Diron Benschop still employed at Level 3?
16  A.  Diron Benschop was still employed.
17  Q.  And what job did he have when you
18  arrived?
19  A.  When I arrived, he was an OSP
20  technician.
21  Q.  When you arrived, he was already in
22  that capacity?
23  A.  He took that job after I accepted the
24  OSP job.
25  Q.  Who offered him that job, if you know?

Steven Forry

**Page 18**

1   A.   Kaily.
2   Q.   How do you know that?
3   A.   Because we had a discussion, after I
4  was hired, of how I was going to set up the team.
5   Q.   But that discussion did not involve
6  Rebecca Capps; did it?
7   A.   It did not.
8   Q.   Did it involve discussing laying off
9  Diron Benschop?
10  A.   Yes.
11  Q.   And who first mentioned the thought of
12 laying him off?
13  A.   Kaily.
14  Q.   And what did he say on that subject?
15  A.   I don't remember specifically.
16  Q.   Did he say that he was going to lay
17 off Mr. Benschop?
18  A.   I don't recall how he put it.
19  Q.   Did you maybe tell -- maybe to help
20 refresh your recollection: Did it unfold that you
21 learned he was going to be laid off and decided to
22 try to keep him?
23  A.   That sounds correct.
24  Q.   And what job did you decide to keep
25 Mr. Benschop in?

**Page 19**

1   A.   Outside plant technician.
2   Q.   And whose idea was it to keep him?
3  Was it yours or Mr. Bissani's?
4   A.   It was mine.
5   Q.   And what did Mr. Bissani say about
6  that?
7   A.   He would have preferred to lay him
8  off.
9   Q.   Why is it that you decided, then, to
10 keep him?
11  A.   His metro knowledge.
12  Q.   And did you ask whether Ms. Capps
13 could be kept on in any capacity?
14  A.   No.
15  Q.   The job that Mr. Benschop took, who
16 had held it before?
17      MS. MARTINEZ:  Objection to form.
18  Q.   (By Mr. Olsen)  Remember, you
19 mentioned that you wanted to keep him; right?
20  A.   Correct.
21  Q.   I assume you wanted to keep him in a
22 certain job title.  I think you described it as
23 outside plant technician?
24  A.   Correct.
25  Q.   Who held that job, outside plant

**Page 20**

1  technician, before Mr. Benschop?
2   A.   No one.
3   Q.   So was this a newly created job?
4   A.   It was a new headcount, yes.
5   Q.   Who determined that there would be a
6  new headcount?
7   A.   I don't know.
8   Q.   So a new headcount was created so that
9  Mr. Benschop could be kept there and not laid off;
10 is that fair?
11  A.   No.
12  Q.   Why was it created, the new headcount?
13  A.   During the acquisition of the company
14 that we were getting at the time, the numbers came
15 out; and we had an opening for an OSP technician.
16  Q.   The numbers came out?  In other words,
17 there was an opening for an additional position in
18 your organization; is that right?
19  A.   Correct.
20  Q.   And how did you notice that?  Was it
21 on some form that came out?
22  A.   Kaily just informed me of it.  He gave
23 me the numbers of how many people I was allowed to
24 have on my team.
25  Q.   And it turned out you had room for one

**Page 21**

1  more and, essentially, a position that was not
2  filled?  Is that how that worked?
3   A.   Can you say that again?
4   Q.   When you got those numbers from
5  Mr. Bissani, did you see, then, that you had an
6  opening that was unfilled; is that it?
7   A.   Yes.
8   Q.   Now, did that job already exist?
9   A.   No.
10      MR. OLSEN:  Someone's phone is
11 ringing.
12      (Discussion off the record.)
13  Q.   (By Mr. Olsen)  Okay.  So the job that
14 Mr. Benschop filled did not exist previously in
15 Mr. Bissani's organization; is that fair?
16      I'll withdraw that question because it
17 sounds like it might have confused you a bit.
18      Mr. Benschop did not replace anybody;
19 did he?
20  A.   He did not.
21  Q.   And so he took a job, that if it
22 existed, had no one in it; is that right?
23  A.   Correct.
24  Q.   Did anyone have to create a job
25 description for that job?

6 (Pages 18 to 21)

**Page 22**

1. A. No.
2. Q. Did you ever see a job description for that job?
4. A. No.
5. Q. When you were speaking with Mr. Bissani, prior to interviewing for the job, did he tell you there was going to be a change in the numbers in his unit?
9. A. No.
10. Q. Did he tell you, at any point, when it is that he first learned that there would be a change in those numbers?
13. A. It would have been on my first day of employment.
15. Q. And when he told you that, did he tell you when he had learned that?
17. A. (No audible response.)
18. Q. Can you hear me all right?
19. A. Yes.
20. Q. Maybe we didn't hear you.
21.     Did he tell you when he had learned about that change in numbers?
23. A. No.
24. Q. Do you have any information as to when he learned it?

**Page 23**

1. A. No.
2. Q. Do you know how it is that he learned it?
4. A. No.
5. Q. Did he show you any documents relating to it?
7. A. Yes.
8. Q. And what documents were those, if you recall?
10. A. That would have been an org chart.
11. Q. And do you know where he got it from?
12. A. No.
13. Q. Was there a date on it?
14. A. I don't recall.
15. Q. And on that org chart, did it show the position that Diron Benschop eventually got?
17. A. Yes.
18. Q. And it showed it being unfilled; is that right?
20. A. I don't remember that specifically.
21. Q. Did it also show Rebecca Capps' position on that org chart?
23. A. No.
24. Q. Did it show her former position on that org chart?

**Page 24**

1. A. No.
2.     THE DEPONENT: Can we take a break? Let me figure out what this phone call is.
4.     MS. MARTINEZ: They are very persistent.
6.     MR. OLSEN: That sounds great. But before you go, question: Ms. Martinez, will you then, what, phone me back?
9.     MS. MARTINEZ: Actually, I won't have him hang up. I'll just put it on hold. That way he can take the cal without any of us hearing the call.
12.     MR. OLSEN: Sounds good; we'll stand by.
14.     (Discussion off the record.)
15. Q. (By Mr. Olsen) Did you participate in the creation of the opening that Mr. Benschop then took, or was that done completely by other people?
18. A. By other people.
19. Q. And on the org chart, how was that job described that he eventually took?
21. A. Outside plant tech.
22. Q. Were there any other outside plant techs on that chart?
24. A. Yes.
25. Q. Do you remember how many?

**Page 25**

1. A. Seven, I believe.
2. Q. So previously -- oh, and you had seven outside plant tech openings; and six were already filled? Is that right?
5. A. Yes.
6. Q. And do you remember who it was who filled them, the other six?
8. A. Existing employees.
9. Q. Now, bear with me here.
10. A. Okay.
11. Q. Now, when you arrived, was there an employee there named Kathy Bennett?
13. A. No.
14. Q. Did you ever know who she was?
15. A. No.
16. Q. Had you ever heard that name before I just mentioned it to you?
18. A. Yes.
19. Q. Who did you hear it from?
20. A. Other technicians in the gateway.
21. Q. What did they say about her? Did it have anything to do with the fact that she used to work there?
24. A. Yes.
25. Q. Did they say anything about the

58

1   A.   Outside plant manager, Denver.
2   Q.   And when was that that you applied?
3   A.   2003, perhaps.
4   Q.   Where were you located at that time?
5   A.   Broomfield, Colorado.
6   Q.   So you were working inside then?
7   A.   I was working at the corporate office,
8   yes.
9   Q.   Why did you want to move out of the
10  corporate office to take a job as outside plant
11  manager?
12  A.   I liked being in the outside plant.
13  Q.   Why didn't you get that job?
14  A.   I don't know.
15  Q.   But the company selected Diron
16  Benschop over you?
17  A.   Correct.
18  Q.   How did your qualifications compare to
19  Diron's?
20  A.   I don't know.
21  Q.   Well, did you know Diron Benschop
22  before you applied for that outside plant manager
23  job?
24  A.   Yes.
25  Q.   How is it that you knew him?

59

1   A.   I was a project manager for the
2   Denver -- for an area of the country that involved
3   Denver.
4   Q.   And so did you ever socialize with
5   Diron?
6   A.   At work -- I spoke with him at work,
7   yes.
8   Q.   Did you ever socialize with him
9   outside of work?
10  A.   I don't recall a specific time, no.
11  Q.   Do you recall, whether specific or
12  not, did you ever socialize with him outside of
13  work?
14  A.   No.
15  Q.   Diron reported to you for quite a long
16  while, then; didn't he?
17  A.   No.
18  Q.   I need to ask you a few more follow-up
19  questions about Diron Benschop's role as a
20  technician.
21       You said it was a little bit different
22  than the other OSP's technicians; is that right?
23  A.   Correct.
24  Q.   How was Diron Benschop's job, once you
25  made him outside plant technician, different from

60

1   when he was in his previous job? What changed?
2   A.   He no longer had a management role.
3   He was a technician.
4   Q.   So you're saying he had no more
5   responsibility to manage people?
6   A.   Manage projects.
7   Q.   So how did his role change, other than
8   that?
9   A.   He did more of the technical work.
10  Q.   Did he not, then, participate in any
11  management role after that point, after he became a
12  technician?
13  A.   No.
14  Q.   I think the way I asked that, I need
15  to double-check.
16       You're saying he no longer
17  participated in any management function; is that
18  right?
19  A.   Not as part of his daily activities,
20  no.
21  Q.   Well, did he as part of any
22  activities?
23  A.   No.
24  Q.   Well, did he work on the metro
25  projects --

61

1   A.   Yes.
2   Q.   -- as outside plant technician?
3   A.   Yes.
4   Q.   What did he do day-to-day things on
5   them?
6        MS. MARTINEZ: Objection to form.
7        THE DEPONENT: He worked on the test
8   and turn-up of new circuits.
9   Q.   (By Mr. Olsen) Anything else?
10  A.   He may have -- no.
11  Q.   Well, who did that before he became
12  outside plant technician?
13  A.   He did.
14  Q.   So what else did he do -- is there
15  anything that he did when he became outside plant
16  technician that he did not used to do?
17  A.   No.
18  Q.   So all he did was he lost that
19  management function; is that right?
20  A.   Correct.
21  Q.   What, actually, did he do in the
22  management function, when he was in that position,
23  before you made him outside plant manager?
24  A.   He managed schedules and --
25  Q.   I'm sorry, before you made him outside

**Page 62**

1  plant technician. I need to correct that; I'm
2  sorry.
3      So could I trouble you to repeat your
4  answer?
5      A.   As a manager, he managed schedules and
6  budgets.
7      Q.   Anything else?
8      A.   Not that I'm aware of, no.
9      Q.   So the difference for Mr. Benschop,
10 when he became outside plant technician, simply was
11 he lost the scheduling and budgeting part of his
12 job; is that fair?
13     A.   He lost the management part of his
14 job.
15     Q.   And that management part did what,
16 besides scheduling and budget? Anything?
17         MS. MARTINEZ: Objection to form.
18         THE DEPONENT: Anything having to do
19 with project management.
20     Q.   (By Mr. Olsen) Which was what?
21     A.   Schedules and budgets and attending
22 conference calls.
23     Q.   Anything else?
24         MS. MARTINEZ: Objection to form.
25     Q.   (By Mr. Olsen) I'm sorry, go ahead.

**Page 63**

1      A.   Not that I can think of specifically.
2      Q.   Let me check my notes.
3          Do you remember discussing with
4  Ms. Capps, herself, that she was about to lose her
5  job?
6      A.   I remember a conversation.
7      Q.   And where were you when that
8  conversation occurred, if you can remember?
9      A.   I was at my house.
10     Q.   And where was she, if you know?
11     A.   I don't know.
12     Q.   Who initiated that discussion, if you
13 know?
14     A.   I believe I called her.
15     Q.   Why?
16     A.   Because I had seen the job was posted.
17     Q.   You had seen what job was posted?
18     A.   Outside plant manager.
19     Q.   And why would that lead you to call
20 her?
21     A.   Because I knew she held that position.
22     Q.   Well, was she the only one that held
23 that position?
24     A.   No, Diron did, also.
25         MS. MARTINEZ: Objection to form.

**Page 64**

1          MR. OLSEN: And could you repeat that
2  answer?
3          THE DEPONENT: Diron also held an
4  outside plant manager position.
5      Q.   (By Mr. Olsen) And this was when you
6  applied for the job that you called her, or after
7  you already got the job?
8      A.   When I applied.
9      Q.   And so whose job did you see posted?
10         MS. MARTINEZ: Objection to form.
11         THE DEPONENT: I saw an outside plant
12 manager job posted.
13     Q.   (By Mr. Olsen) Then why did you call
14 her?
15     A.   She was an outside plant manager.
16     Q.   Did you call any other outside plant
17 managers as a result of seeing that job posted?
18     A.   I called Diron.
19     Q.   And that was also because you saw that
20 job posted; is that right?
21     A.   That's correct.
22     Q.   Did you call anybody else because you
23 saw that job posted?
24     A.   I called Kaily.
25     Q.   And that was to inquire about

**Page 65**

1  applying?
2      A.   Yes.
3      Q.   Did you ask him why that job was open?
4          MS. MARTINEZ: Objection to form.
5          THE DEPONENT: I don't recall if I
6  asked him that specifically, no.
7      Q.   (By Mr. Olsen) Well, did you
8  recognize that somebody was already working in that
9  job?
10         MS. MARTINEZ: Objection to form,
11 vague.
12         THE DEPONENT: Yes, I knew he had OSP
13 managers.
14     Q.   (By Mr. Olsen) And you knew who they
15 were; didn't you?
16     A.   Yes.
17     Q.   How did you know who they were?
18     A.   I was their project manager.
19     Q.   So why did you feel the need to
20 contact them?
21     A.   I don't know specifically, other than
22 I knew them. And I knew that a job had been posted
23 that they filled.
24     Q.   Well, did you call them, for example,
25 to inquire as to what had happened that caused their

Page 70

1  Q.  What map is that? Is there a Level 3
2  map that describes what cities are metros?
3  A.  Yes.
4  Q.  Where does that exist?
5  A.  On the Level 3 Web page.
6  Q.  Do you know where it is that -- and by
7  the way, is that Web page available to the public?
8  A.  I believe it is.
9  Q.  Do you know where Ms. Capps worked
10 before Level 3?
11 A.  No.
12 Q.  Now, tell me about when you discussed
13 that job opening with Mr. Bissani, did you have a
14 meal with him when you did that?
15 A.  No.
16 Q.  Did you ever have a meal with him
17 before you took the job?
18 A.  No.
19 Q.  Did you have a meal with him upon
20 learning that you got the job?
21 A.  I don't recall. I don't think so.
22 Q.  Now, tell me about your own long haul
23 experience?
24 A.  I used to manage the long haul network
25 in San Jose, California.

Page 71

1  Q.  For what company?
2  A.  Level 3 Communications.
3  Q.  For how long?
4  A.  Approximately two years.
5  Q.  What was your title then?
6  A.  Outside plant manager.
7  Q.  How many people did you manage?
8  A.  Two.
9  Q.  How come Rebecca Capps managed more
10 than you, as compared to when you managed in
11 San Jose?
12     MS. MARTINEZ: Objection to form.
13 Q.  (By Mr. Olsen) Do you know?
14 A.  I don't know.
15 Q.  How many miles of long haul route did
16 you manage in San Jose?
17 A.  180.
18 Q.  Could Rebecca Capps have performed the
19 long haul part of the job that you took when you
20 took the job working for Mr. Bissani?
21     MS. MARTINEZ: Objection to form.
22 Q.  (By Mr. Olsen) I didn't quite hear
23 you.
24 A.  Ask the question again.
25 Q.  When you took this job working for

Page 72

1  Mr. Bissani, you began to do long haul duties;
2  right?
3  A.  Correct.
4  Q.  Could Ms. Capps have done them?
5  A.  Yes.
6  Q.  How do you know that?
7  A.  She was the long haul manager when I
8  took over.
9  Q.  Do you know how many miles she
10 managed?
11 A.  Between two and 3,000.
12 Q.  Do you know -- did you make a decision
13 not to conduct interviews for that open position you
14 had that Mr. Benschop filled?
15 A.  Yes.
16 Q.  And why is that, that you didn't
17 conduct interviews?
18 A.  He was qualified to do the job that I
19 needed filled.
20 Q.  Did anybody post that job opening?
21 A.  No.
22 Q.  Why not?
23 A.  I had a qualified candidate.
24 Q.  Did you look at his personnel file?
25 A.  No.

Page 73

1  Q.  Have you ever received a disciplinary
2  action of any kind from Level 3?
3  A.  No.
4  Q.  When you were laid off, why were you
5  laid off; do you know?
6  A.  I do not know.
7  Q.  Did anybody replace you when you were
8  laid off?
9  A.  I do not know.
10 Q.  Hold on just one moment.
11     Did you ever receive a performance
12 improvement plan at Level 3?
13 A.  No.
14 Q.  A PIP, you call that; don't you?
15 A.  Correct.
16     MR. OLSEN: Now, I think I've run out
17 questions for you. But at this time, if you don't
18 mind, let's take a short break of maybe 30 seconds?
19     THE DEPONENT: Sure.
20     MR. OLSEN: We'll step out of the room
21 here if you want to keep the line open.
22     THE DEPONENT: Okay.
23     (A recess was taken.)
24 Q.  (By Mr. Olsen) Mr. Forry, I think we
25 can wrap up. But I need to ask you: The job as

Steven Forry

74

1  technician that you hired Mr. Benschop into or took
2  him into, was Ms. Capps qualified for that job?
3      A.   No.
4      Q.   Did you try to determine if she was?
5      A.   No.
6      Q.   Why not?
7      A.   Diron was qualified for the job and
8  decided that he wanted it.
9      Q.   So when you made a determination that
10 you were going to hire Mr. Benschop into that
11 technician job, that was within one day of you're
12 being told that you got the job as manager; right?
13     A.   Correct.
14     Q.   And at that point, was Ms. Capps still
15 employed at the company?
16     A.   No.
17     Q.   How do you know that?
18     A.   I was presented my headcount when I
19 was made the manager, and she was not on the list.
20     Q.   Were you aware she had just been
21 there?
22     A.   Yes.
23     Q.   And did you try to consciously
24 consider whether she was qualified for that
25 technician job that Mr. Benschop got?

75

1      A.   No.
2      Q.   You didn't consider her at all?
3      A.   No.
4      Q.   Why not?
5      A.   Didn't need to because Diron was
6  there, was already in a position to take that job.
7      Q.   What do you mean he was already in a
8  position to take that job?
9      A.   He was already in the location I
10 needed him in and had knowledge of what the job was.
11     Q.   Well, couldn't Ms. Capps also have
12 moved in and taken that job?
13          MS. MARTINEZ:  Objection to form.
14          THE DEPONENT:  Potentially, yes.
15     Q.   (By Mr. Olsen)  Why do you say
16 "potentially, yes"?
17     A.   If Diron had not taken the job, I
18 would have posted it; and she could have applied for
19 it.
20     Q.   But if Diron hadn't taken the job,
21 wouldn't you have just called her and asked her if
22 she wanted it?
23     A.   No.
24     Q.   Why not?
25     A.   She lived in Wyoming.

76

1      Q.   You didn't think she'd move to Denver
2  to save a job?
3      A.   Never occurred to me.
4      Q.   So the only reason you didn't offer it
5  to her – or, I'm sorry – the only reason you
6  didn't consider her was because she was in Wyoming?
7      A.   I didn't consider her because Diron
8  took the job when I offered it to him.
9      Q.   Okay.  Now, I want to go back and ask
10 you -- are you saying that Ms. Capps was not
11 qualified to take that technician job?
12          MS. MARTINEZ:  Objection to form.
13 Asked and answered.
14     Q.   (By Mr. Olsen)  What was your answer?
15     A.   Not that specific job, no.
16     Q.   What were the qualifications that were
17 needed to take that job that she did not have?
18     A.   I guess I would have to change my
19 answer.  Yes, she would be qualified to take that
20 job.
21          MR. OLSEN:  I think I have run out of
22 questions.  Let me just look around here and see if
23 anybody else has any questions.  We don't.
24          Mr. Forry, thank you for your trouble.
25 I know it's just a pain in the butt to get involved

77

1  in a deposition.
2          THE DEPONENT:  Not a problem.
3          MR. OLSEN:  Let me quickly add now,
4  though, that you're not done yet.  Because I have
5  asked so many questions, Ms. Martinez has the right
6  and opportunity to follow up.
7               EXAMINATION
8  BY MS. MARTINEZ:
9      Q.   Mr. Forry, did you make the
10 determination, one way or the other, whether or not
11 Ms. Capps should be retained?  Was that your
12 decision?
13     A.   No.
14     Q    Did you make the decision, one way or
15 the other, whether or not Ms. Capps should be
16 considered for another job, other than the OSP
17 manager position she had held prior to the RIF?
18     A.   No.
19     Q.   When you said that she was qualified,
20 do you mean that she had all the technical skills or
21 that she was ready and able to assume a technician
22 job?
23          MR. OLSEN:  Objection as to form.
24          THE DEPONENT:  Wow.  She had the
25 management – well, I don't know.  I'm not aware of