# Exhibit 12

```
 1              IN THE UNITED STATES DISTRICT COURT                1
                   FOR THE DISTRICT OF COLORADO
 2
        Civil Action No. 07-cv-00922-RPM-CBS
 3      _____
 4      REBECCA CAPPS,
 5           Plaintiff,
 6      v.
 7      LEVEL 3 COMMUNICATIONS, INC.,
 8           Defendant.
                _____
 9
                     DEPOSITION OF KAILY BISSANI
10      _____
11              PURSUANT TO NOTICE, the above-entitled
12      deposition was taken on behalf of the Plaintiff at the
13      offices of Olsen & Brown, 8362 Greenwood Drive, Niwot,
14      Colorado, on Friday, December 21, 2007, at 1:37 p.m.,
15      before Teresa Chaplin, Registered Professional Reporter
16      and Notary Public.
17
18
19
20
21
22
23
24
25
```

Page 10

```
 1  same time; is that right?
 2      A.  Yes, they both did.
 3      Q.  And at that time, do you remember how
 4  many subordinates that you did have?
 5      A.  Probably about seven or eight.
 6      Q.  And did that number increase or decrease
 7  up until the time that you departed the company?
 8      A.  Well, the combination between the two
 9  organizations, the head count definitely decreased,
10  yes.
11      Q.  The head count did what?
12      A.  The head count decreased because we had
13  to lay off people, yes.
14      Q.  Okay. Now, at the time that Ms. Capps
15  worked for you, what was her title?
16      A.  Her title was OSB manager.
17      Q.  Okay. And at that time, do you recall
18  what Mr. Benschop's title was?
19      A.  Yeah, he was the metro manager, OSB
20  manager, metro side of the business.
21      Q.  Did there come a time when you had to
22  consider laying either one of them off or both of them
23  off?
24      A.  Say that again, sir.
25      Q.  Did there come a time when you had to
```

Page 11

```
 1  consider laying either one or both of them off?
 2      A.  Yes. Well, I had to make a decision to
 3  combine the two jobs. I needed someone that had both
 4  experience, metro and long-haul experience.
 5      Q.  Okay. I didn't quite understand.
 6      MR. OLSEN: Is it possible, Ms. Martinez,
 7  that you're getting call waiting there at home?
 8      (A discussion was held off the record.)
 9      Q.  (By Mr. Olsen) So you said you had to
10  make the decision as to what?
11      A.  Well, we had to make a decision to
12  combine the two jobs under one leadership.
13      Q.  And who told you you had to make that
14  decision?
15      A.  My seniors. I don't know where it came
16  from, but the head count, that came from my upstream,
17  came out as one manager for the OSB combined, metro and
18  long-haul.
19      Q.  And do you know who is it who created
20  that head count?
21      A.  I don't remember, to be honest with you,
22  it came from my boss, which is Tim Elbert.
23      Q.  So you were told this had to be done?
24      A.  Yes.
25      Q.  And what other changes did he tell you
```

Page 12

```
 1  had to be done?
 2      A.  That the head count, the combination head
 3  count between the two organizations went down by three
 4  or four individuals.
 5      Q.  And who did those individuals end up
 6  being?
 7      A.  I remember it was McCain, Joe McCain; it
 8  was Becky Capps; it was Kathy Bennett; and it was
 9  another lady in Wyoming, I don't remember her name,
10  Barbara or -- I don't remember the name.
11      Q.  And who is it who decided that these
12  people would go?
13      A   It was my decision and their managers'
14  decision. For example, Kathy Bennett's, it was
15  Becky Capps's decision.
16      Q.  So Ms. Capps made that decision?
17      A.  Absolutely.
18      Q.  And whose decision on the others?
19      A.  It was my decision.
20      Q   Now, I take it that once you laid these
21  people off, you were not allowed to increase your head
22  count; s that right?
23      MS. MARTINEZ: Objection to form.
24      A.  Say that again, I'm sorry.
25      Q.  (By Mr. Olsen) Once your instructions
```

Page 13

```
 1  were to reduce your head count, you were not allowed to
 2  increase your head count after that, I take it?
 3      MS. MARTINEZ: Objection to form.
 4      A.  That's not necessarily true, because as
 5  we added more network and as we acquired more
 6  companies, the head count increased. And that happened
 7  exactly probably just four or five months later, when
 8  we acquired companies when the head count increased.
 9      Q.  (By Mr. Olsen) Well, didn't you hire
10  Steven Forry?
11      A.  Yes, I did.
12      Q.  Well, whose job did he take when he came
13  in?
14      MS. MARTINEZ: Objection to form.
15      A.  The -- it's a new job, it's a new
16  function, it's a new position we call the field
17  manager, which is a totally new combination of metro
18  and long-haul, he didn't take any of the jobs.
19      Q.  (By Mr. Olsen) So Mr. Benschop and
20  Ms. Capps left and Mr. Forry took both their jobs, did
21  he?
22      A.  Well, actually, no, he didn't take their
23  jobs.
24      Q.  Why not?
25      A.  It's a new function, it's a new function,
```

Kaily Bissani

Page 14

1  it's a new responsibility that the division didn't have
2  before.
3      Q.  Okay. Well, you're talking about
4  Mr. Forry's new function?
5      A.  Exactly.
6      Q.  Who created that new function?
7      A.  It's me and my superiors, because we
8  combined two responsibilities under one.
9      Q.  And who is it who first suggested
10  creating the new function?
11     A.  I don't remember.
12     Q.  Was it you?
13     A.  No.
14     Q.  Well, who did you speak with --
15     A.  It's the head count allocation that
16  acquired us -- or required us to combine the two
17  functions under one.
18     Q.  Mr. Bissani, we're going to have to be a
19  little more careful not to talk at the same time.
20  Because this deposition is by phone, it really can't be
21  like a casual conversation. So if you can allow me to
22  finish a question, then I'll be quiet while I listen to
23  your answer, how does that sound?
24     A.  Okay. If you can allow me to finish,
25  too, I'll be good with that.

Page 15

1      Q.  Very good. Now, are you saying that
2  somebody issued you a document that told you to create
3  the new function?
4          MS. MARTINEZ: Objection to form.
5      A.  No, no, it's -- the new head count
6  allocation for the division, after we combined, the two
7  organizations required us to have one manager that will
8  do both, OSB long-haul and OSB metro, which is a new
9  field manager position that we created for that.
10     Q.  (By Mr. Olsen) And who's the "we" who
11  created it?
12     A.  It's me and -- Level 3, how about that.
13     Q.  Who?
14     A.  Level 3 Communications.
15     Q.  Well, what other human being, whose names
16  you know, helped you create that?
17     A.  Well, let's see, I report to Tim Elbert,
18  and Tim Elbert reported to somebody else.
19     Q.  Well --
20     A.  Did that answer your question?
21     Q.  Did Mr. Elbert tell you to create that
22  new position?
23     A.  Yes.
24     Q.  Was it his idea?
25     A.  No, it's the requirements of the job.

Page 16

1      Q.  Requirements of what job? I thought the
2  job didn't exist before.
3      A.  Exactly, it's the new combination of
4  metro and long-haul. We combined the two organizations
5  into one, and we decided to make one manager or field
6  manager take on both responsibilities, because we had
7  to decrease the head count.
8      Q.  By bringing in a person named
9  Steven Forry?
10     A.  Well, if that was the case, because both
11  managers didn't have the experience that I was looking
12  for.
13     Q.  So do you believe it was you who
14  initiated the idea of creating the new function?
15     A.  I just said, it was not my idea of
16  creating it, it's the job function and the head count
17  allocation to the division that created that new
18  position.
19     Q.  Okay. The head count allocation to the
20  division, did that come to you in a written documentary
21  form?
22     A.  Yeah, it came as a number, yes. I don't
23  remember what it was, I don't remember what it was,
24  yes.
25     Q.  Did you say it came as a number, is that

Page 17

1  what you just said?
2      A.  It came as a number, it's a spreadsheet
3  that comes in and says, that is my head count
4  allocation for the new division.
5      Q.  Sure, I understand that. Now, who is
6  it -- did that document say you were supposed to create
7  a new function?
8      A.  I don't know if it -- I don't remember
9  that.
10     Q.  Well, did it give you the new title that
11  Mr. Forry eventually assumed?
12     A.  Yes.
13     Q.  So you saw that; is that correct?
14     A.  Yes.
15     Q.  And what did it say would happen to
16  Mr. Benschop's job in the new --
17     A.  We didn't talk about --
18     Q.  Mr. Bissani, let me finish that question,
19  okay, so that the transcript reads reasonably smoothly.
20     A.  Sure.
21     Q.  The document you just referred to, what
22  did it say about Mr. Benschop's job?
23     A.  It did not specify names, it specified
24  job functions and the number of heads allocated to
25  those functions.

Page 18

1  Q. And what did it say about Mr. Benschop's
2  job function?
3  A. It didn't say anything about Benschop,
4  period.
5  Q. What did it say about Ms. Capps' job
6  function?
7  A. It didn't say anything about Becky Capps.
8  Q. So who is it who decided what would
9  happen to those two people?
10 A. Okay. I just told you that the form that
11 I received or the spreadsheet, it showed number of head
12 count and positions, no names stated on it. It was
13 just -- everybody had to apply for those positions,
14 especially if they are brand-new position.
15 Q. And who decided what would happen to
16 Mr. Benschop and Ms. Capps?
17 A. They both applied -- what I think --
18 Diron, I know for sure he applied for the position, and
19 he was not qualified for the new field manager
20 position, nor did Becky Capps.
21 Q. I hear that, but I want to know who
22 decided what would happen to those two.
23 A. I made a decision to select who's going
24 to be able to run the new field manager position.
25 Q. And who did you select?

Page 19

1  A. I selected Steven Forry.
2  Q. Okay. So let's go back to my question.
3  Who decided what would happen to Mr. Benschop and
4  Ms. Capps?
5  MS. MARTINEZ: Objection to form.
6  A. State that some other way, please. I
7  don't know what you're trying to get at.
8  Q. (By Mr. Olsen) Did you make a decision
9  as to whether Mr. Benschop would stay or go?
10 A. Yes.
11 Q. Did you make a decision as to whether
12 Ms. Capps would stay or go?
13 A. Yes.
14 Q. Did anyone else participate in that
15 decision-making?
16 MS. MARTINEZ: Objection to form.
17 A. State that again, please.
18 Q. (By Mr. Olsen) Did anyone else
19 participate in that decision-making?
20 MS. MARTINEZ: Objection to form.
21 A. (No audible response.)
22 Q. (By Mr. Olsen) Mr. Bissani, you can
23 answer that question.
24 A. I'm still thinking about how --
25 Q. Okay. That's okay. I just thought maybe

Page 20

1  you thought because there was an objection, that you
2  shouldn't answer. Go ahead, take your time.
3  A. State the question again, please.
4  (The last question was read back.)
5  MS. MARTINEZ: Objection to form.
6  A. See, I don't know what -- are you talking
7  about who made the decision to hire the field manager
8  position?
9  Q. (By Mr. Olsen) No, I'm not, I'm talking
10 about who made the decision not to lay off
11 Mr. Benschop.
12 A. Oh, okay. Who made the decision. Let's
13 see. I don't remember.
14 Q. Well, who else could it have been?
15 MS. MARTINEZ: Objection to form.
16 A. I don't know.
17 Q. (By Mr. Olsen) Was it you?
18 A. No.
19 Q. And you have no idea who made that
20 decision?
21 A. I don't remember, no. I made the
22 decision for people that reported to me, Benschop did
23 not report to me then.
24 Q. At the time Mr. Forry arrived,
25 Mr. Benschop did not report to you, is that what you

Page 21

1  said?
2  A. Yes, because Benschop reported to Steve.
3  Q. Did you say Benschop reported to Steve?
4  A. Yes, as soon as he was hired, yes.
5  Q. And just before he was hired, who did
6  Benschop report to?
7  A. He still reported to me.
8  Q. Now, who decided what would happen to
9  Rebecca Capps?
10 MS. MARTINEZ: Objection to form.
11 A. She was not qualified for the field
12 manager position.
13 Q. (By Mr. Olsen) Who decided what would
14 happen to Rebecca Capps?
15 MS. MARTINEZ: Objection to form.
16 Q. (By Mr. Olsen) Please name that person
17 or persons.
18 MS. MARTINEZ: Objection to form.
19 A. What I'm saying, it was her qualification
20 that didn't meet our requirement.
21 Q. (By Mr. Olsen) Thank you. Who is it who
22 decided what would happen to Rebecca Capps? Please
23 name the names of that person or persons.
24 MS. MARTINEZ: Objection to form.
25 A. I don't remember names.

Page 26

1  of long-haul and metro manager jobs, yes.
2      Q.   Did you intend that to be a combination
3  of Mr. Benschop and Ms. Capps' jobs?
4      A.   You said a combination?
5      Q.   Yes.
6      A.   Actually, it's more than just a
7  combination, it's -- we took two of the networks, we
8  combined them together, and we created the new function
9  that will manage both responsibilities, yes.
10     Q.   Well, who used to manage the metro
11 responsibility?
12     A.   The metro was managed by Diron Benschop.
13     Q.   So his function went away, did it?
14     A.   No, it doesn't go away, it's -- the field
15 manager position that was created would be able to
16 manage both.
17     Q.   So who took Mr. Benschop's function then?
18     A.   Well, we moved it under Steve Forry.
19     Q.   And I didn't quite understand your
20 sentence, would you repeat that, please?
21     A.   We moved it under Steven Forry's
22 leadership.
23     Q.   Okay.  Having moved it under the
24 leadership of Mr. Forry, did Mr. Benschop's function go
25 to Mr. Forry?

Page 27

1      A.   Yes.
2      Q.   And did Ms. Capps' function go to
3  Mr. Forry?
4      A.   Yes.
5      Q.   So why wasn't Mr. Benschop then
6  terminated like Ms. Capps was?
7      A.   Because there was a position open for a
8  technician and he took a demotion.
9      Q.   And who decided he would take that
10 demotion?
11     A.   He decided, himself.  If he didn't take
12 the demotion, he would have gotten laid off.
13     Q.   And who decided that if he didn't take
14 that demotion, he would be laid off?
15     A.   He applied for the job like everybody
16 else.
17     Q.   I hear that.  I want to know who made the
18 decision to -- well, let's put it this way:  Did you
19 discuss with him taking the demotion to technician?
20     A.   Did I discuss with him?  I don't remember
21 that, no.
22     Q.   Well, who is it who decided that he had
23 that option?
24     A.   It would have been his new boss.
25     Q.   Mr. Forry decided that?

Page 28

1      A.   Yes.
2      Q.   And so Mr. Forry would have been the one
3  to decide if Ms. Capps had the same option; is that
4  right?
5          MS. MARTINEZ:  Objection to form.
6      A.   No, the problem is, Ms. Capps was in --
7  she lived in Wyoming, and we needed a technician in the
8  Denver area.
9      Q.   (By Mr. Olsen)  Well, if she had been
10 willing to move to Denver, would she have received the
11 same option of being demoted to technician that
12 Mr. Benschop had?
13     A.   Mrs. Capps had never had interest in
14 moving to Denver.
15     Q.   But if she had expressed that interest to
16 you, would she have been offered the same option of
17 being demoted to technician that Mr. Benschop was
18 offered?
19         MS. MARTINEZ:  Objection to form.
20     A    She didn't have the metro experience.
21     Q.   (By Mr. Olsen)  Well, what is your answer
22 to my question?
23     A.   What question is that, sir?
24     Q    The one I just asked you.
25     A.   Say that again.

Page 29

1      Q.   I'm going to have it read back to you.
2      A.   Hold on one second, please.  You're
3  asking me too many questions and you don't let me think
4  about the one that I'm answering.  So if you ask me a
5  question, just wait for a few minutes, let me answer
6  correct, please.
7      Q.   Well, I had no problem waiting, and then
8  you gave us an answer, and now I'm going to re-ask the
9  question because you didn't answer it, so I'm going to
10 ask that it be read back.
11         MS. MARTINEZ:  Objection, asked and
12 answered, argumentative.
13         (The question on page 28, lines 9 through
14 12, was read back.)
15         MS. MARTINEZ:  Objection to form.
16     A.   The position was posted on the Web,
17 anybody who applied for it would have gotten the same
18 opportunity.  I don't know if she applied for it.
19     Q.   (By Mr. Olsen)  What position was posted
20 on the Web?
21     A.   Any position that we had, including the
22 field manager position.
23     Q.   Well, I want to talk about the position
24 that Mr. Benschop got as a technician.  I'd like to ask
25 you, was that posted on the Web?

Page 30

1   A.   I would assume so. I don't remember, but
2   I would assume so.
3       Q.   Well, who decided to post that job on the
4   Web?
5           MS. MARTINEZ:  Objection to form.
6       A.   The new manager.
7       Q.   (By Mr. Olsen) So is it not you -- did
8   you think about the possibility of Ms. Capps being
9   demoted to technician?
10          MS. MARTINEZ:  Objection to form.
11      A.   To what job, sir?
12      Q.   (By Mr. Olsen) Any job at any time.
13          MS. MARTINEZ:  Objection to form.
14      A.   Well, the jobs that were available were
15  in the metro environment, and she didn't have that
16  experience.
17      Q.   (By Mr. Olsen) What's the answer to my
18  question --
19          MS. MARTINEZ:  Objection to form.
20      Q.   (By Mr. Olsen) Yes or no?
21          MS. MARTINEZ:  Objection to form.
22      A.   State it differently, please.
23      Q.   (By Mr. Olsen) Mr. Bissani, I want you
24  to focus on my question. I'm going to ask this in the
25  form of a yes or a no, okay? I'd like to ask you

Page 31

1   whether you ever considered offering Ms. Capps the
2   opportunity to be demoted to technician.
3           MS. MARTINEZ:  Objection to form.
4       Q.   (By Mr. Olsen) Yes or no.
5           MS. MARTINEZ:  Objection to form.
6       A.   Okay. The position that Diron applied
7   for was opened a lot later after Becky Capps was RIF'd,
8   okay?
9       Q.   (By Mr. Olsen) So what is the answer,
10  yes or no?
11          MS. MARTINEZ:  I think he's trying to
12  answer your question, Mr. Olsen.
13          MR. OLSEN:  He just gave us an answer
14  that did not answer the question.
15          MS. MARTINEZ:  Maybe the answer isn't as
16  easy as yes or no.
17      A.   I'm going to finish. I'm saying the
18  layoffs or the RIF's happened in different phases.
19  Okay, it depends on what job we were trying to fill, we
20  make a decision to post it and interview for it.
21          Diron's job was not -- the combination of
22  the metro and long-haul, which Diron applied for, he
23  didn't qualify for the job. But we still been -- we
24  were supposed to lay him off after the next phase, so
25  that's the gap that you were looking for.

Page 32

1   A position opened in the metro
2   environment, we were looking for a technician, and he
3   fit the bill, so he applied for it and he got the job.
4       Q.   (By Mr. Olsen) Okay. Yes or no?
5           MS. MARTINEZ:  Objection to form.
6       Q.   (By Mr. Olsen) Mr. Bissani, I asked you
7   a yes-or-no question.
8           MS. MARTINEZ:  Object to form.
9       A.   It's not a yes-or-no answer, though.
10      Q.   (By Mr. Olsen) Mr. Bissani, did you ever
11  consider offering the job or demotion to technician to
12  Rebecca Capps, yes or no?
13          MS. MARTINEZ:  Objection to form.
14      A.   What job? What job?
15      Q.   (By Mr. Olsen) Any job, Mr. Bissani, yes
16  or no?
17          MS. MARTINEZ:  Objection to form.
18      A.   The only job that was open is in the
19  metro and she was not qualified for the metro job.
20      Q.   (By Mr. Olsen) Yes or no, Mr. Bissani?
21          MS. MARTINEZ:  Mr. Olsen, I believe he
22  answered your question.
23          MR. OLSEN:  No, he hasn't.
24      Q    (By Mr. Olsen) I want to know the answer
25  to that question, Mr. Bissani.

Page 33

1           MS. MARTINEZ:  I think he answered your
2   question, Mr. Olsen.
3       Q.   (By Mr. Olsen) Mr. Bissani, is the
4   answer no?
5           MS. MARTINEZ:  He has answered your
6   question, Mr. Olsen.
7           MR. OLSEN:  Thank you.
8       Q.   (By Mr. Olsen) Mr. Bissani, is the
9   answer no, that you never considered doing that?
10          MS. MARTINEZ:  Objection to form.
11      A.   I did answer the question.
12      Q.   (By Mr. Olsen) We're going to cut this
13  deposition off, Mr. Bissani, and we're going to have to
14  come and film you, and we're going to have to go before
15  the magistrate judge and have you pay for this
16  deposition, okay?
17          I have a right to know the answer to that
18  question, whether you ever considered Mr. Bissani --
19          MS. MARTINEZ:  You are asking a question
20  that he has told you the answer to --
21          (Reporter interruption.)
22      Q.   (By Mr. Olsen) -- whether you ever
23  considered, Mr. Bissani, offering her that job. I have
24  a right to know the answer to that question.
25          Now, I've asked you if your answer was

                                                                    34
1   no, and you refused to answer the question.
2         MS. MARTINEZ: He has not refused to
3   answer. If you would please not talk over the witness
4   and allow him to answer the question once and for all.
5   Mr. Bissani tries to answer the question, you are
6   cutting him off -- (interruption) -- to answer the
7   question.
8         Q.   (By Mr. Olsen) Go ahead, Mr. Bissani --
9   Mr. Bissani, go ahead and answer the question, as the
10  company attorney says, once and for all, yes or no?
11        MS. MARTINEZ: It cannot be answered yes
12  or no as the witness has said. He needs to be allowed
13  to explain his answer, Mr. Olsen, and I think that's
14  where we're getting off track.
15        MR. OLSEN: He can explain his answer any
16  time you want. And I'm going to go back to that
17  question again.
18        Q.   (By Mr. Olsen) Mr. Bissani, I'm going to
19  ask you one more time, did you ever consider offering
20  the demotion to technician to Ms. Capps, yes or no?
21        MS. MARTINEZ: Objection to form.
22        A.   The position that Diron Benschop got was
23  open a month later or even later than that. It was
24  open on the Web and anybody could have applied for it.
25  I don't consider to apply for -- I don't know who wants

                                                                    35
1   to apply for it, so I don't know if she applied or not.
2         Q.   (By Mr. Olsen) Well, I'll ask you this:
3   Did you ever offer her a demotion?
4         MS. MARTINEZ: I don't think he's done
5   with his answer.
6         A.   What I'm saying, when we put a position
7   on the Job Monster or on the Web internally or
8   externally, that means we're considering -- anybody can
9   apply for it. If she wanted to apply for it, she could
10  have. I don't know if she did. Diron was a smart guy
11  and applied for it.
12        Q.   (By Mr. Olsen) Okay. Thank you.
13  Mr. Bissani, did you ever consider whether she should
14  be offered the position of technician?
15        MS. MARTINEZ: Objection to form.
16        A.   Anybody applied for the job should be
17  considered for the job and you will be treated similar
18  to anybody else.
19        Q.   (By Mr. Olsen) Is your answer yes,
20  Mr. Bissani?
21        MS. MARTINEZ: Objection to form.
22        A.   Yes.
23        MS. MARTINEZ: He's answered your
24  question.
25        Q.   (By Mr. Olsen) Now, in considering that,

                                                                    36
1   yes, she was a person who might be considered for that
2   job, did you take any steps to discuss it with her?
3         MS. MARTINEZ: Objection to form.
4         A.   No, I didn't talk to Becky after she was
5   laid off.
6         Q.   (By Mr. Olsen) Why did you lay her off?
7         A.   She was not qualified for the position
8   that was created.
9         Q.   Was Mr. Benschop qualified for the
10  position that was created?
11        A.   No, he was -- which job are you talking
12  about now?
13        Q.   The same one you just referred to that
14  Ms. Capps was not qualified for, was Mr. Benschop
15  qualified for it?
16        A.   Are you talking about the field manager
17  position?
18        Q.   I'm going to go back to your answer.
19  We're talking about the job that you just testified
20  under oath seconds ago Ms. Capps was not qualified for,
21  what job is that?
22        A.   If you're talking about the field manager
23  job, none of the candidates, both Becky nor Diron, were
24  qualified for that position, and they didn't get it,
25  neither one of them got it.

                                                                    37
1         Q.   So on the same day --
2         A.   Neither, Sean English or (reporter
3   interruption).
4         Q.   (By Mr. Olsen) Okay. I'd like you to
5   repeat that answer, please, because we didn't
6   understand it.
7         A.   What I was saying, Diron, Becky,
8   Sean English, and Everett McCain, Steve Forry all
9   applied for the position, none of them got it, with the
10  exception of Steve, he was qualified for the position
11  and he got it.
12        Q.   And as a result of him getting that
13  position, Ms. Capps was laid off; is that right?
14        MS. MARTINEZ: Objection to form.
15        A.   Correct.
16        Q.   (By Mr. Olsen) And why wasn't
17  Mr. Benschop laid off at the same time since he didn't
18  qualify for it, either?
19        MS. MARTINEZ: Objection to form.
20        A.   I was just explaining that the layoff
21  came in different phases, and that position was created
22  to start taking on both responsibilities, and it was --
23  that's what -- that's exactly the time line.
24        Q.   (By Mr. Olsen) Thank you. Why wasn't
25  Mr. Benschop laid off at the same time Ms. Capps was?

Kaily Bissani

**Page 38**

1   MS. MARTINEZ: Objection to form.
2   A.   I don't remember why. Because -- well, I
3   remember, because the head count allocations were all
4   phased on a monthly basis, and we got that every month.
5   Q.   (By Mr. Olsen) So you did not lay off
6   Mr. Benschop because the head count was expected to
7   change, is that what you said?
8   A.   It changes every month.
9   Q.   And is that the reason you didn't lay off
10  Mr. Benschop, because you expected the head count to
11  change?
12  A.   No. What I was saying, let's say for
13  example in May, I had to lay off two or three people,
14  okay? And maybe in June I would have to lay off
15  another one or two, depending on how the head count
16  allocation falls in.
17  Q.   Mr. Bissani, I think I've heard you say
18  that Mr. Benschop's function got absorbed by Mr. Forry
19  and so did Ms. Capps'; is that fair?
20  A.   Yes.
21  Q.   So why wasn't Mr. Benschop laid off at
22  the same time Ms. Capps was, then?
23  A.   Because we didn't have to right then.
24  Q.   Because you what?
25  A.   We didn't have to right then. We still

**Page 39**

1   needed his expertise on some of the functions that --
2   he was still doing projects that we needed him to help
3   with.
4   Q.   Are you saying you didn't have to lay him
5   off right then?
6   A.   Exactly.
7   Q.   But you did have to lay off Ms. Capps
8   right then, is that what you're saying?
9   A.   Yes.
10  Q.   Who told you that you had to lay her off
11  right then?
12  A.   Because the head count allocation called
13  for us to combine two jobs into one job.
14  Q.   Well, it sounds like that's not exactly
15  what happened. It sounds like --
16  MS. MARTINEZ: Objection to form.
17  Q.   (By Mr. Olsen) -- and maybe you could
18  tell me if I'm wrong, the two jobs did get combined
19  into one job; right?
20  MS. MARTINEZ: Objection to form.
21  A.   Are we still talking about the field
22  manager position that we created?
23  Q.   (By Mr. Olsen) Yes.
24  A.   Okay. Yeah, it's a combination of OSB
25  and metro managers.

**Page 40**

1   Q.   And Mr. Benschop and Ms. Capps' jobs got
2   absorbed into it; is that correct?
3   A.   Yes.
4   Q.   And Mr. Forry took that job; is that
5   right?
6   A.   Yes.
7   Q.   Now, you mentioned, I think I heard you
8   say somebody else applied for it, for Mr. Forry's job,
9   the one he got, was that Sean English?
10  A.   Yeah, Sean English applied for it.
11  Q.   Who else?
12  A.   Everett McCain applied for it.
13  Q.   Everett McCain?
14  A.   Yes.
15  Q.   And anyone else?
16  MS. MARTINEZ: Objection to form.
17  A.   I don't remember, those are the ones I
18  remember.
19  Q.   (By Mr. Olsen) And where did
20  Sean English work at the time when he applied for it?
21  A.   He worked internally in Washington, DC.
22  Q.   Was he in your unit?
23  A.   No.
24  Q.   And Mr. McCain, where did he work?
25  A.   He worked in Denver.

**Page 41**

1   Q.   And what unit was he in?
2   MS. MARTINEZ: Objection to form.
3   A.   Field service.
4   Q.   (By Mr. Olsen) Was he one of your
5   subordinates?
6   A.   Yeah, he became one of my subordinates
7   when we combined WilTel and Level 3.
8   Q.   Okay. Just to make sure I heard that
9   right, did you say, yes, he was one of your
10  subordinates?
11  A.   Yes, he was.
12  Q.   And he didn't get the job?
13  A.   No, he didn't.
14  Q.   And what job title did he have at the
15  time he applied for that job that Mr. Forry got?
16  A.   I think he was a manager of some sort, I
17  don't remember, but he did long-haul for Wiltel.
18  Q.   Now, after Mr. Forry came in, what
19  happened to Mr. McCain?
20  MS. MARTINEZ: Objection to form.
21  A.   I'm sorry, say that again.
22  Q.   (By Mr. Olsen) What happened to
23  Mr. McCain then?
24  A.   McCain was also laid off because he was
25  not qualified for the position that was created. Let

```
                                          42
 1  me explain that Everett McCain did the same job as
 2  Becky Capps in the long-haul for WilTel.
 3       Q.  Did you say long-haul for WilTel?
 4       A.  Correct.
 5           MR. OLSEN: Now, Mr. Bissani, what I'd
 6  like to do is take a break.
 7           (A discussion was held off the record.)
 8           (A short break was taken.)
 9       Q.  (By Mr. Olsen) Mr. Bissani, I can wrap
10  up probably pretty quickly here.
11           What was the name of the job that
12  Mr. Benschop took after Mr. Forry -- or upon
13  Mr. Forry's arrival?
14       A.  I think he was a technician, technician
15  job. I don't remember exactly. Just a regular
16  technician.
17       Q.  Well, did that job opening exist before
18  Mr. Forry arrived?
19       A.  No.
20       Q.  Was it created for Mr. Benschop?
21       A.  No.
22       Q.  Well, who was in it before Mr. Benschop
23  took that job?
24           MS. MARTINEZ: Objection to form.
25       A.  No, nobody was in it. It was created

                                          43
 1  based on the workload and responsibility that it was
 2  created.
 3       Q.  (By Mr. Olsen) Who created it?
 4       A.  The -- well, just the environment. We
 5  were able to show that we do more work during the time
 6  after we combined the two organizations, and that
 7  position was opened.
 8       Q.  Well, what named person made the decision
 9  to create it?
10       A.  It's not -- I don't know if it's somebody
11  with a name, it just -- it's a budget thing. You look
12  at what -- your existing workload, and you go back to
13  the budget and say, based on this requirement, I'm
14  going to need another head count.
15       Q.  Yeah, I understand why it was created as
16  you explain it, but I'd like to know who made the
17  decision to create it, that's what I'm trying find out,
18  the name of the person.
19       A.  It was probably my boss, Tim Elbert.
20       Q.  When you say probably your boss, are you
21  guessing that or do you know?
22       A.  Well, I mean -- I mean, let me remember,
23  because there's a process that we use based on the
24  workload, I'm going to say, listen, Tim, I'm going to
25  need some more people to help me with the workload, he

                                          44
 1  goes to his boss to get the approval and probably his
 2  boss to get the approval. So I don't know who made the
 3  decision at the end, but it came in from higher up.
 4       Q.  Who first suggested it?
 5       A.  I do.
 6       Q.  I'm sorry?
 7       A.  I do.
 8       Q.  And who did in this instance with
 9  Mr. Benschop's technician job, who first recommended
10  that that job be created?
11       A.  It's the job -- it's the workload
12  requirement that suggested that we're going to need
13  more head count.
14       Q.  Well, who first voiced the notion or the
15  idea of creating that job for Mr. Benschop?
16       A.  Probably me and Steve.
17       Q.  Okay. And when you say "probably," I'm
18  worried that you're not sure, can you give us --
19       A.  I'm sorry, Mr. Olsen, it's been a while.
20  So I don't remember who came up with it, just -- when
21  you look at the workload and employees and all these
22  things, all the work -- we need some help, and that's
23  probably what happened.
24       Q.  So you're deducing that, you don't
25  actually remember it?

                                          45
 1       A.  I don't remember.
 2       Q.  Well, it had to be either you or
 3  Mr. Forry; is that what you're saying?
 4       A.  Yes, or both of us.
 5       Q.  Or both, okay.
 6           Well, what duties did Mr. Benschop have
 7  in that newly created position of technician?
 8       A.  What duty he had. Well, he did a lot of
 9  installation and coordination of work in the metro
10  environment.
11       Q.  Well --
12       A.  Metro stuff.
13       Q.  Well, did he used to do that?
14           MS. MARTINEZ: Objection to form.
15       A.  He -- no, it's totally different. He did
16  some of it, but not all of the jobs. The coordination
17  with vendors and upstream organization was his job
18  before that, he didn't do any more, and it was Steve's
19  job then. He basically took more on hands-on
20  technician job.
21       Q.  (By Mr. Olsen) What organization did you
22  just refer to?
23       A.  MNS.
24       Q.  Is that "M" as in "Mary"? Go ahead.
25       A.  Metro Network Services.
```

46

1  Q. Very good. Now, was Ms. Capps qualified
2  to do that technician job?
3  A. No, she wasn't.
4  Q. I'm sorry?
5  A. No, she wasn't.
6  Q. And did you try to decide if she was
7  qualified to take that job?
8  A. Did I try to decide if she's qualified
9  for that job? The job was posted, and if she wanted
10 it, she could have applied for it.
11 Q. So was it posted while she still was
12 employed at the company?
13 A. No, I don't think she was employed then.
14 But we post the job for five days externally, and she
15 could have applied for it.
16 Q. But at the time it was posted, she didn't
17 work there anymore; is that right?
18     MS. MARTINEZ: Objection to form.
19 A. I don't think so, no.
20 Q. (By Mr. Olsen) Why don't you think so?
21 A. Because she was gone by then.
22 Q. Okay. And so at the time Mr. Benschop --
23 at the time Ms. Capps left, Mr. Benschop kept his job
24 until he became the technician; right?
25 A. He was within -- yeah, within a few

47

1  weeks, yes.
2  Q. So what did he do during that few weeks
3  still holding his old job?
4  A. Finishing up his old projects that he
5  had.
6  Q. And then a decision was made to offer him
7  the demotion to technician; is that fair?
8  A. Yes.
9  Q. And he accepted it?
10 A. Yes.
11 Q. And I think I just heard you say that
12 that job that he took was posted, are you sure of that?
13 A. We post all the positions, yes.
14 Q. Well, who else applied for the job that
15 he was de --
16 A. I don't remember.
17 Q. Now, let me finish that question so the
18 record is clear. Who else applied for that job that he
19 took as technician?
20 A. I do not remember.
21 Q. Now, can you tell me what you know about
22 Ms. Capps' professional background?
23 A. I know that she has good experience in
24 long-haul network; and she did not do a good job on
25 keeping good records, paperwork; she doesn't pay

48

1  attention to details; she did not have metro
2  experience; and she was very disrespectful to
3  management.
4  Q. She was very disrespectful?
5  A. Yes, especially to me.
6  Q. Is that one of the reasons she was laid
7  off?
8  A. Well, that's just one of them.
9  Q. That's one of the reasons she was laid
10 off?
11 A. To be honest with you, when we looked at
12 the job, I mean, she was definitely disrespectful, but
13 I treated her the same as the other applicants.
14 Q. Sure. What does her being very
15 disrespectful to you have to do with anything that you
16 decided?
17 A. It didn't have anything to do with it.
18 But you just told me to tell you a little bit about
19 her, I told you.
20 Q. Well, I asked about her professional
21 background, and you mentioned she was very
22 disrespectful to you. So I'd like to ask you, on how
23 many occasions was she very disrespectful to you?
24 A. A couple times, maybe. I have a couple
25 E-mails from her that she was very disrespectful.

49

1  Q. Well, when is the first time she was
2  disrespectful to you?
3  A. Don't remember the time.
4  Q. Well, tell me all the details that you
5  can remember today about the first time she allegedly
6  was disrespectful to you.
7     MS. MARTINEZ: Objection to form.
8  A. I don't remember those details exactly.
9  Q. (By Mr. Olsen) Well, then, tell me any
10 of the details that you remember about that first time.
11 A. The one I remember is on an E-mail, she
12 was very disrespectful, saying that, hey, I know my
13 job, don't tell me what to do, and all that, I remember
14 that. I need to look at the detail exactly, our
15 E-mail. If you want to wait, let me look at it.
16 Q. Sure, go ahead.
17 A. Hold on one second. I specifically --
18 she sent me some information about a process, and I
19 say, Will you please make sure you share with the team.
20 And her answer was, Really? Who do you think asked
21 that particular information? You know, just very
22 negative and very disrespectful.
23 Q. Is that one of the reasons she was laid
24 off?
25 A. Absolutely not.

Kaily Bissani

**50**

1  Q. Well, then, why did you bring it up when
2  I was -- never mind, strike the question.
3      What other documents do you have there
4  with you?
5  A. The documents that I have are just
6  E-mails that I have between her and I, and I have her
7  evaluations.
8  Q. Anything else?
9  A. That's it.
10 Q. Okay. Where did you get those documents?
11 A. On the deposition, her deposition, yes.
12 Q. Well, who gave those documents to you?
13 A. Mrs. Martinez, Ms. Martinez.
14 Q. When?
15 A. Just -- I don't remember when, but it was
16 maybe couple of weeks ago or a week ago or something
17 like that.
18 Q. Okay. Now, I'd like you now to take --
19 I'd like you to take those documents one by one and
20 identify each one for us.
21 A. Okay.
22 Q. Can you start with the one that's on top
23 and then tell me what that is, is that an E-mail, for
24 example?
25 A. No, no, these are hard copies. And I

**51**

1  have the entire deposition of Rebecca Capps, and I have
2  Exhibit 1, do you want me to tell you what it is or ...
3  Q. If they're all marked as exhibits, that
4  would be a nice, easy way to tell me what you have
5  there.
6  A. Exhibit 1, Exhibit 2, Exhibit 3,
7  Exhibit 4, Exhibit 5, Exhibit 6, Exhibit 7, 8, 9, 10,
8  and 11. 11 exhibits.
9  Q. Okay. Now, Mr. Bissani, did you read
10 that transcript of Ms. Capps' deposition?
11 A. Yes. To prepare for my deposition, yes.
12 Q. And do you have any other documents there
13 before other than Exhibits 1 through 11 and the
14 transcript of Ms. Capps' deposition?
15 A. No, I don't have anything at all.
16 Q. Could you tell me a little bit about your
17 ethnic heritage? What is your ethnic heritage?
18 A. I'm an American. Is that what you're
19 asking about?
20 Q. No, that's citizenship, I'm talking
21 ethnic heritage. For instance, where was your --
22 A. What does it have to do with my
23 deposition, where I'm from?
24 Q. Unfortunately, I'm the one who gets to
25 ask questions here today, Mr. Bissani. Where were you

**52**

1  born?
2  A. I was born in North Africa, Morocco, in
3  Casa Blanca.
4  Q. And how old were you when you first came
5  to America?
6  A. 18 years old.
7  Q. And how old were you when you acquired
8  American citizenship?
9  A. I don't remember.
10 Q. Was it after you were 18 years old?
11 A Absolutely, yes.
12 Q. Well, how old are you now?
13 A. I am 43.
14 Q So can you give me an estimate of when
15 you -- what year you acquired your American
16 citizenship?
17 A. I don't know, '90 or -- I think 1990.
18 Q. 1990, did you say?
19 A. Yeah, it could be 1991, 1990 or 1991.
20 Q. And do you practice a religion?
21 A. Yes.
22 Q. And what is that religion?
23 A. I'm Christian.
24 Q. And did you previously practice any other
25 religion?

**53**

1  A. No.
2  Q. Okay. Now, how did it come to pass that
3  you were in the unit that Ms. Capps was in?
4      MS. MARTINEZ: Objection to form.
5  A. Which unit are you talking about, which
6  unit?
7  Q. (By Mr. Olsen) Well, wasn't there only
8  one unit you were in with Ms. Capps?
9      MS. MARTINEZ: Objection to form.
10 A. Are you specifically talking about -- are
11 you talking about the division?
12 Q. (By Mr. Olsen) Let's start over. Were
13 you in a unit with Ms. Capps?
14     MS. MARTINEZ: Objection to form.
15 A. I don't know which unit you're talking
16 about, sir.
17 Q. (By Mr. Olsen) Well, that's what I'm
18 trying to find out.
19     Did you work in a unit in which Ms. Capps
20 also worked?
21 A. Unit, unit. I don't know what --
22 Q. Well, let's try department, section --
23 that's your phone, right, Mr. Bissani? Go ahead and
24 answer it, I'll stand by.
25 A. No, I don't have to answer it.

14 (Pages 50 to 53)

Kaily Bissani

```
                                                54
1    Q.  Okay.  Mr. Bissani, when you --
2    A.  Sorry about that.  Go ahead.
3    Q.  When Ms. Capps was in your chain of
4  command beneath you, what was the name of your unit?
5    A.  There was no unit, I never called it a
6  unit, it's a division, it's the field services
7  division, Denver area.
8    Q.  Okay.  And where did you work before you
9  were at the field services division?
10   A.  I was running the West Coast region.
11   Q.  What was your job title?
12   A.  I was the vice president of operations.
13   Q.  Were you demoted to the field service
14 division?
15   A.  I applied for open positions.
16   Q.  Was it a demotion that you got?
17   A.  It was a different -- totally different
18 job, totally different position.
19   Q.  Was it a demotion or not?
20   A.  You can call it whatever you want to call
21 it.
22   Q.  Well, did it pay more or less?
23   A.  Actually, I got paid more.
24   Q.  So when you became -- when you moved to
25 the field service division, your salary went up, is
```

```
                                                55
1  that what you're saying?
2    A.  Yes.
3    Q.  Did you want -- were you told that your
4  job on the West Coast was going to be eliminated?
5    A.  Yes, all of the jobs for field services
6  were open to grab and everybody had to apply for the
7  positions.  As we combined the two organizations, the
8  positions all opened up and you apply for whatever you
9  feel like you want to do, and that's what I did.
10   Q.  Before Mr. Forry came to the field
11 services division, did you know him?
12   A.  I knew of him, I knew his dad very well.
13   Q.  Had you ever met Mr. Steven Forry before
14 he came to your division?
15       MS. MARTINEZ:  Objection to form.
16   A.  Yeah, we had maybe a couple meetings or
17 so.  He was working in the northwest coast.
18   Q.  (By Mr. Olsen) A couple meetings?  Why
19 would you have met with him?
20   A.  Why would I have met with him?  We would
21 have all-hands meetings, and I met him.
22   Q.  Okay.  Now, what was Mr. Forry's father's
23 name?
24   A.  Lou Forry.
25   Q.  When did you first meet Mr. Forry,
```

```
                                                56
1  Lou Forry?
2    A.  Lou Forry worked for me since 1998, '99,
3  then also worked for me in, I want to remember, 2005.
4    Q.  Did you ever socialize outside of work
5  with Lou Forry?
6    A.  With Lou Forry?  No, with the exception
7  of, you know, work functions, after-work functions,
8  yeah.  But I didn't do -- I didn't spend time with his
9  family or anything like that.
10   Q.  Did you socialize outside of work with
11 Steven Forry?
12   A.  No, not that I'm aware of, no, with the
13 exception of work, work activities.
14   Q.  When Steven Forry was hired, did you
15 determine what his salary would be?
16   A.  No, it's the job function that determines
17 the salary, it's the HR -- an HR process that we go by.
18 I don't decide those numbers.
19   Q.  Did you ever discuss with Rebecca Capps
20 whether she was being considered for the job that
21 Mr. Forry got eventually?
22   A.  Anybody that applied for the job was
23 considered for the job, I would assume so, yes.
24   Q.  You assume what?
25       MS. MARTINEZ:  Objection to form.
```

```
                                                57
1    A.  Yes, she was going for the same job as
2  anybody else.
3    Q.  (By Mr. Olsen) Okay.  Well, my question
4  was, did you ever speak with her about it?
5        MS. MARTINEZ:  Objection to form.
6    A.  I don't remember that.
7    Q.  (By Mr. Olsen) You don't remember
8  anything --
9    A.  I don't remember, I really don't.
10   Q.  Do you remember anything you said to her
11 or anything she said to you about the job that
12 Mr. Forry filled?
13   A.  I don't remember that.
14   Q.  Okay.  Do you remember any discussions
15 with Rebecca Capps about moving to Denver?
16   A.  Yes.
17   Q.  How often did you discuss that with her?
18   A.  Probably, I don't know, 10 times.
19   Q.  And why is it that you discussed that
20 with her?
21   A.  To make sure that she understands that
22 the new job is the field manager job that required
23 people to be in Denver.
24   Q.  And you talked with her about that up to
25 10 times?
```

Kaily Bissani

<table>
<thead><tr><th>58</th><th>60</th></tr></thead>
<tbody>
<tr><td>
1   A.   At least.<br>
2   Q.   Well, why did it keep coming up?<br>
3   A.   Why did it keep coming up?<br>
4   Q.   Yes.<br>
5   A.   Because she never showed up. She showed<br>
6   up maybe once or twice.<br>
7   Q.   She never showed up where?<br>
8   A.   To Denver.<br>
9   Q.   Well, did you have a meeting scheduled<br>
10  with her in Denver that she didn't show up for?<br>
11  A.   I don't remember meetings, but she -- the<br>
12  job required activities in Denver and needed management<br>
13  in Denver, and she didn't show -- if she wanted that<br>
14  job that bad, she would have been in Denver.<br>
15  Q.   So why did you feel the need to speak<br>
16  with her about it 10 times?<br>
17       MS. MARTINEZ: Objection to form.<br>
18  A.   Why did I do that?<br>
19  Q.   (By Mr. Olsen) Yes.<br>
20  A.   To explain what the job is.<br>
21  Q.   Well, were you asking her any questions?<br>
22  A.   I don't remember if I asked her any<br>
23  questions.<br>
24  Q.   Well --<br>
25  A.   I've talked to her like any other
</td><td>
1   going to meet the requirements, I encouraged everyone<br>
2   to apply for the job.<br>
3   Q.   (By Mr. Olsen) Well, when you encouraged<br>
4   her to apply for the job, did you think she was<br>
5   qualified for it or did you not?<br>
6        MS. MARTINEZ: Objection to form.<br>
7   A.   I didn't think she was qualified for the<br>
8   job, no.<br>
9   Q.   (By Mr. Olsen) Now, in trying to decide<br>
10  if she was qualified for the job, did you look at her<br>
11  resume?<br>
12  A.   Yes, I did.<br>
13  Q.   Yes, you did?<br>
14  A.   Yes, I looked at her resume.<br>
15  Q.   Okay. And when was it that you did that?<br>
16  A.   Actually, I looked at all of the resumes<br>
17  when I just took over the job, to understand what I<br>
18  have in my organization.<br>
19  Q.   Okay. But I actually was talking about<br>
20  at the time you said you considered her or encouraged<br>
21  her to apply, did you look at her resume then?<br>
22       MS. MARTINEZ: Objection to form.<br>
23  A.   I looked at the resumes, as I said, when<br>
24  I took on the responsibility of that division.<br>
25  Q.   (By Mr. Olsen) Yeah, and I heard --
</td></tr>
</tbody></table>

<table>
<thead><tr><th>59</th><th>61</th></tr></thead>
<tbody>
<tr><td>
1   employees I have.<br>
2   Q.   Well, why did you go back to her to talk<br>
3   about the same topics over and over, as many as<br>
4   10 times?<br>
5        MS. MARTINEZ: Objection to form.<br>
6   A.   Because she was asking the questions and<br>
7   I was answering.<br>
8   Q.   (By Mr. Olsen) And what was she asking<br>
9   you?<br>
10  A.   Would this job require for me to move to<br>
11  Denver, I said yes.<br>
12  Q.   Well, were you trying to encourage her to<br>
13  apply for it?<br>
14  A.   Absolutely.<br>
15  Q.   Why?<br>
16  A.   Because I encouraged everybody to apply<br>
17  for the job.<br>
18  Q.   10 times?<br>
19  A.   When I -- I didn't encourage her 10<br>
20  times, but I encouraged her many times.<br>
21  Q.   Well, didn't you think when you were<br>
22  encouraging her that she was qualified for the job?<br>
23       MS. MARTINEZ: Objection to form.<br>
24  A.   I encouraged everybody to apply for the<br>
25  job, it doesn't mean that, you know, that they are
</td><td>
1   A.   I looked at everybody's resume and I<br>
2   looked at everybody's performance, work experience, to<br>
3   understand what I have in front of me.<br>
4   Q.   And I hear you saying that, but at the<br>
5   time you were encouraging her to apply, did you look at<br>
6   her resume?<br>
7   A.   I looked at it before, yes. I knew<br>
8   exactly what she did before, and I understand her<br>
9   experience, yes.<br>
10  Q.   Your answer was, I looked at it before,<br>
11  but what I'm really asking you is if you looked at it<br>
12  at the time you were encouraging her to apply.<br>
13  A.   Okay, what do you mean, I'm looking at<br>
14  her resume and asking her a question? I don't<br>
15  understand the question here. You asked me did I look<br>
16  at her resume, yes, I have.<br>
17  Q.   I actually didn't ask you that,<br>
18  Mr. Bissani. I asked you if at the time you encouraged<br>
19  her to apply for that job, whether at that time you<br>
20  looked at her resume, that's all I'm asking you. What<br>
21  is your answer?<br>
22  A.   I don't remember at that time if I looked<br>
23  at her resume and asked her the questions, I don't<br>
24  remember that. I remember I looked at her resume when<br>
25  I received the job, when I started managing her, to
</td></tr>
</tbody></table>

16 (Pages 58 to 61)

Kaily Bissani

---

Page 62

1  understand what she had experience in.
2      Q.  Okay.  Did you know that Ms. Capps had a
3  place in Denver?
4          MS. MARTINEZ:  Objection to form.
5      A.  She never told me.
6      Q.  (By Mr. Olsen)  So you didn't know that;
7  is that right?
8          MS. MARTINEZ:  Objection to form.
9      A.  I don't know that, no.
10         MR. OLSEN:  Okay.  And let me check my
11 notes a little bit here.
12         (Pause in proceedings.)
13         MR. OLSEN:  Let's take a short break,
14 maybe less than five minutes, then we'll be able to
15 wrap up.
16         MS. MARTINEZ:  Okay.  I'll be back in
17 five.
18         (A short break was taken.)
19     Q.  (By Mr. Olsen)  Mr. Bissani, I think I
20 can wrap up really quickly here.
21         Do you remember receiving a resume from
22 Mr. McCain for the job that Mr. Forry got?
23     A.  Yes.
24     Q.  And do you know if you let Lou Forry know
25 that there was that job opening?

Page 63

1      A.  Nope, I don't remember that.
2      Q.  You don't remember that.  Mr. Bissani, I
3  understand you take notes or took notes of
4  conversations relating to Ms. Capps; is that fair?
5          MS. MARTINEZ:  Objection to form.
6      A.  Oh, absolutely, yes.
7      Q.  (By Mr. Olsen)  And when you left the
8  company, where were those notes?
9      A.  I don't remember.
10     Q.  Well --
11     A.  A lot of changes happened, I don't know.
12     Q.  Well, when you took the notes, what did
13 you do with them when you were done with them?
14     A.  To be honest with you, I really don't
15 know.  I don't know what happened to the notes.  I
16 definitely took notes when I interviewed everyone, and
17 I don't know what happened to the notes.
18     Q.  Did Mr. Forry, that is, Steve Forry,
19 participate in the decision to terminate Ms. Capps?
20     A.  Absolutely not.
21     Q.  Why are you so certain of that?
22     A.  Because I made the decision who to hire
23 or who to RIF.  Why would the brand-new employee make a
24 decision on somebody's behalf, I don't get it?
25     Q.  When you made the decision or when you

Page 64

1  had to make the decision that involved Ms. Capps, who
2  else did you consider to RIF?
3      A.  For that position?  We --
4      Q.  No, no, no, not for that position.  I'm
5  talking about generally, who else in that same RIF did
6  you consider to RIF?
7          MS. MARTINEZ:  Objection to form.
8      A.  I RIF'd -- we RIF'd a few people,
9  including Everett McCain; we RIF'd Kathy Bennett; we
10 RIF'd, I think the lady is Barbara, I don't remember
11 her name; and Becky.
12     Q.  (By Mr. Olsen)  Okay.  But who else did
13 you consider to RIF and decided not to RIF?
14         MS. MARTINEZ:  Objection to form.
15     A.  I didn't consider anyone like that.  I
16 don't remember if I considered someone to RIF and
17 didn't RIF them, I don't remember that.
18     Q.  (By Mr. Olsen)  I didn't quite understand
19 you.  Is there anyone else you considered for RIF'ing
20 besides those four people you just named?
21         MS. MARTINEZ:  Objection to form.
22     A.  I don't think so.  I don't know.  And I
23 don't remember.
24     Q.  (By Mr. Olsen)  Well, for instance,
25 didn't you consider RIF'ing Mr. Benschop?

Page 65

1      A.  For that period?
2      Q.  During that RIF.
3      A.  No, I don't think so.  As I say, the
4  RIF'ing was -- it could come every month based on the
5  head count allocation per month, that's how we made a
6  decision.
7      Q.  I'm just trying to see, you named
8  Mr. McCain, Ms. Bennett, someone named, did you say
9  Barbara?
10     A.  Yes, I don't remember her name.  She was
11 in Wyoming, yes.
12     Q.  And Ms. Capps; right?
13     A.  Yes.
14     Q.  And you considered whether you should RIF
15 them or not; right?
16     A.  Okay.
17     Q.  And is that right?
18     A.  Yes.
19     Q.  And indeed, you decided to RIF them; is
20 that right?
21         MS. MARTINEZ:  Objection to form.
22     Q.  (By Mr. Olsen)  RIF'ing, meaning,
23 terminate them in a RIF; right?
24         MS. MARTINEZ:  Objection to form.
25     A.  Yes.

Calderwood-Mackelprang, Inc. 303.477.3500

Page 66

1   Q.   (By Mr. Olsen) Now, in that same RIF, in
2   that reduction in force, who else did you consider
3   RIF'ing?
4           MS. MARTINEZ: Objection to form.
5       A.   Just those.
6       Q.   (By Mr. Olsen) Okay. Now, was there
7   anybody you considered RIF'ing but you decided not to
8   RIF them?
9       A.   I don't think so.
10          MS. MARTINEZ: Objection to form.
11      Q.   (By Mr. Olsen) Okay. So why is it that
12  you immediately focussed on those four?
13          MS. MARTINEZ: Objection to form.
14          MR. OLSEN: Well, I'll withdraw it.
15      Q.   (By Mr. Olsen) Did you compare them, for
16  instance, to anybody else in your decision to RIF those
17  four?
18          MS. MARTINEZ: Objection to form.
19      A.   I mean, each one are in a different
20  position, Mr. Olsen. It was the decision to combine
21  the two job functions as the one, and that's the reason
22  we hired Steve Forry for that.
23          The other two, one of them was
24  Kathy Bennett, which was Becky's decision to let her
25  go; and the last one, I think it was Barbara, it was a

Page 67

1   decision from her previous manager.
2       Q.   (By Mr. Olsen) Who was that?
3       A.   I don't remember his name, and I don't
4   know. You know, it's a WilTel -- from the WilTel
5   organization.
6       Q.   So who first suggested that Ms. Bennett
7   be laid off in a RIF?
8       A.   That was Becky Capps. And I can quote,
9   she said, she's a liability to Level 3, exactly to me.
10      Q.   And what else did she say about this
11  alleged decision to lay off Ms. Bennett?
12          MS. MARTINEZ: Objection to form.
13      A.   I just said, she was a liability to
14  Level 3 and we need to let her go.
15      Q.   (By Mr. Olsen) And you took notes on
16  this, did you?
17          MS. MARTINEZ: Objection to form.
18      A.   Yes.
19      Q.   (By Mr. Olsen) And where are those notes
20  today?
21      A.   I don't know where the notes are. Any
22  notes from me would have been left at the Level 3
23  sites. I left everything that belongs to Level 3 in
24  the office.
25      Q.   What office?

Page 68

1       A.   I had two offices, one of them in
2   Interlocken, and one of them downtown, I don't know
3   which office it was.
4       Q.   And when did you leave? I think you told
5   me already, but I want to double-check that.
6       A.   I think I left -- September 14th was my
7   last day, let me -- yeah, I think so.
8       Q.   So about three months ago?
9       A.   Exactly. I can't tell you what dates, I
10  left September 14th, is that Friday? Yep.
11      Q.   You mentioned that you had had an E-mail
12  there that I think you were saying reflected disrespect
13  toward you?
14      A.   Yes.
15      Q.   Can you grab that E-mail for me and tell
16  me a little more about it?
17      A.   Yeah, let me look at it. Do you remember
18  which exhibit that is?
19      Q.   I don't remember. And I don't have it
20  with me right now, before me.
21      A.   Well, let me look, just give me one
22  second. I just had it in front of me. Yes, it's
23  Exhibit 10.
24      Q.   And are there any other E-mails you have
25  or that you know of that reflected disrespect?

Page 69

1           MS. MARTINEZ: Objection to form.
2       A.   Just this one.
3       Q.   (By Mr. Olsen) And I wonder if you could
4   take a look at that right now and tell me the date of
5   the E-mail.
6       A.   Date of E-mail is April 24th.
7       Q.   And who is it to?
8       A.   It was Rebecca Capps to me. Let me --
9   hold on a second. It's -- I'm sorry, it started
10  April 21st, that's on the second page, April 21st.
11      Q.   At that point in time, had you already
12  determined that you were going to hire Mr. Forry?
13      A.   No.
14      Q.   Had you already interviewed Mr. Forry?
15      A.   Nope.
16      Q.   Had the job that Mr. Forry assumed
17  eventually -- been posted yet?
18      A.   No.
19      Q.   Had you discussed with anybody combining
20  Mr. Benschop and Ms. Capps' job at that point in time?
21      A.   Nope.
22      Q.   Had you discussed Ms. Capps departing at
23  that time?
24      A.   No.
25      Q.   Or being replaced at that time?