# Exhibit 13

## Capps, Rebecca

**From:** Capps, Rebecca
**Sent:** Monday, April 24, 2006 2:13 PM
**To:** Bissani, Kaily
**Subject:** RE:

Respect
How about telling me what is going on, why I have people telling me I no longer have a job here. Why don't you be up front with me? I am working to keep everything in line while you tell me I don't have to worry about my position here at the company! Then some of my peers in Denver are having inappropriate conversations with my direct reports making them worry about their own futures by telling them that I am going to be laid off and they will be working for Diron.

You have not made any decision that I know of, you are not communicating with me at all. You expect a tech to lay off another employee in a remote area with no support putting him at risk, any time you take someone's livelihood away from them you have no idea what their reaction could be.

You have not forwarded any info as to the coverage of areas, I move ahead with what needs to be done then you fire an e-mail to me telling me to do what I have already started and had you CCed on. Yet I still have no word from you where this division is headed and how we are to cover site and route responsibilities as we reduce the head count. Two CPBs, Two NOCs, how do you expect coverage to continue with out some type of direction from you or me, and if you are assuming that I am doing that well you are right but as the Wiltel people do not report to me I am trying to show them some type of respect. I look to you for some type of appropriate direction is this area.

---

**From:** Bissani, Kaily
**Sent:** Monday, April 24, 2006 1:14 PM
**To:** Capps, Rebecca
**Subject:** RE:

Rebecca, this email is very disrespectful; I don't tolerate this kind of behavior in my organization. In the future, if you have an issue that needs to be discussed, please contact me directly. I have no problem sharing information that is important to you as long as it's appropriate to share.

Thanks.

---

**From:** Capps, Rebecca
**Sent:** Monday, April 24, 2006 9:08 AM
**To:** Bissani, Kaily
**Subject:** RE:

This means that I don't need you to tell me something that is obvious to me as I have run this area for over 6 years now and you need to realize that it was I that instigated Bob going out and getting this information in the first place.

What would be nice right now is if you would let me know what is going on and what the time frame is for the

4/24/2006

legacy level 3 people to start locating the legacy wiltel routes and to disseminate down to me some information that is important.

Thanks

**From:** Bissani, Kaily
**Sent:** Monday, April 24, 2006 8:32 AM
**To:** Capps, Rebecca
**Subject:** RE:

What is this all about?

**From:** Capps, Rebecca
**Sent:** Sunday, April 23, 2006 3:31 PM
**To:** Bissani, Kaily
**Subject:** RE:

Really?? Who do you think asked Cooper to get this info in the first place!!

**From:** Bissani, Kaily
**Sent:** Friday, April 21, 2006 2:18 PM
**To:** Cooper, Bob; Capps, Rebecca
**Subject:** RE:

Please make sure that all of the OSP Techs have access to that info for their routes.

**From:** Cooper, Bob
**Sent:** Friday, April 21, 2006 2:16 PM
**To:** Capps, Rebecca; Bissani, Kaily; Garr, Nathan
**Cc:** Aimone, Justin
**Subject:**

Am able to access the Wiltel One Call web page and see the locates for southern Wyoming. Will advise Aimone if there are locates from Table Rock site to the west.   thanks

Bob Cooper
Level 3 Communications
303-478-3244

4/24/2006