# Exhibit 14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA CAPPS,

        Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC.,

        Defendant.

---

DECLARATION OF JOHN R. OLSEN PURSUANT TO 28 U.S.C. § 1746

---

I, JOHN R. OLSEN, state as follows upon information and belief:

1. I have been the plaintiff's attorney since the outset of this case.

2. In the litigation process, we have received hundreds of pages of documents from the defense.

3. The decision-maker in plaintiff's termination was a man named Kaily Bissani, by his own admission in deposition, and he claimed to have created notes of pivotal discussions with plaintiff.

4. Those notes have never been produced in discovery.

5. It can be deduced that those notes have been destroyed by the defendant corporation. Otherwise they would have had to be disclosed and/or produced by the defendant corporation's attorneys.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 18, 2008.

_____
John R. Olsen