# Exhibit 15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA CAPPS,

        Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC.,

        Defendant.

---

DECLARATION OF REBECCA SHEPARD PURSUANT TO 28 U.S.C. § 1746

---

I, REBECCA SHEPARD, state as follows upon information and belief:

1. I have been informed that I may be a witness in this case with regard to where Rebecca Capps resided when she came to Denver for her job.

2. She resided with me, and did so many times for her job. She compensated me whenever she stayed with me.

3. I was concerned when the company's attorneys sent me a declaration to sign that contained multiple falsehoods. Therefore, I refused to sign it, as it had been drafted with false statements that I never provided to the company's lawyer. I took offense at this.

4. One of the false statements that was created said, "In fact, no rental agreement between Ms. Capps and me ever existed." This, too, was false. To the contrary, Becky Capps always compensated me when she stayed with me.

5. Furthermore, had she had to move to Denver, she was welcome to continue the living arrangement, as she and I discussed that she needed to have a place in Denver for her job.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 18, 2008.

*Rebecca Shepard*
Rebecca Shepard