# Exhibit 16

## Capps, Rebecca

**From:** Bissani, Kaily
**Sent:** Monday, April 17, 2006 9:56 AM
**To:** Capps, Rebecca
**Subject:** RE: Doc Appt

That will be fine.

---

**From:** Capps, Rebecca
**Sent:** Monday, April 17, 2006 9:53 AM
**To:** Bissani, Kaily
**Subject:** Doc Appt

Kaily

I have a doc appt tomorrow in Cheyenne at 1:30 and I believe it will take the rest of the day I have to get a shot into my spine long story but that is why it will take all afternoon.

So I will work in Cheyenne till 1 and then be gone the rest of the day. If that is OK

Just a heads up we are going to get a head start on the install in Platteville and Weld for T-Mobil build this week and I will be helping out with that. This is a good time to get ahead before some other work rolls down on us later this month and into the next.

Diron's projects are on track and he called Friday and expects to be back to work Wednesday.

I will keep you updated

4/24/2006