# Exhibit 17

# Level 3

Return to Job Search
Return to Job list

**Field Manager**             **Full Time Regular**                    Requisition Number: 4166
Denver , CO

**Requirements**

Monitors Level 3 Construction Group infrastructure buildout and reviews/punchlists and recommends for approval acceptance and turnover to Field Services. This includes conduit and manholes, fiber optic cables, Gateway FEC/OSX/DSX facilities, EUB entrance facilities and associated POP buildout infrastructure, and fiber optic monitoring/locating system(s) such as Norscan or Radiodetection.
B. As acceptance occurs, takes over project management responsibilities for adds/moves/changes(AMC) to the metro market OSP network. This includes, but is not limited to, obtaining value added contractors/subcontractors for Engineering, permitting, and construction of OSP, EUB infrastructure, and day one installation, turnup, and test of ADMs(Add/Drop Multiplexers) between the Gateway and EUBs.
C. Works closely with the metro market City Engineer, Technical Account Manager, and Senior Technician in the planning and implementation of Level 3 strategic services including Dark Fiber(DF), Customer Provided Fiber(CPF), Leased Transport Access(LTA), and other OSP dependent services.
D. Maintains the OSP network Long Haul and Metro through routine contracted activities at the Gateway and EUB sites, contracted cable locating and protection activities, and close liason with other carriers, local and state agencies, and EUB building owners/landlords.
Directs emergency restoration activities required for the OSP network. This could include fiber optic damages, natural disasters, power failures, and any other event that could effect OSP operations.
F. May act as metro market Level 3 safety advisor or coordinator to insure OSHA compliance, safety in the work place, use of proper tools and protective gear, and compliance with Level 3 safety standards and training requirements.
G. Utilizes a variety of Level 3 systems for the processing and reporting of work activities, inventoring OSP facilities, and other daily functions. These could include NextGen, Clarify/WFM, PWOCS, and others.
H. May act as relieving City Director and perform any other duties and responsibilities at or around the metro market Gateway as deemed necessary by the Field Services City Director.
I. Actively participates on a regular basis as a member of the OSP Manager Technical Advisory Group(TAG), attending regularly scheduled meetings and conference calls and spending the time necessary to assist in the development of interdepartmental methods and procedures or process required to effectively deploy Level 3 OSP architecture and revenue driven OSP configurations.

Qualifications:
This role requires 10 yrs of inside and outside plant responsibilities, knowledge and experience along with a solid management track record and experience level.

Must have experience in Splicing, Fiber Optics , OTDR, Sonet, Nortel Optera system,trouble shooting Technics.

**Apply to this job**
**Add to job cart**
**Send job to a friend**

© 2004 by Level 3 Communications, Inc. All rights reserved