# Exhibit 19

Your job is listed under Level3.com, career center, career opportunities, under the title 'field manager'.
It looks the same there as it does everywhere else.
Talk to you later.

---

**From:** receccacapps@aol.com [mailto:receccacapps@aol.com]
**Sent:** Wednesday, April 26, 2006 5:06 PM
**To:** jiving@state.wy.us; john.volk@wvmb.com; Almone, Justin; hakauk@msn.com; mary.bahnken@cox.com; becky_9501@msn.com; glentsturgeon@oklatel.net; 233solar@pagosa.net; sjhixson@peoplepc.com; mshockle@wyoming.com; rwall@tristateegt.org; shepard225@hotmail.com; lesleelloyd@yahoo.com; hhaeffelin@yahoo.com; Daveenafoos@yahoo.com
**Cc:** mcphillips@cable.comcast.com
**Subject:** My New E-Mail Home

OK everyone and for those of you that dont know I am no longer with Level 3 and you can now find me here at my AOL address. receccacapps@aol.com

TTFN