# Exhibit 20

**From:** Bissani, Kaily
**Sent:** Monday, April 24, 2006 10:16 AM
**To:** Daub, Gregory
**Subject:** RE: RIF's

303-326-7520

---

**From:** Daub, Gregory
**Sent:** Monday, April 24, 2006 10:16 AM
**To:** Bissani, Kaily
**Subject:** RE: RIF's

Kaily – what's your Gateway phone number?

Thanks!

Gregg

---

**From:** Bissani, Kaily
**Sent:** Monday, April 24, 2006 9:27 AM
**To:** Daub, Gregory
**Subject:** FW: RIF's

This is the reason why I need to RIF her ASAP.

Thanks

---

**From:** Bissani, Kaily
**Sent:** Monday, April 24, 2006 8:32 AM
**To:** Capps, Rebecca
**Subject:** RE:

What is this all about?

---

**From:** Capps, Rebecca
**Sent:** Sunday, April 23, 2006 3:31 PM
**To:** Bissani, Kaily
**Subject:** RE:

Level 3 00254

Really?? Who do you think asked Cooper to get this info in the first place!!

---

**From:** Bissani, Kaily
**Sent:** Friday, April 21, 2006 2:18 PM
**To:** Cooper, Bob; Capps, Rebecca
**Subject:** RE:

Please make sure that all of the OSP Techs have access to that info for their routes.

---

**From:** Cooper, Bob
**Sent:** Friday, April 21, 2006 2:16 PM
**To:** Capps, Rebecca; Bissani, Kaily; Garr, Nathan
**Cc:** Aimone, Justin
**Subject:**

Am able to access the Wiltel One Call web page and see the locates for southern Wyoming.  Will advise Aimone if there are locates from Table Rock site to the west.   thanks

Bob Cooper
Level 3 Communications
303-478-3244

Level 3 00255