# Exhibit 21

## Daub, Gregory

**From:** Daub, Gregory
**Sent:** Tuesday, April 25, 2006 7:27 AM
**To:** Paganis, Lona
**Subject:** RE: Tim, here is what I have so far, please let me know if this is what you are looking for?

Just the string below – I left you a vm as well. We've added Becky Capps to the RIF List. For this wave. Kaily was planning on RIFing her next wave, but wanted to move it up.

Thanks!

Gregg

---

**From:** Paganis, Lona
**Sent:** Tuesday, April 25, 2006 6:18 AM
**To:** Daub, Gregory
**Subject:** RE: Tim, here is what I have so far, please let me know if this is what you are looking for?

Did I miss an email? What manner?