# Exhibit 22

## Daub, Gregory

| | |
|---|---|
| **From:** | Bissani, Kaily |
| **Sent:** | Monday, April 24, 2006 10:31 AM |
| **To:** | Daub, Gregory |
| **Subject:** | FW: Tim, here is what I have so far, please let me know if this is what you are looking for? |

fyi

---

**From:** Bissani, Kaily
**Sent:** Friday, April 14, 2006 12:38 PM
**To:** Elbert, Tim
**Subject:** Tim, here is what I have so far, please let me know if this is what you are looking for?

Tim, I have interviewed 2 internal and 1 external candidates for the new F led Manager Job that will be created to combine Metro OSP Manager and Long Haul OSP manager duties.
The job will be based in Denver and with a requirement to lead minimum of 6 employee owners in 4 different areas (Denver Metro, State of Wyoming, Denver East to the border of Kansa, and Denver South to New Mexico/Colorado border) The following people were interviewed for the new position:

Becky Capps: She is the current OSP Long Haul Manager, currently lives outside of Cheyenne Wyoming, she is very technical and understands the OSP/construction aspect of the business, and however, Becky lacks leadership and management skills and lives 3 hours away from Denver. Becky never managed a Metro OSP market before. Becky managed 5 EO's,  but was rarely available for anyone that doesn't live in Wyoming.

Diron Benschop is the current OSP Manager for the metro; he currently lives in Denver. Diron is new to the OSP