# Exhibit 23

**Kerman, Linda R.**

**From:** Daub, Gregory
**Sent:** Tuesday, April 25, 2006 8:42 AM
**To:** Dykman, Renate
**Subject:** Becky Capps has been notified

Renate – please terminate Becky's access.

Thanks!

**Gregg Daub**
Level 3 Communications, LLC
*Employee Relations*
720-888-4567 - phone
720-888-5103 - fax
Gregory.Daub@level3.com
http://www.level3.com