# Exhibit 25

**Lona Paganis**
Director, Human Resources

**TEL:** (918) 547-3996
**FAX:** (720) 888-3476
Lona.paganis@level3.com

## *CONFIDENTIAL*

May 6, 2006

Diron Benschop
c/o Level 3 Communications, LLC

Dear Diron:

As a result of the recent WilTel acquisition and integration, your current position has been eliminated. However, based upon your skills and qualifications, I am offering you the following opportunity within Level 3 Communications, LLC ("the Company") working directly for Kaily Bissani.   The terms of the change are set forth below.

| | |
|---|---|
| **Title:** | **Field Engineer** |
| **Effective Date:** | **May 6, 2006** |
| **Base Salary:** | **$33.65 per hour** |
| **Band:** | **29** |
| **Discretionary Bonus Target:** | **Up to 10% of annual base salary, pro-rated as of effective date** |
| **Long Term Incentive:** | **See Below** |

This change will reduce your Long Term compensation package to include the opportunity for equity in our Company through the following components.

This change will reduce the awards you are eligible for under our Long-Term Incentive (LTI) Program. You are eligible for a targeted quarterly award of Outperform Stock Options (OSOs) of **125** units. OSOs are currently granted on January 1, April 1, July 1 and October 1 and targeted amounts are adjusted based on individual performance. Additionally, you are eligible for an annual targeted award of restricted stock units (RSUs) of **500** units which is typically granted on July 1. To be eligible for any award under our LTI program, you must be actively employed on the date the award is granted.

The type of equity vehicle and award opportunities under our LTI program are regularly reviewed and subject to a number of considerations, including market conditions and availability of shares. All LTI awards are made at the sole discretion of the Company.

Diron Benschop
May 6, 2006
Page Two

This change will not affect your current coverage under the Company's Group Medical, Dental, Vision and Life Insurance plans.

This letter is not a guarantee of employment with the Company for a specific period of time and your employment with the Company may be terminated at any time, with or without notice, and with or without cause.

Please let me know if you have any questions.

On behalf of Kaily Bissani,


Lona Paganis
Director, Human Resources

cc: Kaily Bissani

**This offer is valid for two (2) days from the date of this letter.**


**AGREED AND ACCEPTED:**


_____     Date: ____5· /5· o6_____
Diron Benschop


**DENIED AND REJECTED:**


_____     Date: _____
Diron Benschop