IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00922-RPM

REBECCA A. CAPPS,

                Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

                Defendant.

_____

ORDER OF REMOVAL FROM CALENDAR CALL
_____

       Upon initial review of the defendant's motion for summary judgment, filed

January 23, 2008, and the plaintiff's opposition, filed February 21, 2008, and it

appearing that the motion requires full consideration, it is now

       ORDERED that this civil action is removed from the calendar call scheduled for

February 29, 2008, at 8:30 a.m.

       Dated: February 27, 2008

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____

                            Richard P. Matsch, Senior District Judge