IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA A. CAPPS,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

_____

**DEFENDANT'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
_____

    Defendant, Level 3 Communications, LLC ("Level 3"), through its undersigned counsel, submits this <u>Unopposed</u> Motion for an Extension of Time to File Reply in Support of Motion for Summary Judgment. As grounds therefor, Level 3 states as follows:

    1.    Level 3 filed and served its Motion for Summary Judgment in this case on January 23, 2008. Plaintiff Rebecca Capps ("Plaintiff") filed her response to that motion on February 21, 2008. Pursuant to D.C.COLO.LCivR 7.1(C), Level 3's reply brief is due March 7, 2008.

    2.    Meghan W. Martinez, the partner supervising Level 3's defense in this case is currently in a two week trial in Federal Court for another case. Ms. Martinez will have some amount of post trial work to attend to, as well as reviewing Plaintiff's Response to the Motion for Summary Judgment.

2

3. This extension requested here will not prejudice either party or the Court. Neither a final pretrial conference nor a trial date has been set in this case.

4. Level 3 thus requests a two-week extension of time to file its reply, **up to and including March 21, 2008**.

5. Level 3 has not requested any prior extensions of time to file and serve its reply in this case.

6. In accordance with D.C.COLO.LCivR 7.1A, undersigned counsel certifies that she has conferred with counsel for Plaintiffs, John Olsen, and Mr. Olsen stated that Plaintiff does not object to the present motion.

7. In accordance with D.C.COLO.LCivR 6.1D, undersigned counsel certifies that a true and correct copy of this Motion was served upon Plaintiff's counsel and a representative of Level 3.

8. For the Court's convenience, a proposed order is filed concurrently herewith.

Dated this 3rd day of March, 2008.

           BROWNSTEIN HYATT FARBER SCHRECK, LLP

           s/ Leah P. VanLandschoot
           Meghan W. Martinez
           Leah P. VanLandschoot
           410 17th Street, Suite 2200
           Denver, Colorado 80202
           (303) 223-1100

           ATTORNEYS FOR DEFENDANT
           LEVEL 3 COMMUNICATIONS, LLC

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 3rd day of March, 2008, a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** was filed with the clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Jack Olsen, Esq.
Olsen & Brown L.L.C.
8362 Greenwood Drive
Niwot, Colorado  80503

BROWNSTEIN HYATT FARBER SCHRECK, LLP

s/ Leah P. VanLandschoot
Meghan W. Martinez
Leah P. VanLandschoot
410 17th Street, Suite 2200
Denver, Colorado 80202
(303) 223-1100

ATTORNEYS FOR DEFENDANT
LEVEL 3 COMMUNICATIONS, LLC

8418\27\1130746.1