**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA A. CAPPS,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

_____

**ORDER GRANTING DEFENDANT'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
_____

    THIS MATTER comes before the Court on Defendant Level 3 Communications, LLC's Unopposed Motion for an Extension of Time to File Reply in Support of Motion for Summary Judgment. The Court, having reviewed the Motions, the file, and otherwise being fully advised, hereby:

    ORDERS that Defendant Level 3 Communications LLC's motion seeking an extension of time to file its reply in support of its motion for summary judgment is granted. Level 3 Communications, LLC shall have until and including **March 21, 2008**, within which to file with this Court its reply in support of its motion for summary judgment.

    DATED this 4th day of March, 2008.

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    United States District Court Judge