# EXHIBIT B

```
00001
 1         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
 2
 3  Civil Action No. 07-cv-00922-RPM-CBS
 4  REBECCA A. CAPPS,
 5       Plaintiff,
 6  vs.
 7  LEVEL 3 COMMUNICATIONS LLC,
 8       Defendant.
 9  _____
10          DEPOSITION OF REBECCA ANN CAPPS
11              August 29, 2007
12  _____
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
00004
 1                    *********
 2           REBECCA ANN CAPPS,
 3  called as a witness for examination under the Rules,
 4  having been first duly sworn according to law, was
 5  examined and testified on her oath as follows:
 6                    EXAMINATION
 7  BY MS. MARTINEZ:
 8      Q.  Good morning, Ms. Capps.  My name is Meghan
 9  Martinez, and we met this morning off the record, but I
10  represent the Defendant in this lawsuit, Level 3
11  Communications.
12           Would you please state your full legal name
13  for the court reporter and spell it?
14      A.  It's Rebecca A., Ann, Capps.  R-E-B-E-C-C-A,
15  A-N-N, C-A-P-P-S.
16      Q.  And I'm sure Mr. Olsen did a good job of
17  preparing you for your deposition this morning, but what I
18  want to do before we get started with the actual questions
19  is go over some of the rules that apply to today's
20  deposition so that you're familiar with them and can
21  respond to the questions appropriately and fully.
22           The first is, if you need to take a break, I
23  see that there is some water in front of you, but if you
24  want to get some more water, stretch your legs, use the
25  restroom, whatever reason, you just need a break, tell me
```

```
00033
 1  less pay?
 2       MR. OLSEN:  Same objection.  You may answer.
 3       A.  Yes, I believe I would have accepted less pay.
 4       Q.  (By Ms. Martinez)  What's the lowest salary
 5  you would have accepted?
 6       MR. OLSEN:  Same objection.  You may answer.
 7       A.  I don't know because a demotion like that
 8  would involve going to hourly and working -- being paid
 9  for the overtime that you worked, because when you're
10  salary, you work a significant amount of hours and you
11  receive the same pay, so it would be -- it's hard to say.
12  It depends if the hourly rate income is a lot of overtime
13  or a little, and those types of jobs for technicians, your
14  income fluctuates, so I would have had to maintain a
15  living, so somewhere above 40 to 50,000 a year.
16       Q.  (By Ms. Martinez)  Now, you said that you were
17  evaluated quarterly --
18       A.  Um-hum.
19       Q.  -- correct?
20       A.  Yes.
21       Q.  And you also said that you were given pay
22  raises periodically, correct?
23       A.  Yes.
24       Q.  Were you ever passed over for a pay raise?
25       A.  Yes.
```

```
00034
 1     Q.  How many times?
 2     A.  I'd say at least two.  There might have been
 3  more, but definitely two.
 4     Q.  When?
 5     A.  '03 and '04.
 6     Q.  Were others given a pay raise at the time in
 7  '03 that you were passed over?
 8     A.  My direct reports?  That would be the only
 9  knowledge I have of any pay raise would be my direct
10  reports.
11     Q.  Okay.  Did your direct reports receive raises
12  at that time?
13     A.  Yes.
14     Q.  Did any of your peers receive raises --
15     A.  I wouldn't have --
16     Q.  -- at that same time period?
17     A.  I wouldn't have knowledge.
18     Q.  What about in '04, did anyone else that you're
19  aware of receive a raise at that same time period?
20     A.  My direct reports did, yes.
21     Q.  What about your peers?
22     A.  I wouldn't have knowledge of that.
23     Q.  Were you ever given a reason as to why you did
24  not receive a pay raise in '03 or '04?
25     A.  Yes.  Company struggling, you know, to keep
```

```
00052
 1     Q.  Do you recall the employees' names?
 2     A.  Kathy Bennett most recently.  Ray Roseberry.
 3     Q.  When were these two individuals laid off?
 4     A.  Kathy was laid off about a week before myself,
 5  and Ray Roseberry in '03, '04.  I don't have --
 6     Q.  Did Ray work directly for you?
 7     A.  Yes.
 8     Q.  Did you make the decision to lay off
 9  Ms. Bennett?
10     A.  No.
11     Q.  Do you know who did?
12     A.  Yes.
13     Q.  Who?
14     A.  Pete Smith.
15     Q.  Did you make the decision to lay off
16  Mr. Roseberry?
17     A.  No.
18     Q.  Do you know who did?
19     A.  Pete Smith.
20     Q.  Were you aware that Level 3 had been laying
21  off groups of employees in Reductions In Force?
22     A.  Yes.
23     Q.  Do you know how many Reductions In Force
24  Level 3 had undergone before May of 2006?
25     A.  No.  I had -- no, I don't know.
```