IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA A. CAPPS,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

---

**ORDER GRANTING MOTION TO STRIKE DECLARATION OF REBECCA CAPPS**

---

THIS MATTER comes before the Court on Defendant Level 3 Communications, LLC's Motion to Strike Declaration of Rebecca Capps. The Court, having reviewed the Motion, the file, and otherwise being fully advised, hereby:

ORDERS that the Declaration of Rebecca Capps and all references to such Declaration in Plaintiff's Opposition to Defendant's Brief in Support of Motion for Summary Judgment (Docket No. 17) is STRICKEN.

DATED this _____ day of _____, 2008.

BY THE COURT:

_____
United States District Court Judge