# EXHIBIT J

00001

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF COLORADO

3   Civil Action No. 07-CV-00922-RPM-CBS

4   REBECCA CAPPS,

5   Plaintiff,

6
    vs.
7

8   LEVEL 3 COMMUNICATIONS, INC.,

9   Defendant.

10   _____

11          DEPOSITION OF PETER F. SMITH

12   _____

13

14             PURSUANT TO NOTICE, the

15   above-entitled deposition was taken on behalf of the

16   Plaintiff at 410 17th Street, 22nd Floor, Denver,

17   Colorado, on December 19, 2007, at 9:40 a.m.,

18   before Dawn E.  Eastman (Calderwood), Certified

19   Shorthand Reporter, Registered Professional

20   Reporter, and Notary Public.

21

22

23

24

25

**Peter Smith Depo.txt**                    **Page 1**

00037

1    Q.    (By Mr. Olsen)  Well, did you believe

2  she should be laid off?

3         MS. MARTINEZ:  Objection to form.

4         THE DEPONENT:  If I believed she

5  should have been laid off, I would have --

6         MS. MARTINEZ:  Are you talking about

7  at that time?

8    Q.    (By Mr. Olsen)  Is there ever a time

9  that you believe she should have been laid off?

10    A.    Discussing the period of time when

11  Becky worked with me?

12    Q.    Right.  Thanks.

13    A.    I think -- I'm trying to recall

14  conversations that I had about that, and I don't --

15  no.

16    Q.    So what reasons were there for not

17  laying her off?

18    A.    I think it goes back to the need for a

19  manager in the position that Becky held.

20    Q.    Did it have anything to do with her

21  performance, how she was doing?

22    A.    I believe there's a combination of

23  both:  You have to do your job, and you have to have

24  a need for that role.

25    Q.    Well, while you were her supervisor

00038

1  during the last year while you were director of

2  operations, how was her performance?

3      A.    Can you be more specific?  Which

4  period of time?

5      Q.    During the year before you departed --

6  which your departure was April of 2006; correct?

7      A.    I always felt Becky did an adequate

8  job.

9      Q.    And did she have any positive traits

10  that you can recall?

11      A.    Yes.  My opinion was that I thought

12  Becky had good OSP knowledge.

13      Q.    Did you prepare any performance

14  evaluations for her?

15      A.    Yes.

16      Q.    And when you prepared those, did you

17  tell the truth in them?

18      A.    Every time.

19      Q.    Did you also prepare performance

20  evaluations for any of the people who were her

21  subordinates?

22      A.    No.

23      Q.    Did you ever talk with Rebecca Capps

24  about women in the industry?

25      A.    Not that I recall.

00040

1        (Discussion off the record.)

2        (A recess was taken.)

3        (The question was read back by the

4 reporter as requested.)

5        THE DEPONENT:  Confer with him about

6 what?

7    Q.   (By Mr. Olsen)  About anything.

8    A.   Yes.

9    Q.   Did you meet with him face-to-face?

10    A.   Yes.

11    Q.   How many times, in relation to your

12 departure and him taking over?

13    A.   One time.

14    Q.   And where were you located at that

15 time?

16    A.   Le Peep.

17    Q.   Excuse me?

18    A.   Le Peep.

19    Q.   In what city?

20    A.   Denver.

21    Q.   Was anybody else present?

22    A.   No.

23    Q.   What was the purpose of that meeting,

24 if you recall?

25    A.   To transition my job to Kaily.

00041

1      Q.     And in that process, did you provide

2 any paperwork to him?

3      A.     No.

4      Q.     Had you ever prepared any paperwork

5 that went to him about how your team or your group

6 was doing?

7      A.     No.

8      Q.     When you were the director of

9 operations, did you maintain any files on your

10 subordinates?

11     A.     No.

12     Q.     Did you have --

13     A.     Other than the performance workbench

14 reviews that Level 3 maintains, which is a quarterly

15 write-up of each person's performance.

16     Q.     And can you recount for me the

17 discussion that you had with Mr. Bissani at Le Peep?

18     A.     In what regard?

19     Q.     Anything.  Just tell us what you

20 remember was said in that meeting at Le Peep.  You

21 ordered pancakes -- just kidding, go ahead.

22     A.     Waffles.

23     Q.     Sounds good to me right now.  Anyway,

24 go ahead.

25            Did you discuss the members of the

00042

1  group with him?

2      A.    Yes.

3      Q.    Did you discuss Rebecca Capps with

4  him?

5      A.    Yes.

6      Q.    And do you remember what you said

7  about Rebecca Capps in that discussion?

8      A.    Yes.

9      Q.    Go ahead and tell me that.

10      A.    I gave him my opinion about Becky and

11  the ability to perform a new role in the

12  organization.

13      Q.    A what role?

14      A.    A new role in the organization.

15      Q.    Okay.  Well, rather than telling me

16  the topic, just tell me what you said.  How's that?

17      A.    I said that I didn't think Becky could

18  do the new role in the organization.

19      Q.    Would you repeat that?  I didn't quite

20  hear the first part.

21      A.    I said I didn't think Becky could

22  perform the new role in the organization.

23      Q.    And what new role were you referring

24  to?

25      A.    The combined long haul/metro

00043

1 operations outside plant role.

2     Q.    I'm going to ask you say that again.

3 Combined long haul. . .

4     A.    Long haul and metro outside plant.

5     Q.    Were there more words to it than that?

6 Combined long haul and metro outside plant what?

7     A.    Role.

8     Q.    Now, who brought up the subject of

9 whether she could do that role in the meeting at

10 Le Peep?

11     A.    The discussion was brought up by me.

12     Q.    Well, when did you first hear about

13 the combined long haul and metro outside plant role?

14     A.    I don't recall the exact time line on

15 that.

16     Q.    Well, what was the combined long haul

17 and metro outside plant role?  Was it a new role

18 being created somewhere, somehow?

19     A.    It was a consolidation of two jobs

20 that were currently being held by one person -- or

21 by two people down to one person.

22     Q.    Who were those two people?

23     A.    That was Becky on the long haul and

24 Diron Benschop on the metro.

25     Q.    And who is it who said that they were

00048

1  those two roles?

2        MS. MARTINEZ:  Objection to form.

3        THE DEPONENT:  I don't know if he made

4  that decision or not.

5    Q.   (By Mr. Olsen)  You say you don't know

6  if he made that decision or not?

7    A.   Correct.

8    Q.   Well, who reported the decision to

9  you, that those roles were going to be combined?

10   A.   Tim Elbert.

11   Q.   And when he reported that to you, what

12 did he say?

13   A.   I don't recall the conversation.

14   Q.   Do you recall any words he said on the

15 topic of combining those two positions?

16   A.   No.

17   Q.   But he is the one who decided they

18 would be combined; is that right?

19       MS. MARTINEZ:  Objection to form.

20       THE DEPONENT:  I don't know if he made

21 that decision or not.

22   Q.   (By Mr. Olsen)  Well, did he tell you

23 that it had been decided that those two roles would

24 be combined?

25   A.   It was decided that we were going to

**Peter Smith Depo.txt**                    **Page 48**

00058

1 already said?

2      A.    Specifically, no.

3      Q.    Any words or sentences or parts of

4 sentences that you can remember, other than that you

5 didn't think either one was capable?

6      A.    Specifically, no.

7      Q.    Can you recall, generally, anything

8 else you said about Rebecca Capps in that discussion

9 at Le Peep?

10      A.    General discussion would be that Becky

11 was a strong outside plant person who had limited

12 managerial diligence.

13      Q.    Anything else?

14      A.    No.

15      Q.    And with regard to Diron Benschop,

16 what did you say to him about -- what did you say to

17 Kaily Bissani about Diron Benschop?

18      A.    Diron Benschop was a strong paper

19 trail person and had some shortcomings on the

20 outside plant technical skill-set.

21      Q.    Anything else that you said to him?

22      A.    No.

23      Q.    And so those were all of the words you

24 said in the meeting at Le Peep about Rebecca Capps

25 and Diron Benschop; is that fair?

00061

1  title of the positions.  I think they were both

2  called outside plant manager.

3     Q.    Well, how long had you been Diron

4  Benschop's supervisor?

5     A.   Since 1999.

6     Q.    Was that the same length of time that

7  you had been Rebecca Capps' supervisor?

8     A.   I think that was longer.  I don't

9  recall when Becky's group came over.  That was 2000

10  or 2001.

11     Q.   Is it you, then, who -- did anybody

12  else make a determination that neither Diron

13  Benschop nor Rebecca Capps were appropriate for the

14  combined job?

15       MS. MARTINEZ:  Objection to form.

16       THE DEPONENT:  I have no way of

17  knowing.

18     Q.   (By Mr. Olsen)  But you felt neither

19  one should have that combined job; is that right?

20     A.    My opinion was that we needed -- that

21  neither one was going to be sufficient to do both

22  jobs.

23     Q.    So did you propose a solution?

24     A.   No.

25     Q.    Did you have a solution in mind?

**Peter Smith Depo.txt**                **Page 61**

00062

1      A.    No.

2      Q.    Well, what was the new job going to

3  entail that was different than what they were

4  already doing, each one?

5      A.    Well, the outside plant metro is a

6  different job than the outside plant long haul.

7      Q.    Who had been doing that?

8          MS. MARTINEZ:  Objection to form.

9          THE DEPONENT:  So the outside plant

10  metro and outside plant long haul are two separate

11  jobs in the organization.

12          Becky had been doing long haul.  Diron

13  had been doing metro.  Distinctly different jobs,

14  distinctly different responsibilities.

15      Q.    (By Mr. Olsen)  Were there any

16  responsibilities of the job that Becky was not doing

17  that you felt she couldn't do?

18      A.    Which job?

19      Q.    Well, what job was she doing?  Long

20  haul?

21      A.    Correct.

22      Q.    Were there any of the responsibilities

23  of the metro job that you felt she could not do?

24      A.    I thought Becky's job -- her attention

25  to detail and paperwork was her shortfall.  And in

00063

1  the metro area, where you're awarding a lot of

2  contracts and handling a lot of money, that was

3  going to be a problem.

4      Q.    Okay.  Any other shortfalls for

5  Rebecca Capps that led you to believe that she

6  couldn't do the combined job?

7      A.    My opinion is that Becky was doing her

8  current job, and she was not going to be able to do

9  the combined job, which would increase the workload

10  on her.

11      Q.    So there were no other shortcomings in

12  her performance that suggested to you -- other than

13  her ability to do paperwork -- that suggested to you

14  that she shouldn't do the combined job; is that

15  fair?

16          MS. MARTINEZ:  Objection to form.

17  Mischaracterizes his testimony.

18          THE DEPONENT:  You mean --

19      Q.    (By Mr. Olsen)  I'll withdraw the

20  question.  I need to make clear what I'm driving at,

21  so I understand.

22          I want to know why you wouldn't think

23  she could do the combined job.  And so far, I have

24  heard you give one reason; and that is that her

25  attention to detail and paperwork was her shortfall.

00064

1          Were there any other reasons why you

2   didn't think she could --

3      A.    It was a shortfall.

4      Q.    So my question is:  Were there any

5   other reasons or shortfalls that led you to conclude

6   that she couldn't do the combined job?

7      A.    I think there was going to be an

8   increase in the workload.  And my opinion is that

9   Becky was not going to be able to handle both

10   workloads.

11      Q.    Okay.  Anything else?

12      A.    No.

13      Q.    Now, with regard to Diron Benschop,

14   were there any shortfalls, as you use that word,

15   that led you to believe that he couldn't do the

16   combined roles, the combined job, I mean?

17          MS. MARTINEZ:  Objection to form.

18          THE DEPONENT:  I had used Diron in a

19   managerial capacity in the past, and he did not do a

20   good job for me.

21      Q.    (By Mr. Olsen)  Anything else?

22      A.    Again, an opinion that the combined

23   job would be a larger job than he could handle --

24   similar to Becky -- where the combined job, in

25   theory, would double your workload and would

00072

1 management did she do of them?

2     A.    There's workload management, vacation

3 scheduling, performance reviews. I think that is a

4 fair summary.

5     Q.    And Mr. Benschop did not have to do

6 that; is that right?

7     A.    In the metro environment, we used

8 contractors to do all of our activities.

9     Q.    Did Ms. Capps ever work on any what

10 you would call larger jobs or contracts in her role

11 while you were there?

12     A.    We had several projects that I would

13 consider large in Becky's area.

14     Q.    Do you remember what they were?

15     A.    Sure. We had a government project

16 that went on in the Colorado Springs area. And we

17 had a customer, EchoStar, in Cheyenne, Wyoming.

18     Q.    Any others?

19     A.    You have to be more specific on the

20 type of projects, because there's different

21 projects.

22     Q.    That's okay.

23        I would like to ask you if there is

24 any paperwork, that you're aware of inside Level 3,

25 that says anything to support the point of view that

**Peter Smith Depo.txt**                  **Page 72**

00076

1    Q.    And did you read anything in those

2  loose pages that you believe Ms. Capps testified to

3  that you believe was untrue?

4    A.    Yes.

5    Q.    And what was that?

6    A.    I -- that I told her that I

7  recommended her for that job.

8    Q.    Why do you believe that's untrue?

9    A.    Because I never said it.

10    Q.    How can you tell me you never said it

11  if you can't remember what you said to her on that

12  topic, as you just testified to a few minutes ago?

13      MS. MARTINEZ:  Objection to form.

14      THE DEPONENT:  I can testify what I

15  know I believe in my heart, which was she was not

16  qualified for that job; therefore, I would never

17  have told her that I was recommending her for that

18  job.

19    Q.    (By Mr. Olsen)  So you're deducing

20  that; is that right?

21      MS. MARTINEZ:  Objection to form.

22      THE DEPONENT:  Deducing what?

23    Q.    (By Mr. Olsen)  That you did not

24  recommend her for that job, that you did not tell

25  her you were going to recommend her for that job;

**Peter Smith Depo.txt**               **Page 76**