# EXHIBIT K

00001

1       IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLORADO

2

3  Civil Action No. 07-cv-00922-RPM-CBS

4  REBECCA A. CAPPS,

5     Plaintiff,

6  vs.

7  LEVEL 3 COMMUNICATIONS LLC,

8     Defendant.

9  _____

10     DEPOSITION OF REBECCA ANN CAPPS

11        August 29, 2007

12  _____

13

14

15

16

17

18

19

20

21

22

23

24

25

**Rebecca Capps.txt**         **Page 1**

00024

1  did they schedule this orientation out after you --

2      A.  After.

3      Q.  Okay.  Who did you start working for right

4  away at Level 3?

5      A.  I believe I reported directly to Mickey

6  Plemmens.

7      Q.  Did you know Mr. Plemmens --

8      A.  Yes.

9      Q.  -- before Level 3?

10     A.  Um-hum.

11     Q.  Where did you know him from?

12     A.  I knew him when I worked at Sprint, and I knew

13  him when I worked at Qwest.

14     Q.  What was your first job title?

15     A.  At level 3?

16     Q.  Yes.

17     A.  Field operations manager.

18     Q.  Were you given a job description?

19     A.  I believe so.  I don't know if I had anything

20  exactly in writing, but definitely, you know, knew that I

21  would be managing the area of Wyoming, part of Colorado,

22  and initially some of Utah and into Nevada.

23     Q.  How did you know that that was what you were

24  going to be doing?

25     A.  I was told.

00033

1  less pay?

2       MR. OLSEN:  Same objection.  You may answer.

3    A.  Yes, I believe I would have accepted less pay.

4    Q.  (By Ms. Martinez)  What's the lowest salary

5  you would have accepted?

6       MR. OLSEN:  Same objection.  You may answer.

7    A.  I don't know because a demotion like that

8  would involve going to hourly and working -- being paid

9  for the overtime that you worked, because when you're

10  salary, you work a significant amount of hours and you

11  receive the same pay, so it would be -- it's hard to say.

12  It depends if the hourly rate income is a lot of overtime

13  or a little, and those types of jobs for technicians, your

14  income fluctuates, so I would have had to maintain a

15  living, so somewhere above 40 to 50,000 a year.

16    Q.  (By Ms. Martinez)  Now, you said that you were

17  evaluated quarterly --

18    A.  Um-hum.

19    Q.  -- correct?

20    A.  Yes.

21    Q.  And you also said that you were given pay

22  raises periodically, correct?

23    A.  Yes.

24    Q.  Were you ever passed over for a pay raise?

25    A.  Yes.

00034

1    Q.  How many times?

2    A.  I'd say at least two.  There might have been

3  more, but definitely two.

4    Q.  When?

5    A.  '03 and '04.

6    Q.  Were others given a pay raise at the time in

7  '03 that you were passed over?

8    A.  My direct reports?  That would be the only

9  knowledge I have of any pay raise would be my direct

10  reports.

11    Q.  Okay.  Did your direct reports receive raises

12  at that time?

13    A.  Yes.

14    Q.  Did any of your peers receive raises --

15    A.  I wouldn't have --

16    Q.  -- at that same time period?

17    A.  I wouldn't have knowledge.

18    Q.  What about in '04, did anyone else that you're

19  aware of receive a raise at that same time period?

20    A.  My direct reports did, yes.

21    Q.  What about your peers?

22    A.  I wouldn't have knowledge of that.

23    Q.  Were you ever given a reason as to why you did

24  not receive a pay raise in '03 or '04?

25    A.  Yes.  Company struggling, you know, to keep

00040

1       A.  Yes.

2       Q.  Did you prepare those quarterly reviews every

3  quarter?

4       A.  Yes.

5       Q.  Did you prepare all of the reviews every

6  quarter?

7       A.  Yes.

8       Q.  Were you ever criticized for not completing or

9  writing managerial paperwork?

10      A.  Yes.

11      Q.  By whom?

12      A.  Pete Smith.

13      Q.  Anyone else?

14      A.  No.

15      Q.  What was Mr. Smith's issue with your

16  documentation or lack thereof?

17      A.  I think -- it's hard to explain, but I felt my

18  crew performed phenomenally and I wanted to reward them,

19  reward them with bonuses and pay raises and things like

20  that.  I felt like they went above and beyond in their

21  daily duties, and Pete, he believed that individuals,

22  unless they were involved in special projects and things

23  like that, they, you know, weren't up for the higher

24  reviews, so we had a conflict as far as our -- how we

25  managed our individuals.

00041

1      Q.   And let me make sure I understand your

2  explanation.  Level 3 has certain types of ratings that

3  you can get --

4      A.  Right.

5      Q.  -- per quarter, correct?

6      A.  Um-hum.

7      Q.  Yes?

8      A.  Yes.

9      Q.   And at this time one of them would be at or

10  above, correct?

11      A.  Yes.

12      Q.   And one of them would be exceeds expectations,

13  correct?

14      A.  Yes.

15      Q.   And so were you saying that the individuals

16  working under you, you thought some of them should be

17  getting exceeds expectations and he was telling you to

18  give them at or above?

19      A.  Yes.

20      Q.   Okay.  And how did that relate, Ms. Capps, to

21  whether or not you were documenting those things?

22      A.   Just in my -- in documenting our evaluations,

23  I would discuss -- I would talk about all the

24  accomplishments my individuals -- all their things that

25  they performed and succeeded at, and he tended to be more

00042

1  of a glass-is-half-empty individual, and he -- you know,

2  he requested that I documented along with -- you know,

3  give them something good and then give them something that

4  they're not performing as well in type thing.  So I guess

5  I struggled with pointing out more of their flaws or

6  whatever, getting it down on paper where they lacked --

7  things where they lacked.

8       Q.  Did you believe that Mr. Smith was being mean

9  spirited or was he attempting to get constructive

10  criticism?

11      A.  I believe that he felt like it was

12  constructive criticism, but he didn't -- he had never

13  worked in -- well, he didn't work in our line of work, so

14  I -- I don't think he realized what the guy -- what the

15  individuals did on a daily basis.

16      Q.  Other than this -- I don't know if -- could I

17  describe it as a difference in philosophy --

18      A.  Sure.

19      Q.  -- about how to do reviews?

20      A.  Perfect.

21      Q.  Other than that difference in philosophies

22  about how to do reviews, did you have any other conflict

23  or issues with Mr. Smith about how you should be

24  documenting certain things as a manager?

25      A.  Yeah, I'd say we did.

00052

1    Q.  Do you recall the employees' names?

2    A.  Kathy Bennett most recently.  Ray Roseberry.

3    Q.  When were these two individuals laid off?

4    A.  Kathy was laid off about a week before myself,

5 and Ray Roseberry in '03, '04.  I don't have --

6    Q.  Did Ray work directly for you?

7    A.  Yes.

8    Q.  Did you make the decision to lay off

9 Ms. Bennett?

10   A.  No.

11   Q.  Do you know who did?

12   A.  Yes.

13   Q.  Who?

14   A.  Pete Smith.

15   Q.  Did you make the decision to lay off

16 Mr. Roseberry?

17   A.  No.

18   Q.  Do you know who did?

19   A.  Pete Smith.

20   Q.  Were you aware that Level 3 had been laying

21 off groups of employees in Reductions In Force?

22   A.  Yes.

23   Q.  Do you know how many Reductions In Force

24 Level 3 had undergone before May of 2006?

25   A.  No.  I had -- no, I don't know.

**Rebecca Capps.txt**                    **Page 52**

00056

1    Q.  You were let go in May of 2006, correct?

2    A.  Yes.

3    Q.  At that time, Ms. Capps, was there anyone who

4  was doing exactly what you were doing?

5    A.  With Level 3?

6    Q.  Yes.

7    A.  No.

8    Q.  Was there anyone who was doing substantially

9  similar things to what you were doing --

10    A.  Yes.

11    Q.  -- for Level 3?  Who?

12    A.  Diron Binshop.

13       MR. OLSEN:  Would you say that again?

14       THE DEPONENT:  Diron Binshop.

15    Q.  (By Ms. Martinez)  Anyone else?

16    A.  No.

17    Q.  And why do you say that Mr. Binshop was doing

18  substantially similar things to what you were doing?

19    A.  He was considered a peer of mine, but he

20  worked in the Metro area.

21    Q.  Why do you say he was considered a peer of

22  yours?

23    A.  The outside plant inner city managers and the

24  Metro managers were just considered peers.

25    Q.  By whom?

00057

1    A.  The company.

2    Q.  Anyone in particular at the company?

3    A.  Field operations.

4    Q.  I'm trying to figure out if there's someone in

5 particular, like a name.

6    A.  No.  I mean, it's just a general, across the

7 country, across the world.

8    Q.  Did you work with Diron on a day-to-day basis?

9    A.  No.  He maintained the Metro area.  We had

10 defined lines drawn in the dirt where he started and I

11 left off.

12    Q.  Did you do any of his work in the Metro area?

13    A.  I did when he was absent.

14    Q.  Did he do any of your work outside the Metro

15 area?

16    A.  No.

17    Q.  What would happen when you were absent?

18    A.  I would have a direct report fill in for me.

19    Q.  How often did you fill in for Diron?

20    A.  Officially, I'd say two times.  I did -- you

21 know, I did go down and help him out in his area on

22 several occasions, but as far as him being completely

23 absent from work and myself taking over his workload,

24 about twice.

25    Q.  When?

00058

1    A.  Right before May and June -- I mean, April and

2  May.

3    Q.  2006?

4    A.  '5.

5    Q.  Did you participate in any discussions

6  regarding reducing head count at Level 3 in 2006?

7    A.  In regards to what?

8    Q.  Anyone.

9    A.  No.

10    Q.  Do you have any secondhand knowledge about

11  what happened in those communications about reducing head

12  count at Level 3 in 2006?

13    A.  No.

14    Q.  Do you know who first raised your name as an

15  individual who would be impacted in the May 2006 RIF?

16    A.  No.

17    Q.  Do you know who made the decision to include

18  you within the May 2006 RIF?

19    A.  Kaily Bissani.

20    Q.  Anyone else?

21    A.  No.

22    Q.  How do you know that Kaily made the decision

23  to include you within the RIF?

24    A.  He laid me off.

25    Q.  Meaning he notified you?

00093

1    Q.  Or did he call it field manager?

2    A.  He may have called it field manager,

3  operations manager.

4    Q.  Had you interviewed for the position at that

5  point, the position of field manager?

6    A.  No, not that I'm aware of.

7    Q.  Did you ever interview for the position of

8  field manager?

9    A.  No.

10    Q.  Did you ever apply for the position of field

11  manager?

12    A.  I was under the impression that the -- there

13  was talk, but never -- I was never told fully, but there

14  was talk of combining the Metro and Long Haul, and that --

15  I'm trying to make sure I get it in sequence.

16        This conversation was before the Steven Forry

17  conversation.  They were looking to combine the two

18  positions and create one.

19    Q.  Who told you that?

20    A.  I believe it was Pete Smith initially who told

21  me that and then Kaily told me that.  So in the discussion

22  of the combined areas, Pete informed me that there would

23  be -- they're looking to do one position, and it would be

24  myself, Diron Binshop, and a WilTel employee.

25    Q.  Everett McCane?

00094

1      A.  Yep, who -- and the three of us were basically

2  in line for this position.

3      Q.  What do you mean by "in line"?

4      A.  Well, they had to make a decision between the

5  three of us, and either demote the rest of us or have

6  layoffs or find other positions for us, you know, however

7  it works.

8          So I made arrangements to have housing in

9  Denver and had a lengthy conversation with my family

10  because, basically, they told me this position is in

11  Denver.  It would be based out of Denver, and I would have

12  to live in Denver to have this position.  So I made all

13  those arrangements, and -- at this time this is when Pete

14  Smith said that I was -- that he would be telling Kaily

15  that I was the most qualified individual for this position

16  and his recommendation would be, as long as I worked out

17  of Denver, that I assume this role, and that's about it.

18      Q.  Do you know whether or not Pete Smith actually

19  told Kaily Bissani that you were the most qualified and he

20  was recommending you?

21      A.  Pete Smith told me that he would tell him.

22      Q.  Okay.  I understand, but my question is a

23  little different.  Pete Smith told you he would tell him

24  that.  My question is --

25      A.  Yes.

**Rebecca Capps.txt**                                    **Page 94**

00096

1      A.  I know it was posted internally.  I don't know

2  if it was posted externally.

3      Q.  How do you know it was posted internally?

4      A.  I was told by an individual.

5      Q.  Who?

6      A.  One of my -- an individual who used to report

7  to me directly, Justin Aimone.

8      Q.  Did you apply for that position?

9      A.  I didn't, no.

10      Q.  Why not?

11      A.  I had just been let go from that position.  I

12  also knew from my conversation with Forry that they had

13  already hired Steven Forry for the position.

14      Q.  You said there was no official interviewing

15  process to your knowledge.  Do you know, even through

16  secondhand knowledge, what the different steps were that

17  Level 3 took to combine or to create a new position --

18      A.  No.

19      Q.  -- out of the old ones?

20      A.  No.

21      Q.  Were you allowed to give any input on whether

22  or not the positions would be combined or whether there

23  would be a new position or how they would structure it?

24      A.  No.

25      Q.  Do you have any knowledge other than this

00097

1 conversation with Steve Forry about what the new position

2 was actually going to be, this field manager position?

3     A.  Yes.

4     Q.  Through whom?

5     A.  Pete and Kaily and just my general knowledge

6 of the area, of the Denver division, and knowing that they

7 were going to combine the Metro department and the Long

8 Haul department, so I knew both of those jobs.  I knew the

9 scope of work that would occur.

10     Q.  Did you know whether or not they were going to

11 change the scope of work?

12     A.  There would be no way of changing it.  I mean,

13 there are specific things that have to go along with this

14 job and they would have remained the same.

15     Q.  Well, do you know one way or another whether

16 or not they changed?

17     A.  I don't know if they changed.  I don't see

18 how.

19     Q.  Did -- did Diron Binshop ever work for you?

20     A.  No.

21     Q.  Did you ever supervise him?

22     A.  No.

23     Q.  Did you ever provide any input on his job

24 performance to individuals who were supervising him?

25     A.  No.

00133
1  24th like I stated earlier.

2      Q.   Are these individuals people who reported to

3  you or are they just people who you know?

4      A.   Both.  Some did report to me and some are

5  people that I know.

6      Q.   What is the top portion of this document,

7  Exhibit 5?

8      A.   This is a reply from an individual.

9      Q.   Where is the top part of that e-mail?

10     A.   It didn't print out.  It's just the way my AOL

11  account is.  It didn't print out.

12     Q.   Who sent you that response?

13     A.   Justin Aimone.

14     Q.   Did you go to Level3.com after you received

15  this e-mail?

16     A.   Yes.

17     Q.   What did you do at Level3.com?

18     A.   I looked for -- I looked for the job listing

19  to see if it was the same position that I held.

20     Q.   Did you find it?

21     A.   Yes.

22     Q.   Did you find it under the title of field

23  manager?

24     A.   Yes.

25     Q.   Did you apply for it?

00134

1      A.  No.

2      Q.  Did anyone prevent you from applying for it?

3      A.  No.

4      Q.  Did you respond to this e-mail from Justin?

5      A.  I probably responded with a thank you or

6  something along those lines.

7      Q.  Did you keep that?

8      A.  No.  I may have just called him directly.

9      Q.  Did you have any conversations with Justin

10  about this opening and posting?

11      A.  No.  I mean, other than he saw it and I said

12  it looks like my job.  Not really.  I mean, nothing that I

13  can recall that was important.

14          (Deposition Exhibit 6 was marked for

15           identification.)

16      Q.  (By Ms. Martinez)  Ms. Capps, I've handed you

17  a two-page document marked Exhibit 6 for identification.

18  Do you recognize this document?

19      A.  Yes.

20      Q.  What is it?

21      A.  Human resources required everyone in the field

22  to fill out a profile.

23      Q.  Who asked you to do this?

24      A.  I think it was a -- I think it was like a

25  general e-mail that went out to the entire field

**Rebecca Capps.txt**                    **Page 134**

00222

1      MR. OLSEN:  Objection.  She wasn't trying to

2 imply something.  She was simply answering the question,

3 but go ahead, whatever you want to say.

4    A.  I don't really know anything about Moroccans.

5 He asked me what his nationality was and I said what it

6 was.  I do know how Kaily Bissani treated me, and it

7 was -- seemed very sexist.  It was sexist.

8    Q.  (By Ms. Martinez)  And that's because you were

9 not offered the position of field manager?

10     MR. OLSEN:  Objection as to form and

11 foundation.

12    A.  It was because he refused to speak to me.  He

13 didn't look me in the eye.  He treated the other

14 individuals in our office, the men, friendly.  He had

15 lengthy discussions with them about their projects and

16 their jobs.

17     MR. OLSEN:  You may keep going.  I have to

18 silence the noise in the other room.

19    A.  He would refuse to even speak to me at times.

20    Q.  (By Ms. Martinez)  What else?  Anything else?

21    A.  No.

22    Q.  There were no other women in the office who

23 you regularly saw Mr. Bissani interacting with; isn't that

24 correct?

25    A.  That's correct.

**Rebecca Capps.txt**           **Page 222**

00224

1  decision maker was?

2  A.  No, I guess I don't.

3  Q.  Do you know -- and I want to know if you know.

4  I don't want you to speculate.  Do you know who the

5  decision maker was with respect to this Patricia, whether

6  to let her go?

7  A.  No.

8  Q.  Now, Patricia was a WilTel employee you said?

9  A.  Yes.

10  Q.  And there were male WilTel employees who were

11  let go in 2006 too, correct?

12  A.  Yes.

13  Q.  For instance, Everett McCane?

14  A.  Yes.

15  Q.  He was a peer of yours, correct?

16  A.  Yes.

17  Q.  And there were other males who were let go in

18  the same RIF that impacted you, correct?

19  A.  In the company or in our division?

20  Q.  Yes.  Well, let's start within the company.

21  A.  I don't -- I'm assuming, yes, but I don't

22  know.

23  Q.  And within your division there were other

24  males that were impacted by the same RIF that impacted

25  you?

00225

1    A.  I don't know.  Everett McCane, that's all I

2  know.

3    Q.  Diron Binshop?

4    A.  Diron wasn't RIF'd.

5    Q.  You're not aware of him being part of the RIF?

6    A.  No.

7    Q.  Do you or would you have knowledge of who the

8  males were who were impacted by that RIF?

9    A.  No.

10    Q.  So you don't know one way or another how many

11  males were let go in that RIF; is that correct?

12    A.  That's correct.

13    Q.  Now, in Exhibit 10 on Page 1 --

14    A.  Okay.

15    Q.  -- Kaily Bissani asks you if you have an issue

16  that needs to be discussed, to please contact him

17  directly, do you see that?

18      MR. OLSEN:  Do you want to direct her to it?

19    A.  Yes, I see it.

20    Q.  (By Ms. Martinez)  And you didn't contact him

21  directly, did you?

22    A.  I replied to the e-mail.

23    Q.  Other than the e-mail?

24    A.  No, but I would have considered this a direct

25  contact.

**Rebecca Capps.txt**                    **Page 225**