# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA CAPPS,

        Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC.,

        Defendant.

---

## DECLARATION OF REBECCA CAPPS PURSUANT TO 28 U.S.C. § 1746

---

I, REBECCA CAPPS, state as follows upon information and belief:

1. I am the plaintiff in this case. I am a female with a competitive spirit, and I never minded trying out things in a so-called man's world. I consider myself feminine but I played football in a professional woman's league and have been a competitive cutting horse rider, competing for prizes in Western states.

2. I worked for Level 3 for six and one-half very successful years -- successful for the company. I ran one of the largest optical fiber networks. The job of my team included installation and maintenance of hundreds of miles of network.

3. My boss, Pete Smith, was very picky and never had a good word to say about anyone of his subordinates. I am sure that's one of the reasons that he eventually resigned. Nonetheless, I got along with him for many years. This was because I always did my job.

He repeatedly told me that I made him look good.

4. Pete thought it was unusual that a woman would enjoy working in my position. It was very technical, very tough job involving a thousand miles of fiber, and he couldn't understand why a woman would want to do the job, as grueling as it could be. But he always rated my performance as "At or Above". And I always got the best raises in my salary." So regardless of what the company is saying now, Pete Smith always told me that he thought highly of my service, and he rated me "At or Above" and said, year after year, that my team did a "great" job.

5. I was surprised that Pete left the company. Pete was part of the network of good old boys who ran the company and watched each other's backs. No woman could ever break into that network. We were always outsiders. The men all took care of each other, and sort of tolerated the women in their midst. When Pete left the company, his friends took care of him. That's why he got a separation package, when ordinarily no one gets a separation package at Level 3 for simply resigning. If Pete had been a woman, that would never have happened. Women at Level 3 never got the benefit of the doubt or any favors. What is amazing is that Level 3 brought Pete back and never required him to pay back a penny of his separation package.

6. The history of this company was very interesting. This was a male operation. There was this background feeling that women were not tough enough to do this kind of work, or could not master the technical part of it. Putting in and maintaining optical networks is very technical, and Level 3 was an almost exclusively male club in that regard. It happened repeatedly that I would meet someone and you could see the look on their face,

2

like, "Wow, a woman was responsible for this work -- and it was a hundred or two hundred miles of installation we were putting in and maintaining-- and I was responsible for it."

7. There were only a handful of females in our group, and Kaily Bissani got rid of every one in short order. One of the men who was exempted from termination was Diron Benschop. Pete Smith was critical of Diron's performance, just as Pete was critical of everyone's performance. I was far better qualified than Diron by any measure, from managerial experience, to daily experience, to miles of cable maintained. What happened is that when Kaily came in, he had an agenda to get all of the women out of his unit -- fast. And he did it.

8. I am aware that Kaily Bissani has stated in his deposition that I made the decision to terminate one of the women, Kathy Bennett. This is an outrageous lie. What has happened is that I am sure Kaily has faced discrimination claims before, because he is a very sexist personality, and he is adept at trying to maneuver to defeat them. Kaily decided to fire Kathy after Pete Smith discussed it, and Kaily decided to go through with it. He [Bissani] told me that she had to go. Kaily wanted me to be there as a witness when she was fired.

9. Kaily also let Pattie Weber go because she was pregnant and was going to need a maternity leave. When Kaily first came in, we were discussing people, and the conversation got around to Pattie Weber. He said, "You know she's pregnant, don't you?" He seemed very, very concerned, and I realized that he was not concerned about her health. Rather, he was concerned that while on her maternity leave, she was not going to be at work. I made it clear that our team always filled in and did a good job. In fact, we even filled in for Diron

Benschop in Denver when he was sick. There was no reason why Pattie Weber's maternity leave would make any difference.

10. It was not more than two or three conversations with Kaily before I realized that he was extremely uncomfortable around women. He seemed clipped, and he not only would not look you in the eye, but he would cut you off and simply turn his back and walk away, like your comments were ridiculous. It may have had something to do with Kaily's Moroccan background, I don't know. I know this -- women were second class citizens to him. He was rude and abrupt with females. He was dismissive of them in a way that you might see in the movies. I could tell the very first time I spoke with him that he rankled that a female would tell him anything about anything.

11. In my deposition, the company attorneys showed me a performance evaluation with comments on it by Kaily Bissani within a few days of his arrival. This was supposed to have been shown to me. I had seen my parts of it, the parts I had filled out. But Kaily had added narrative criticisms of me. I never saw them before my deposition. If I had, I would have gone to HR [Human Resources] about it right away because it was totally false. Kaily had been there less than a week. He was already creating a paper trail to get rid of me. He did not tolerate women in leadership roles. He never even asked me questions. I had been in a leadership and management position for pushing seven years at Level 3, and he was willing to trash that in a couple of days. He never showed me these written comments, because he knew that they were false and I would challenge them.

12. I took significant exception to his secret comments about me. They were totally false, and he had not a single "fact" correct. He claimed that I was rarely available for

anyone not in Wyoming. This was the wildest kind of lie, as I spent more time with my Colorado responsibilities than my Wyoming responsibilities. In looking at this performance evaluation, the one he never showed me, you will notice that Kaily declined to rate me in individual categories. This was his way of confessing that he did not know enough about me. But he decided to rip me anyway in the narrative, and it could not have been anything but a set-up for my eventual firing. He is a very, very crafty person.

13. You have to understand what happens at Level 3 when the [expletive deleted] hits the fan. Everyone starts getting rid of documents, and they hunker down to get their stories together. Pete Smith is a perfect example. At one point, he was commenting that he couldn't believe that Steve Forry was being brought back into the company for a job that I should have had. He joked that there must have been some naked pictures involved (meaning that Kaily hired Steve for reasons that had nothing to do with his capabilities. Pete was joking, but that would suggest how illogical it was that Kaily would simply put Steve Forry in that job at the same time firing me.

14. Pete had told me that I was the best qualified for the job that Steve Forry eventually got, and he said that he was recommending that I get the job to Kaily. But this was before I brought my discrimination claim. You can bet that Pete will have a bout of forgetfulness now.

15. When I was let go, Kaily didn't have a good thing to say. The reason he fired me was, as he said, a matter of competence. He told me I was not qualified in his eyes. He told me that I was being let go because I was not qualified for the job. It was very matter-of-fact to him. He said, "We no longer have a need for you at this company." I was well qualified

and had been doing the job with good ratings by the company for six and one-half years. Yet, Kaily just decided in his own devious way to *declare* that I was not qualified. He just couldn't handle a female in a key role like that. He did not want to supervise any women, and so he simply fired them all. It was bing, bing, bing. All of us [women] gone.

16. Kaily never told me that I was being fired because of a "reorganization." You can bet that if that was the true reason, he would have said so. As he had trouble enough facing a woman, and it would have been an easy out for him to simply state that he had no choice but to let me go because there was a reorganization.

17. Besides that, if there was a reduction in force, my firing did not reduce a thing. Steve Forry simply came in and took over my job. There was no reduction. Steve Forry was hired because of the good old boy network. I felt that Steve and Kaily had some prior relationship. Otherwise, there was no logic in firing me just to find Steve Forry a job within Level 3.

18. It was entirely predictable that even though Kaily claimed that my job was being combined with Diron Benschop's (which turned out to be untrue) that Kaily would make sure that Diron landed on his feet. That's exactly what happened. They actually created a new job "title" for Diron and kept him in his old job. The job they handed Diron was never posted and I was never told of it. They just kept Diron in his old job and gave it a new title. They did this because they had to manufacture a reason to justify keeping Diron and firing me. Diron's new job title was never posted. No one knew about it until Diron was handed the job. Kaily never advertised the job. Kaily is making that all up, because he thinks it is a way to disprove discrimination.

19. The job they gave to Diron was never posted. If it had been, I would have applied for it rather than lose my job and my career. And I would have been far more qualified than Diron for that job. That's why it was not posted.

20. This was Kaily simply creating a position for Benschop. Kaily claimed that my job and Diron's job were combined into one, and that's why I had to be laid off. That now turns out to be totally false. Diron's job remained the same, only Kaily simply gave it a new title to make it seem like a legitimate reorganization.

21. If this is what they did for Diron, then fair play suggests that they should have done that for me, or weighed me against Diron. This did not happen because this did not fit into Kaily's agenda of getting rid of all the women.

22. In the depositions it is now clear that Steve Forry simply took over my old job, managing the long-haul technicians. This was an artificial "reorganization," which Level 3 is famous for. There was no "reorganization." I was simply replaced by Steve Forry and they thought they could get away with it by declaring it to be a "reorganization."

23. Now that documents have been produced in this litigation, I can say that there was no comparing Steve's prior experience to mine. By any objective measure, I was more qualified than Steve. Not only that, Steve told me he was on a performance plan when he was previously laid off from Level 3. That was one of the reasons why he was laid off. If you are on a performance plan, you are the first to be laid off. So they hired back a guy who was on a performance plan to replace me. This only makes sense in the context of the good old boy network.

24. I am aware that Kaily Bissani's explanation for laying me off has been mutating

along the way. He eventually claimed that I was fired because I was disrespectful to him. At first he claimed this was based upon many e-mails to him -- plural. But then, when he was pinned down, he admitted it was one e-mail in particular. I was extremely frustrated in that e-mail because Kaily had already spread the word that I was going to be fired and Steve Forry was taking my job. The e-mail was dated April 24, [2006]. I wrote that e-mail after Steve [Forry] called earlier that day -- April 24th -- to tell me that Kaily said he [Forry] was taking my job, and Steve was real sorry about it. Steve assumed I had already been told, but it was a complete shock to me."

25. So obviously by the time I wrote the e-mail that Kaily said was disrespectful, he had already decided to fire me and bring in Steve Forry. I also heard that these events were disclosed in the Denver Gateway. Kaily disclosed these changes and it never occurred to him to inform me first. In writing the e-mail to Kaily, I did not intend to be disrespectful. Rather I wanted to get him to tell me why I was being replaced by Steve Forry and why no one had told me. I expected Kaily to call me right away -- but he didn't. This was consistent with the way he dealt with women. It was never direct.

26. Kaily also graduated to a new reason for firing me. He claimed that I was unwilling to move to Denver and therefore he could not give me the job that went to Steve Forry, who was hired in from the outside for it. Kaily claimed he spoke with me ten times about moving to Denver, and I refused. This was false! To the contrary, I was willing and able to move, told him so, and also told him that I had made arrangements to live with a girlfriend in Denver, Becky Shepard. I had been staying with her already and paying rent when I did.

27. I am also aware that Kaily now claims that one of the reasons I did not get the job that went to Steve Forry was because I never applied for it. This makes no sense at all, because Kaily told me that I had the job. It was mine. And this was based upon Pete Smith's recommendation. Besides that, the job was not posted until after I was fired. The reason it was posted then was that Kaily had to make it look good -- but he had already selected Steve Forry for it weeks before.

28. I never saw any advertisement for the job that they stuck Steve Forry in. A couple of days after being told I was fired, a friend informed me by e-mail that my job was already being posted on the Level 3 "Career Opportunities" board. When I read the "Requirements" of the job posting, I realized that it was my job they were advertising. Level 3 was advertising for applicants for the job I had just been fired from.

29 Kaily also claimed that he encouraged me to apply for the job. This is false. Absolutely false! Again, Kaily told me that I had the new, combined job. He never mentioned anything about already selecting Steve Forry for the job.

30. I realize now, after seeing all of the documents in this litigation, that this was all a bad joke. Kaily had no intention of keeping me employed. Not in the new job. Not in the old job. I should have known that it was all a game. After all, the man wouldn't even speak with me. He would not even acknowledge my presence. He treated me like I did not exist, refusing to respond, simply walking away. It was very disconcerting. At first, I thought he was just being juvenile. Then I realized that something else was going on -- that he could not deal with women in positions of responsibility. He just refused to do it anymore.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 19, 2008.

*[signature]*
Rebecca Capps