# EXHIBIT M

00001

1       IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO

2

  Civil Action No. 07-cv-00922-RPM-CBS

3  _____

4  REBECCA CAPPS,

5    Plaintiff,

6  v.

7  LEVEL 3 COMMUNICATIONS, INC.,

8    Defendant.

9  _____

        DEPOSITION OF KAILY BISSANI

10  _____

11      PURSUANT TO NOTICE, the above-entitled

12  deposition was taken on behalf of the Plaintiff at the

13  offices of Olsen & Brown, 8362 Greenwood Drive, Niwot,

14  Colorado, on Friday, December 21, 2007, at 1:37 p.m.,

15  before Teresa Chaplin, Registered Professional Reporter

16  and Notary Public.

17

18

19

20

21

22

23

24

25

**Kaily Bissani Depo.txt**           **Page 1**

00011

1  consider laying either one or both of them off?

2    A.   Yes.  Well, I had to make a decision to

3  combine the two jobs.  I needed someone that had both

4  experience, metro and long-haul experience.

5    Q.   Okay.  I didn't quite understand.

6      MR. OLSEN:  Is it possible, Ms. Martinez,

7  that you're getting call waiting there at home?

8      (A discussion was held off the record.)

9    Q.   (By Mr. Olsen)  So you said you had to

10  make the decision as to what?

11    A.   Well, we had to make a decision to

12  combine the two jobs under one leadership.

13    Q.   And who told you you had to make that

14  decision?

15    A.   My seniors.  I don't know where it came

16  from, but the head count, that came from my upstream,

17  came out as one manager for the OSB combined, metro and

18  long-haul.

19    Q.   And do you know who is it who created

20  that head count?

21    A.   I don't remember, to be honest with you,

22  it came from my boss, which is Tim Elbert.

23    Q.   So you were told this had to be done?

24    A.   Yes.

25    Q.   And what other changes did he tell you

00014

1 it's a new responsibility that the division didn't have

2 before.

3    Q.   Okay.  Well, you're talking about

4 Mr. Forry's new function?

5    A.   Exactly.

6    Q.   Who created that new function?

7    A.   It's me and my superiors, because we

8 combined two responsibilities under one.

9    Q.   And who is it who first suggested

10 creating the new function?

11    A.   I don't remember.

12    Q.   Was it you?

13    A.   No.

14    Q.   Well, who did you speak with --

15    A.   It's the head count allocation that

16 acquired us -- or required us to combine the two

17 functions under one.

18    Q.   Mr. Bissani, we're going to have to be a

19 little more careful not to talk at the same time.

20 Because this deposition is by phone, it really can't be

21 like a casual conversation.  So if you can allow me to

22 finish a question, then I'll be quiet while I listen to

23 your answer, how does that sound?

24    A.   Okay.  If you can allow me to finish,

25 too, I'll be good with that.

**Kaily Bissani Depo.txt**                              **Page 14**

00015

1      Q.   Very good.  Now, are you saying that

2  somebody issued you a document that told you to create

3  the new function?

4          MS. MARTINEZ:  Objection to form.

5      A.   No, no, it's -- the new head count

6  allocation for the division, after we combined, the two

7  organizations required us to have one manager that will

8  do both, OSB long-haul and OSB metro, which is a new

9  field manager position that we created for that.

10     Q.   (By Mr. Olsen)  And who's the "we" who

11  created it?

12     A.   It's me and -- Level 3, how about that.

13     Q.   Who?

14     A.   Level 3 Communications.

15     Q.   Well, what other human being, whose names

16  you know, helped you create that?

17     A.   Well, let's see, I report to Tim Elbert,

18  and Tim Elbert reported to somebody else.

19     Q.   Well --

20     A.   Did that answer your question?

21     Q.   Did Mr. Elbert tell you to create that

22  new position?

23     A.   Yes.

24     Q.   Was it his idea?

25     A.   No, it's the requirements of the job.

00018

1    Q.   And what did it say about Mr. Benschop's

2  job function?

3    A.   It didn't say anything about Benschop,

4  period.

5    Q.   What did it say about Ms. Capps' job

6  function?

7    A.   It didn't say anything about Becky Capps.

8    Q.   So who is it who decided what would

9  happen to those two people?

10    A.   Okay.  I just told you that the form that

11  I received or the spreadsheet, it showed number of head

12  count and positions, no names stated on it.  It was

13  just -- everybody had to apply for those positions,

14  especially if they are brand-new position.

15    Q.   And who decided what would happen to

16  Mr. Benschop and Ms. Capps?

17    A.   They both applied -- what I think --

18  Diron, I know for sure he applied for the position, and

19  he was not qualified for the new field manager

20  position, nor did Becky Capps.

21    Q.   I hear that, but I want to know who

22  decided what would happen to those two.

23    A.   I made a decision to select who's going

24  to be able to run the new field manager position.

25    Q.   And who did you select?

**Kaily Bissani Depo.txt**                          **Page 18**

00027

1      A.   Yes.

2      Q.   And did Ms. Capps' function go to

3  Mr. Forry?

4      A.   Yes.

5      Q.   So why wasn't Mr. Benschop then

6  terminated like Ms. Capps was?

7      A.   Because there was a position open for a

8  technician and he took a demotion.

9      Q.   And who decided he would take that

10  demotion?

11     A.   He decided, himself.  If he didn't take

12  the demotion, he would have gotten laid off.

13     Q.   And who decided that if he didn't take

14  that demotion, he would be laid off?

15     A.   He applied for the job like everybody

16  else.

17     Q.   I hear that.  I want to know who made the

18  decision to -- well, let's put it this way:  Did you

19  discuss with him taking the demotion to technician?

20     A.   Did I discuss with him?  I don't remember

21  that, no.

22     Q.   Well, who is it who decided that he had

23  that option?

24     A.   It would have been his new boss.

25     Q.   Mr. Forry decided that?

**Kaily Bissani Depo.txt**                    **Page 27**

00028

1      A.    Yes.

2      Q.    And so Mr. Forry would have been the one

3  to decide if Ms. Capps had the same option; is that

4  right?

5          MS. MARTINEZ:  Objection to form.

6      A.    No, the problem is, Ms. Capps was in --

7  she lived in Wyoming, and we needed a technician in the

8  Denver area.

9      Q.    (By Mr. Olsen)  Well, if she had been

10  willing to move to Denver, would she have received the

11  same option of being demoted to technician that

12  Mr. Benschop had?

13      A.    Mrs. Capps had never had interest in

14  moving to Denver.

15      Q.    But if she had expressed that interest to

16  you, would she have been offered the same option of

17  being demoted to technician that Mr. Benschop was

18  offered?

19          MS. MARTINEZ:  Objection to form.

20      A.    She didn't have the metro experience.

21      Q.    (By Mr. Olsen)  Well, what is your answer

22  to my question?

23      A.    What question is that, sir?

24      Q.    The one I just asked you.

25      A.    Say that again.

00030

1      A.   I would assume so.  I don't remember, but

2   I would assume so.

3      Q.   Well, who decided to post that job on the

4   Web?

5           MS. MARTINEZ:  Objection to form.

6      A.   The new manager.

7      Q.   (By Mr. Olsen)  So is it not you -- did

8   you think about the possibility of Ms. Capps being

9   demoted to technician?

10          MS. MARTINEZ:  Objection to form.

11     A.   To what job, sir?

12     Q.   (By Mr. Olsen)  Any job at any time.

13          MS. MARTINEZ:  Objection to form.

14     A.    Well, the jobs that were available were

15  in the metro environment, and she didn't have that

16  experience.

17     Q.   (By Mr. Olsen)  What's the answer to my

18  question --

19          MS. MARTINEZ:  Objection to form.

20     Q.   (By Mr. Olsen)  Yes or no?

21          MS. MARTINEZ:  Objection to form.

22     A.   State it differently, please.

23     Q.   (By Mr. Olsen)  Mr. Bissani, I want you

24  to focus on my question.  I'm going to ask this in the

25  form of a yes or a no, okay?  I'd like to ask you

**Kaily Bissani Depo.txt**                           **Page 30**

00054

1     Q.   Okay.  Mr. Bissani, when you --

2     A.   Sorry about that.  Go ahead.

3     Q.   When Ms. Capps was in your chain of

4 command beneath you, what was the name of your unit?

5     A.   There was no unit, I never called it a

6 unit, it's a division, it's the field services

7 division, Denver area.

8     Q.   Okay.  And where did you work before you

9 were at the field services division?

10    A.   I was running the West Coast region.

11    Q.   What was your job title?

12    A.   I was the vice president of operations.

13    Q.   Were you demoted to the field service

14 division?

15    A.   I applied for open positions.

16    Q.   Was it a demotion that you got?

17    A.   It was a different -- totally different

18 job, totally different position.

19    Q.   Was it a demotion or not?

20    A.   You can call it whatever you want to call

21 it.

22    Q.   Well, did it pay more or less?

23    A.   Actually, I got paid more.

24    Q.   So when you became -- when you moved to

25 the field service division, your salary went up, is

**Kaily Bissani Depo.txt**            **Page 54**

00055

1  that what you're saying?

2      A.   Yes.

3      Q.   Did you want -- were you told that your

4  job on the West Coast was going to be eliminated?

5      A.   Yes, all of the jobs for field services

6  were open to grab and everybody had to apply for the

7  positions.  As we combined the two organizations, the

8  positions all opened up and you apply for whatever you

9  feel like you want to do, and that's what I did.

10     Q.   Before Mr. Forry came to the field

11  services division, did you know him?

12     A.   I knew of him, I knew his dad very well.

13     Q.   Had you ever met Mr. Steven Forry before

14  he came to your division?

15         MS. MARTINEZ:  Objection to form.

16     A.   Yeah, we had maybe a couple meetings or

17  so.  He was working in the northwest coast.

18     Q.   (By Mr. Olsen)  A couple meetings?  Why

19  would you have met with him?

20     A.   Why would I have met with him?  We would

21  have all-hands meetings, and I met him.

22     Q.   Okay.  Now, what was Mr. Forry's father's

23  name?

24     A.   Lou Forry.

25     Q.   When did you first meet Mr. Forry,

00057

1      A.   Yes, she was going for the same job as

2 anybody else.

3      Q.   (By Mr. Olsen)  Okay.  Well, my question

4 was, did you ever speak with her about it?

5           MS. MARTINEZ:  Objection to form.

6      A.   I don't remember that.

7      Q.   (By Mr. Olsen)  You don't remember

8 anything --

9      A.   I don't remember, I really don't.

10      Q.   Do you remember anything you said to her

11 or anything she said to you about the job that

12 Mr. Forry filled?

13      A.   I don't remember that.

14      Q.   Okay.  Do you remember any discussions

15 with Rebecca Capps about moving to Denver?

16      A.   Yes.

17      Q.   How often did you discuss that with her?

18      A.   Probably, I don't know, 10 times.

19      Q.   And why is it that you discussed that

20 with her?

21      A.   To make sure that she understands that

22 the new job is the field manager job that required

23 people to be in Denver.

24      Q.   And you talked with her about that up to

25 10 times?

**Kaily Bissani Depo.txt**                    **Page 57**

00058

1    A.   At least.

2    Q.   Well, why did it keep coming up?

3    A.   Why did it keep coming up?

4    Q.   Yes.

5    A.   Because she never showed up.  She showed

6  up maybe once or twice.

7    Q.   She never showed up where?

8    A.   To Denver.

9    Q.   Well, did you have a meeting scheduled

10  with her in Denver that she didn't show up for?

11    A.    I don't remember meetings, but she -- the

12  job required activities in Denver and needed management

13  in Denver, and she didn't show -- if she wanted that

14  job that bad, she would have been in Denver.

15    Q.    So why did you feel the need to speak

16  with her about it 10 times?

17        MS. MARTINEZ:  Objection to form.

18    A.   Why did I do that?

19    Q.   (By Mr. Olsen)  Yes.

20    A.   To explain what the job is.

21    Q.   Well, were you asking her any questions?

22    A.   I don't remember if I asked her any

23  questions.

24    Q.   Well --

25    A.   I've talked to her like any other

**Kaily Bissani Depo.txt**                    **Page 58**

00059

1 employees I have.

2    Q.   Well, why did you go back to her to talk

3 about the same topics over and over, as many as

4 10 times?

5        MS. MARTINEZ:  Objection to form.

6    A.   Because she was asking the questions and

7 I was answering.

8    Q.   (By Mr. Olsen)  And what was she asking

9 you?

10   A.   Would this job require for me to move to

11 Denver, I said yes.

12   Q.   Well, were you trying to encourage her to

13 apply for it?

14   A.   Absolutely.

15   Q.   Why?

16   A.   Because I encouraged everybody to apply

17 for the job.

18   Q.   10 times?

19   A.   When I -- I didn't encourage her 10

20 times, but I encouraged her many times.

21   Q.   Well, didn't you think when you were

22 encouraging her that she was qualified for the job?

23       MS. MARTINEZ:  Objection to form.

24   A.   I encouraged everybody to apply for the

25 job, it doesn't mean that, you know, that they are

**Kaily Bissani Depo.txt**                    **Page 59**

00060

1  going to meet the requirements, I encouraged everyone

2  to apply for the job.

3      Q.   (By Mr. Olsen)  Well, when you encouraged

4  her to apply for the job, did you think she was

5  qualified for it or did you not?

6          MS. MARTINEZ:  Objection to form.

7      A.   I didn't think she was qualified for the

8  job, no.

9      Q.   (By Mr. Olsen)  Now, in trying to decide

10  if she was qualified for the job, did you look at her

11  resume?

12     A.   Yes, I did.

13     Q.   Yes, you did?

14     A.   Yes, I looked at her resume.

15     Q.   Okay.  And when was it that you did that?

16     A.   Actually, I looked at all of the resumes

17  when I just took over the job, to understand what I

18  have in my organization.

19     Q.   Okay.  But I actually was talking about

20  at the time you said you considered her or encouraged

21  her to apply, did you look at her resume then?

22         MS. MARTINEZ:  Objection to form.

23     A.   I looked at the resumes, as I said, when

24  I took on the responsibility of that division.

25     Q.   (By Mr. Olsen)  Yeah, and I heard --

**Kaily Bissani Depo.txt**                    **Page 60**

00061

1        A.   I looked at everybody's resume and I

2   looked at everybody's performance, work experience, to

3   understand what I have in front of me.

4        Q.   And I hear you saying that, but at the

5   time you were encouraging her to apply, did you look at

6   her resume?

7        A.   I looked at it before, yes.  I knew

8   exactly what she did before, and I understand her

9   experience, yes.

10        Q.   Your answer was, I looked at it before,

11   but what I'm really asking you is if you looked at it

12   at the time you were encouraging her to apply.

13        A.   Okay, what do you mean, I'm looking at

14   her resume and asking her a question?  I don't

15   understand the question here.  You asked me did I look

16   at her resume, yes, I have.

17        Q.   I actually didn't ask you that,

18   Mr. Bissani.  I asked you if at the time you encouraged

19   her to apply for that job, whether at that time you

20   looked at her resume, that's all I'm asking you.  What

21   is your answer?

22        A.   I don't remember at that time if I looked

23   at her resume and asked her the questions, I don't

24   remember that.  I remember I looked at her resume when

25   I received the job, when I started managing her, to

**Kaily Bissani Depo.txt**                    **Page 61**

00062

1 understand what she had experience in.

2      Q.   Okay.  Did you know that Ms. Capps had a

3 place in Denver?

4         MS. MARTINEZ:  Objection to form.

5      A.   She never told me.

6      Q.   (By Mr. Olsen)  So you didn't know that;

7 is that right?

8         MS. MARTINEZ:  Objection to form.

9      A.   I don't know that, no.

10        MR. OLSEN:  Okay.  And let me check my

11 notes a little bit here.

12        (Pause in proceedings.)

13        MR. OLSEN:  Let's take a short break,

14 maybe less than five minutes, then we'll be able to

15 wrap up.

16        MS. MARTINEZ:  Okay.  I'll be back in

17 five.

18        (A short break was taken.)

19      Q.   (By Mr. Olsen)  Mr. Bissani, I think I

20 can wrap up really quickly here.

21        Do you remember receiving a resume from

22 Mr. McCain for the job that Mr. Forry got?

23      A.   Yes.

24      Q.   And do you know if you let Lou Forry know

25 that there was that job opening?

**Kaily Bissani Depo.txt**                    **Page 62**

00064

1 had to make the decision that involved Ms. Capps, who

2 else did you consider to RIF?

3    A.   For that position?  We --

4    Q.   No, no, no, not for that position.  I'm

5 talking about generally, who else in that same RIF did

6 you consider to RIF?

7       MS. MARTINEZ:  Objection to form.

8    A.   I RIF'd -- we RIF'd a few people,

9 including Everett McCain; we RIF'd Kathy Bennett; we

10 RIF'd, I think the lady is Barbara, I don't remember

11 her name; and Becky.

12    Q.   (By Mr. Olsen)  Okay.  But who else did

13 you consider to RIF and decided not to RIF?

14       MS. MARTINEZ:  Objection to form.

15    A.   I didn't consider anyone like that.  I

16 don't remember if I considered someone to RIF and

17 didn't RIF them, I don't remember that.

18    Q.   (By Mr. Olsen)  I didn't quite understand

19 you.  Is there anyone else you considered for RIF'ing

20 besides those four people you just named?

21       MS. MARTINEZ:  Objection to form.

22    A.   I don't think so.  I don't know.  And I

23 don't remember.

24    Q.   (By Mr. Olsen)  Well, for instance,

25 didn't you consider RIF'ing Mr. Benschop?

**Kaily Bissani Depo.txt**           **Page 64**

00065

1      A.   For that period?

2      Q.   During that RIF.

3      A.   No, I don't think so.  As I say, the

4  RIF'ing was -- it could come every month based on the

5  head count allocation per month, that's how we made a

6  decision.

7      Q.   I'm just trying to see, you named

8  Mr. McCain, Ms. Bennett, someone named, did you say

9  Barbara?

10      A.   Yes, I don't remember her name.  She was

11  in Wyoming, yes.

12      Q.   And Ms. Capps; right?

13      A.   Yes.

14      Q.   And you considered whether you should RIF

15  them or not; right?

16      A.   Okay.

17      Q.   And is that right?

18      A.   Yes.

19      Q.   And indeed, you decided to RIF them; is

20  that right?

21          MS. MARTINEZ:  Objection to form.

22      Q.   (By Mr. Olsen)  RIF'ing, meaning,

23  terminate them in a RIF; right?

24          MS. MARTINEZ:  Objection to form.

25      A.   Yes.

**Kaily Bissani Depo.txt**                    **Page 65**

00075

1  on?

2      A.   She wasn't working on any projects.  Let

3  me just explain.  The OSB --

4      Q.   Well, wait a minute, you said she wasn't

5  working on any projects, you mean she had nothing to

6  do?

7          MS. MARTINEZ:  Objection to form.

8      A.   Managing the team and managing the

9  day-to-day activities.  I can't tell you specifically

10  what she was doing that week.

11      Q.   (By Mr. Olsen)  Well, I didn't mean that

12  week.  I mean, you said that you kept Mr. Benschop on

13  and in his same job title because he had projects to

14  complete.  So now I'm going to ask you with regard to

15  Ms. Capps, what projects was she working on at the time

16  you terminated her?

17      A.   Most of the projects were managed by her

18  team directly.

19      Q.   What projects were those?

20      A.   It could be locating services, it could

21  be installation services, most of that stuff is done by

22  her team, she manages the team to do the job.  So we

23  didn't need her services to do that if the team could

24  do it and Steve could manage them after that.

25      Q.   Well, didn't Mr. Benschop have a team?

**Kaily Bissani Depo.txt**                    **Page 75**

00076

1    A.  No, Benschop did not have a team.

2  Usually for the metro environment, we have contractors

3  doing the hand work and labor, and he manages them.

4    Q.  And what projects was Ms. Capps' team

5  working on?

6    A.  It could be customer installation and

7  some of the locating services out -- I don't remember

8  specifically what project they were working on.

9    MR. OLSEN:  Okay.  Well, listen, I have

10  run out of questions for you, Mr. Bissani.  I want to

11  thank you for taking the time.  But because I've asked

12  so many, Ms. Martinez has the right and the opportunity

13  to go forward and ask questions.

14    MS. MARTINEZ:  I do not have any

15  questions.

16    MR. OLSEN:  Okay.  Well, thank you both.

17    (Whereupon, the deposition was concluded

18  at 3:27 p.m.)

19

20

21

22

23

24

25

**Kaily Bissani Depo.txt**        **Page 76**