# EXHIBIT N

```
00001
 1        IN THE UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF COLORADO
 3  Civil Action No.: 07-CV-00922-RPM-CBS
    _____
 4
    REBECCA CAPPS,
 5
         Plaintiff,
 6  vs.
 7  LEVEL 3 COMMUNICATIONS, INC.,
 8       Defendant.
    _____
 9
10       TELEPHONIC DEPOSITION OF JUSTIN C. AIMONE
11  _____
12         PURSUANT TO NOTICE, the
13  above-entitled deposition was taken on behalf of
14  the Plaintiff at the offices of Olsen & Brown, LLC,
15  8362 Greenwood Drive, Niwot, Colorado, on December
16  28, 2007, at 9:17 a.m., before Jana Mackelprang,
17  Certified Realtime Reporter, Registered Professional
18  Reporter, and Notary Public.
19
20
21
22
23
24
25
```

```
00009
 1 Asked and answered.
 2         THE DEPONENT:  It depends on what
 3 qualification you give to that.  I performed install
 4 duties, which, depending on who you ask, would fall
 5 under metro work; but as far as working under a
 6 metro facility, I did not.
 7    Q.    (By Mr. Olsen)  What install duties
 8 did you do that somehow related to metro?
 9         MS. MARTINEZ:  Objection to form.
10         THE DEPONENT:  Installation of
11 equipment on the long-haul route in my area, and I
12 also did some work in the Denver division, in the
13 Denver Gateway and surrounding areas.
14    Q.    (By Mr. Olsen)  I missed your last
15 answer.
16    A.    Most of that work, I guess, would
17 entail installation of communication gear on the
18 long-haul route in my area and in other areas, and I
19 also assisted in the Denver Gateway on a few
20 occasions.
21    Q.    Did you consider that metro work?
22         MS. MARTINEZ:  Objection to form.
23         THE DEPONENT:  I did not, but it may
24 fall under that category.
25    Q.    (By Mr. Olsen)  Why do you say that?
```

```
00028
 1    Q.    Do you remember what training that was
 2 that you were required to provide?
 3    A.    I provided some unofficial training to
 4 some of the Denver Gateway technicians on OTDRs.
 5    Q.    Is that O-T, as in Tom, D, as in
 6 David, R?
 7    A.    Correct.
 8    Q.    What does that stand for?
 9    A.    Optical time domain reflectometer.
10 It's a piece of test gear that we use.
11    Q.    Why is it that you needed to train
12 them?
13          MS. MARTINEZ:  Objection to form.
14    Q.    (By Mr. Olsen)  If you know?
15          MS. MARTINEZ:  Objection to form.
16          THE DEPONENT:  I was proficient using
17 that piece of equipment, and was just trying to be
18 helpful.
19    Q.    (By Mr. Olsen)  Who was your
20 supervisor at that time?
21    A.    Becky Capps.
22    Q.    And who did you have to train there in
23 Denver?
24          MS. MARTINEZ:  Objection to form.
25          THE DEPONENT:  I did not have to train
```