# EXHIBIT O

00001

1           IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO

2
    Civil Action No. 07-cv-00922-RPM-CBS

3   _____

4  REBECCA CAPPS,

5       Plaintiff,

6  v.

7  LEVEL 3 COMMUNICATIONS, INC.,

8       Defendant.

9   _____

            TELEPHONIC DEPOSITION OF BOB COOPER

10  _____

11          PURSUANT TO NOTICE, the above-entitled

12  telephonic deposition was taken on behalf of the

13  Plaintiff at the offices of Olsen & Brown,

14  8362 Greenwood Drive, Niwot, Colorado, on Thursday,

15  December 20, 2007, at 9:06 a.m., before Teresa Chaplin,

16  Registered Professional Reporter and Notary Public.

17

18

19

20

21

22

23

24

25

00011

1    A.   Seven.

2    Q.   How many worked in your unit when

3  Ms. Capps was there?

4       MS. MARTINEZ:  Objection to form.

5    A.   I really can't recall, because it's been

6  reorganized since then.  I would say approximately

7  seven or eight then, also.

8    Q.   (By Mr. Olsen)  Has your unit gotten

9  bigger or smaller since Ms. Capps was there?

10      MS. MARTINEZ:  Objection to form.

11    A.   It's currently the same size, I think.

12    Q.   (By Mr. Olsen)  Okay.  Now, did you ever

13  notice that Mr. Benschop's job title had changed?

14    A.   No.

15    Q.   Did he continue to work in the same job

16  that he did -- and I guess what I mean to say is, when

17  Mr. Ford came in, did Mr. Benschop continue to work in

18  the same capacity he did before?

19      MS. MARTINEZ:  Objection to form, calls

20  for speculation.

21    Q.   (By Mr. Olsen)  Well, I'll withdraw the

22  question and ask you this:  Did you work with

23  Mr. Benschop?

24    A.   No.

25    Q.   Never?

00012

1      A.   Hardly ever.

2      Q.   Well, do you know what his job title was

3   when Ms. Capps worked there?

4      A.   I think he was the metro -- he had

5   something to do with the metro outside plant manager or

6   something like that, I have no idea.

7      Q.   Okay.  And do you know what his job was

8   after Mr. Forry came in?

9      A.   No, I don't.

10      Q.   And do you know where Mr. Bissani is now?

11      A.   I heard, back east.

12      Q.   Do you know if he's left the company?

13      A.   He has left the company.

14      Q.   Do you know why?

15      A.   No.

16      Q.   Did he ever tell you why?

17      A.   No.

18      Q.   Did he tell you he was leaving?

19      A.   No.

20      Q.   When Ms. Capps was employed there, was

21   she your supervisor?

22      A.   That's correct.

23      Q.   And did you have an opportunity to

24   evaluate her?

25      A.   Yes.

00029

1           Was Mr. Benschop's job ever combined into

2  Ms. Capps' job?

3      A.   I can't answer that.  I couldn't tell

4  you.

5      Q.   Well, who took Ms. Capps' job?

6           MS. MARTINEZ:  Objection to form.

7      A.   Steve.

8      Q.   (By Mr. Olsen)  Who?

9      A.   Steven Forry.

10     Q.   And how could you tell that he did that?

11          MS. MARTINEZ:  Objection to form.

12     A.   You need to clarify that question.

13     Q.   (By Mr. Olsen)  Well, how could you tell

14  that he was the one who came in and took Ms. Capps'

15  job?

16          MS. MARTINEZ:  Objection to form.

17     Q.   (By Mr. Olsen)  I shouldn't say took her

18  job, I should say assumed her duties, how's that?

19     A.   Because it was reported to us that he

20  would be the new field manager.

21     Q.   Okay.  And when it was reported to you,

22  was that in writing or orally?

23     A.   I can't recall.  I would say in writing.

24     Q.   Okay.  And do you remember who sent that

25  to you?

**Bob Cooper Depo.txt**                                    **Page 29**

00032

1      Q.    You mean you didn't observe that?

2      A.    No, I didn't, that's correct.

3      Q.    If he had done so, would you have been

4  able to detect that?

5          MS. MARTINEZ:  Objection to form, calls

6  for speculation.

7      A.    No.

8      Q.    (By Mr. Olsen)  Now, do you know what the

9  metro job consisted of, what the duties were there?

10         MS. MARTINEZ:  Objection to form.

11     A.    No.

12     Q.    (By Mr. Olsen)  So do you have any idea

13  of whether Ms. Capps was capable of doing the metro job

14  that Mr. Benschop had?

15     A.    Yes.

16     Q.    And was she?

17         MS. MARTINEZ:  Objection to form.

18     A.    I feel she would have performed those

19  duties, yes.

20     Q.    (By Mr. Olsen)  And what are you basing

21  that on?  I know you've been in the business a long

22  time, that's why I'm asking you that.

23     A.    On her past experience --

24         MS. MARTINEZ:  Objection to form.

25     Q.    (By Mr. Olsen)  I'm sorry, start over.