# EXHIBIT P



**Total Reward Statement and Performance Summary**                                    Q1 - 2006

[ Print ] [ Close ]

### Employee Information

| | |
|---|---|
| Employee Name: | Capps, Rebecca |
| Job Title: | OSP Manager |
| Department: | Field Operations Gateway |
| Supervisor: | Bissani, Kaily |

### Period Review Details

| Period Review | |
|---|---|
| Period Rating | This quarter your performance rating is At / Above. Meeting Level 3's high expectations is a challenge and your contribution is a key driver of our success. Your accomplishments are reflected in your quarterly rewards, outlined below |
| Bonus | **Your quarter bonus target is equal to 15% of your annual bonus target and is adjusted to reflect the company's funding of the quarter bonus pool at 110%.** This quarter's bonus recommendation is 90%. Your quarterly bonus payout is based on your individual performance against your quarterly objectives. Your bonus may also be pro-rated based on your hire date or employment status. |

| Bonus | Actual Pre-tax Bonus |
|---|---|
| Quarterly Bonus | 2643 USD |

| LTI | Based on your quarter performance rating, you will receive a grant of 90% of your target award. To view the actual number of units received, go to ShareNet. Your quarter award, as a percent of target, is listed below.<br>Note: LTI targets are reviewed on a quarterly basis and may be revised. |
|---|---|

| LTI | Award |
|---|---|
| OSO | 270 Units |

### Period Comments and Ratings

| Self-Evaluation | While working towards my objective of improving and staying committed to the requirements of many different documents my director needed to conduct the Denver Division business I feel I became more efficient, and detailed, and achieved some of these goals.<br><br>Worked closely with my techs and subcontractors on biding several relos, a restoration and two network laterals, I detailed out the projects allowing the contractors to bid appropriately while getting the best cost of construction for the company.<br><br>Worked with my team on the Echostar Movaz, DMX, DX upgrade. |
|---|---|

Level 3 00203

|  | This last quarter I work on and completed several annual projects that involve keeping this group compliant with company policies, I worked to better equip my team for fear that my roll was no longer necessary at this company. These last few months were difficult personally with the uncertainty of my own role in the company I stayed focused encouraged my team to keep a positive outlook and to stay determined on exceeding customer expectation and continue to be driven on the day to day 100% operations of our area. |
|---|---|
| Self-Rating | At / Above |
| Supervisor-Evaluation | She is the current OSP Long Haul Manager, and didn't work for me in Q1, however, I did receive input from her previous manager: Beckey is very technical and understands the OSP/construction aspect of the business, and however, Becky lacks leadership and management skills and lives 3 hours away from Denver. Becky never managed a Metro OSP market before. Becky managed 5 EO'ss, but was rarely available for anyone that doesn't live in Wyoming, in the next few quarters, I want to work with Becky in becoming a good manager to her team and follow up with some leadership training. Becky, I am glad that you are part of the team and I hope that we can work as a team to create the best division in the North. |
| Supervisor-Rating | At / Above |

## Bonus History

| Bonus Date | Actual Pre-tax Bonus | Percent of Target |
|---|---|---|
| Q1 - 2006 | 2643 USD | 90% |

## LTI History

| Award Date | Percent of Target |
|---|---|
| Q1 - 2006 | 90% |

## Objectives

**Objective: # 1**                                                                 **Weight:**          18 %

Customer Service

**Self Evaluation Comments:**

                                                                       **Self Rating:**         At / Above

**Supervisor Evaluation Comments:**

                                                                  **Supervisor Rating:**      None Selected

---

**Objective: # 2**                                                                 **Weight:**          18 %

Construct and Build Network

**Self Evaluation Comments:**

                                                                       **Self Rating:**         At / Above

**Supervisor Evaluation Comments:**

                                                                  **Supervisor Rating:**      None Selected

Level 3 00204

| Objective: # 3 | Weight: | 18 % |
|---|---|---|
| Financial | | |

**Self Evaluation Comments:**

| | Self Rating: | At / Above |
|---|---|---|

**Supervisor Evaluation Comments:**

| | Supervisor Rating: | None Selected |
|---|---|---|

| Objective: # 4 | Weight: | 18 % |
|---|---|---|
| Projects | | |

**Self Evaluation Comments:**

| | Self Rating: | At / Above |
|---|---|---|

**Supervisor Evaluation Comments:**

| | Supervisor Rating: | None Selected |
|---|---|---|

| Objective: # 5 | Weight: | 18 % |
|---|---|---|
| Teamwork and Self-Development | | |

**Self Evaluation Comments:**

| | Self Rating: | At / Above |
|---|---|---|

**Supervisor Evaluation Comments:**

| | Supervisor Rating: | None Selected |
|---|---|---|

| Objective: # 6 | Weight: | 10 % |
|---|---|---|

Builds a high performance team through effective people management: 1) Sets clear goals and performance expectations. 2) Delegates right level of work, balancing business and development needs. 3) Ensures timely flow of information and communicates context for business decisions. 4) Regularly coaches, provides feedback and develops direct reports to full performance. 5) Empowers direct reports to make decisions and take action. 6) Recognizes and rewards individual and team success. 7) Maintains a positive and motivational work environment.

**Self Evaluation Comments:**

| | Self Rating: | At / Above |
|---|---|---|

**Supervisor Evaluation Comments:**

| | Supervisor Rating: | None Selected |
|---|---|---|

**Success Factors**

Level 3 Success Factors

## Think and Act Like an Owner!

Demonstrate a passion for the vision and understand how it applies to my role

Level 3 00205

Approach work with initiative and drive
Act decisively in the best interest of the company and shareholders
Respect fellow owners
Take appropriate risks
Demonstrate an owner's understanding of the business
Take responsibility for continuous learning to be the best in my field

**Exceed Customer Expectations!**
Proactively set appropriate customer expectations
Anticipate and promptly respond to customer needs
Drive priorities based on customer commitments
Ensure exceptional internal/external customer satisfaction
Exhibit relentless intellectual curiosity and flexibility

**Lead with Passion and Integrity!**
Lead by example and always act with integrity
Aggressively manage execution
Recruit, develop, motivate and retain an effective team
Proactively seek and provide coaching and timely feedback
Communicate effectively at all levels in the organization
Create and support an environment of team effectiveness
Plan, align and cascade goals strategically

**Achieve Results**
Define and passionately drive for timely, quality results
Understand and monitor key measures of success to foster continuous improvement
Foster teamwork across boundaries to optimize business results
Thrive in rapidly changing and ambiguous environments
Embrace unconventional approaches to provide breakthrough improvement

**Self Evaluation Comments:**

**Self Rating:** At / Above

**Supervisor Evaluation Comments:**

**Supervisor Rating:** None Selected