# EXHIBIT Q

Rebecca Capps.txt
03/27/2006 08:52:39 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.6NorthOffice1 [In]
03/27/2006 09:35:35 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.5SouthOffice1 [In]
03/27/2006 10:36:53 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.5SouthOffice1 [In]
03/27/2006 13:09:41 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.6NorthOffice1 [In]
03/27/2006 14:03:32 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.6NorthOffice1 [In]
*** [Switching to journal volume: 410] ***
04/03/2006 08:35:09 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.6NorthOffice1 [In]
04/03/2006 09:26:51 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.6NorthOffice1 [In]
04/03/2006 14:33:10 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.6NorthOffice1 [In]
04/03/2006 15:26:04 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.5SouthOffice1 [In]
04/11/2006 09:17:49 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.6NorthOffice1 [In]
04/11/2006 10:57:26 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.6NorthOffice1 [In]
04/11/2006 14:31:48 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.6NorthOffice1 [In]
04/11/2006 15:43:20 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.5SouthOffice1 [In]
04/12/2006 09:01:12 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.6NorthOffice1 [In]
04/12/2006 10:25:24 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.5SouthOffice1 [In]
04/12/2006 14:17:53 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.6NorthOffice1 [In]
*** [Switching to journal volume: 411] ***
04/13/2006 08:13:37 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.6NorthOffice1 [In]
04/13/2006 09:26:37 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.6NorthOffice1 [In]
04/13/2006 11:00:26 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.5SouthOffice1 [In]
04/17/2006 07:49:48 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.5SouthOffice1 [In]
04/17/2006 08:45:35 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.5SouthOffice1 [In]
04/17/2006 09:40:16 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.5SouthOffice1 [In]
04/17/2006 10:44:51 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.5SouthOffice1 [In]
04/17/2006 11:09:41 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.5SouthOffice1 [In]
04/21/2006 13:28:40 Admitted CAPPS, REBECCA (Card #11478) at  DENG11.4MainColoH1 [In]
04/21/2006 13:32:22 Admitted CAPPS, REBECCA (Card #11478) at  DENG12.6NorthOffice1 [In]
04/21/2006 13:53:03 Admitted CAPPS, REBECCA (Card #11478) at  DENG7.6EastColoH1 [In]
*** [Switching to journal volume: 412] ***
*** [Switching to journal volume: 413] ***

Level 3 00271