# EXHIBIT U

## Daub, Gregory

**From:** Bissani, Kaily
**Sent:** Monday, April 24, 2006 9:27 AM
**To:** Daub, Gregory
**Subject:** FW: RIF's

This is the reason why I need to RIF her ASAP.

---

**From:** Capps, Rebecca
**Sent:** Monday, April 24, 2006 9:08 AM
**To:** Bissani, Kaily
**Subject:** RE:

This means that I don't need you to tell me something that is obvious to me as I have run this area for over 6 years now and you need to realize that it was I that instigated Bob going out and getting this information in the first place.

What would be nice right now is if you would let me know what is going on and what the time frame is for the legacy level 3 people to start locating the legacy wiltel routes and to disseminate down to me some information that is important.

Thanks

---

**From:** Bissani, Kaily
**Sent:** Monday, April 24, 2006 8:32 AM
**To:** Capps, Rebecca
**Subject:** RE:

What is this all about?

---

**From:** Capps, Rebecca
**Sent:** Sunday, April 23, 2006 3:31 PM
**To:** Bissani, Kaily
**Subject:** RE:

Really?? Who do you think asked Cooper to get this info in the first place!!

---

**From:** Bissani, Kaily
**Sent:** Friday, April 21, 2006 2:18 PM
**To:** Cooper, Bob; Capps, Rebecca
**Subject:** RE:

Please make sure that all of the OSP Techs have access to that info for their routes.

---

**From:** Cooper, Bob
**Sent:** Friday, April 21, 2006 2:16 PM
**To:** Capps, Rebecca; Bissani, Kaily; Garr, Nathan
**Cc:** Aimone, Justin

Level 3 00246

9/25/2006

**Subject:**

Am able to access the Wiltel One Call web page and see the locates for southern Wyoming.  Will advise Aimone if there are locates from Table Rock site to the west.   thanks

Bob Cooper
Level 3 Communications
303-478-3244

Level 3 00247

9/25/2006

**From:** Bissani, Kaily
**Sent:** Monday, April 24, 2006 10:16 AM
**To:** Daub, Gregory
**Subject:** RE: RIF's

303-326-7520

# REDACTED

Attorney / Client
Privilege

**From:** Daub, Gregory
**Sent:** Monday, April 24, 2006 10:16 AM
**To:** Bissani, Kaily
**Subject:** RE: RIF's

Kaily – what's your Gateway phone number?

Thanks!

Gregg

---

**From:** Bissani, Kaily
**Sent:** Monday, April 24, 2006 9:27 AM
**To:** Daub, Gregory
**Subject:** FW: RIF's

This is the reason why I need to RIF her ASAP.

---

**From:** Capps, Rebecca
**Sent:** Monday, April 24, 2006 9:08 AM
**To:** Bissani, Kaily
**Subject:** RE:

This means that I don't need you to tell me something that is obvious to me as I have run this area for over 6 years now and you need to realize that it was I that instigated Bob going out and getting this information in the first place.

What would be nice right now is if you would let me know what is going on and what the time frame is for the legacy level 3 people to start locating the legacy wiltel routes and to disseminate down to me some information that is important.

Thanks

---

**From:** Bissani, Kaily
**Sent:** Monday, April 24, 2006 8:32 AM
**To:** Capps, Rebecca
**Subject:** RE:

What is this all about?

---

**From:** Capps, Rebecca
**Sent:** Sunday, April 23, 2006 3:31 PM
**To:** Bissani, Kaily
**Subject:** RE:

Level 3 00254

Really?? Who do you think asked Cooper to get this info in the first place!!

---

**From:** Bissani, Kaily
**Sent:** Friday, April 21, 2006 2:18 PM
**To:** Cooper, Bob; Capps, Rebecca
**Subject:** RE:

Please make sure that all of the OSP Techs have access to that info for their routes.

---

**From:** Cooper, Bob
**Sent:** Friday, April 21, 2006 2:16 PM
**To:** Capps, Rebecca; Bissani, Kaily; Garr, Nathan
**Cc:** Aimone, Justin
**Subject:**

Am able to access the Wiltel One Call web page and see the locates for southern Wyoming. Will advise Aimone if there are locates from Table Rock site to the west.   thanks

Bob Cooper
Level 3 Communications
303-478-3244

Level 3 00255