# EXHIBIT V

# APPLICATION FOR EMPLOYMENT

AUG 16 1999

By _____

Level 3 uses an electronic scanning system to scan and process resumes into a database for consideration against current and future openings. **THIS ELECTRONIC SYSTEM SCANS RESUMES, BUT NOT APPLICATIONS.** An application is required when you are interviewing for a position.

## PERSONAL — PLEASE PRINT AND COMPLETE FULLY

- **LAST NAME:** Capps
- **FIRST NAME:** Rebecca
- **MIDDLE INITIAL:** A.
- **PRIMARY ADDRESS:** 18862 WCR 39
- **CITY AND STATE:** LaSalle, Colo
- **ZIP CODE:** 80645
- **MAILING ADDRESS:**
- **CITY AND STATE:**
- **ZIP CODE:**
- **SOCIAL SECURITY NUMBER:** 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
- **HOME PHONE:** 970-284-5772
- **BUSINESS PHONE:**
- **ARE YOU 18 YEARS OF AGE OR OLDER?** Yes
- **OTHER NAMES UNDER WHICH YOU HAVE BEEN EMPLOYED OR ATTENDED SCHOOL:** Rebecca A Capps, Rebecca White, Rebecca A Arboney
- If hired, proof of current and unrestricted right to work for any and all U.S. employers will be required. Can you show evidence of current and unrestricted right to work for any and all U.S. employers?  ☐ NO  ☒ YES
- **DRIVER'S LICENSE NUMBER:** 92-007-7167
- **STATE:** Colo
- **TYPE OF EMPLOYMENT DESIRED:** ☒ FULL TIME  ☐ PART-TIME  ☐ TEMPORARY  ☐ INTERN   ☐ 1st SHIFT  ☐ 2nd SHIFT  ☐ 3rd SHIFT  ☐ WEEKEND
- **POSITION APPLIED FOR / REQUISITION NUMBER:** Operations Area Manager
- **CURRENT SALARY:**
- **SALARY EXPECTED:**
- **DATE AVAILABLE:** 8-30-99

## EDUCATION

| SCHOOL INSTITUTION | NAME/LOCATION/CAMPUS | UNITS COMPLETED | SEM. | QTR. | COURSE OR MAJOR | DEGREES OR DIPLOMAS RECEIVED | DATES DEGREES OR DIPLOMAS RECEIVED |
|---|---|---|---|---|---|---|---|
| HIGH SCHOOL | Rangely High / Rangely Co |  |  |  |  | Diploma |  |
| TECHNICAL SCHOOL, TRADE OR BUSINESS COLLEGE |  |  |  |  |  |  |  |
| UNIVERSITY OR COLLEGE |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| MASTER THESIS |  |  |  |  |  |  |  |
| DOCTORAL DISSERTATION |  |  |  |  |  |  |  |

FORM 100 (10/98)



Level(3)℠ COMMUNICATIONS

Level 3 00110

| REFERENCES | NOTE: PLEASE DO NOT INCLUDE NAMES OF RELATIVES OR PERSONS WITH WHOM YOU LIVE. INCLUDE AT LEAST ONE REFERENCE FROM A FORMER MANAGER/SUPERVISOR. | | |
|---|---|---|---|
| **1** NAME: Mickey Plemons | TITLE: Director Ops. | ORGANIZATION: L-3 | |
| ADDRESS: 2291 Co Rd. 218 Cheyenne Wy | RELATIONSHIP: proff. | PHONE NUMBER: 303-635-4241 | |
| **2** NAME: Jim Brainard | TITLE: Reg. Manager | ORGANIZATION: Qwest | |
| ADDRESS: 2019 Topanga Ct. Ft. Collins Co | RELATIONSHIP: proff. | PHONE NUMBER: 970-207-1449 | |
| **3** NAME: Roy Wall | TITLE: Area Manager | ORGANIZATION: Sprint | |
| ADDRESS: | RELATIONSHIP: Proff | PHONE NUMBER: 360-281-3444 | |
| **4** NAME: Bron Skinner | TITLE: Area Manager | ORGANIZATION: Qwest | |
| ADDRESS: CA-1 | RELATIONSHIP: Proff. | PHONE NUMBER: 916-442-1349 | |

**CERTIFICATION**

**PLEASE READ THE FOLLOWING STATEMENT CAREFULLY BEFORE SIGNING THIS APPLICATION.**

I certify that all statements I have made on this application, any attachments hereto, or on my resume or other supplementary materials are true and correct. I recognize that any misstatement, falsification, or material omission of information I have made may result in my failure to receive an offer, or, in the event I am hired, subject me to discharge at any time. I hereby authorize Level 3, acting through its subsidiaries, operating units (Level 3), its employees and agents, to investigate the accuracy of the information I have provided by contacting any person or organization, and I release Level 3, all persons acting on its behalf, and all persons and organizations providing information from all claims and liabilities of any nature arising from such investigation or the supplying of information for such investigation. I understand and agree that employment with Level 3 or any related entity is conditional upon the satisfactory results of such investigation, upon acceptable proof of current and unrestricted right to work in the United States and upon meeting the requirements of the company's substance abuse policy.

I ALSO UNDERSTAND THAT ANY OFFER OF EMPLOYMENT BY LEVEL 3 IS NOT TO BE CONSTRUED AS A CONTRACT OF EMPLOYMENT FOR ANY PARTICULAR TIME, AND THAT EITHER LEVEL 3 OR I MAY TERMINATE MY EMPLOYMENT AT ANY TIME AND FOR ANY REASON WITH OR WITHOUT CAUSE, AND WITH OR WITHOUT NOTICE. WHILE OTHER TERMS OF MY EMPLOYMENT MAY CHANGE FROM TIME TO TIME, I UNDERSTAND THAT THE AT WILL NATURE OF THE EMPLOYMENT RELATIONSHIP CAN ONLY BE CHANGED BY A WRITTEN AGREEMENT SIGNED BY THE PRESIDENT OF THE COMPANY.

_Rebecca Capps_                                                                                 8-10-99
APPLICANT'S SIGNATURE                                                                   DATE

AN EQUAL OPPORTUNITY EMPLOYER                                          Level 3 00111

## EMPLOYMENT HISTORY

NOTE: YOUR CURRENT EMPLOYER WILL BE CONTACTED UNLESS YOU OTHERWISE SPECIFY UNDER #17. MA NTACT ALL PREVIOUS EMPLOYERS.

ALL RESUMES ARE OPTICALLY SCANNED, THEREFORE, RESUMES MUST BE PRINTED CLEARLY WITH BLACK INK ON WHITE PAPER. PLEASE EXPLAIN ANY GAPS IN EMPLOYMENT IN SECTION ENTITLED "ADDITIONAL INFORMATION."

**1**

| NAME AND LOCATION OF ORGANIZATION: *See Resume* | START DATE: MO./YR. | FINISH DATE: MO./YR. |
|---|---|---|
| CURRENT OR LAST POSITION | PRESENT OR ENDING BASE SALARY | STARTING BASE SALARY | DATE OF LAST SALARY INCREASE |

HOURS PER WEEK | TYPE, AMOUNT AND FREQUENCY OF OTHER COMPENSATION (E.G., COMMISSIONS, BONUS, PROFIT SHARING, ETC.)

BRIEFLY DESCRIBE YOUR PRIMARY ASSIGNMENTS AND RESPONSIBILITIES

IF STILL EMPLOYED, MAY WE CONTACT YOUR EMPLOYER? ☐ YES ☐ NO | SUPERVISOR'S NAME, TITLE, AND PHONE NUMBER

REASON FOR SEEKING ALTERNATIVE EMPLOYMENT

**2**

NAME AND LOCATION OF ORGANIZATION: *See Resume* | START DATE: MO./YR. | FINISH DATE: MO./YR.

CURRENT OR LAST POSITION | PRESENT OR ENDING BASE SALARY | STARTING BASE SALARY | DATE OF LAST SALARY INCREASE

HOURS PER WEEK | TYPE, AMOUNT AND FREQUENCY OF OTHER COMPENSATION (E.G., COMMISSIONS, BONUS, PROFIT SHARING, ETC.)

BRIEFLY DESCRIBE YOUR PRIMARY ASSIGNMENTS AND RESPONSIBILITIES

IF STILL EMPLOYED, MAY WE CONTACT YOUR EMPLOYER? ☐ YES ☐ NO | SUPERVISOR'S NAME, TITLE, AND PHONE NUMBER

REASON FOR SEEKING ALTERNATIVE EMPLOYMENT

**3**

NAME AND LOCATION OF ORGANIZATION: *See Resume* | START DATE: MO./YR. | FINISH DATE: MO./YR.

CURRENT OR LAST POSITION | PRESENT OR ENDING BASE SALARY | STARTING BASE SALARY | DATE OF LAST SALARY INCREASE

HOURS PER WEEK | TYPE, AMOUNT AND FREQUENCY OF OTHER COMPENSATION (E.G., COMMISSIONS, BONUS, PROFIT SHARING, ETC.)

BRIEFLY DESCRIBE YOUR PRIMARY ASSIGNMENTS AND RESPONSIBILITIES

IF STILL EMPLOYED, MAY WE CONTACT YOUR EMPLOYER? ☐ YES ☐ NO | SUPERVISOR'S NAME, TITLE, AND PHONE NUMBER

REASON FOR SEEKING ALTERNATIVE EMPLOYMENT

**4**

NAME AND LOCATION OF ORGANIZATION: *See Resume* | START DATE: MO./YR. | FINISH DATE: MO./YR.

CURRENT OR LAST POSITION | PRESENT OR ENDING BASE SALARY | STARTING BASE SALARY | DATE OF LAST SALARY INCREASE

HOURS PER WEEK | TYPE, AMOUNT AND FREQUENCY OF OTHER COMPENSATION (E.G., COMMISSIONS, BONUS, PROFIT SHARING, ETC.)

BRIEFLY DESCRIBE YOUR PRIMARY ASSIGNMENTS AND RESPONSIBILITIES

Level 3 00112

IF STILL EMPLOYED, MAY WE CONTACT YOUR EMPLOYER? ☐ YES ☐ NO | SUPERVISOR'S NAME, TITLE, AND PHONE NUMBER

REASON FOR SEEKING ALTERNATIVE EMPLOYMENT

## SPECIAL SKILLS

LIST SPECIAL SKILLS (TYPING SPEED, LAB EQUIPMENT, COMPUTER LANGUAGES, LANGUAGE SKILLS, ETC.)

## ADDITIONAL INFORMATION

USE THIS SPACE TO PROVIDE ANY RELEVANT INFORMATION ABOUT YOUR BACKGROUND THAT YOU FEEL SHOULD BE TAKEN INTO ACCOUNT IN CONSIDERING YOUR APPLICATION.

## GENERAL INFORMATION

| HAVE YOU APPLIED AT LEVEL 3 BEFORE? ☐ YES ☒ NO | IF "YES", GIVE DATE AND POSITION APPLIED FOR | HAVE YOU EVER BEEN EMPLOYED AT LEVEL 3? ☐ YES ☒ NO |

CHECK THE SOURCE THAT LED TO YOUR APPLICATION OR REFERRAL TO LEVEL3

☐ (1) ADVERTISEMENT            ☐ (4) OUTPLACEMENT SERVICE        ☐ (7) INTERNET/WORLDWIDE WEB      ☐ (10) UNIVERSITY/COLLEGE
☐ (2) DIVERSITY ORGANIZATION   ☐ (5) LEVEL 3 RECRUITER           ☐ (8) JOB FAIR                    ☒ (12) SELF/UNSOLICITED
☐ (3) AGENCY                   ☐ (6) EMPLOYEE REFERRAL           ☐ (9) PROFESSIONAL ORGANIZATION   ☐ (13) OTHER _____

IF REFERRED BY A LEVEL 3 EMPLOYEE, PLEASE LIST HIS/HER NAME

NAMES OF RELATIVES EMPLOYED AT LEVEL 3 AND RELATIONSHIPS

1) Have you ever been convicted of a felony other than convictions for which the record has been judicially expunged, sealed or eradicated?   ☐ YES   ☐ NO
   If "yes", please list dates, places, charges, and disposition:
   _____

Note: Do not include information regarding your participation in a pretrial or post trial diversion program.

Convictions include pleas, verdicts or findings of guilt whether or not a sentence is imposed by the court. A conviction or current arrest that is disclosed here is NOT an automatic disqualification from employment. However, we do check this information and any misstatement, falsification, or material omission of information you have made may result in your failure to receive an offer, or in the event you are hired, subject you to discharge at any time.

Level 3 00113

# SUBSTANCE ABUSE POLICY
# LEVEL 3 COMMUNICATIONS
# CORPORATE OFFICE
# EMPLOYEE ACKNOWLEDGMENT

I hereby acknowledge that I have been provided with and have read a copy of the Level 3 Communications Corporate Office **Substance Abuse Policy, dated July 15, 1999.** I understand that compliance with this Policy is a condition of employment. I am further aware that a violation of this Policy will lead to disciplinary action, which can include termination of my employment.

Print Name  REbECCA  CAPPS            Date  8-13-99

Signature  Rebecca Capps

Level 3 00114

## VOLUNTARY INFORMATION SELF-IDENTIFICATION

| NAME  Rebecca Capps | DATE 8-12-99 |
|---|---|
| POSITION APPLIED FOR | REQ. I.D.: |

EMPLOYMENT DECISIONS WILL NOT BE BASED UPON WHETHER OR NOT YOU PROVIDE THIS INFORMATION. Level 3 Communications, Inc. is an Equal Opportunity Employer and is committed to ensuring its continued success through the full and effective utilization of qualified persons regardless of race, sexual orientation, marital status, color, national origin, pregnancy, religion, sex, age, mental or physical disability, veteran status, or any other basis prohibited by law.

**GENDER**   ☐ MALE   ☒ FEMALE

☒ **CAUCASIAN**
All persons having origin in any original peoples of Europe, North Africa, or the Middle East, not of Hispanic origin.

☐ **AFRICAN AMERICAN**
All persons having origin in any of the black racial groups in Africa, not of Hispanic origin.

☐ **HISPANIC**
All persons of Mexican, Puerto Rican, Cuban or South American or other Spanish culture or origin, regardless of race.

☐ **ASIAN OR PACIFIC ISLANDER**
All persons having origin in any of the original peoples of the Far East, Southeast Asia, the subcontinent of India, or Pacific Islands. This area includes, for example, China, Japan, Korea, the Philippine Islands, and Samoa.

☐ **NATIVE AMERICANS/ALASKAN NATIVE**
All persons having origin in any of the original peoples of North America and who maintain cultural identification through tribal affiliation or community recognition.

**THANK YOU FOR YOUR COOPERATION**

# VOLUNTARY AFFIRMATIVE ACTION INFORMATION

To assist Level 3 in our dedication to Affirmative Action, please provide this voluntary, confidential information.

This form will be filed separately from your employment application.

Level 3 00115