# EXHIBIT W

```
00001
 1        IN THE UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF COLORADO
 3  Civil Action No. 07-CV-00922-RPM-CBS
 4  REBECCA CAPPS,
 5  Plaintiff,
 6
    vs.
 7
 8  LEVEL 3 COMMUNICATIONS, INC.,
 9  Defendant.
10  _____
11       TELEPHONE DEPOSITION OF STEVEN L. FORRY
12  _____
13
14            PURSUANT TO NOTICE, the
15  above-entitled deposition was taken on behalf of the
16  Plaintiff, telephonically, at 8362 Greenwood Drive,
17  Niwot, Colorado, on December 19, 2007, at 2:15 p.m.,
18  before Dawn E. Eastman (Calderwood), Certified
19  Shorthand Reporter, Registered Professional
20  Reporter, and Notary Public.
21
22
23
24
25
```

Steven Forry Depo.txt                                    Page 1

```
00018
 1     A.    Kaily.
 2     Q.    How do you know that?
 3     A.    Because we had a discussion, after I
 4  was hired, of how I was going to set up the team.
 5     Q.    But that discussion did not involve
 6  Rebecca Capps; did it?
 7     A.    It did not.
 8     Q.    Did it involve discussing laying off
 9  Diron Benschop?
10     A.    Yes.
11     Q.    And who first mentioned the thought of
12  laying him off?
13     A.    Kaily.
14     Q.    And what did he say on that subject?
15     A.    I don't remember specifically.
16     Q.    Did he say that he was going to lay
17  off Mr. Benschop?
18     A.    I don't recall how he put it.
19     Q.    Did you maybe tell -- maybe to help
20  refresh your recollection:  Did it unfold that you
21  learned he was going to be laid off and decided to
22  try to keep him?
23     A.    That sounds correct.
24     Q.    And what job did you decide to keep
25  Mr. Benschop in?
```

```
00019
 1     A.    Outside plant technician.
 2     Q.    And whose idea was it to keep him?
 3  Was it yours or Mr. Bissani's?
 4     A.    It was mine.
 5     Q.    And what did Mr. Bissani say about
 6  that?
 7     A.    He would have preferred to lay him
 8  off.
 9     Q.    Why is it that you decided, then, to
10  keep him?
11     A.    His metro knowledge.
12     Q.    And did you ask whether Ms. Capps
13  could be kept on in any capacity?
14     A.    No.
15     Q.    The job that Mr. Benschop took, who
16  had held it before?
17           MS. MARTINEZ:  Objection to form.
18     Q.    (By Mr. Olsen)  Remember, you
19  mentioned that you wanted to keep him; right?
20     A.    Correct.
21     Q.    I assume you wanted to keep him in a
22  certain job title.  I think you described it as
23  outside plant technician?
24     A.    Correct.
25     Q.    Who held that job, outside plant
```

```
00031
 1     A.    Yes.
 2     Q.    Who?
 3     A.    Peter Smith.
 4     Q.    And where did he come from; do you
 5  know?
 6     A.    MNF, the metro network services part
 7  of Level 3.
 8     Q.    Did you participate in any discussions
 9  with Diron Benschop about the job of outside plant
10  technical?
11     A.    Yes.
12     Q.    And what kind of discussions were
13  those?  I mean -- well, let's put it this way:  What
14  did you say to him?
15     A.    I asked him to stay on as a tech.
16     Q.    Was there an alternative to that?
17     A.    Yes.
18     Q.    What was the alternative?
19     A.    Getting laid off.
20     Q.    Had Mr. Benschop already been informed
21  he was going to get laid off?
22     A.    I'm not sure.
23     Q.    Do you think he knew that?
24     A.    Yes.
25     Q.    And did he acknowledge to you that he
```

```
00034
 1     A.    Right.
 2     Q.    Did you consider anybody else for that
 3  job?
 4     A.    No.
 5     Q.    Your desire to retain Mr. Benschop,
 6  did it relate to anything that you knew about him
 7  already?
 8     A.    Yes.
 9     Q.    What was it that you knew about him
10  already?
11     A.    He had extensive knowledge of the
12  metro plant in Denver.
13     Q.    How did you learn that?
14     A.    He was the OSP manager for the metro
15  plant in Denver.
16     Q.    Now, do you recall what it was that
17  Ms. Capps had done when she was employed there?
18     A.    She was the long haul OSP manager.
19     Q.    Well, did she have certain duties,
20  when she was there, that now had to be assigned to
21  somebody else?
22     A.    I assumed those duties.
23     Q.    So you became the long haul OSP
24  manager; is that fair?
25     A.    I became the Denver division OSP
```

```
00063
 1    A.   Not that I can think of specifically.
 2    Q.   Let me check my notes.
 3         Do you remember discussing with
 4  Ms. Capps, herself, that she was about to lose her
 5  job?
 6    A.   I remember a conversation.
 7    Q.   And where were you when that
 8  conversation occurred, if you can remember?
 9    A.   I was at my house.
10    Q.   And where was she, if you know?
11    A.   I don't know.
12    Q.   Who initiated that discussion, if you
13  know?
14    A.   I believe I called her.
15    Q.   Why?
16    A.   Because I had seen the job was posted.
17    Q.   You had seen what job was posted?
18    A.   Outside plant manager.
19    Q.   And why would that lead you to call
20  her?
21    A.   Because I knew she held that position.
22    Q.   Well, was she the only one that held
23  that position?
24    A.   No, Diron did, also.
25         MS. MARTINEZ:  Objection to form.
```

```
00064
 1          MR. OLSEN:  And could you repeat that
 2 answer?
 3          THE DEPONENT:  Diron also held an
 4 outside plant manager position.
 5     Q.   (By Mr. Olsen)  And this was when you
 6 applied for the job that you called her, or after
 7 you already got the job?
 8     A.   When I applied.
 9     Q.   And so whose job did you see posted?
10          MS. MARTINEZ:  Objection to form.
11          THE DEPONENT:  I saw an outside plant
12 manager job posted.
13     Q.   (By Mr. Olsen)  Then why did you call
14 her?
15     A.   She was an outside plant manager.
16     Q.   Did you call any other outside plant
17 managers as a result of seeing that job posted?
18     A.   I called Diron.
19     Q.   And that was also because you saw that
20 job posted; is that right?
21     A.   That's correct.
22     Q.   Did you call anybody else because you
23 saw that job posted?
24     A.   I called Kaily.
25     Q.   And that was to inquire about
```

00065

1 applying?

2  A.  Yes.

3  Q.  Did you ask him why that job was open?

4      MS. MARTINEZ:  Objection to form.

5      THE DEPONENT:  I don't recall if I

6 asked him that specifically, no.

7  Q.  (By Mr. Olsen)  Well, did you

8 recognize that somebody was already working in that

9 job?

10      MS. MARTINEZ:  Objection to form,

11 vague.

12      THE DEPONENT:  Yes, I knew he had OSP

13 managers.

14  Q.  (By Mr. Olsen)  And you knew who they

15 were; didn't you?

16  A.  Yes.

17  Q.  How did you know who they were?

18  A.  I was their project manager.

19  Q.  So why did you feel the need to

20 contact them?

21  A.  I don't know specifically, other than

22 I knew them.  And I knew that a job had been posted

23 that they filled.

24  Q.  Well, did you call them, for example,

25 to inquire as to what had happened that caused their