# EXHIBIT X

```
00001
 1         IN THE UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF COLORADO
 3  Civil Action No.: 07-CV-00922-RPM-CBS
    _____
 4
    REBECCA CAPPS,
 5
            Plaintiff,
 6  vs.
 7  LEVEL 3 COMMUNICATIONS, INC.,
 8        Defendant.
    _____
 9
10        DEPOSITION OF DIRON E. BENSCHOP
11  _____
12        PURSUANT TO AGREEMENT, the
13  above-entitled deposition was taken on behalf of
14  the Plaintiff at the offices of Brownstein Hyatt
15  Farber Schreck, 410 17th Street, 23rd Floor, Denver,
16  Colorado, on January 2, 2008, at 12:51 p.m., before
17  Jana Mackelprang, Certified Realtime Reporter,
18  Registered Professional Reporter, and Notary Public.
19
20
21
22
23
24
25
```

```
00014
 1     A.    Not until after Steven Forry was hired
 2  on.
 3     Q.    Okay.  How did you learn that
 4  Mr. Forry was hired on?
 5     A.    He told me, Kaily told me.
 6     Q.    And did that happen in his office as
 7  well?
 8     A.    Yes.
 9     Q.    What did he say to you on that point?
10     A.    He basically just told me that he made
11  a decision to go with Steven Forry.
12     Q.    Did he say why?
13     A.    No.
14     Q.    I didn't quite hear your answer.
15     A.    No.
16     Q.    Did you ask why?
17     A.    No.
18     Q.    Did he say anything else in that
19  discussion with you?
20     A.    No, he didn't.
21     Q.    At that moment in time, did you wonder
22  whether you would still have a job there?
23     A.    No, because it was at that time that
24  Kaily offered me the senior field -- well, at the
25  time it was titled different, but he offered me the
```

```
00015
 1  senior field tech position, basically a demotion.
 2      Q.    What did he say to you?
 3      A.    He told me that, you know, he has this
 4  position available, if I want it.
 5      Q.    Okay. What did he tell you about the
 6  position?
 7      A.    Not much. I mean, basically that the
 8  position was, for the most part, going to be the
 9  same job description as I had been doing.
10      Q.    Okay. Were you ever given a job
11  description for this job?
12      A.    Not specifically, no.
13      Q.    What was the name of the job he told
14  you you would be able to take?
15      A.    Well, at the time, by title, it was
16  called field engineer.
17      Q.    And why did that title change to
18  senior field technician?
19      A.    That changed after the Level 3-ICG
20  merger.
21      Q.    And why did it change, if you know?
22            MS. MARTINEZ: Objection to form.
23            THE DEPONENT: That was just a company
24  decision. They were going through and kind of
25  restructuring and retitling everybody.
```

```
00018
 1     A.    Not specifically, no.
 2     Q.    How did you learn what the duties of
 3  the job would be?
 4     A.    I just continued doing the same job
 5  functions that I had the day before.
 6     Q.    Who told you to continue doing the
 7  same job functions?
 8     A.    Kaily.
 9     Q.    Did it involve a reduction in pay?
10     A.    Yes, it did.
11     Q.    From what to what?
12     A.    At the time, as outside plant manager,
13  I believe I was at 77,000 a year.  After the
14  demotion, it was 72,000 a year, I believe.
15     Q.    Now, who was your superior after you
16  became field engineer?
17           MS. MARTINEZ:  Objection to form.
18           THE DEPONENT:  That would have been
19  Steven Forry.
20     Q.    (By Mr. John Olsen)  So was that a
21  change that occurred when Mr. Forry came in?
22     A.    Yes.
23     Q.    Who was your superior before that
24  time?
25     A.    Kaily Bissani.
```

```
00019
 1     Q.    Did you have an opportunity to work
 2  with Mr. Forry after he arrived?
 3     A.    Yes.
 4     Q.    What was his job title?
 5     A.    Field manager.
 6     Q.    Excuse me?
 7     A.    Field manager.
 8     Q.    Is that the same job you applied for?
 9     A.    Yes, it is.
10     Q.    And did you have an opportunity to
11  recognize or see what he was doing day to day?
12           MS. MARTINEZ:  Objection to form.
13           THE DEPONENT:  Yes, I did.
14     Q.    (By Mr. John Olsen)  What did he do
15  day to day?
16     A.    He was managing metro and long-haul
17  outside plant.
18     Q.    And how did you know he did that?
19     A.    Because that's what he was hired to
20  do.
21     Q.    Well, what of your former duties
22  before you became field engineer did he take over?
23           MS. MARTINEZ:  Objection to form.
24           THE DEPONENT:  Specifically none.
25     Q.    (By Mr. John Olsen)  Okay.  Well, were
```

```
00020
 1  there new duties for him?
 2      A.   Yes, there was.
 3      Q.   And did they have anything to do with
 4  long haul?
 5      A.   Yes, they did.
 6      Q.   Can you describe the new duties that
 7  he -- maybe the best way to do it is to ask:  What
 8  long-haul duties did he perform?
 9      A.   He was managing the long-haul
10  technicians.
11      Q.   Anything else?
12          MS. MARTINEZ:  Objection to form.
13          THE DEPONENT:  No.
14      Q.   (By Mr. John Olsen)  And besides
15  managing long-haul technicians, do you know what
16  else he did in his duties?
17      A.   No.
18      Q.   Is that because you didn't have a
19  chance to observe him?
20      A.   No, it's not.
21      Q.   So did you have a chance to observe
22  him in his duties sufficiently to tell what else he
23  was doing?
24      A.   Yeah, I guess I did.
25      Q.   Did he do anything beside long-haul
```

```
00021
 1  duties?
 2           MS. MARTINEZ: Objection to form.
 3           THE DEPONENT: Yes. Like I said, he
 4  was managing both the metro and the long haul at
 5  that point. The two jobs, if you will, between
 6  metro and long haul are very specifically different.
 7     Q.  (By Mr. John Olsen) But didn't you
 8  used to manage metro?
 9     A.  I did.
10     Q.  I thought you said you were doing the
11  same thing as before.
12     A.  My job function, per se, did not
13  change.
14     Q.  So a question for you is: What is it
15  that Mr. Forry does now that is different than what
16  you were doing, besides the long-haul stuff?
17           MS. MARTINEZ: Objection to form.
18  Asked and answered.
19           THE DEPONENT: My reporting
20  responsibilities were different at that point.
21     Q.  (By Mr. John Olsen) I didn't quite
22  hear you. Did you say your reporting
23  responsibilities were different?
24     A.  Yes, because I was now reporting up
25  into him, and he was --
```