# EXHIBIT Y



**Lona Paganis**
Human Resources Director
TEL: **(918) 547-3996**
FAX: (720) 888-5580
Lona.Paganis@level3.com

*CONFIDENTIAL*

May 9, 2006

**VIA HAND DELIVERY**

Steven Forry
2261 Dogwood Dr.
Erie, CO  80516

Dear Steven:

I am very pleased to extend you an offer to join Level 3 Communications, LLC ("the Company") working directly for Kaily Bissani. Our Company's compensation program contains three components: base salary, bonus target and long-term incentive target. The material terms of your offer and orientation information are set forth below.

| | |
|---|---|
| **Title:** | **Manager** |
| **Location:** | **Denver Gateway** |
| **Base Salary:** | **$82,000.00 annually** |
| **Bonus Target:** | **Up to 20% of annual base salary, pro-rated as of your start date** |
| **Start Date:** | May 10, 2006<br>(If there has been a change to your start date, please notify the HR contact at the top of this page.) |
| **Long-Term Incentive:** | See Below |
| **Orientation Date:** | May 15, 2006 at 7:45am |
| **Orientation Location:** | **Level 3 Communications World Headquarters**<br>**1025 Eldorado Blvd., Building 2000, Broomfield, Colorado 80021** |

If your first day is not the day you are scheduled to go to orientation (see above) please contact your manager (see above) when you arrive.

CONFIDENTIAL

Level 3 00390

**Severance Information**

If you accept this offer of employment, you agree that the Separation Agreement and General Release that the Company offered to you on March 3, 2006, is null and void. In addition, you agree to repay to the Company Eight Thousand Four Hundred and Twenty-Two Dollars and Seventy Cents ($8,422.70) from the severance payment you received pursuant to that Agreement.

**Employee Ownership**

Our long-term incentive program is based on the key concept of employee ownership, a fundamental underpinning of our compensation philosophy. We are committed to this concept because we believe it drives higher levels of performance across the organization. Therefore, awards under our long-term incentive program currently consist of quarterly grants of Outperform Stock Options based on individual performance and an annual grant of Restricted Stock Units. You must be actively employed on the grant date to receive an award.

The type of equity vehicle and award opportunities under the Company's LTI program are regularly reviewed and subject to a number of considerations, including market conditions and availability of shares. All LTI awards are made at the sole discretion of the Company.

We are pleased to offer you this long-term opportunity and believe that you should share appropriately with investors in the value you help to create for the Company.

**Benefits**

In addition, effective the first day of the first full month after which you begin employment with the Company, you are eligible for coverage under the Company's Group Medical, Dental, and Life Insurance plans. The Company also offers participation in a 401(K) plan that is administered through Wells Fargo Bank. The enclosed benefits information can provide you a preliminary description of these benefit programs.

**Conditions of Employment**

<u>This offer and continued employment at Level 3 Communications is contingent upon acceptance by the Company of references, verification of salary, employment application and a background check. Further, as conditions of employment, you will need to:</u>

1. Document that you are lawfully authorized to work in the United States by producing the appropriate documents.

2. Sign the Company's <u>Employee Confidentiality and Intellectual Property Agreement, Human Resources Policies, and Code of Ethics.</u>

3. Acknowledge and represent, through your signature below, that:

- any agreement you may have with any current or former employer or otherwise will not prohibit you from performing all aspects of the above-referenced job;
- you have not taken any information that is marked as or which you have reason to believe is confidential, proprietary, and/or trade secrets from any current or prior employment;
- you will not use or disclose any confidential, proprietary, or trade secrets information that you might have knowledge of from any current or prior employment;
- the representations made herein are not based in any way upon any statements, guidance, or counsel from anyone at Level 3.

Level 3 00391

CONFIDENTIAL

**Please complete, sign and return all of the necessary original paperwork no later than May 10, 2006. If this is not possible, please fax in your offer letter and employee profile form to (720) 888-5580. This will ensure that you will be properly set up on payroll.**

Please confirm your acceptance of this offer by signing and dating in the appropriate space as noted. Nothing herein or in any of our discussions may be construed as a contract or guarantee of employment for a definite period of time. The employment relationship will be at-will. By signing this letter, you further acknowledge that you have not entered into any agreement and that you are not under any restrictions that prohibit you from performing all aspects of your job with Level 3 Communications. **You also agree that you have not taken or are not in possession of any information from any other company that is marked as confidential and/or proprietary or which you have reason to believe is confidential and/or proprietary.**

I believe you will find your initial assignment challenging and interesting, and that you will make a substantial contribution to our organization while achieving the personal progress you desire. I am looking forward to working with you as we grow our business.

Sincerely,

*Lona Paganis/KT*

Lona Paganis
Human Resources Director


**AGREED AND ACCEPTED:**

_____ Date: 5/9/06
Steven Forry


Enclosure(s)

CONFIDENTIAL

Level 3 00392