IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA CAPPS,

        Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

        Defendant.

_____

PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO STRIKE DECLARATION OF REBECCA CAPPS
_____

      PLAINTIFF REBECCA CAPPS, by her attorneys, Olsen & Brown LLC, respectfully moves for enlargement of time, to and through May 5, 2008, to file opposition to defendant's motion to strike declaration of Rebecca Capps, and as grounds therefor state as follows:

      1. Effort to Confer:  Defendant's attorney, Ms. Martinez, opposes this motion.

      2. Rather than challenge plaintiff's declaration within defendant's summary judgment submissions, the defense decided to file a separate motion to strike plaintiff's declaration.  This was filed on March 21, 2008.

      3. The separate motion was filed the same day as defendant's reply upon motion for summary judgment.  When it arrived electronically in the office of the undersigned, it was

1

printed out and inadvertently stapled to the back of defendant's reply upon motion for summary judgment.

4.  The separate motion to strike plaintiff's declaration was thus an unusual motion and a new tactic among defense counsel, and it was inadvertently overlooked in the office of the undersigned.

5.  During the same time span, the law firm partner assigned to work on this case resigned to take a job at a new law firm in a different city.  Thus, the undersigned discovered the oversight inadvertently.

6.  The undersigned then sought concurrence of opposing counsel for an enlargement to file the opposition brief.  To this point, counsel for both parties have readily agreed to enlargements as courtesies to each other.  However, this time Ms. Martinez for the defense simply said no.

7.  Thus, this motion seeks enlargement of 25 days, to and through May 5, 2008. The responsive brief was otherwise due on or before April 10, 2008.

8.  The defense cannot claim unfair prejudice from this motion, as the summary judgment motion has not been decided and has only recently been fully briefed.

9.  Plaintiff herself is aware of, and concurs in, this motion.

10.  No prior enlargement of time has been requested for this purpose.

11.  The responsive brief has been filed concomitantly.

12.  A form of Order is attached for the convenience of the Court.

WHEREFORE, Plaintiff Rebecca Capps respectfully moves for enlargement of time, to and through May 5, 2008, to file opposition to defendant's motion to strike declaration of Rebecca Capps.

                                              RESPECTFULLY SUBMITTED,
                                              OLSEN & BROWN, L.L.C.

                                              By: s/ John R. Olsen
                                                    John R. Olsen
                                                    Attorneys for Plaintiff
                                                    8362 Greenwood Drive
                                              Niwot, Colorado 80503
                                             Telephone: (303) 652-1133

Date:  May 5, 2008

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on May 5, 2008, a true and correct copy of the foregoing was electronically served upon defendant's counsel as follows:

Meghan Martinez, Esq.
Brownstein Hyatt Farber Schreck, P.C.
410 17th St., 22nd Floor
Denver, CO 80202

<u>s/ John R. Olsen</u>