IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA CAPPS,

        Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

        Defendant.

_____

PROPOSED ORDER FOR ENLARGEMENT OF TIME
_____

        THIS MATTER COMING ON upon plaintiff's motion for enlargement of time, to and through May 5, 2008, to file opposition to defendant's motion to strike declaration of Rebecca Capps, and

        SAID MOTION being found meritorious,

        IT IS ORDERED THAT plaintiff shall have to and through May 5, 2008 to file opposition to defendant's motion to strike declaration of Rebecca Capps, and said opposition is accepted as filed.

        SO ORDERED this _____ day of _____ 2008.

                                                  _____

                                                  UNITED STATES DISTRICT JUDGE