IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA CAPPS,

       Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

       Defendant.

_____

PLAINTIFF'S MOTION TO SUBSTITUTE CORRECTED DECLARATION
_____

     PLAINTIFF REBECCA CAPPS, by her attorneys, Olsen & Brown LLC, respectfully moves to substitute her corrected declaration to remove four words ("upon information and belief") in opposition to motion for summary judgment, and as grounds therefor state as follows:

     1. Effort to Confer: Defendant's attorney, Ms. Martinez, opposes this motion.

     2. The defense previously filed a motion to strike plaintiff's declaration in part because it was declared "upon information and belief." Thus, the amended declaration would remove those four words and nothing more.

     3. In every other respect the amended declaration is identical to the original.

     4. Employment of the words "upon information and belief" resulted from an oversight in the office of the undersigned, which incorporated language typically used for

affidavits in state court.  Such language is not necessary for declarations pursuant to 28 U.S.C. § 1743.

     5.  Plaintiff herself did not understand the significance of these four "boilerplate" words, which were extraneous.

     6.  The instant motion seeks to emphasize substance over form and will not unfairly prejudice the defense.  Exhibit 1, the proposed substituted declaration, would remove those words and remove any further impediment to consideration of the declaration.

     7.  It is requested that the Court enter an Order that the attached Exhibit 1 may be substituted for the original.

     WHEREFORE, Plaintiff Rebecca Capps respectfully moves to substitute her corrected declaration to remove four words ("upon information and belief").

                                  RESPECTFULLY SUBMITTED,
                                  OLSEN & BROWN, L.L.C.

                                By: s/ John R. Olsen
                                    John R. Olsen
                                    Attorneys for Plaintiff
                                    8362 Greenwood Drive
                                  Niwot, Colorado 80503
                                  Telephone: (303) 652-1133

Date:  May 5, 2008

3

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on May 5, 2008, a true and correct copy of the foregoing was electronically served upon defendant's counsel as follows:

Meghan Martinez, Esq.
Brownstein Hyatt Farber Schreck, P.C.
410 17th St., 22nd Floor
Denver, CO 80202

<u>s/ John R. Olsen</u>