IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA CAPPS,

        Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

        Defendant.

_____

PROPOSED ORDER
_____

THIS MATTER COMING ON upon plaintiff's motion to substitute amended declaration to remove four words ("upon information and belief") in opposition to motion for summary judgment, and

SAID MOTION being found meritorious,

IT IS ORDERED that Exhibit 1 in opposition to summary judgment be replaced with the new declaration submitted without the four words "upon information and belief".

SO ORDERED this ____ day of _____ 2008.

                                                _____

                                                UNITED STATES DISTRICT JUDGE