# EXHIBIT B

## 1:07-cv-00922-RPM Capps v. Level 3 Communications, LLC
Richard P. Matsch, presiding
Date filed: 05/03/2007
Date of last filing: 05/05/2008

# Attorneys

**Meghan W. Martinez**
Brownstein Hyatt Farber Schreck, LLP

410 17th Street
#2200
Denver, CO 80202-4437
303-223-1100
303-223-1111 (fax)
mmartinez@bhfs.com
*Assigned: 05/25/2007*
*ATTORNEY TO BE NOTICED*

representing

**Level 3 Communications, LLC**
*(Defendant)*

**John R. Olsen**
Olsen & Brown, P.C.
8362 Greenwood Drive
Niwot, CO 80503
303-652-1133
olsenbrown@comcast.net
*Assigned: 05/03/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Rebecca A. Capps**
*(Plaintiff)*

**Leah P. VanLandschoot**
Brownstein Hyatt Farber Schreck, LLP

410 17th Street
#2200
Denver, CO 80202-4437
303-223-1100
lvanlandschoot@bhfs.com
*Assigned: 07/10/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**Level 3 Communications, LLC**
*(Defendant)*

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/14/2008 17:38:00 | | | |
| **PACER Login:** | bh0078 | **Client Code:** | 8418.27 |
| **Description:** | Attorney List | **Search Criteria:** | 1:07-cv-00922-RPM |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |