# EXHIBIT C

## VanLandschoot, Leah P.

| | |
|---|---|
| **From:** | COD_ENotice@cod.uscourts.gov |
| **Sent:** | Friday, March 21, 2008 2:31 PM |
| **To:** | COD_NEF@cod.uscourts.gov |
| **Subject:** | Activity in Case 1:07-cv-00922-RPM Capps v. Level 3 Communications, LLC Motion to Strike |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Colorado

### Notice of Electronic Filing

The following transaction was entered by VanLandschoot, Leah on 3/21/2008 at 2:30 PM MDT and filed on 3/21/2008
**Case Name:**       Capps v. Level 3 Communications, LLC
**Case Number:**     1:07-cv-922
**Filer:**           Level 3 Communications, LLC
**Document Number:** 22

**Docket Text:**
**MOTION to Strike** *Declaration of Rebecca Capps* **by Defendant Level 3 Communications, LLC. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Proposed Order (PDF Only))(VanLandschoot, Leah)**

**1:07-cv-922 Notice has been electronically mailed to:**

Meghan W. Martinez     mmartinez@bhfs.com, hgrosenbach@bhfs.com, lkerman@bhfs.com

John R. Olsen     olsenbrown@comcast.net

Leah P. VanLandschoot     lvanlandschoot@bhfs.com, hgrosenbach@bhfs.com, lkerman@bhfs.com

**1:07-cv-922 Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441540-0
] [7b7eb4e1251f96330e8e1e92adadf75dbacbd4a66eb016eb12c6fe7307973b48a98
6648c7ef45b6852d81cde2fb3eaf1aa3d2f25fa47ef5e3136b347b11f64b9]]
**Document description:** Exhibit A
**Original filename:** n/a

5/15/2008

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441540-1
] [3d4aef51a68e2ca6e35c14fc812f8c28864735e0e49018ae1e1ba2333a060dcad1e
433e4a0db7d97e05f97fb2b967a641dffd5786fe2c58680c1260c22d9548e]]
**Document description:**Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441540-2
] [2ec31fed65ed8494cedec109818b89c445e589611eb0dad06a35c1938cf37cf6a77
f8e0ddbc580e78d6f94810deeb083d657884e516185cb529a010579467f9b]]
**Document description:**Proposed Order (PDF Only)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441540-3
] [7924a2d0e24583a591ed52aa604ca2b8fd5285f7936b44bd5d6be7497e4dfda8991
23036bf4a226e37ff1fce08ce36c8a9234301f65f0344d54aa3b14cb44ab9]]

5/15/2008