# EXHIBIT D

**VanLandschoot, Leah P.**

---

**From:** COD_ENotice@cod.uscourts.gov
**Sent:** Friday, March 21, 2008 2:36 PM
**To:** COD_NEF@cod.uscourts.gov
**Subject:** Activity in Case 1:07-cv-00922-RPM Capps v. Level 3 Communications, LLC Reply to Response to Motion

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Colorado**

## Notice of Electronic Filing

The following transaction was entered by VanLandschoot, Leah on 3/21/2008 at 2:36 PM MDT and filed on 3/21/2008
**Case Name:**         Capps v. Level 3 Communications, LLC
**Case Number:**       1:07-cv-922
**Filer:**             Level 3 Communications, LLC
**Document Number:** 23

**Docket Text:**
**REPLY to Response to Motion re [13] MOTION for Summary Judgment filed by Defendant Level 3 Communications, LLC. (Attachments: # (1) Exhibit J, # (2) Exhibit K, # (3) Exhibit L, # (4) Exhibit M, # (5) Exhibit N, # (6) Exhibit O, # (7) Exhibit P, # (8) Exhibit Q, # (9) Exhibit R, # (10) Exhibit S, # (11) Exhibit T, # (12) Exhibit U, # (13) Exhibit V, # (14) Exhibit W, # (15) Exhibit X, # (16) Exhibit Y) (VanLandschoot, Leah)**

**1:07-cv-922 Notice has been electronically mailed to:**

Meghan W. Martinez     mmartinez@bhfs.com, hgrosenbach@bhfs.com, lkerman@bhfs.com

John R. Olsen     olsenbrown@comcast.net

Leah P. VanLandschoot     lvanlandschoot@bhfs.com, hgrosenbach@bhfs.com, lkerman@bhfs.com

**1:07-cv-922 Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441559-0
] [60d0f3e2b65980bd0219b0410d6956a69f2b6e99646462a27f33947f400fe0be7d8
b959be5060dd22cfe1b4345d40227b9c5d79d41676fbbb29716c4faa07cce]]

5/15/2008

**Document description:**Exhibit J
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441559-1
] [312620f80c5e387523a3e719aaffba7e889b36b79e84bbb6f758f54d93bede4e5f0
8b34f6dfb92ac5201e17e51b2cc3b89af490303a0f9379f7a336941b913ca]]
**Document description:**Exhibit K
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441559-2
] [4e3a36df5a63d86b34f48e3a23dfc6482decaaaf4ae8d68a33e815f51e555cb9f8f
f14320c1b20df0a1ac425de4cabd0206ce9ed114af37cb97ce0250d0fe2df]]
**Document description:**Exhibit L
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441559-3
] [856bff74bca236429224694baa86fa63016587bec589e663e365583b14126f5f255
b81e05e1c3f97f6a01165023dea00363f54ce6e3c70bbc3474c160db81abf]]
**Document description:**Exhibit M
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441559-4
] [190a6244877ec4e879144977f8631a7169c998cfb95d20daf31d92b2e0f3597ad6a
7c8907f232549b5682129ee5b7ecae884cb6b2cc1401824c29fb0923db18d]]
**Document description:**Exhibit N
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441559-5
] [256bf156f2a168089c6b5df77f90b7dcf52937afef96650f6c0d711136375f76269
50bcbab261b43a2a46b2193d4e0071782de2e32267cc83ff1b4b55649077f]]
**Document description:**Exhibit O
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441559-6
] [7969d6e3eba7ef76901fec8d011e72201f789ce2882bdc8f5dd2fcc9e411fe0ef23
2dbea0a0ca8f2b29ec0e818a16331d14ceaabd79bb5ed26ec8f1384669a63]]
**Document description:**Exhibit P
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441559-7
] [2305e6f4361b448d72a7dbf1f994421e21788ef688739603faaee45efa0afde2463
6c0d73b17e799e1fc6b77be0b4758067eb16db83275837848ba49c2dfc253]]
**Document description:**Exhibit Q
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441559-8
] [000ec4d938c11b44759b028f872cf8d8f3b4ca769e281a2346467e9b1c7a85aa234
ec00aaa7de69f893b36b7a4cefec190bb7b803a60acf6c211847c890fb4e4]]
**Document description:**Exhibit R
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441559-9
] [1a2011e0a534d5024acb0090b7c39d6a3b927eb284b8094e95381990dc0f8c0017d
e1779a59b14c78732ccd58d8396cb18e685055d3ed55ffc10a0ef8fd76b54]]

5/15/2008

**Document description:** Exhibit S
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441559-10] [1e26515846a96300dcb96daef18429b0682d15f5ad65440b36c6f63b076f52d5b6e4e5979b494a1197eae3a2808ae9768bd4dc4ef31c07cba0b2b092d584efe9]]

**Document description:** Exhibit T
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441559-11] [9190715312ef3437a2304f55802746a7cf7536d3324da6f244474962b48fbd84370d3a0cd08beaae2a18c785e9a0c043ba6f19369a917d370ab4d6c46f6fd157]]

**Document description:** Exhibit U
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441559-12] [37597105a82c0069afa5519268e83829c0b68538d4829b344d4500e9fb74fe261962adc3fc866a0f1ffc78ca47face6304164c33ae68853812e70fe2456aef1b]]

**Document description:** Exhibit V
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441559-13] [7a52eaa9ccc886a61adb5a7cefa8912bc351bd395d297630cef70e2193a4c772a8679fdd966ebf5e84bbfba3b4582e2f1ee3593b49b7f4cb50f5d70f1f32f17d]]

**Document description:** Exhibit W
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441559-14] [715da3630648ead3dcec0b9b2221e4378a596b1c3a1bb080648bd13e9213f75e25baf7cf1cebddefae180e6cca2d49021522e4dffbd56da0e1e2cc11acabffb5]]

**Document description:** Exhibit X
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441559-15] [03b5dbccc954f9ea91966dae41d70c88c61c13934f9dfdfbfe43a7f1f9e591e18101c6c30ad971e1f4eca63cc8de76c6479fad1aea21499a5507e4c097c54e44]]

**Document description:** Exhibit Y
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/21/2008] [FileNumber=1441559-16] [68429828e7ae3608511f2c683b7ceed287ee165b914a3cb96a43401b4bbc831a2caff58050d1d94ac2caf2a065474a254537879a48210be44f961e1435b5ba09]]

5/15/2008