**EXHIBIT A**

## Martinez, Meghan W.

**From:** Martinez, Meghan W.
**Sent:** Friday, May 02, 2008 11:28 AM
**To:** 'Jack Olsen'
**Subject:** FW: Allen v. Level 3

Dear Jack,
Matthew Finnigan forwarded me your email. He is not assigned to the *Capps* matter. Rather, Leah VanLandschoot and I are working on that case together. We will object and move to strike what it sounds like you may now want to file in the *Capps* case (although it's not entirely clear from your email). Any response by Ms. Capps to Level 3's Motion to Strike was due some time ago. Thank you for your attention to this matter.

*Meghan W. Martinez*
Brownstein | Hyatt | Farber | Schreck
410 Seventeenth Street
Suite 2200
Denver, Colorado 80202-4437
mmartinez@bhfs.com
T 303.223.1133
F 303.223.0933

**Brownstein Hyatt Farber Schreck is proud to have merged with California's Hatch & Parent. With offices across the Western U.S. and in Washington, DC, we offer the largest water law and policy group in the West. Learn more about our merger as well as our other practices at www.bhfs.com.**

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

**STATEMENT OF CONFIDENTIALITY & DISCLAIMER:** The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by replying and delete the message. Thank you.

**From:** Jack Olsen [mailto:olsenbrown@comcast.net]
**Sent:** Friday, May 02, 2008 10:47 AM
**To:** Finnigan, Matthew B.
**Subject:** Re: Allen v. Level 3

Dear Matt, I have no objection. In Capps, do you mind if we file our stuff on Monday (regarding motion to strike affidivat, etc.)? Thanks you for your consideration. Sincerely, Jack Olsen.

----- Original Message -----
**From:** Finnigan, Matthew B.
**To:** Jack Olsen
**Cc:** Grosenbach, Heather D.
**Sent:** Friday, May 02, 2008 10:21 AM
**Subject:** Allen v. Level 3

Jack,

Our response to your motion to re-open discovery is due for filing and service today. Would you oppose a motion for a one-week extension of time to file it? Please let me know -- the grounds are that I want the client to have an opportunity to review it. Thanks.

Matt

Matthew B. Finnigan
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
mfinnigan@bhfs.com
*tel* 303.223.1189
*fax* 303.223.0989

*Brownstein Hyatt Farber Schreck is proud to have merged with California's Hatch & Parent. With offices across the Western U.S. and in Washington, DC, we*

5/7/2008

*offer the largest water law and policy group in the West.  Learn more about our merger as well as our other practices at www.bhfs.com.*

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

**STATEMENT OF CONFIDENTIALITY & DISCLAIMER**:  The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by replying and delete the message. Thank you.

5/7/2008