IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00922-RPM

REBECCA A. CAPPS,

                Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

                Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

     Defendant's Motion for Summary Judgment [13] and Motion to Strike Declaration of Rebecca Capps [22] are set for hearing on **April 10, 2009, at 10:00 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Dated: February 20, 2009