**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                April 10, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 07-cv-00922-RPM

REBECCA A. CAPPS,                                              John R. Olsen

      Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC.,                                  Meghan W. Martinez

      Defendant.
_____

### COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**9:50 a.m.    Court in session.**

Plaintiff present.

Court's preliminary remarks.

**Mr. Olsen states the disability and disparate impact claims are out** and the only claim remaining is the Title VII gender discrimination.

**ORDERED:**   Plaintiff's disability and disparate impact the Second and Third Claims for Relief are withdrawn and dismissed.

Court states its summary of the case facts.

**ORDERED:**   Defendant's Motion to Strike Declaration of Rebecca Capps, filed March 23, 2008 [22], is denied.

**ORDERED:**   Plaintiff's Motion to Substitute Corrected Declaration, filed May 5, 2008 [25], is moot.

**ORDERED:**   Plaintiff's Motion for Enlargement of Time to File Opposition to Defendant's Motion to Strike Declaration of Rebecca Capps, filed May 5, 2008 [24], is moot.

April 10. 2009
07-cv-00922-RPM

9:54 a.m.     Argument by Ms. Martinez [13].

Court makes oral findings as stated on record.

**ORDERED:     Defendant's Motion for Summary Judgment, filed January 23, 2008 [13], is denied.**

Court advises Ms. Martinez regarding objections to form and the Federal Rules of Evidence.

Discussion regarding scheduling.

**ORDERED:     Five day jury trial scheduled October 19, 2009.
                Pretrial conference is scheduled for October 2, 2009 at 2:00 p.m.**

**10:10 a.m.    Court in recess.**

Hearing concluded.  Total time: 20 min.