IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00922-RPM

REBECCA A. CAPPS,

                    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

                    Defendant.

─────────────────────────────────────────────────────────────

ORDER SETTING PRETRIAL CONFERENCE

─────────────────────────────────────────────────────────────

Pursuant to the hearing on April 10, 2009, it is

ORDERED that a pretrial conference is scheduled for **October 2, 2009, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **September 24, 2009.**  The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: April 10th, 2009

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge