IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00922-RPM

REBECCA A. CAPPS,

        Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

        Defendant.

---

ORDER SETTING TRIAL DATE

---

Pursuant to the hearing on April 10, 2009, it is

ORDERED that this matter is set for trial to jury on **October 19, 2009, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

Dated: April 10th, 2009

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge