IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA CAPPS,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC.,

    Defendant.

---

PLAINTIFF'S <u>UNOPPOSED</u> MOTION FOR THREE-DAY ENLARGEMENT TO
SUBMIT PROPOSED FINAL PRETRIAL ORDER

---

  PLAINTIFF REBECCA CAPPS, by and through her attorneys, Olsen & Brown, LLC, respectfully moves without opposition for a three-day enlargement of time, to and through September 28, 2009 to file the proposed Final Pretrial Order, and as grounds therefor states as follows:

  1.  The filing is due on or before September 25, 2009.  The Final Pretrial Conference is set for 2 p.m., October 2, 2009.

  2.  Defendant's attorney, Ms. Martinez, has kindly voiced her non-objection to this motion.

3.  The proposed Final Pretrial Order is substantially completed.  However, the undersigned and client are attempting to make final witness decisions, based upon availability or non-availability of witnesses.  In addition, other sections of the proposed Final Pretrial Order are not yet completed, due to no fault of the defendant.  Plaintiff herself is traveling in from out of state to meet on this matter on September 26, 2009.  This meeting will affect the form of the proposed Final Pretrial Order and may result in limitation of certain claims.

4.  During the period in which this drafting work was to be completed, the undersigned was involved in pre-trial preparation in a case that had been pending for ten years and involved six out of state witnesses.  The care previously mis-tried before Judge Arguello.

5.  In addition, within the past three days, the undersigned had four oral arguments before the Tenth Circuit.

6.  In the meantime, the undersigned has to travel out of state for an important family event in Delaware.

7.  No prior enlargement for this purpose has been sought, and no additional time will be needed.

8.  Plaintiff herself is aware of, and concurs in, this motion.

9.  Again, defense counsel has kindly voiced her non-objection hereto.

WHEREFORE, plaintiff respectfully moves without opposition for a three-day enlargement of time, to and through September 28, 2009 to file the proposed Final Pretrial Order.

RESPECTFULLY SUBMITTED,
OLSEN & BROWN, L.L.C.

By: s/ John R. Olsen
   John R. Olsen
   Attorneys for Plaintiff
   8362 Greenwood Drive
   Niwot, Colorado 80503
   Telephone: (303) 652-1133

Date:  September 24, 2009

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on September 24, 2009, a true and correct copy of the foregoing was electronically served upon:

Meghan Martinez, Esq.
Brownstein Hyatt Farber Schreck, P.C.
410 Seventeenth Street, Suite 2200
Denver, CO 80202

<u>s/ John R. Olsen</u>