IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA CAPPS,

                    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC.,

                    Defendant.

_____

PROPOSED ORDER
_____

THIS MATTER COMING ON upon plaintiff's motion without opposition for a three-day enlargement of time, to and through September 28, 2009 to file the proposed Final Pretrial Order, and

SAID MOTION being found meritorious,

IT IS ORDERED that the parties shall have to and through September 28, 2009 to file the proposed Final Pretrial Order.

SO ORDERED this _____ day of September 2009.

                                    _____
                                    UNITED STATES DISTRICT JUDGE