IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM

REBECCA CAPPS,

     Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC.,

     Defendant.

_____

ORDER
_____

THIS MATTER COMING ON upon plaintiff's motion without opposition for a three-day enlargement of time, to and through September 28, 2009 to file the proposed Final Pretrial Order, and SAID MOTION being found meritorious, it is

ORDERED that the parties shall have to and through September 28, 2009 to file the proposed Final Pretrial Order.

DATED this 24th day of September 2009.

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge