# DEFENDANT'S EXHIBIT LIST

CASE NUMBER: 05-cv-00922-RPM-CBS   Judge: RICHARD P. MATSCH

CAPTION: REBECCA A. CAPPS v. LEVEL 3 COMMUNICATIONS, LLC   Page No. 1 of 4   Date: September 24, 2009

| Exhibit Ltr. | Witness | Description | Adm/Auth | Stip. | Offer | Recd. | Ref. | Rul. Rsvd. | Comments/Info |
|---|---|---|---|---|---|---|---|---|---|
| A. | | Plaintiff's Application for Employment | | | | | | | |
| B. | | Offer Letter to Plaintiff | | | | | | | |
| C. | | Plaintiff's New Hire Profile | | | | | | | |
| D. | | Q3 – 2002 Level 3 Total Reward Statement and Performance Summary | | | | | | | |
| E. | | Q4 – 2004 Level 3 Total Reward Statement and Performance Summary | | | | | | | |
| F. | | Q3 – 2005 Level 3 Total Reward Statement and Performance Summary | | | | | | | |
| G. | | Q4 – 2005 Level 3 Total Reward Statement and Performance Summary | | | | | | | |
| H. | | Q1 – 2006 Level 3 Total Reward Statement and Performance Summary | | | | | | | |
| I. | | 3/21/06 e-mail from Tim Elbert to DL-Field Operations, Gregory Daub and Frank Mambuca re "Field Services North Region Update" (forwarded to/by Plaintiff) | | | | | | | |
| J. | | 2/14/06 e-mail from Human Resources to Plaintiff and Darren Fuqua re "My Profile" | | | | | | | |
| K. | | 4/11/06 e-mail between Plaintiff and Kaily Bissani re "request days off" | | | | | | | |
| L. | | 4/17/06 e-mail between Plaintiff and Bissani re "Doc Appt" | | | | | | | |

1

| Exhibit Ltr. | Witness | Description | Adm/Auth | Stip. | Offer | Recd. | Ref. | Rul. Rsvd. | Comments/Info |
|---|---|---|---|---|---|---|---|---|---|
| M. | | 4/19/06 e-mail between Bruce Thompson, Plaintiff, Diron Benschop and Bissani re "Property Owner Complaints" | | | | | | | |
| N. | | 4/19/06 and 4/20/06 e-mail among Daub, Bissani, Plaintiff and other individuals re "RIF Notifications for Friday, 4/21" | | | | | | | |
| O. | | 4/21/06 and 4/23/06 e-mail chain among Daub, Plaintiff and Bissani re "RIF Notification: Patricia Weber" | | | | | | | |
| P. | | 4/21/05, 4/23/06 and 4/24/06 e-mail between Bissani, Plaintiff and others | | | | | | | |
| Q. | | 4/24/09 e-mail between Bissani and Plaintiff [re: respect] | | | | | | | |
| R. | | Field Manager job description | | | | | | | |
| S. | | Denver Gateway Security Access Log | | | | | | | |
| T. | | 4/24/06 e-mail from Daub to Renate Dykman re "Additions to the EOP" | | | | | | | |
| U. | | Defendant's Response to Interrogatory No. 4 | | | | | | | |
| V. | | Separation Check List for Plaintiff | | | | | | | |
| W. | | Notification Check List for Plaintiff | | | | | | | |
| X. | | Separation Check List for Everett Mccain | | | | | | | |
| Y. | | Notification Check List for McCain | | | | | | | |
| Z. | | McCain's Resume | | | | | | | |
| AA. | | Benschop's Resume | | | | | | | |
| BB. | | Offer Letter to Benschop (Field Technician position) | | | | | | | |
| CC. | | 5/3/06 Job Posting: Field Manager | | | | | | | |

2

| Exhibit Ltr. | Witness | Description | Adm/Auth | Stip. | Offer | Recd. | Ref. | Rul. Rsvd. | Comments/Info |
|---|---|---|---|---|---|---|---|---|---|
| DD. | | Requisition Profile for Field Manager position | | | | | | | |
| EE. | | Resumes received for Field Manager position | | | | | | | |
| FF. | | 11/5/98 Offer Letter to Steven Forry | | | | | | | |
| GG. | | 5/8/00 Promotional Opportunity Letter to Forry | | | | | | | |
| HH. | | 8/21/00 Promotional Opportunity Letter to Forry | | | | | | | |
| II. | | Affected Population Spreadsheet | | | | | | | |
| JJ. | | Demonstrative/Summary (From Impacted Population Chart) of OSP Managers Impacted | | | | | | | |
| KK. | | Level(3) Human Resources Equal Employment Opportunity Policy 1-15 | | | | | | | |
| LL. | | 8/27/02 Level 3 Communications Human Resources Policies and Procedures Statement of Acknowledgment and Compliance | | | | | | | |
| MM. | | Unemployment Insurance Monetary Determination of Benefits for Capps | | | | | | | |
| NN. | | Wyoming Real Estate Commission Score Report | | | | | | | |
| OO. | | Web Page for Becky Grant | | | | | | | |
| PP. | | 2004 Level 3 W-2 and Earnings Summary for Capps | | | | | | | |
| QQ. | | 2005 Level 3 W-2 and Earnings Summary for Capps | | | | | | | |
| RR. | | 2006 Level 3 W-2 and Earnings Summary for Capps | | | | | | | |

3

| Exhibit Ltr. | Witness | Description | Adm/Auth | Stip. | Offer | Recd. | Ref. | Rul. Rsvd. | Comments/Info |
|---|---|---|---|---|---|---|---|---|---|
| SS. | | Mike Grant Construction, Inc. Current Earnings Report for Plaintiff (2007 and 2009) | | | | | | | |
| TT. | | Plaintiff's 2007 W-2s and 1099 from Keyhole Land Company and Mike Grant Construction, Inc. | | | | | | | |
| UU. | | 2006, 2007 and 2008 Federal Individual Income Tax Returns for Mike M. and Rebecca A. Grant | | | | | | | |
| VV. | | Level 3 Stock History Chart | | | | | | | |
| WW. | | January - November 2006 Blank Outlook Calendar | | | | | | | |
| XX. | | Demonstrative/Listing of Five Names: Benschop, Bissani, Capps, Forry and McCain | | | | | | | |
| YY. | | Map of Wyoming and Colorado | | | | | | | |
| ZZ. | | Any document necessary for impeachment or rebuttal | | | | | | | |

8418271\1279819.7