IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: October 2, 2009
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-00922-RPM

| | |
|---|---|
| REBECCA A. CAPPS, | John R. Olsen |
| Plaintiff, | |
| v. | |
| LEVEL 3 COMMUNICATIONS, LLC., | Meghan W. Martinez |
| | Leah P. VanLandSchoot |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

**Pretrial Conference**

**2:00 p.m.      Court in session.**

Defendant's in house counsel Michael Freiman present.

Discussion regarding scheduling.

**ORDERED:   Trial scheduled for October 19, 2009 is rescheduled to December 14, 2009.**

Court reviews proposed pretrial order and counsel answer questions.

Court states how it views pattern and practice with respect to this case.
Counsel state there are no videotape depositions.

**ORDERED:   Proposed jury instructions, final lists of witnesses and exhibits and proposed voir dire are to be submitted directly to chambers by 4:00 p.m. December 7, 2009.
Pretrial Order approved.**

**2:25 p.m.      Court in recess.**

Hearing concluded.  Total time: 25 min.