IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA CAPPS,

        Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC.,

        Defendant.

---

PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO EXCHANGE AND OBJECT TO TRIAL EXHIBITS

---

PLAINTIFF REBECCA CAPPS, by and through her attorneys, Olsen & Brown, LLC, respectfully moves without opposition for an enlargement of time, to and through October 19, 2009 to exchange trial exhibits, and to and through October 26, 2009 to file objections thereto, and as grounds therefor states as follows:

1. The trial has been delayed to December 14, 2009.

2. Counsel for the parties have agreed, if the Court will allow, to exchange exhibits on a later timetable than previously scheduled by the Court.

3. This will give the parties additional time to whittle down the numbers of exhibits and perhaps reach agreement on more of the remaining exhibits.

4. An additional basis of this motion is that plaintiff's counsel has been tied up in a jury trial of a case that has been pending for ten years. This took him away from the office, and he was unable to finalize plaintiff's own exhibits.

5. Plaintiff herself is aware of, and concurs in, this motion.

6. No further or additional enlargement will be needed for this purpose.

7. Again, defendant's counsel (Ms. Martinez) has voiced her nonobjection to enlargements for this purpose.

WHEREFORE, plaintiff respectfully moves without opposition for an enlargement of time, to and through October 19, 2009 to exchange trial exhibits, and to and through October 26, 2009 to file objections thereto.

                                          RESPECTFULLY SUBMITTED,
                                          OLSEN & BROWN, LLC

                                          By: s/ John R. Olsen
                                              John R. Olsen
                                              Attorneys for Plaintiff
                                              8362 Greenwood Drive
                                              Niwot, Colorado 80503
                                              Telephone: (303) 652-1133

Date: October 12, 2009

3

CERTIFICATE OF SERVICE

The undersigned certifies that on October 12, 2009, a true and correct copy of the foregoing was electronically served upon:

Meghan Martinez, Esq.
Brownstein Hyatt Farber Schreck, P.C.
410 Seventeenth Street, Suite 2200
Denver, CO 80202

s/ John R. Olsen