IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA CAPPS,

        Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC.,

        Defendant.

---

PROPOSED ORDER

---

THIS MATTER COMING ON upon plaintiff's motion without opposition for an enlargement of time, to and through October 19, 2009 to exchange trial exhibits, and to and through October 26, 2009 to file objections thereto, and

SAID MOTION being found meritorious,

IT IS ORDERED that the parties shall have to and through October 19, 2009 to exchange trial exhibits, and to and through October 26, 2009 to file objections thereto.

SO ORDERED this _____ day of October 2009.

                                                         _____

                                                         UNITED STATES DISTRICT JUDGE