IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM

REBECCA CAPPS,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, INC.,

    Defendant.

_____

## ORDER
_____

Upon consideration of plaintiff's Unopposed Motion for Enlargement of Time to Exchange and Object to Trial Exhibits [39], it is

ORDERED that the parties shall have to and through October 19, 2009, to exchange trial exhibits, and to and through October 26, 2009, to file objections thereto.

DATED this 13th day of October 2009.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge