IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA A. CAPPS,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to dismissal of this action *with prejudice*, with each party to pay her or its own costs, attorney fees, and expenses.

Dated this 9th day of November, 2009.

| | |
|---|---|
| By: s/ John R. Olsen | By: s/ Meghan W. Martinez |
| John R. Olsen | Meghan W. Martinez |
| OLSEN & BROWN, LLC | Leah P. VanLandschoot |
| 8362 Greenwood Drive | BROWNSTEIN HYATT FARBER |
| Niwot, Colorado 80503 | SCHRECK, LLP |
| Telephone: (303) 652-1133 | 410 Seventeenth Street, Suite 2200 |
| | Denver, Colorado 80202-4437 |
| | Telephone: (303) 223-1100 |
| ATTORNEYS FOR PLAINTIFF | Facsimile: (303) 223-1111 |
| | |
| | ATTORNEYS FOR DEFENDANT |

8418\27\1327585.1