IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA A. CAPPS,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

_____

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

    THE COURT, having reviewed the parties' Stipulation for Dismissal With Prejudice (Docket No. ____), and being fully informed on the issues, hereby ORDERS as follows:

    The above-referenced case is hereby dismissed with prejudice. Each party is to pay her or its own costs and attorney fees.

    DATED this _____ day of November, 2009.

                                     BY THE COURT:

                                     _____
                                     United States District Court Judge

8418\27\1327582.1