IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00922-RPM-CBS

REBECCA A. CAPPS,

    Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

    Defendant.

_____

### ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

THE COURT, having reviewed the parties' Stipulation for Dismissal With Prejudice (Docket No. 41), and being fully informed on the issues, hereby ORDERS as follows:

The above-referenced case is hereby dismissed with prejudice. Each party is to pay her or its own costs and attorney fees.

DATED this 9th day of November, 2009.

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      United States District Court Judge